**FEE PAID**

CLERK, U.S. DISTRICT COURT

MAY 18 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

1  KRISTEN PEARSON
   STEVEN COLLINS
2  2023 W SAINT ESTEPHE COURT
   HAYDEN, ID 83835
3  208-682-5870
   KPEARSONLAW@GMAIL.COM

4

5

6

7

8                **UNITED STATES DISTRICT COURT**
9                **CENTRAL DISTRICT OF CALIFORNIA**

10                                    **2:23-CV-03882-DSF-MRWx**

11  KRISTEN PEARSON, an individual;        CASE #
    KRISTEN PEARSON as administrator of
12  THE ESTATE OF THOMAS PEARSON;         VERIFIED COMPLAINT FOR
13  and STEVEN COLLINS, an individual.    WRONGFUL FORECLOSURE

14
    Plaintiffs,                           1. Breach Of Contract
15                                         2. Breach Of Implied Covenant Of
16  vs.                                       Good Faith And Fair Dealing
                                           3. Violation Of Consumer
17                                            Protection Laws
    LOANCARE, LLC, a Virginia limited     4. Violation Of California Civil
18  liability company; TRUSTEE CORPS., a      Code § 2924.17
19  California Corporation; PHH MORTGAGE   5. Violation Regarding Dual
    CORPORATION,     a     New    Jersey      Tracking Under 12 CFR
20  Corporation; CATAMOUNT PROPERTIES         1024.41(G)
21  2018, LLC, a Delaware Limited Liability 6. Violation Regarding Dual
    Company; and DOES 1-10.                   Tracking Under The California
22                                            Homeowners Bill Of Rights
23  Defendants.                            7. Negligence
                                           8. Wrongful Foreclosure
24                                         9. Intentional Misrepresentation
25                                         10. Negligent Misrepresentation
26                                         11. Intentional Infliction Of
27                                             Emotional Distress
                                           12. Negligent Infliction Of Emotional
28

---

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

- 1

Distress
13. Loss Of Consortium
14. Void/ Cancel Trustee Sale
15. Set Aside Trustee Sale.
16. Preliminary And Permanent Injunctive Relief Under California Business And Professions Code Sections 17200 Et Seq
17. Preliminary And Permanent Injunctive Relief Under Consumer Financial Protection Act Under 12 U.S. Code 5538
18. Quiet Title

JURY TRIAL REQUESTED

PLAINTIFF KRISTEN PEARSON and KRISTEN PEARSON as ADMINISTRATOR OF THE THOMAS PEARSON ESTATE, and STEVEN COLLINS, against DEFENDANTS LOANCARE, LLC., a Virginia Limited Liability Company, TRUSTEE CORPS., PHH MORTGAGE CORPORATION, a New Jersey Corporation, CATAMOUNT PROPERTIES 2018, LLC, a Delaware Limited Liability Company.

## JURISDICTION AND VENUE

1. This court has original jurisdiction under 28 U.S.C. § 1332 (a) because the parties are citizens of different states; and the matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

2. The Court has subject-matter jurisdiction over this action because it is brought under federal consumer financial law; 12 U.S.C. §§5538 and 5565 (a) and presents a federal question, 28 U.S.C. § 1331.

3. Venue lies in the United States District Court for the Central District of California according to 28 U.S.C. § 1391(b)(2), because a substantial part of the acts and omissions giving rise to Plaintiff's claims occurred in Ventura County, California.

**PARTIES**

4. Plaintiff KRISTEN PEARSON is an individual, residing in Hayden, Idaho.

5. Plaintiff KRISTEN PEARSON in her representative capacity as administrator of the ESTATE OF THOMAS PEARSON, case # 56-2021-00552214-PR-LA-OXN, in Ventura County, Idaho.

6. Plaintiff STEVEN COLLINS, an individual, residing in Hayden, Idaho. Steven Collins is Plaintiff's husband and has claims for intentional infliction of emotional distress and loss of consortium.

7. Defendant TRUSTEE CORPS. is a corporation, organized and existing under the laws of California, with its principal place of business at 17100 Gillette Ave. Irvine, CA 92614. Trustee Corps is the Trustee which conducted the foreclosure sale on behalf of Loancare.

8. Defendant LOANCARE, LLC, is a limited liability company, organized and existing under the laws of Virginia, with its principal place of business at 3637 Sentara Way,

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

Virginia Beach, VA 23452-4262. Defendant Loancare is the servicer of the New Rez mortgage secured by the Corpus Christi home.

9.  Defendant CATAMOUNT PROPERTIES 2018, LLC, is a limited liability company, organized and existing under the laws of Virginia with its principal place of business 2015 MANHATTAN BEACH BLVD., STE 100 ATTN: LEGAL DEPARTMENT REDONDO BEACH, CA 90278. Defendant Catamount Properties 2018 is the purchaser of said property during the foreclosure sale on March 16, 2023.

10. The plaintiff lacks knowledge of the true identities and roles of the defendants being sued in this case as DOES 1 through 10("DOE Defendants"), inclusive, and therefore sues said DOE Defendants by fictitious names. Plaintiff is informed and believes, and based on such information and belief, aver, that each of the DOE Defendants is contractually, strictly, negligently, intentionally, vicariously liable, and or otherwise legally responsible in some manner for the acts and omissions described herein. Plaintiff will amend this Complaint to set forth the true names and capacities of each DOE Defendant when the same are ascertained.

## INTRODUCTION

11. This is an action to set aside the March 16, 2023, foreclosure sale for the residential property; 3421 Corpus Christi Ave., Simi Valley, California, 93063 (Corpus Christi home).

12. This further is an action for damages incurred by the Plaintiffs resulting from a nonjudicial foreclosure of the Plaintiffs' home which was sold by Defendant's Loancare, LLC. (Loancare) and Trustee Corps. on March 16, 2023.

13. On October 26, 2020, Charlotte Pearson a joint mortgagor of the Deed of Trust died due to a self-inflicted gunshot wound.

14. On November 6, 2020, Thomas Pearson, a joint mortgagor of the Deed of Trust died due to health complications.

15. In January 2022, Plaintiff was in default with the mortgage secured by the Corpus Christi home.

16. In May 2022, Plaintiff communicated with Defendant Loancare regarding the default.

17. Defendant Loancare did not mail preforeclosure letters to Plaintiff before the Notice of Default was recorded.

18. On August 18, 2022, Trustee Corps recorded the Notice of Default.

19. On September 6, 2022, Plaintiff received her first letter from Loancare.

20. On November 29, 2022, Trustee Corps recorded the Notice of Trustee Sale.

21. On March 16, 2023, Trustee Corps sold the Corpus Christi home at the foreclosure sale for about $600,000.00.

22. Defendant Catamount Properties 2018, LLC, bought the Corpus Christi home on March 16, 2023. The defendant may have a claim or interest in the Property Described In The Complaint Adverse To Plaintiff's Title.

---

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

## FACTUAL ALLEGATIONS

23. On October 6, 2014, Thomas and Charlotte Pearson signed the deed of trust for the 3421 Corpus Christi home, secured by a deed for $183,500 by Greentree Servicing LLC. A true and correct copy of this deed of trust recorded in the county of Ventura as instrument number 100809006393775893, is attached as Exhibit A.

24. This above-mentioned loan is a Fannie Mae Loan.

25. In the fall of 2020, the plaintiff lost both of her parents unexpectedly. Specifically, Charlotte Pearson passed away. October 26th, 2020, and Thomas Pearson passed away 10 days later, on November 6th, 2020.

26. Thomas and Charlotte Pearson left the following heirs Kristen Pearson, Steven Pearson, Brandi Lange, and Kimberly Pearson.

27. On January 7, 2021, Plaintiff mailed Defendant's Loancare and PHH Mortgage letters regarding her parent's death, and the death certificates and gave them her contact information.

28. On March 22nd, 2021, the plaintiff petitioned the court to open a probate case regarding Thomas Pearson.

29. On April 29th, 2021, Plaintiff was appointed as administrator of Thomas Pearson's estate.

30. On July 8, 2021, Defendant Loancare was mailed Plaintiff's Notice of Administration of the Estate of Thomas G. Pearson to Loancare at 3637 Sentara Way, Virginia

Beach, VA 23452; and Nationstar/Mr. Cooper, 350 Highland, Houston, TX 77067, by Michael Haman at Haman Law. A true and correct copy of the Notice of Administration of the Estate of Thomas G Pearson is attached as Exhibit B.

31. Despite Defendant Loancare being notified in writing twice, Loancare failed to update its file regarding the status of the 3421 Corpus Christi, Simi Valley, CA 93063 home. A true and correct copy of Defendant Loancare's letters are attached as Exhibit C.

32. In January 2022, Plaintiff experienced a hardship in paying for the mortgage as the tenants who lived in the Corpus Christi home were being evicted from the residence so the heirs of Thomas and Charlotte Pearson, Steven and Kimberly Pearson, could move into the property.

33. As a result of this eviction, Plaintiff did not receive rent and was unable to maintain paying for the mortgage.

34. On May 24, 2021, Plaintiff contacted Defendant Loancare to discuss the late payments, the status of payment regarding the residence, and to discuss being able to take advantage of the offer Loancare sent out on May 24, 2022, as she was able to start paying for the mortgage at the offered rate. See Exhibit D.

35. However, Defendant Loancare did not have records regarding the passing of Thomas and Charlotte Pearson, thus mitigation becoming current on the home loan was delayed.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

36. Plaintiff proceeded to email her letters of administration and the death certificates to Defendant Loancare on May 24, 2022, and again on June 1, 2022, due to Defendant Loancare's email or website not working correctly. See, Exhibit E.

37. On July 14, 2022, Plaintiff contacted Defendant Loancare to discuss the status of the home loan and again requested to take advantage of the offer mailed to her on May 24, 2022.

38. Defendant Loancare informed Plaintiff that cannot happen and that she needed to apply for loan assistance mitigation.

39. Under Fannie Mae's rules, Defendant was required to offer Plaintiff the above-mentioned mitigation option, due to the loan's status and the type of loan. *See,* Exhibit F, Fannie Mae Flex Modification requirements.

40. Plaintiff's July 14, 2022, conversation with the Loancare representative was unclear on the steps to take as she did not want to transfer the mortgage into her and her sibling's names, as she just wanted an offer on what options were available for Plaintiff to get current so she could in the future once 3364 Greenville Ave., Simi Valley, CA 93063 home (Plaintiff's parents' current home) was sold to satisfy the creditors in the probate case.

41. During this conversation, Loancare did not offer any forbearances, even though the tenants had stopped paying both due to the eviction and due to covid, and even

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

though Plaintiff expressed an ability to pay the current amount due, just not the defaulted amount of the mortgage.

42. Plaintiff filled out the mortgage mitigation application on August 25, 2022, and again Defendant Loancare's email was not working correctly. See, Exhibit G.

43. On August 18, 2021, the defendant trustee corps filed the notice of default with the Ventura County recorder. A true and correct copy of the notice of default is attached as Exhibit H.

44. Plaintiff assumed formal foreclosure, had not occurred due to not receiving a notice of default in the mail, and due to her parents' other property, the Greenville home defaulting in June 2021 not entering formal foreclosure proceedings.

45. Plaintiff's parents' Greenville home is owned by New Rez but serviced by PHH mortgage. A true and correct copy of a letter from PHH mortgage/ New Rez is attached as Exhibit I.

46. The Corpus Christi home is also owned by NewRez but serviced by Loancare. A true and correct copy of a letter from New Rez is attached as Exhibit I.

47. According to Plaintiff's cell phone bills, Loancare had contacted Plaintiff by phone a total of 2-3 times.

48. During plaintiffs-initiated contact with dependent Loancare, Loancare did not assess the Borrower's financial situation and explore options for the Borrower to avoid foreclosure.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

49. Defendant Loancare is disingenuous when it asserted on the California declaration of compliance, civil code 2923.55, it had not denied the borrower a forbearance request on or after 8/312020. A true, and correct copy of the California declaration of compliance is attached as Exhibit J.

50. Defendant Loancare has never offered Plaintiff, a forbearance of any sort, but merely directed Plaintiff to fill out the mortgage assistance application.

51. Defendant Loancare located in Temecula, California during both 2021, and 2022 would mail letters regarding default on the mortgage to the property address of 3421 Corpus Christi Ave, Simi Valley, CA 93063, despite the Deed of Trust mandating written communication be sent to 3364 Greenville Ave., Simi Valley, CA 93063, and Plaintiff providing notices to Defendant Loancare to mail all correspondence to the administrator of the Thomas Pearson estate at 2023 W. Saint Estephe Court, Hayden, ID 83835.

52. On September 6, 2022, about 9 months later, Plaintiff received her first letter from Loancare with options to get current.

53. Defendant Loancare's mitigation letter dated September 6, 2022, is over 9 months from when Plaintiff became delinquent, and over 3 months since Plaintiff had emailed Defendant Loancare the letters of administration and death certificates on June 1, 2022.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

54. On September 9, 2022, Plaintiff discovered her email did not go through and faxed the completed application, MMA application, Thomas and Charlotte Pearson's 2020 and 2021 tax returns, Plaintiff's expense statement, and Plaintiff's taxpayer consent to Loancare.

55. On September 12, 2022, Plaintiff received fax confirmation receipts regarding the application and a letter regarding the lapse in homeowners' insurance.

56. Plaintiff subsequently called Defendant Loancare to check on the status of Plaintiff's MMA application on November 3, 2022, and was informed that Defendant Loancare did not receive the whole MMA application even though there was a fax confirmation indicating successful submission of the application. See, Exhibit K, fax confirmations and emails regarding September 9, 2022 application, and said application.

57. On November 3, 2022, Plaintiff learned that her income was going to be considered for loss mitigation purposes even though she had expressed an inability to qualify due to her circumstances.

58. Plaintiff subsequently emailed her 2019-2021 tax return; VA benefit letter, 90 days bank statements with VA and SSDI deposits; and 3-month law office income; profit loss statement; and uniform borrower assistance form; and 18 months of bank statements with income and tax return deposits; and MMA assistance form. *See,* Exhibit L, Plaintiff's second application.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

59. On November 15 Defendant Loancare sent a letter to Plaintiff regarding a denial for an incomplete application, which Plaintiff later learned on or about December 15, 2022, the application was not complete due to Defendant Loancare, not receiving Plaintiff's expense sheet which was faxed over on September 9 of 2022, and was within the documents sent to Defendant Loancare. *Id.* at pg. 26.

60. Defendant Loancare did not mail or call needing additional information regarding Plaintiff's application between the submission of the application and the denial. This was in violation of Fannie Mae's guidelines. *See,* Exhibit M, Fannie Mae's procedures regarding incomplete applications.

61. On December 5, 2022, Plaintiff received the Notice of Trustee Sale letter, which was filed on November 29, 2022, and on December 13, 2022, Plaintiff received from NewRez the annual escrow account disclosure letter.

62. Plaintiff again for the third time emailed a loss mitigation application to Defendant Loancare on December 22, 2022, and provided the 2019-2021 tax return, VA benefit letter, 90 days bank statements with VA and SSDI deposits,18 months of bank statements with income and tax return deposits, and 3 mo. Law income.

63. Again, Defendant Loancare sent a mortgage assistance letter/application dated December 23, 2023, when Plaintiff requested a review of the application on December 15, 2022, and had already submitted a completed application on December 22, 2022.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

64. On December 25, 2022, Defendant Loancare sent their first letter regarding mortgage resolution advocate- Megan Haynes. LC-lossmitigation@loancare.net.

65. Plaintiff further contacted Defendant Trustee Corps and requested a reinstatement amount and a postponement to the Trustee sale on January 4, 2023, because Defendant Loancare informed Plaintiff to call Trustee Corps regarding the sale date as the representative did not have authority to postpone the sale date.

66. On January 5, 2023, Plaintiff proceeded to contact Defendant Loancare to see if the sale scheduled for January 5, 2023, at 9:00 a.m. had been postponed and learned it was postponed.

67. No representative from Trustee Corps or Loancare, informed Plaintiff of the decision despite Trustee Corps drafting a letter dated January 4, 2023, rescheduling the Trustee sale to February 2, 2023.

68. Again, on January 30, 2023, Plaintiff received a letter regarding options available for foreclosure assistance.

69. Plaintiff could not make progress with Defendant Loancare regarding mitigation efforts, so Steven Pearson filed for Bankruptcy on February 1, 2023, to deal with the default amount through a Chapter 13 bankruptcy, Case number 9:23-bk-10073-RC.

70. On February 2, 2023, the foreclosure sale was postponed due to the bankruptcy and rescheduled to March 16, 2023.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

71. On March 9, 2023, Defendant PHH Mortgage called regarding Plaintiff's parent's other property the "Greenville home" located at 3364 Greenville Ave, Simi Valley, California, and verified with PHH Mortgage the subject property was the Corpus Christi home. Plaintiff spoke with Defendant PHH Mortgage and informed the representative when the profit loss statement would be submitted.

72. On March 15, 2023, Plaintiff received another call from Defendant PHH Mortgage and was informed the Trustee Sale for March 16, 2023, was off, even though Plaintiff informed the representative that the property was still listed as proceeding to the auction.

73. Late in the evening of March 15, 2023, Plaintiff learned the mortgage company Plaintiff spoke to was PHH Mortgage which does not service the Corpus Christi home.

74. Both the Greenville and Corpus Christi homes are owned/ have a relationship with NewRez.

75. Plaintiff called Defendant Loancare around 4:30 pm March 15, 2023, to learn if the trustee sale had not been postponed and communicated her conversations with PHH Mortgage earlier that day. Plaintiff requested a postponement of the sale due to thinking her application was complete.

76. Defendant Loancare informed Plaintiff to call in the morning of March 16, 2023, and speak with their attorney at 8:00 am EST.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

77. Plaintiff called Defendant Loancare's attorney in the morning before 5:46 am and learned the attorney's office did not open until 8:00 am PST. Plaintiff then called Defendant Loancare requesting the sale be postponed and was informed by Defendant Loancare to again contact their attorney.

78. Plaintiff proceeded to call Defendant Trustee Corps on March 16, 2023, at 8:00 am PST and was informed Defendant Loancare was the only one who could postpone the sale.

79. Plaintiff then called Defendant Loancare that same morning and informed Loancare what Defendant Trustee Corps had said and was again informed Trustee Corps had to make the decision.

80. . Plaintiff again called Defendant Trustee Corps and was again told the exact opposite. Plaintiff then proceeded to email Trustee Corps a request to postpone the sale. See, Exhibit N.

81. Defendant Trustee Corps proceeded with the sale and Plaintiff's home was sold around 10:36 a.m. on March 16, 2023.

82. Plaintiff relied on Defendant PHH Mortgage's representations and did not attempt to reopen/refile Steven Pearson's Bankruptcy case as it had been dismissed or take other steps to postpone the sale.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

83. PHH Mortgage is the servicer for Plaintiff's Greenville Home, and a Deed of Trust was executed with Plaintiff's parents Thomas and Charlotte Pearson for $243,308.00., which is secured by 3364 Greenville Ave., Simi Valley, CA 93063.

84. Since the sale date, Plaintiff. has contacted both Defendant Trustee Corps and Loancare to get the sale rescinded. Both companies informed Plaintiff that the sale would not be rescinded, and Trustee Corps informed me to make a formal letter to Loancare or seek representation.

85. On April 30, 2023, Plaintiff emailed Trustee Corps and Loancare, a notice of intent to initiate a lawsuit.

86. On May 4, 2023, Defendant Catamount Properties 2018, LLC, recorded the Trustee's Deed Upon Sale.

87. The projected property value of the Corpus Christi home at the time of sale is between $750,000.00 and $816,000.00.

88. The defaulted amount on the loan was about $26,000.00, and the amount owed on the loan was $161,258.23.

89. Plaintiff had informed Defendant Loancare that she wanted to pay money towards the delinquent amount and was going to use the proceeds from the sale of the Greenville home to cover the delinquent amount if necessary.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

90. Plaintiff after the sale of the Corpus Christi residence inquired multiple times with Defendants Trustee Corps and Loancare on her ability to buy the home back or pay off the loan in return for the ability to keep her home. Neither Defendant would help.

91. As a result of Defendants Trustee Corps, Loancare, and PHH Mortgage, the Plaintiffs lost the home they had owned for over 40 years. The amount of damages, emotional distress, potential relocation costs, costs to obtain a property similar to Plaintiff's beloved home, Defendants' knowledge regarding the nature of Plaintiff's interest in the homes as it is an inherited property where Plaintiff lost her mother due to an accidental discharge of a gun is estimated to be well over $1,000,00.00.

## COUNT ONE

### Breach of Contract
(Against Defendant Loancare and Trustee Corps.)

92. Plaintiff incorporates herein by this reference every allegation set forth above as though set forth herein.

93. Upon information and belief Defendant Loancare, LLC. was an assignee or holder in due course of Plaintiff's loan contract with Greentree Servicing, LLC. and a beneficiary of the subordinate deed of trust securing the loan. Thus, Loancare, LLC assumed all rights, duties, and responsibilities under the loan and subordinate deed of trust.

94. Upon information and belief, the contract for the loan requires the lender or its servicer to send the borrower monthly statements advising the borrower of the

amount owed, including the principal, interest, and all other fees that have accumulated under the loan contract.

95. Neither New Rez nor Loancare, LLC, sent Plaintiff any loan statements for the years of 2021, 2022, and 2023.

96. Because Defendant Loancare, LLC, breached their contract with Plaintiff by not providing regular statements, Plaintiff was not aware of the Notice of Default recorded or that Defendant had initiated formal foreclosure proceedings until receiving the Notice of Trustee Sale in December 2022.

97. Defendant Loancare Breached the Deed of Trust and Non-Uniform Covenants sec. 25; and 1-4 Family Rider (Assignment of Rents, G) by refusing to accept any partial payments due under the loan pursuant to the clause: "Lender may accept any payment or partial payment insufficient to bring the loan current, without waiver of any rights."

98. Loancare further breached its duty to give any notice to the Plaintiff (Administrator of Estate) in writing. "Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when delivered to Borrower's notice address if sent by other means… The notice address shall be the property address unless Borrower has designated a substitute notice address by notice to Lender."

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

99. Loancare breached the Deed of Trust which provided, "This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law."

100.   Loancare is explicitly bound by 12 CFR Part 1024 (Regulation X), the California Homeowner Bill of Rights, and California Civil Code §§ 2923.3(a) and (e); 2923.5, and 2923.6 (a),(c),(h); 2923.7, and 292.

101.   Loancare was obligated to give appropriate notice and perform early intervention foreclosure requirements.

102.   Loancare breached the Non-Uniform Covenants sec. 25; and 1-4 Family Rider (Assignment of Rents, G) which provides: "Borrower absolutely and unconditionally assigns and transfers to Lender all the rents and revenues of the Property. . . If Lender gives notice of default to Borrower: (i) all Rents received by Borrower shall be held by Borrower as trustee for the benefit of Lender only, to be applied to the sums secured by the Security Instrument.

103.   Rent was collected by Joshua Brandis, Kimberly Pearson, and Steven Pearson in the amount of $1,600 since October 2022. However, despite this "absolute assignment" no rent proceeds were able to be deposited per Loancare rules.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

104.    Had Defendant allowed Plaintiff to start making partial payments, Plaintiff would have been able to maintain ownership of said property and transfer it into the four heir's names.

105.    As a result of Defendants' actions or inaction, Plaintiff lost her family home, and the equity in her home, the estate of Thomas Pearson suffered the loss of a home, two heirs have no home to live in, and will incur costs relocating to a new home.

106.    The amount of these damages is estimated to be over $1,000,000.00.

### COUNT TWO

Breach of Implied Covenant of Good Faith and Fair Dealing
(Against Defendant Loancare and Trustee Corps.)

107.    Plaintiff incorporates herein by this reference every allegation set forth above, as though fully set forth herein.

108.    There is an implied covenant of good faith and fair dealing in every contract that neither party will do anything which will injure the right of the other to receive the benefits of the agreement.

109.    Defendant Loancare and Trustee Corps violated the implied covenant of good faith and fair dealing in its contract with Plaintiff for the home loan when it caused to be issued a Notice of Default and a Notice of Trustee's Sale by failing to send default notices to Plaintiff's address at 2023 W. Saint Estephe Court, Hayden, ID 83835, and

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

forcing Plaintiff to apply for mortgage assistance when she had been offered trial that she could pay to get out of default.

110.  Defendant Loancare violated the implied covenant of good faith and fair dealing by failing to offer Plaintiff the Flex Modification Solicitation after she was verified as a beneficiary, as her loan qualified for the program, and she indicated a willingness to accept the terms of the agreement. *See,* Exhibit F.

111.  Defendant Loancare further failed this covenant by failing to evaluate Plaintiff's facially complete mortgage application according to Fannie Mae's Mortgage Assistance Program and RESPA §1024.41(iv).*See,* Exhibit O, Fannie Mae's definition of a complete mortgage application.

112.  Fannie Mae's definition of a complete mortgage application is illustrative of the standards in the mortgage industry regarding the evaluation of a mortgage assistance application. Under Fannie Mae's definition, Plaintiff had submitted a complete application on September 9, 2022 (per email by Defendant Loancare); on November 3, 2022, and on December 22, 2022.

113.  Loancare required additional documents for the December 22, 2022 application, another 3 months of income, Plaintiff Steven Collins signature on the Application (even though he is not an heir and the property is still in probate). These requests were unduly burdensome on Plaintiff as her business practice is to bill for time spent

each month, and clients may not pay monthly. Additionally, even the federal government does not expect businesses to pay taxes monthly, but quarterly.

114.   Defendant Trustee Corps breached its duty of good faith and fair dealing as it was Loancare's agent, and filed the Notice of Default on incorrect information. Under Fannie Mae's policies Loancare was to provide Defendant Trustee Corps

115.   As a result of Defendants' actions or inaction, Plaintiff lost her family home, the equity in her home, and the estate of Thomas Pearson suffered the loss of a home, two heirs have no home to live in, and will incur costs relocating to a new home.

116.   The amount of these damages is estimated to be over $1,000,000.00.

## COUNT THREE

### Violation Of Consumer Protection Laws
### (Loancare)

117.   Plaintiff incorporates herein by this reference each and every allegation set forth above and incorporates allegations outlined in Plaintiff's Claim to Void and Cancel the Trustee Deed Upon Sale as though fully set forth herein.

118.   Plaintiff violated the notices and requirements to file foreclosure under 12 CFR Part 1024 (Regulation X),

119.   Plaintiff did not give notices, did not communicate effectively with Plaintiff, and did not aid Plaintiff in exploring options to prevent foreclosure.

120.   Plaintiff only informed Plaintiff to fill out an application for mortgage assistance and did not go over any options available to Plaintiff.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

121.   Due to Defendant's reckless disregard for the Consumer Act Code, Plaintiff suffered significant damages and request the Court use its equity and void the foreclosure sale and assess punitive damages to Defendant Loancare.

## COUNT FOUR

Violation of California Civil Code § 2924.17
(Loancare and Trustee Corps.)

122.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

123.   Civil Code § 2924.17(a) provides that a notice of default, a notice of sale, or substitution of trustee recorded by or on behalf of a mortgage servicer in connection with a foreclosure subject to the requirements of Section 2924 shall be accurate and complete and supported by competent and reliable evidence.

124.   Civil Code § 2924.17(b) provides that before recording or filing any of the documents described in subdivision (a), a mortgage servicer shall ensure that it has reviewed competent and reliable evidence to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

125.   Defendants' Loancare, LLC and Trustee Corps. Notice of Default and Notice of sale was not supported by competent and reliable evidence as Defendant Loancare was mailing default letters to the Corpus Christi home address, and not mailing default letters to Plaintiff located in Hayden, Idaho despite the Notice of Administration of Thomas Pearson's Estate in July 2021, the Plaintiff's letter to

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

Defendant Loancare regarding the deaths of Thomas Pearson and Charlotte Pearson with attached death certificates in January 2021, and Plaintiff emailing the Letters of Administration and death certificates again on June 1, 2022.

126.   Moreover, Defendant Loancare, LLC was not even mailing notices regarding default to the address listed on the Deed of Trust, which was Plaintiff's parents' Greenville home.

127.   Civil Code § 2924.12(b) provides that after a trustee's deed upon sale has been recorded, a mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent shall be liable to a borrower for actual economic damages under Section 3281, resulting from a material violation of Section 2924.17 by that mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent where the violation was not corrected and remedied before the recordation of the trustee's deed upon sale.

128.   If the court finds that the material violation was intentional or reckless, or resulted from willful misconduct by a mortgage servicer, mortgagee, trustee, beneficiary, or authorized agent, the court may award the borrower the greater of treble actual damages or statutory damages of fifty thousand dollars ($50,000).

129.   As a result of Defendants' actions or inaction, Plaintiff lost her family home, the equity in her home, and the estate of Thomas Pearson suffered the loss of a home, two heirs have no home to live in, and will incur costs relocating to a new home.

130.   The amount of these damages is estimated to be over $1,000,000.00.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

## COUNT FIVE

<u>Violation regarding dual tracking under 12 CFR 1024.41(g)</u>
(Loancare and Trustee Corps)

131.   Plaintiff incorporates herein by this reference each and every allegation set forth

above, as though fully set forth herein.

132.   Under 12 CFR 1024.41(g), if a borrower submits a complete loss mitigation

application after a servicer has made the first notice or filing required by applicable

law for any judicial or non-judicial foreclosure process but more than 37 days before

a foreclosure sale, a servicer shall not move for foreclosure judgment or order of sale,

or conduct a foreclosure sale, unless:

(1) The servicer has sent the borrower a notice under paragraph (c)(1)(ii) of this
section that the borrower is not eligible for any loss mitigation option and the appeal
process in paragraph (h) of this section is not applicable, the borrower has not
requested an appeal within the applicable time period for requesting an appeal, or the
borrower's appeal has been denied.
(2) The borrower rejects all loss mitigation options offered by the servicer; or
(3) The borrower fails to perform under an agreement on a loss mitigation option.

133.   Here, Plaintiff submitted a complete application on November 3, 2022, or in the

alternative a facially complete application, which is considered complete to trigger

the requirement of prohibiting Defendant Loancare from proceeding in a dual track

fashion, under the comments to §1024.41(c)(2) (iv).

134.   The 12 CFR 1024.41(c)(2)(iv) comments provide:

A servicer is to treat a facially complete application as complete for the purposes of
paragraphs (f)(2) and (g) until the borrower has been given a reasonable opportunity
to complete the application. A reasonable opportunity requires the servicer to notify

the borrower of what additional information or corrected documents are required and to afford the borrower sufficient time to gather the information and documentation necessary to complete the application and submit it to the servicer.

129.   Plaintiff's application is considered complete during the "reasonable amount of time" Defendant has given to Plaintiff to acquire/submit the required documents. See, §1024.41(c)(2)(iv)(2).

130.   Under 12 CFR 1024.41(b)(2)(ii)(1), thirty days is generally considered a reasonable time for Plaintiff to submit documents.

131.   Defendant Loancare did not within 5 days inform Plaintiff there were further documents needed to complete her application as required under Fannie Mae guidelines. *See,* Exhibit M, Fannie Mae Procedures.

132.   Rather Defendant Loancare sent a letter dated November 15, 2022, providing the application was considered denied due to being incomplete. See, Exhibit P.

133.   Plaintiff being given less than two weeks to acquire said documents (assuming Plaintiff overlooked the letter), having no notice the application was missing the expense statement (which had already been provided on September 9, 2022), and denying the application is not reasonable, does not display good faith in dealings with Loancare, and is just simply in violation of RESPA, and not ok. See, §§1023(b)(1) and 1024(c)(2)(vi).

134   Additionally, Defendant's failure to notify Plaintiff regarding the status of needed documents regarding the application by November 15, 2022, should be deemed a

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

continuing course of conduct of bad faith as this was the 2nd application Plaintiff did not receive notice documents were missing from the application.

135   Here, it is evident, Plaintiff dual-tracked the application as it filed a notice of Trustee's sale on November 28, 2022, when the application should have at the very least been considered facially complete.

136   Due to Loancare not informing Plaintiff of missing documents, Loancare's lack of attention to detail when evaluating applications, and it dual tracking the loan, Loancare's actions proximately caused Plaintiff's damages. See, Exhibit Q, Fannie Mae's procedures to prevent dual tracking.[1]

137   Plaintiff complied with Defendant Loancare's requests and submitted documents promptly. Therefore, Plaintiff asks this court to use its powers of equity empowered to it under 12 U.S. Code § 5565.

## COUNT SIX

Violation regarding dual tracking under California Homeowners Bill of Rights
(Loancare and Trustee Corps.)

138.   Plaintiff incorporates herein by this reference each and every allegation set forth above and as provided under the Federal Regulations dual tracking, as though fully set forth herein.

---

[1] Loancare's policies do not comply with California's Homeowner's Bill of Rights, regarding dual tracking. *See,* CCP 2923.6. California's laws are stricter than its federal counterpart.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

139.   Under the Homeowner Bill of Rights, strict compliance is necessary regarding dual tracking when Plaintiff has submitted a complete application and the application has been evaluated.

140.   Under this strict rule of compliance, the mortgagee shall not proceed in the foreclosure process.

141.   Here, Plaintiff submitted a complete application on November 3, 2022. It was just by chance Plaintiff learned that her prior application had gone by the wayside as Defendant had not followed up with the September 9, 2022, application regarding missing documents, or verifying whether the application received was complete.

142.   Plaintiff initiated contact with Defendant to follow up on her application status on October 3, 2022, as it had been about 1 month since she submitted it and had not heard anything from Loancare. It was during this contact Plaintiff was informed of the missing documents, and that her income would be necessary to be evaluated for foreclosure alternatives.

143.   Plaintiff then proceeded to do the financials for her business and was able to submit them to Defendant on November 3, 2022.

144.   Plaintiff was then informed by a letter from Defendant Loancare on November 15, 2022, that her application was denied due to being incomplete (missing the Expense statement submitted in September), which she was not told she was required to submit to Defendant during her November 8, 2022, conversation with Loancare.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

145.   As it was Plaintiff who had called Defendant a couple of times a month since May 2022, and had attempted to avail herself of information Loancare needed to not lose her home, Defendant wrongfully continued to duel track the home loan despite Plaintiff's efforts to do 9 months of bookkeeping to submit all information needed.

146.   Plaintiff repeatedly informed Loancare her income would not qualify for a modification and that she simply needed a forbearance or an extension of time to cover the defaulted amount as she had enlisted a realtor to sell the Greenville home and would be able to cover the default amount upon the sale of the home.

147.   Additionally, Plaintiff informed Defendant that the home was going to be paid by all the heirs, 4 adult children as this is an inherited property in probate and just wanted to start making payments as her brother and sister could make the current mortgage amount but Plaintiff was told she couldn't do so until the application was reviewed.

148.   Defendant continued to dual-track the application and foreclosure despite the above information and issued a denial of Plaintiff's application without giving her the mandatory right to appeal the decision.

149.   Had Plaintiff had the right to appeal the decision, assuming Plaintiff's application was complete as Plaintiff asserts, Defendant recorded the Notice of Trustee's Sale during the mandatory time frame for Appeal, which would have ended December 1, 2022.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

150.   Defendant Trustee Corps violated said Act as it recorded the Notice of Trustee's Sale with the knowledge the application denial was due to missing documents and did not inquire to see if the application was facially complete thus staying the foreclosure.

151.   Due to Defendant's actions, in combination with Plaintiff not knowing the formal foreclosure process had begun, Plaintiff was unduly prejudiced as she was denied the ability to increase efforts to sell the Greenville home to save the Corpus Christi home.

152.   Thus, Defendants are liable for damages, and Plaintiff asserts the Trustee Sale is void and Plaintiff is legally entitled to keep her home.

### COUNT SEVEN

<u>Negligence</u>
(Against Loancare, Trustee Corps, and PHH Mortgage)

153.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

154.   Defendants owed Plaintiff a general duty of care. Further, Defendants owed Plaintiff a statutory duty of care. Civil Code § 2924 and other statutes referenced herein, mandate a duty upon the defendants to ensure that appropriate safeguards are put into place before any foreclosure sale.

155.   At all times relevant herein, Loancare and Trustee Corps, acting as Plaintiff's lender and servicer, had a duty to exercise reasonable care and skill to maintain proper and accurate loan records and to discharge and fulfill the other incidents attendant to the maintenance, accounting, and servicing of loan records, including,

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

but not limited, disclosing to Plaintiff the status of any foreclosure actions taken by it, refraining from taking any action against Plaintiff that it did not have the legal authority to do, and providing all relevant information regarding the loans Defendant had with it to Plaintiff.

156.   In taking the actions alleged above, and in failing to take the actions as alleged above, Loancare and Trustee Corps. breached its duty of care and skill to Plaintiff in the servicing of Plaintiff's loan that it was foreclosing on.

157.   Defendant Loancare was negligent in servicing the loan to the Corpus Christi home under 12 CFR Part 1024 §1024.39.

158.   Defendant Loancare breached its duty of care in evaluating Plaintiff's mortgage application as complete and evaluating Plaintiff's mortgage application for various loss mitigation options because Plaintiff submitted all documents required in the application. See, Exhibits L and K, which is a true and correct copy of the application Plaintiff submitted to Defendant Loancare.

159.   Defendant Loancare violated (e) of this subsection as it didn't offer forbearance programs related to COVID-19-related hardships.

160.   Defendant Loancare further was negligent in not offering a single point of contact to the plaintiff until 9 months after the initial default.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

161.   Under California Civil Code § 2923.7(a) and (b)(5), Defendants Loancare and Trustee Corps mailed default letters to the wrong address (an address not even provided for in the Deed of Trust or by Plaintiff).

162.   Defendant Loancare consistently mailed applications for mortgage mitigation after Plaintiff had already applied and supporting documents for the application a day or two prior.

163.   Defendants Loancare and Trustee Corps failed to update the address to send notices of default and statements after being informed three times to do so.

164.   Defendant did not vest their assigned single point of contact with the authority to stop the foreclosure or foreclosure sale or give Plaintiff the contact information to get in contact with the appropriate party to do so as required under California Civil Code § 2923.7(a) and (b)(5).

165.   Defendants Loancare and Trustee Corps failed to address Plaintiff's multiple concerns regarding the procedurally deficient process.

166.    Defendant Loancare recorded default upon incorrect information which was easily discoverable.

167.   Defendant Loancare and Trustee Corps did not return phone calls regarding Plaintiff's concerns regarding the validity of the foreclosure after the trustee sale and continuing to deliver the Trustee Deed Upon Sale.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

168.   Defendant Trustee Corps was negligent in filling a Notice of Default before Defendant Loancare had met the requirements necessary to file a Notice of Default under the California Homeowners Bill of Rights and RESPA.

169.   Defendant PHH Mortgage owed Plaintiff a duty to report correct information regarding the status of her loans, a duty to ensure PHH Mortgage was giving correct information regarding the loans it services and to give Plaintiff correct foreclosure information regarding the correct property.

170.   But for Defendants Loancare, Trustee Corps, and PHH Mortgage's breach of their care of duty, Plaintiff would have been able to satisfy the default amount and the house would not have been lost to foreclosure.

Plaintiff requests the trustee sale be voided/ rescinded, and the Plaintiffs have suffered damages for at least $1,000,000.00.

## COUNT EIGHT

Wrongful Foreclosure
(Loancare and Trustee Corps.)

171.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

172.   Under California law, the basic elements of the tort of wrongful foreclosure are as follows: (1) the defendant causes an illegal, fraudulent, or willfully oppressive sale of real property pursuant to a power of sale in a mortgage or deed of trust; (2) the

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

plaintiff was prejudiced or harmed; and (3) the mortgagor tendered the amount of the secured indebtedness or was excused from tendering.

173.   In this case, Defendant Loancare violated the Plaintiffs' contract, rights under the RESPA, rights under the California Homeowner's Bill of Rights, and both Federal and State Consumer Protection Acts.

### COUNT NINE

Intentional Misrepresentation
(PHH MORTGAGE)

174.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

175.   California Civil Procedure §§ 1709-17010 provides, where a party alleges a fact to another as being true, and the fact is not true, that is not true, and that party made the representation recklessly and without regard for the truth. As a result, the alleged fact is relied on to the plaintiff's detriment.

176.   Here, Plaintiff spoke with PHH Mortgage on March 9th and 15th, 2023, about the foreclosure status of a home loan. Plaintiff verified the address regarding the home loan on March 9th, 2023, as regarding the Corpus Christi home. Defendant PHH Mortgage confirmed this.

177.   On March 15, 2023, PHH Mortgage told Plaintiff the foreclosure sale was off, despite Plaintiff stating the foreclosure sale is still scheduled for the next day. PHH Mortgage assured the sale was off.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

178.   PHH Mortgage is the servicer for Plaintiff's Greenville home, which has not

entered the formal foreclosure process as of March 15, 2023.

179.   Plaintiff relied on PHH Mortgage's representation, and due to that representation

did not request a postponement, reopen her brother's bankruptcy case, or even file

bankruptcy under her name.

180.   As a result of PHH's representation, Plaintiff's home was sold at the foreclosure

sale on March 16, 2023, and Plaintiff suffered damages for at least $1,000,000.00.

**COUNT TEN**

Negligent Misrepresentation
(PHH MORTGAGE)

181.   Plaintiff incorporates herein by this reference each and every allegation set forth

above, as though fully set forth herein.

182.   California Civil Procedure Code § 1572(2), provides: Defendant's representation

was not true, and that although the defendant may have honestly believed the

representation was true, the defendant had no reason for believing the representation

was true when Defendant made it. Additionally, Defendant intended that Plaintiff

believe this representation and Plaintiff reasonably relied on the representation to

Plaintiff's detriment.

183.   Plaintiff incorporates herein by this reference allegation set forth above under the

claim of Intentional Misrepresentation, as though fully set forth herein.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

184.   As a result of PHH's representation, Plaintiff's home was sold at the foreclosure sale on March 16, 2023, and Plaintiff suffered damages for at least $1,000,000.00.

## COUNT ELEVEN

### Intentional Infliction of Emotional Distress
(Loancare, Trustee Corps., and PHH Mortgage)

185.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

186.   Under California law, intentional infliction of emotional distress occurs when the Defendants' conduct is outrageous, and Defendant acted with reckless disregard of the probability of causing Plaintiffs Kristen Pearson and Steven Collins emotional distress and is the actual and proximate causation of the emotional distress by Defendant's outrageous conduct.

187.   Defendants Loancare and Trustee Corps willfully, negligently, and/or with a reckless disregard for the facts and legal requirements in this case, and foreclosed on the Plaintiff's home.

188.   The home was in the Pearson family's possession for nearly 40 years and is the place where all of Thomas and Charlotte Pearson's children were born except Kristen Pearson, who was 1 year old when she moved into the Corpus Christi home.

189.   Defendants had knowledge the Corpus Christi home was intended to be kept in the family as it was disclosed by Plaintiff Kristen Pearson that she had to evict the tenants so that her brother and sister could move into the property.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

190.    Loancare per Fannie Mae's Servicing Manual can be penalized for not closing a foreclosure in California in 480 days. *See*, Exhibit R. Defendant Loancare completed its foreclosure of Plaintiff's home within 439 days.

191.    Due to Plaintiff Loancare completing the foreclosure 41 days early, Plaintiff could receive an incentive in the amount of $950.98 as a credit ((.0525/365 * 161,258) *-41=950.98)) under Fannie Mae.

192.    This incentive Loancare received to employ reasonable efforts to work mitigation options with Plaintiff was not effective as it was a fee higher than having to work any mitigation plans.

193.    If Defendant Loancare had to reissue its Notice of Default, due to its inattentiveness, Loancare would presumably have had to pay from its coffers $1257.15 for attorney fees to reissue the Notice of Default, and foreclosure would have been delayed approximately 109 days:

- Facially complete application 11/3/22- 5-day letter

- 30 days to get documents missing submitted

- 30-day period to review a complete application

- 14 days to appeal the decision.

- 30 days to review the appeal.

- Potentially 109 days = 68 days late = (.0525/365 * 161,258) *86= $1,994.73 in fee to be paid to Fannie Mae.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

*Id.*

194.   Due to Defendant's wrongful foreclosure of the property, and general lack of servicing the loan, Plaintiffs both suffered extreme emotional distress with symptoms of depression, renewed grief from parents passing, struggling to do daily chores, and an exacerbation of Plaintiff Kristen Pearson's ability to concentrate on her job.

195.   Both Plaintiffs have sought psychiatric care.

196.   It is Defendant's actions that are the proximate and actual cause of Plaintiff's distress and as such should be liable for damages to be determined at trial.

## COUNT TWELVE

<u>Negligent Infliction of Emotional Distress</u>
(Loancare, Trustee Corps., and PHH Mortgage)

197.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

198.   Under California law, a claim for negligent infliction of emotional distress requires that as a result of the defendant's negligence, the plaintiff suffered serious emotional distress and the defendant's negligence was a substantial factor in Plaintiff's serious emotional distress.

199.   Here, in this case, Plaintiff Kristen Pearson suffered emotional distress requiring psychiatric care, her face and body broke out with acne, she would have breakdowns resulting in her body and head shaking, and she had to hire outside help to help with

chores and care of the children due to Defendants wrongful foreclosure of her property.

200.   Furthermore, due to Defendant's actions or reckless disregard for the facts of the case and laws regarding servicing mortgage loans, Plaintiff is entitled to damages to be determined at trial.

## COUNT THIRTEEN

### Loss of Consortium
(Loancare, Trustee Corps., and PHH Mortgage)

201.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

202.   Under California Civil Code §1431.2(b), in California, each spouse has a cause of action for loss of consortium, as defined as the loss of love, companionship, comfort, care, assistance, protection, affection, society, and moral support and the loss of the enjoyment of sexual relations, caused by a negligent or intentional injury to the other spouse by a third party. See, Rodriguez v. Bethlehem Steel Corp. 12 Cal.3d 382, 408 (1974)

203.   In this case, Plaintiff Steven Collins has been married to his wife for 13 years and had known and lived with Plaintiff Kristen Pearson for over 20 years. Plaintiff is furthermore a 100 percent service-disabled veteran and has depended on his wife to care for his physical and mental health needs since 2010. Additionally, Plaintiff has 5

children with his wife with the oldest being 10 years old and the youngest being 8 months old.

204.   Since the foreclosure and loss of the Corpus Christi home, Plaintiff Kristen Pearson has been an emotional mess, depressed, struggling with the reopened wounds of grief, and struggling to take care of the children she was once able to do so efficiently.   Moreover, Plaintiff's wife has been preoccupied and constantly researching and trying to learn of ways to save her family home of close to 40 years.

205.   Due to Defendant's actions, Plaintiff's wife has been unable to meet both his children's needs, as well as both his physical and mental health needs, which has caused Plaintiff both emotional distress and harm resulting in an amount to be determined at trial.

## COUNT FOURTEEN

### To Void and Cancel The Trustees Deed Upon the Sale
(Catamount Properties 2018, LLC; Loancare, And Trustee Corps.)

206.   Plaintiff incorporates herein by this reference each and every allegation set forth above, as though fully set forth herein.

207.   Defendant Loancare and Trustee Corps. did not have the authority to exercise the power of sale under the Deed of Trust and convey the Trustees Deed Upon Sale to Defendant Catamount Properties 2018.

208.   Defendant Loancare did not mail the required letters of default to Plaintiff, did not perform preforeclosure contacts under Title X, and under the California Homeowner

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

Bill of Rights, did not mail Plaintiff the Notice of Default, and did not confer all rights the deceased homeowners had under the Garn–St Germain Depository Institutions Act of 1982 by honoring the previous offer, "FLEX MODIFICATION TRIAL PERIOD PLAN SOLICITATION OFFER," did not provide a point of contact for foreclosure mitigation, and dual tracked the foreclosure when Loancare had a facially complete application in November 2022.

209.   As a result of Defendants' Loancare and Trustee Corps. actions, Plaintiff was prejudiced by their actions and seeks to void and cancel the Trustees Deed upon sale. Plaintiff further requests damages over $1,000,000.00.

## COUNT FIFTEEN

### To Set Aside Trustee's Sale
(All Defendants)

210.   Plaintiff incorporates herein by this reference each and every allegation set forth above and incorporates allegations outlined in Plaintiff's Claim to Void and Cancel the Trustee Deed Upon Sale as though fully set forth herein.

## COUNT SIXTEEN

### Preliminary and Permanent Injunctive Relief Under
### California Business and Professions Code Sections 17200 Et Seq
(Loancare and Trustee Corps.)

211.   Plaintiff incorporates herein by reference the allegations, inclusive, as though fully set forth herein.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

212.  California's unfair competition statute, California Business & Professions Code Section 17200, et seq., prohibits acts of unfair competition, which means and includes any "fraudulent business act or practice . . ." and conduct which is "likely to deceive" and is "fraudulent" within the meaning of Section 17200. This tripartite is disjunctive and the plaint need only allege one of the three theories to properly plead a claim under section 17200. Sect 17200 was written broadly to allow courts maximum discretion to prohibit new schemes to defraud. The statute provides that unfair competition includes unlawful, unfair, or fraudulent business practices and unfair, deceptive, untrue, or misleading advertising.

213.  Defendants' actions herein in violating California Civil Code Section 2934 by making misrepresentations to the State of California by filing with the Ventura County Recorder its "California Declaration of Compliance" a Declaration which is incorrect based on the facts in this case and thus display Loancare's egregious inability to correctly document its cases and service them accordingly, and as such, are also business practices that are unlawful, unfair, and/or fraudulent under California Business & Professions Code Section 17200.

214.  Additionally, Defendant Loancare applied the following charges to Plaintiff's account: $1,257.15 for attorney fees from 8/16/22 – 9/1/22 and $393.74 for mail fees (presumably for the Notice of Default), and $1,205.00 for attorney fees from 12/9/22-2/9/23 and $499.71 for mail fees. The fees for the Notice of Default are well more

than the amount permitted under California Civil Code §2924c, which is $828.15. Under section 2924d, the fees permitted are $1,531.29 and the fees Plaintiff is aware of, which do not include the actual sale is $1,205. Thus, Defendant Loancare is in the business practice of passing on illegal attorney fees to Plaintiffs that are already distressed due to being unable to meet their already defaulted mortgage.

215.   Moreover, Defendant Loancare's mailing fees of $ 893.45 are unconscionable and excessive as the only place documents related to the defaulted loan need to be mailed to is the administrator of the estate, which is Plaintiff Kristen Pearson.

216.   Specifically, as fully set forth above and in the facts section, Defendant Loancare engaged in deceptive business practices concerning mortgage loan servicing, assignments of notes and deeds of trust, foreclosure of residential properties, and related matters by, among other things,

- Instituting improper or premature foreclosure proceedings to generate unwarranted fees.

- Executing and recording false and misleading documents.

- Defendant Loancare reported a good faith attempt to contact Plaintiff, but Defendant Loancare did not do the following:

  a.  call Plaintiff's phone number after every month delinquent

  b.  send Plaintiff a letter of default at least 10 days but no more than 45 days before recording the Notice of Default.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

   c. Send Plaintiff all notices required under Regulation X during the 90 days before the servicer made the filing of the notice of default. All of which was required under 12 CFR §1024.41(f)(3)(ii)(C).

- Executing and recording documents without the legal authority to do so.

- Failing to disclose the principal for which documents were being executed and recorded in violation of California Civil Code § 1095.

- Failing to comply with California Civil Code §2923.5; and

- Other deceptive business practices.

217.   Plaintiff alleges that by engaging in the above-described acts and/or practices as alleged herein, Defendant violated several California laws and regulations, and said predicated acts are therefore per se violations of California Business and Professions Code §17200, et seq.

218.   Plaintiff alleges that Defendant's misconduct, as alleged herein, gave, and has given, Defendant an unfair competitive advantage over their competitors. The scheme implemented by Defendant is designed to defraud California consumers and enrich Defendant.

219.   Plaintiff is informed and believes and therefore alleges that the Defendants performed the above-mentioned acts to injure Plaintiff and facilitate Plaintiff losing her home to foreclosure. Plaintiff further alleges that as a direct and proximate result of the aforementioned acts, Defendant has prospered and benefitted from Plaintiff by

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

collecting mortgage payments and fees for foreclosure-related services that are above

and beyond the industry standard and have been unjustly enriched from their act of

foreclosing on Plaintiff's home in violation with applicable laws as well as their

servicing contract with Fannie Mae. See, Exhibit S, Fannie Mae's permissive

foreclosure fee allowance for servicing its loans in California.

220.   Plaintiff further alleges that the Defendants will continue to engage in the above-

described unfair business practices unless restrained.

### COUNT SEVENTEEN

Preliminary and Permanent Injunctive Relief Under
Consumer Financial Protection Act under 12 U.S. Code 5538
(Loancare)

221.   Plaintiff incorporates herein by reference the allegations, inclusive, as though fully

set forth herein.

222.    Under Sections 1031 and 1036 of the CFPA, it is unlawful for any covered person

to commit or engage in any unfair, deceptive, or abusive acts or practices. 12 U.S.C.

§§ 5531(a), 5536(a)(1)(B).

223.   . Under Section 1036 of the CFPA, it is unlawful for any covered person "to offer

or provide to a consumer any financial product or service not in conformity with

federal consumer financial law, or otherwise commit any act or omission in violation

of a federal consumer financial law." 12 U.S.C 5536(a)(1)(A).

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

224.   Pursuant to 12 U.S. Code §5538, any violation under the 12 CFR Part 1024, will be treated as a violation of a rule prohibiting unfair, deceptive, or abusive acts or practices under the Consumer Financial Protection Act of 2010.

225.   An act or practice is unfair under the CFPA if "the act or practice causes or is likely to cause substantial injury to consumers which is not reasonably avoidable by consumers" and "such substantial injury is not outweighed by countervailing benefits to consumers or to competition." 12 U.S.C. § 5531(c).

226.   Defendant Loancare is a "covered person" pursuant to 12 U.S.C. § 5481(6) because it offers and provides consumer financial services, which includes "extending credit and servicing loans" and "collecting debt" related to such loans, as defined under the CFPA, 12 U.S.C. § 5481(15)(A)(i) and (x).

227.   For the purpose of RESPA, a servicer is a person "responsible for servicing of a loan." 12 U.S.C. § 2605(i)(2). Under RESPA, "servicing" means "receiving any scheduled periodic payments from a borrower pursuant to the terms of any loan...and making the payments of principal and interest and such other payments with respect to the amounts received from the borrower as may be required pursuant to the terms of the loan." 12 U.S.C. § 2605(i)(3).

228.   Defendant is subject to RESPA and Regulation X as a mortgage servicer of federally related mortgage loans as Loancare services a Fannie Mae Loan.

229.   Prima facie evidence Defendant Loancare violated the Consumer Protection Act are the following:

• Failure to perform preforeclosure contacts.

• Failure to have continuity of contact after the foreclosure process was started.

• Loancare never offered a forbearance to help prevent foreclosure.

• Loancare mailed default letters to the incorrect address, and not the address that was that was provided in the Notice of Administration of Thomas Pearson's estate, which was mailed in July 2021.

• Loancare mailed default letters to the incorrect address, and not the address notated on the Deed of Trust as the address Loancare was to mail notices.

• Loancare had the Greenville home address as the address to mail monthly statements to but did not even use that address to mail default letters.

• Loancare did dual tracking on facially complete applications.

• Loancare did not provide letters consistently regarding the acceptance of the mortgage assistance application, letters regarding missing or needed documents regarding the application, and made Plaintiff complete the application several times due to its policies.

• Loancare did not treat Plaintiff as if she were in the same shoes as her parents by allowing Plaintiff to take part in the May 2022 offer to get out of default.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

- Defendant Loancare recorded a default without meeting all the requirements necessary before its recording.

230.   Due to Loancare's blatant breach of the Consumer Financial Protection Act, Plaintiff was denied any meaningful possibility to become current with her loan. As such, Defendant was the actual and proximate cause of Plaintiff's foreclosure and Plaintiff requests the trustee sale be set aside and Plaintiff be awarded damages at trial.

231.   Moreover, in numerous instances, Defendant's actions caused or were likely to cause substantial injury to borrowers as a result of Defendant's lack of training employees, systems operations, or quality control.

## COUNT EIGHTEEN
Quiet Title
(Catamount Properties 2018, LLC)

232.   Plaintiff incorporates herein by reference the allegations, inclusive, as though fully set forth herein.

233.   Plaintiff is the owner of the subject property subject to Loancare's prior lien, which has the following description: 3421 Corpus Christi Ave, Simi Valley, CA 93063.

234.   Plaintiff seeks to quiet title against the claims of Defendant Catamount Properties 2018, LLC. and ALL PERSON UNKNOWN CLAIMING ANDY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY

---

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

DESCRIBED IN THIS COMPLAINT ADVERSE TO PLAINTFF'S TITLE, OR ANY CLOUD ON SAID PROPERTY.

235.   Defendants Loancare and Trustee Corp pursued a foreclosure with blatant disregard for the laws and policies mandated under the California Homeowner Bill of Rights and Regulation X. Thus, any transfer of title should be considered void.

236.   Additionally, Defendant Catamount Properties 2018, LLC should not be enjoined from asserting title to said property due to Defendant Loancare and Trustee Corp's actions, and Defendant Catamount Properties not being a bonified purchaser.

237.   Plaintiff seeks a judicial declaration that the title to the subject property is vested in the Estate of Thomas Pearson alone, subject to Defendant Loancare's primary lien.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial, pursuant to the Seventh Amendment to the Constitution of the United States, as to all claims for damages.

## DEMAND FOR JUDGMENT

Plaintiffs KRISTEN PEARSON and KRISTEN PEARSON as ADMINISTRATOR FOR THE ESTATE OF THOMAS PEARSON, demand judgment against LOANCARE, LLC, TRUSTEE CORPS., PHH MORTGAGE, LLC., and CATAMOUNT PROPERTIES 2018, LLC., as follows:

1. FOR ECONOMIC DAMAGES PURSUANT TO CIVIL CODE § 3281, in the amount of at least $1,000,000.00, and in an amount to be determined at trial.

2.  For general damages in an amount to be determined at trial.

3.  For restitution in an amount to be determined at trial.

4.  For treble actual damages under Civil Code §2923.12(b).

5.  For damages under 12 CFR §2924.41(a).

6.  For attorney's fees, if one is acquired, under Civil Code §2924.12(h).

7.  For costs of suit herein incurred; and

8.  For such other and further relief as the court may deem proper.

PLAINTIFF STEVEN COLLINS demands judgment against LOANCARE, LLC and TRUSTEE CORPS as follows:

1.  For general damages/ non-economic damages in an amount to be determined at trial for only the following claims: Intentional Infliction of Emotional Distress, and Loss of Consortium.

## INDEX OF EXHIBITS

A. Deed Of Trust

B. Notice Of Administration Of The Estate Of Thomas G Pearson

C. Loancare Notice Of Default Letters

D. Loancare Offer Sent Out On May 24, 2022

E. Loancare Emails Bounce Back To Plaintiff

F. Loancare Emails Bounce Back To Plaintiff

G. Notice Of Default

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

H. Statements From Greenville Home Showing New Rez As A Loan Servicer.

I. Statements From Corpus Christi Home Showing New Rez As Servicer.

J. California Declaration Of Compliance.

K. fax confirmations and emails regarding September 9, 2022 application, and said application.

L. Plaintiff's 2nd application.

M. Fannie Mae's procedures regarding incomplete applications.

N. Plaintiff's email requesting postponement of sale

O. Fannie Mae's definition of a complete application.

Fannie Mae's Permissive Foreclosure Fee Allowance

P. Loancare Letter Regarding Denial Of Mitigation Assistance Application

Q. Fannie Mae's Policies Regarding Dual tracking.

R. Fannie Mae's timeline for foreclosure and fees.

S. Fannie Mae's permissive foreclosure fee allowance for servicing its loans in California

Dated: 5/17/23

Respectfully submitted,

Kristen Pearson, Plaintiff
and Administrator of Thomas Pearson's Estate.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

Respectfully submitted,

Steven Collins, Plaintiff

## JURY DEMAND

Plaintiffs demand a jury trial for all claims set forth herein.

Respectfully submitted,

Kristen Pearson, Plaintiff
and Administrator of Thomas Pearson's Estate.

Respectfully submitted,

Steven Collins, Plaintiff

## INDEX OF EXHIBITS

A. Deed Of Trust

B. Notice Of Administration Of The Estate Of Thomas G Pearson

C. Loancare Notice Of Default Letters

D. Loancare Offer Sent Out On May 24, 2022

E. Loancare Emails Bounce Back To Plaintiff

F. Fannie Mae Flex Modification requirements.

VERIFIED COMPLAINT FOR WRONGFUL FORECLOSURE

G. Loancare Emails Bounce Back To Plaintiff

H. Notice Of Default

I. Statements From Greenville Home Showing New Rez As A Loan Servicer and Statements From Corpus Christi Home Show New Rez As Servicer.

J. California Declaration Of Compliance.

K. Fax Confirmation Indicating Successful Submission Of The Application, and MA Application Submitted September 9, 2022.

L. Email Trustee Corps A Request To Postpone The Sale

M. Fannie Mae's Permissive Foreclosure Fee Allowance

Recording Requested By: Simplifile
Green Tree Servicing LLC

~~Return To:~~
Green Tree Servicing LLC

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

20141017-00131324-0 1/19
Ventura County Clerk and Recorder
MARK A. LUNN
10/17/2014 11:02:30 AM
870015 $79.00 CE

Electronically Recorded in Official Records,
County of Ventura

*WHEN RECORDED, RETURN TO:*
*FIRST AMERICAN TITLE INSURANCE CO.*
*1100 SUPERIOR AVENUE, SUITE 200*
*CLEVELAND, OHIO 44114*
*NATIONAL RECORDING*

---

[Space Above This Line For Recording Data]

## DEED OF TRUST

MIN 100809006393775893

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated 10/07/2014
together with all Riders to this document.
**(B) "Borrower"** is THOMAS PEARSON AND CHARLOTTE PEARSON, HUSBAND AND WIFE
AS JOINT TENANTS

Borrower's address is 3364 Greenville Drive, Simi Valley, CA 93063
. Borrower is the trustor under this Security Instrument.

**(C) "Lender"** is
Green Tree Servicing LLC
Lender is a Corporation
organized and existing under the laws of Delaware

106ACA                          000639377589                10/06/2014 01:14pm

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005 1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (1302).00
Page 1 of 15                    Initials:

Lender's address is
1400 Landmark Towers, 345 Saint Peter Street, Saint Paul, MN 55102

(D) "Trustee" is
Executive Trustee Services, Inc.

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument**. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(F) "Note" means the promissory note signed by Borrower and dated 10/07/2014
The Note states that Borrower owes Lender
One Hundred Eighty Three Thousand Five Hundred                          Dollars
(U.S. $ 183,500.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than November 1, 2044

(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☒ 1-4 Family Rider |
| ☐ VA Rider | ☐ Biweekly Payment Rider | ☐ Other(s) [specify] |

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

(M) "Escrow Items" means those items that are described in Section 3.

(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.

(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

106ACA                              000639377589                   10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS         Form 3005 1/01
VMP ®-6A(CA) (1302).00                          Page 2 of 15          Initials: CA

**(Q) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the County                                                    of Ventura                                              :
            [Type of Recording Jurisdiction]                       [Name of Recording Jurisdiction]

**The Assessor's Parcel Number (Property Tax ID#) for the Real Property is 628-0-074-075. See attached Exhibit A**

Parcel ID Number: 628-0-074-075                          which currently has the address of
3421 CORPUS CHRISTI STREET                                                      [Street]
Simi Valley                                      [City], California  93063          [Zip Code]
("Property Address"):

    TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances

106ACA                           000639377589                    10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS       Form 3005  1/01
VMP ®-6A(CA) (1302).00                          Page 3 of 15            Initials: TP  CP

of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be

106ACA                              000639377589                      10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005   1/01
VMP ® -6A(CA) (1302).00                              Page 4 of 15        Initials PP CN

in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the

lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with

106ACA                                    000639377589           10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005  1/01
VMP ® -6A(CA) (1302).00                     Page 6 of 15      Initials:

the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable

attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

**(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.**

106ACA                                          000639377589                          10/06/2014  01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS                    Form 3005   1/01
VMP ®-6A(CA) (1302).00                                         Page 8 of 15         Initials:

(b) **Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.**

**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender

106ACA                    000639377589                    10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005   1/01
VMP ®-6A(CA) (1302).00                    Page 9 of 15          Initials

to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

106ACA                              000639377589                    10/06/2014  01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005  1/01
VMP ®-6A(CA) (1302).00                    Page 10 of 15        Initials:

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA

106ACA                                  000639377589                     10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005  1/01
VMP ®-6A(CA) (1302).00                         Page 11 of 15            Initials:

requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

106ACA                                  000639377589                    10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS            Form 3005  1/01
VMP ®-6A(CA) (1302).00                   Page 12 of 15         Initials

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies. Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.**

**If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by Applicable Law to Borrower and to the other persons prescribed by Applicable Law. Trustee shall give public notice of sale to the persons and in the manner prescribed by Applicable Law. After the time required by Applicable Law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.**

**Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.**

**23. Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

**24. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**25. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

106ACA              000639377589           10/06/2014  01 :14pm

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT WITH MERS**       Form 3005   1/01

VMP ®-6A(CA) (1302).00              Page 13 of 15      Initials:

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale under this Security Instrument be mailed to the Borrower at the address set forth above. A copy of any Notice of Default and any Notice of Sale will be sent only to the address contained in this recorded request. If the Borrower's address changes, a new request must be recorded.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____          _Thomas Pearson_____ (Seal)
                                          Thomas Pearson           -Borrower

_____          _Charlotte Pearson_____ (Seal)
                                          Charlotte Pearson        -Borrower

_____ (Seal)            _____ (Seal)
                        -Borrower                                 -Borrower

_____ (Seal)            _____ (Seal)
                        -Borrower                                 -Borrower

_____ (Seal)            _____ (Seal)
                        -Borrower                                 -Borrower

106ACA                         000639377589            10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS       Form 3005   1/01
VMP ® -6A(CA) (1302).00              Page 14 of 15

State of California
County of Ventura
}  ss.

On _October 7, 2014_  before me, _J.M. Leone, Notary Public_
, personally appeared

THOMAS PEARSON AND CHARLOTTE PEARSON, HUSBAND AND
WIFE AS JOINT TENANTS

, who
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF
PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



J. M. LEONE
COMM.# 1938737
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXPIRES JUNE 24, 2015

_____ (Seal)
JM Leone

Loan origination organization **Green Tree Servicing LLC**
NMLS ID **1057**
Loan originator **Anthony Rizzello**
NMLS ID **14591**

106ACA                          000639377589              10/06/2014 01:14pm
**CALIFORNIA**-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005   1/01
VMP ® -6A(CA) (1302) 00                    Page 15 of 15        Initials _____

# 1-4 FAMILY RIDER
## (Assignment of Rents)

THIS 1-4 FAMILY RIDER is made this **7th** day of **October, 2014** , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Note to
**Green Tree Servicing LLC**

(the "Lender") of the same date and covering the Property described in the Security Instrument and located at:
**3421 CORPUS CHRISTI STREET, Simi Valley, CA  93063**

[Property Address]

**1-4 FAMILY COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. ADDITIONAL PROPERTY SUBJECT TO THE SECURITY INSTRUMENT.** In addition to the Property described in the Security Instrument, the following items now or hereafter attached to the Property to the extent they are fixtures are added to the Property description, and shall also constitute the Property covered by the Security Instrument: building materials, appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used in connection with the Property, including, but not limited to, those for the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors, cabinets, paneling and attached floor coverings, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the Property covered by the Security Instrument. All of the foregoing together with the Property described in the Security Instrument (or the leasehold estate if the Security Instrument is on a leasehold) are referred to in this 1-4 Family Rider and the Security Instrument as the "Property."

**B. USE OF PROPERTY; COMPLIANCE WITH LAW.** Borrower shall not seek, agree to or make a change in the use of the Property or its zoning classification, unless Lender has agreed in writing to the change. Borrower shall comply with all laws, ordinances, regulations and requirements of any governmental body applicable to the Property.

**C. SUBORDINATE LIENS.** Except as permitted by federal law, Borrower shall not allow any lien inferior to the Security Instrument to be perfected against the Property without Lender's prior written permission.

**D. "BORROWER'S RIGHT TO REINSTATE" DELETED.** Section 19 is deleted.

1057RA                          000639377589                  10/06/2014 01:14pm

**MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
VMP-57RA (0811)  Form 3170 1/01
Page 1 of 3           Initials: _____
VMP Mortgage Solutions, Inc.
(800)521-7291

**E. BORROWER'S OCCUPANCY.** Unless Lender and Borrower otherwise agree in writing, Section 6 concerning Borrower's occupancy of the Property is deleted.

**F. ASSIGNMENT OF LEASES.** Upon Lender's request after default, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases of the Property. Upon the assignment, Lender shall have the right to modify, extend or terminate the existing leases and to execute new leases, in Lender's sole discretion. As used in this paragraph G, the word "lease" shall mean "sublease" if the Security Instrument is on a leasehold.

**G. ASSIGNMENT OF RENTS; APPOINTMENT OF RECEIVER; LENDER IN POSSESSION.** Borrower absolutely and unconditionally assigns and transfers to Lender all the rents and revenues ("Rents") of the Property, regardless of to whom the Rents of the Property are payable. Borrower authorizes Lender or Lender's agents to collect the Rents, and agrees that each tenant of the Property shall pay the Rents to Lender or Lender's agents. However, Borrower shall receive the Rents until: (i) Lender has given Borrower notice of default pursuant to Section 22 of the Security Instrument, and (ii) Lender has given notice to the tenant(s) that the Rents are to be paid to Lender or Lender's agent. This assignment of Rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of default to Borrower: (i) all Rents received by Borrower shall be held by Borrower as trustee for the benefit of Lender only, to be applied to the sums secured by the Security Instrument; (ii) Lender shall be entitled to collect and receive all of the Rents of the Property; (iii) Borrower agrees that each tenant of the Property shall pay all Rents due and unpaid to Lender or Lender's agents upon Lender's written demand to the tenant; (iv) unless applicable law provides otherwise, all Rents collected by Lender or Lender's agents shall be applied first to the costs of taking control of and managing the Property and collecting the Rents, including, but not limited to, attorney's fees, receiver's fees, premiums on receiver's bonds, repair and maintenance costs, insurance premiums, taxes, assessments and other charges on the Property, and then to the sums secured by the Security Instrument; (v) Lender, Lender's agents or any judicially appointed receiver shall be liable to account for only those Rents actually received; and (vi) Lender shall be entitled to have a receiver appointed to take possession of and manage the Property and collect the Rents and profits derived from the Property without any showing as to the inadequacy of the Property as security.

If the Rents of the Property are not sufficient to cover the costs of taking control of and managing the Property and of collecting the Rents any funds expended by Lender for such purposes shall become indebtedness of Borrower to Lender secured by the Security Instrument pursuant to Section 9.

Borrower represents and warrants that Borrower has not executed any prior assignment of the Rents and has not performed, and will not perform, any act that would prevent Lender from exercising its rights under this paragraph.

Lender, or Lender's agents or a judicially appointed receiver, shall not be required to enter upon, take control of or maintain the Property before or after giving notice of default to Borrower. However, Lender, or Lender's agents or a judicially appointed receiver, may do so at any time when a default occurs. Any application of Rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of Rents of the Property shall terminate when all the sums secured by the Security Instrument are paid in full.

**H. CROSS-DEFAULT PROVISION.** Borrower's default or breach under any note or agreement in which Lender has an interest shall be a breach under the Security Instrument and Lender may invoke any of the remedies permitted by the Security Instrument.

1057RA                          000639377589                    10/06/2014 01:14pm

**MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

-57RA (0811)                   Page 2 of 3              Initials: _____ Form 3170 1/01

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this 1-4 Family Rider.

_Thomas Pearson_ (Seal)
Thomas Pearson          -Borrower

_Charlotte Pearson_ (Seal)
Charlotte Pearson          -Borrower

_____ (Seal)
          -Borrower

_____ (Seal)
          -Borrower

_____ (Seal)
          -Borrower

_____ (Seal)
          -Borrower

_____ (Seal)
          -Borrower

_____ (Seal)
          -Borrower

1057RA                    000639377589                    10/06/2014 01:14pm
MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP®-57RA (0811)                    Page 3 of 3                    Form 3170 1/01

Exhibit "A"

Legal Description

A.P.N.: 628-0-074-075

Real property in the City of SIMI VALLEY, County of VENTURA, State of California, described as follows:

LOT 346 OF TRACT NO. 1399-6, IN THE CITY OF SIMI VALLEY, COUNTY OF VENTURA, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 37, PAGE 52 OF MISCELLANEOUS RECORDS (MAPS), IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PEARSON
49260311                    CA
FIRST AMERICAN ELS
DEED OF TRUST

19

DE-157

# NOTICE OF ADMINISTRATION
# OF THE ESTATE OF

THOMAS G. PEARSON, AKA TOM PEARSON
_____
(NAME)

**DECEDENT**

Electronically
**FILED**
by Superior Court of California
County of Ventura

02/01/2023
Brenda L. McCormick
Executive Officer and Clerk

Lauren Carrillo
Deputy Clerk

## NOTICE TO CREDITORS

1. *(Name):* KRISTEN PEARSON

   *(Address):* 2023 W. SAINT ESTEPHE COURT
   HAYDEN, IDAHO, 83835

   *(Telephone):* 208-682-5870

   is the **personal representative** of the **ESTATE OF** *(name):* THOMAS G. PEARSON, AKA TOM PEARSON , who is deceased.

2. The personal representative HAS BEGUN ADMINISTRATION of the decedent's estate in the

   a. **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** *(specify):* VENTURA

      STREET ADDRESS: 4353 E. Vineyard Avenue

      MAILING ADDRESS: 4353 E. Vineyard Avenue

      CITY AND ZIP CODE: Oxnard, California 93036

      BRANCH NAME: OXNARD JUVENILE JUSTICE CENTER

   b. Case number *(specify):* 56-2021-00552214-PR-LA-OXN

3. You must FILE YOUR CLAIM with the court clerk (address in item 2a) AND mail or deliver a copy to the personal representative before the **last to occur** of the following dates:

   a. **four months** after *(date):* June 25, 2021 , the date letters (authority to act for the estate) were first issued to a general personal representative, as defined in subdivision (b) of section 58 of the California Probate Code, **OR**

   b. **60 days** after *(date):* July 8, 2021 , the date this notice was mailed or personally delivered to you.

4. **LATE CLAIMS:** If you do not file your claim within the time required by law, you must file a petition with the court for permission to file a late claim as provided in Probate Code section 9103. Not all claims are eligible for additional time to file. See section 9103(a).

---

**EFFECT OF OTHER LAWS: Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.**

---

**WHERE TO GET A CREDITOR'S CLAIM FORM: If a *Creditor's Claim* (form DE-172) did not accompany this notice, you may obtain a copy of the form from any superior court clerk or from the person who sent you this notice. You may also access a fillable version of the form on the Internet at *www.courts.ca.gov/forms* under the form group Probate—Decedents' Estates. A letter to the court stating your claim is *not* sufficient.**
**FAILURE TO FILE A CLAIM: Failure to file a claim with the court and serve a copy of the claim on the personal representative will in most instances invalidate your claim.**
**IF YOU MAIL YOUR CLAIM: If you use the mail to file your claim with the court, for your protection you should send your claim by certified mail, with return receipt requested. If you use the mail to serve a copy of your claim on the personal representative, you should also use certified mail.**

---

**Note: To assist the creditor and the court, please send a blank copy of the *Creditor's Claim* form with this notice.**

---

*(Proof of Service by Mail on reverse)*                                                    Page 1 of 2

**NOTICE OF ADMINISTRATION TO CREDITORS**
**(Probate—Decedents' Estates)**

Ventura Superior Court Accepted through eDelivery submitted 02-01-2023 at 01:24:35 PM

DE-157

| ESTATE OF (Name): | CASE NUMBER: |
|---|---|
| DECEDENT | |

**[Optional]**
## PROOF OF SERVICE BY MAIL

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.

2. My residence or business address is (specify): Haman Law
~~2023 W. Saint Estephe Court,~~    923 North 3rd Street
~~Hayden, ID 83835~~    P.O. Box 2155
Coeur d'Alene, ID 83816

3. I served the foregoing *Notice of Administration to Creditors* [ X ] and a blank *Creditor's Claim* form* on each person named below by enclosing a copy in an envelope addressed as shown below AND

   a. [ X ] **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.

   b. [  ] **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. a. Date of deposit: 7/8/21    b. Place of deposit (city and state): Coeur d' Alene, Idaho

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/8/2021

Michael Haman
(TYPE OR PRINT NAME)    (SIGNATURE OF DECLARANT)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| | Name of person | Address (number, street, city, state, and zip code) |
|---|---|---|
| 1. | Ocwenloans | 1661 Worthington Rd, West Palm Beach, FL 33409 561-682-8000 |
| 2. | Phh Mortgage Services | 1 Mortgage Way, Mount Laurel, NJ 08054 800-330-0423 |
| 3. | Nationstar/mr Cooper | 350 Highland Houston, TX 77067 888-480-2432 |
| 4. | Loancare | 3637 Sentara Way, Virginia Beach, VA 23452 800-274-6600 |
| 5. | Bbva Usa | 2009 Beltline Road, Decatur, AL 35603 205-933-3000 |
| 6. | Discoverbank | POB 15316 Wilmington, DE 19850 800-347-2683 |
| 7. | Mission Lane/tab Bank | Po Box 105286, Atlanta, GA 30304 855-790-8860 |
| 8. | Ollo/tbom | Po Box 9222, Old Bethpage, NY 11804 877-494-0020 |

[  ] List of names and addresses continued in attachment. *(You may use form POS-30(P) to show additional persons to whom a copy of this notice was mailed. Do not use page 2 of this form or form POS-030(P) to show that you personally delivered a copy of this notice to a creditor. You may use forms POS-020 and POS-020(P) for that purpose.)*

**\* NOTE:** To assist the creditor and the court, please send a blank copy of the Creditor's Claim (form DE-172) with the notice.

DE-157 [Rev. January 1, 2013]    **NOTICE OF ADMINISTRATION TO CREDITORS**    Page 2 of 2
**(Probate—Decedents' Estates)**

For your protection and privacy, please press the Clear

Ventura Superior Court Accepted through eDelivery submitted 02-01-2023 at 01:24:35 PM



**LOANCARE**
A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

+ 0516005 000050232 09LCZ4 0075327 095 XC731
THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249



# LOANCARE

**A SERVICELINK COMPANY**

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

March 10, 2021

THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

Reference: XXXXXX7299
Property Address: 3421 Corpus Christi St
Simi Valley CA 93063

**SUBJECT:** Please Contact Us about Your Recently Missed Mortgage Payment

Dear Thomas Pearson and Charlotte Pearson:

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. Our records indicate you have missed 2 mortgage payments and your account is 37 days past due. It is important that you act quickly. Fewer options may be available the longer you wait.



> ### WE WOULD LIKE TO HELP YOU – PLEASE CONTACT US AT
> ### 1.800.909.9525
> ### LoanCare, LLC
>
> **Mortgage Assistance May Be Available**
> - We can answer questions about your mortgage and explore options based on your individual hardship.
> - We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).
>
> **You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by April 09, 2021.**

### How to Get Help – You Can Reach Us By

- **Phone:** 1.800.909.9525 or Fax: 866-521-4669
- **Email:** LC-LossMitigation@loancare.net
- **Mail:** Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452
- **Online** at https://www.myloancare.com/pub/index.html#/HomeRetentionMain

> ### Additional Resources
> For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as provide translation or other language assistance, contact one of the following federal government agencies.
>
> - The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
> - The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp
>
> **For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Freddie Mac's My Home website at http://myhome.freddiemac.com or Fannie Mae's www.KnowYourOptions.com.**

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST



**A SERVICELINK COMPANY**

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

**About Our Evaluation Process:**
Please include both your mortgage loan number and last name on each page and remit the required items by April 09, 2021. Should we not receive the documents, we will not be able to evaluate your request for a foreclosure prevention alternative. We must either deny the application or submit a written offer for a foreclosure prevention alternative within 30 calendar days after you submit a complete application. If we submit to you a written offer for a foreclosure prevention alternative, you must accept or reject the offer within 14 calendar days after you receive the offer, and the offer is deemed to be rejected if you do not accept the offer within 14 calendar days of receiving the offer.

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Loss Mitigation Department
LoanCare, LLC
NMLS ID 2916

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | • Pay all past due amounts in a single lump-sum payment.<br>• Available if you have the funds to pay now. | • Allows you to bring your mortgage current immediately. |
| **Repayment Plan** | • Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>• Available if you have sufficient income to cover more than your regular monthly payment. | • Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| **Forbearance Plan** | • Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | • Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| **Modification** | • Make modified payments based on new terms.<br>• Requires your successful completion of a three-month trial period plan. | • Allows you to bring your mortgage current by permanently modifying your mortgage.<br>• Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Short Sale** | • Sell your property.<br>• Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | • Allows you to transition out of your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | • Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |



0516005 000050232 09LCZ4 0075327 095

## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**

- You must move or you will be evicted from the property.

- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.

- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer's notices regarding missed payments?**
- If you disregard your mortgage servicer's notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.

- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.

- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.

- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. Don't let scammers take advantage of you, your situation, your house, or your money. Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:

- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:

- Go to https://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.



**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.  THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICEMEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICEMEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SCRA. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CONTACT YOUR UNIT'S JUDGE ADVOCATE OR YOUR INSTALLATION'S LEGAL ASSISTANCE OFFICER, AVAILABLE AT HTTP://LEGALASSISTANCE.LAW.AF.MIL/CONTENT/LOCATOR.PHP, OR CALL 1-800-342-9647 (TOLL FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

As required by law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*PLEASE SEE IMPORTANT STATE DISCLOSURES INCLUDED WITH THIS LETTER\***

**Notices of error and information requests must be sent to:**

**LoanCare, LLC**
**Attn:  Office of the Customer**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

Loan Number:  0038507299

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LoanCare, LLC at 1.800.909.9525.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

Borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____ _____

Primary phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Alternate phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Co-borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____ _____

Primary phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Alternate phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Preferred contact method (choose all that apply):  ☐ Cell phone   ☐ Home phone   ☐ Work phone   ☐ Email   ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: _____

Mailing address (if different from property address): _____

- The property is currently:   ☐ A primary residence   ☐ A second home   ☐ An investment property

- The property is (select all that apply):   ☐ Owner occupied   ☐ Renter occupied   ☐ Vacant

- I want to:   ☐ Keep the property   ☐ Sell the property   ☐ Transfer ownership of the property to my servicer   ☐ Undecided

Is the property listed for sale?  ☐ Yes   ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes  ☐ No – If yes, indicate monthly dues: $_____



## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

- ☐ Short-term (up to 6 months)
- ☐ Long-term or permanent (greater than 6 months)
- ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note**: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members**: Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____<br>_____ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |



## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application.  If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.


Borrower signature: _____  Date: _____


Co-Borrower signature: _____  Date: _____



**Please submit your completed application, together with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Form **4506-T**
(June 2019)

Department of the Treasury
Internal Revenue Service

### Request for Transcript of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*.

OMB No. 1545-1872

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use **Form 4506, Request for Copy of Tax Return.** There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** Customer file number (if applicable) (see instructions)

**Note:** Effective July 2019, the IRS will mail tax transcript requests only to your address of record. See **What's New** under **Future Developments** on Page 2 for additional information.

**6**  **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ _____

**a**  **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days   . . . . . . ☐

**b**  **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days   . ☐

**c**  **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days   . . . . . . . ☐

**7**  **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days   .  . ☐

**8**  **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days   . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9**  **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

  /   /   |  /   /   |  /   /   |  /   /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐  Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions)          Date

Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature          Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

Cat. No. 37667N

Form **4506-T** (Rev. 6-2019)



Form 4506-T (Rev. 6-2019)

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

**What's New.** As part of its ongoing efforts to protect taxpayer data, the Internal Revenue Service announced that in July 2019, it will stop all third-party mailings of requested transcripts. After this date masked Tax Transcripts will only be mailed to the taxpayer's address of record.

If a third-party is unable to accept a Tax Transcript mailed to the taxpayer, they may either contract with an existing IVES participant or become an IVES participant themselves. For additional information about the IVES program, go to *www.irs.gov* and search IVES.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Customer File Number.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security number. Full financial and tax information, such as wages and taxable income, are shown on the transcript.

An optional Customer File Number field is available to use when requesting a transcript. This number will print on the transcript. The customer file number is an optional field and not required.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301<br><br>855-587-9604 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888<br><br>855-800-8105 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999<br><br>855-821-0094 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409<br><br>855-298-1145 |
| Maine, Massachusetts, New Hampshire, New York, Pennsylvania, Vermont | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999<br><br>855-821-0094 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number **should not** contain an SSN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



**CAUTION**

*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN and EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

LoanCare, LLC
P.O. Box 9054
Temecula, CA  92589-9054

2359841435

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
LoanCare, LLC
P.O. Box 60509
City Of Industry, CA  91716-0509

Send Correspondence to:
LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA  23450

20210322-332

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

### *Please Read This First*

**Please note that LoanCare is required to send you the enclosed breach notice due to investor guidelines and/or applicable laws or regulations. If you are experiencing a financial hardship due to COVID-19, we're here to help. Depending on the investor of your loan, you may be eligible for a forbearance plan. A forbearance plan allows you to pause your monthly mortgage payment(s) for an initial term of up to 180 days. If you still need assistance at the end of your initial forbearance plan term, an extension of up to an additional 180 days may be available (for a total of up to 360 days, when combined with the initial forbearance term). To learn more about assistance that may be available to you, please contact us at 1-800-909-9525. <u>We will not pursue foreclosure while you are on a forbearance plan, performing under an approved loss mitigation plan, or if your loan is subject to a foreclosure moratorium.</u>**



W_CA_DEMAND



3637 Sentara Way
Virginia Beach, VA 23452
**Phone:** 1-800-909-9525
**Fax:** 1-866-221-5275
www.MyLoanCare.com

Sent Via First-Class Mail®

03/23/2021

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

Loan Number:        XXXXXX7299
Property Address:   3421  CORPUS CHRISTI ST
                    SIMI VALLEY, CA 93063

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

This letter is formal notice by LoanCare, LLC, the Servicer of the above-referenced loan acting on behalf of New Residential Mortgage LLC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Matthew Murphy at 1-800-509-0872 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $4,007.18, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 02/01/2021 |
| Total Monthly Payments Due: | | $2,472.34 |
| 02/01/2021 | at | $1,235.92 |
| 03/01/2021 | at | $1,235.92 |
| Late Charges: | | $101.32 |
| Escrow Advance Balance: | | $1,433.52 |
| Unapplied Balance: | | $0.00 |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | **$4,007.18** |

You can cure this default by making a payment of $4,007.18 by 04/27/2021. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current.  For the exact amount you must pay to bring your loan current, please contact Matthew Murphy at 1-800-509-0872. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default.  Please include your loan number and property address with your payment and send to:

LoanCare, LLC
P.O. Box 60509
City Of Industry, CA 91716-0509



Overnight:
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, LoanCare, LLC offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternative to foreclosure. If you would like to learn more about these programs, you may contact Matthew Murphy at 1-800-509-0872, Monday through Friday from 8:00 A.M. to 10:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time to discuss possible options. You may also visit our website www.MyLoanCare.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have a right to cure the default.  To cure the default, you must pay the full amount of the default on this loan by the thirty-fifth (35th) day from the date of this letter which is 04/27/2021  (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

You have the right to reinstate the loan after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

You may request from us the following documents:

- A copy of the promissory note;
- A copy of the deed of trust or mortgage;
- A copy of any assignment of the mortgage or deed of trust;
- A copy of your payment history since you were last less than sixty (60) days past due.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Please be advised that this communication is from a debt collector. LoanCare, LLC is attempting to collect a debt, and any information will be used for that purpose.**

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of the foreclosure.  SCRA and certain state

laws provide important protections for you, including prohibiting foreclosure under most circumstances.  If you are currently in the military service, or have been within the last twelve (12) months, please notify LoanCare, LLC immediately.  When contacting LoanCare, LLC as to your military service, you must provide positive proof as to your military status.  Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer.  Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil,  1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm).  You can also contact Matthew Murphy toll-free at 1-800-509-0872  if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes.  To obtain a list of approved counseling agencies, please call 1-800-569-4287  or  visit  http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.  You  may  also  contact  the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
1-800-909-9525

NMLS ID 2916  Important notice about foreclosure moratoriums:  Failure to bring your account current on or before the date specified in this notice may result in acceleration of your loan balance, foreclosure proceedings, and the sale of your property.  If your mortgage account is subject to a foreclosure moratorium, we will not initiate and/or proceed with foreclosure and sale of your property during the applicable foreclosure moratorium period.  However, we may proceed with foreclosure and sale of your property after the applicable foreclosure moratorium has expired.



LoanCare, LLC
P.O. Box 9054
Temecula, CA  92589-9054



2359985630

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
LoanCare, LLC
P.O. Box 60509
City Of Industry, CA  91716-0509

20210330-332

Send Correspondence to:
LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA  23450

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407



W_CA_DUE1



3637 Sentara Way
Virginia Beach, VA 23452
**Phone:** 1-800-909-9525
**Fax:** 1-866-221-5275
www.MyLoanCare.com

Sent Via First-Class Mail®

03/30/2021

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

Loan Number:       XXXXXX7299
Property Address:  3421  CORPUS CHRISTI ST
                   SIMI VALLEY, CA 93063

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

LoanCare, LLC recognizes that homeownership can be challenging and is committed to helping its customers avoid foreclosure whenever possible.

To assist homeowners experiencing financial setbacks, LoanCare, LLC offers a number of options, including:

- Repayment Plans
- Loan Modifications
- Short Sales
- Deeds-in-Lieu

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. It is important that you contact us as soon as possible so that we may assist you to bring your account current.

You may contact us by phone toll-free at 1-800-909-9525 during business hours to discuss available options for avoiding foreclosure. A representative will be available Monday through Friday from 8:00 A.M. to 10:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Please be advised that this communication is from a debt collector. LoanCare, LLC is attempting to collect a debt, and any information will be used for that purpose.**

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes.  To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.  You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Sincerely,

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
1-800-909-9525

NMLS ID 2916



A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450



+ 0529308 000036335 09LCZ4 0075327 095 XC761
THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

*Important Information About the Enclosed Notice*

*Please Read This First*

*Please note that LoanCare is required to send you the enclosed notice due to investor guidelines and/or applicable laws or regulations.  However, if your loan is in forbearance, then during the forbearance term, you will not be required to make monthly mortgage payments and late charges and other fees will be suspended.  This means you will not be marked "late" for any missed payments or be charged phone pay fees or other fees during the forbearance period.  We will not pursue foreclosure while you are on a forbearance plan or if your loan is subject to a foreclosure moratorium.  If your loan was current at the time of entering into a forbearance plan, then each month you are in the forbearance plan we will report the status of the account to the credit reporting agencies as current.  If, however, your loan was delinquent prior to entering into a forbearance plan, we will maintain that delinquency status during the period of the forbearance.  If you are able to bring the loan current during the forbearance plan, we will report the account as current.  We will also work with you once the forbearance plan term ends to help you get back on track.*

XC761 Page 1

# LOANCARE

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

April 07, 2021

THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

Reference: XXXXXX7299
Property Address: 3421 Corpus Christi St
Simi Valley CA 93063

**SUBJECT:** Please Contact Us about Your Recently Missed Mortgage Payment

Dear Thomas Pearson and Charlotte Pearson:

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. Our records indicate you have missed 3 mortgage payments and your account is 65 days past due. It is important that you act quickly. Fewer options may be available the longer you wait.



### WE WOULD LIKE TO HELP YOU – PLEASE CONTACT US AT
### 1.800.909.9525
### LoanCare, LLC

**Mortgage Assistance May Be Available**

- We can answer questions about your mortgage and explore options based on your individual hardship.

- We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).

**You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by May 07, 2021.**

### How to Get Help – You Can Reach Us By

- **Phone:** 1.800.909.9525 or Fax: 866-521-4669
- **Email:** LC-LossMitigation@loancare.net
- **Mail:** Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452
- **Online** at https://www.myloancare.com/pub/index.html#/HomeRetentionMain

### Additional Resources

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as provide translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Freddie Mac's My Home website at http://myhome.freddiemac.com or Fannie Mae's www.KnowYourOptions.com.**

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST



A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

**About Our Evaluation Process:**
Please include both your mortgage loan number and last name on each page and remit the required items by May 07, 2021. Should we not receive the documents, we will not be able to evaluate your request for a foreclosure prevention alternative. We must either deny the application or submit a written offer for a foreclosure prevention alternative within 30 calendar days after you submit a complete application. If we submit to you a written offer for a foreclosure prevention alternative, you must accept or reject the offer within 14 calendar days after you receive the offer, and the offer is deemed to be rejected if you do not accept the offer within 14 calendar days of receiving the offer.

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Loss Mitigation Department
LoanCare, LLC
NMLS ID 2916

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | • Pay all past due amounts in a single lump-sum payment.<br>• Available if you have the funds to pay now. | • Allows you to bring your mortgage current immediately. |
| **Repayment Plan** | • Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>• Available if you have sufficient income to cover more than your regular monthly payment. | • Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| **Forbearance Plan** | • Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | • Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| **Modification** | • Make modified payments based on new terms.<br>• Requires your successful completion of a three-month trial period plan. | • Allows you to bring your mortgage current by permanently modifying your mortgage.<br>• Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| **OPTIONS TO LEAVE YOUR HOME** | **OVERVIEW** | **BENEFIT** |
| **Short Sale** | • Sell your property.<br>• Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | • Allows you to transition out of your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | • Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |



## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**

- You must move or you will be evicted from the property.

- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.

- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer's notices regarding missed payments?**
- If you disregard your mortgage servicer's notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.

- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.

- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.

- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. Don't let scammers take advantage of you, your situation, your house, or your money. Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:
- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:
- Go to https://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.



**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.  THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICEMEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICEMEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SCRA. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CONTACT YOUR UNIT'S JUDGE ADVOCATE OR YOUR INSTALLATION'S LEGAL ASSISTANCE OFFICER, AVAILABLE AT HTTP://LEGALASSISTANCE.LAW.AF.MIL/CONTENT/LOCATOR.PHP, OR CALL 1-800-342-9647 (TOLL FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

As required by law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*PLEASE SEE IMPORTANT STATE DISCLOSURES INCLUDED WITH THIS LETTER\***

**Notices of error and information requests must be sent to:**

**LoanCare, LLC**
**Attn:  Office of the Customer**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

XC761  Page 8

Loan Number:  0038507299

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LoanCare, LLC at 1.800.909.9525.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

Borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____  _____

Primary phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Co-borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____  _____

Primary phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone  ☐ Home phone  ☐ Work phone  ☐ Email  ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes  ☐ No

## Property Information

Property Address: _____

Mailing address (if different from property address): _____

- The property is currently:  ☐ A primary residence   ☐ A second home   ☐ An investment property

- The property is (select all that apply):  ☐ Owner occupied   ☐ Renter occupied   ☐ Vacant

- I want to:  ☐ Keep the property   ☐ Sell the property   ☐ Transfer ownership of the property to my servicer   ☐ Undecided

Is the property listed for sale?  ☐ Yes   ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes  ☐ No – If yes, indicate monthly dues: $_____



## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

☐ Short-term (up to 6 months)
☐ Long-term or permanent (greater than 6 months)
☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note:** Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members**: Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____<br>_____ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | <ul><li>Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**</li><li>Two most recent bank statements showing income deposit amounts</li></ul> |
| Self-employment income | $ | <ul><li>Two most recent bank statements showing self-employed income deposit amounts **OR**</li><li>Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**</li><li>Most recent complete and signed business tax return **OR**</li><li>Most recent complete and signed individual federal income tax return</li></ul> |
| Unemployment benefit income | $ | <ul><li>No documentation required</li></ul> |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | <ul><li>Two most recent bank statements showing deposit amounts **OR**</li><li>Award letters or other documentation showing the amount and frequency of the benefits</li></ul> |
| Non-taxable Social Security or disability income | $ | <ul><li>Two most recent bank statements showing deposit amounts **OR**</li><li>Award letters or other documentation showing the amount and frequency of the benefits</li></ul> |
| Rental income (rents received, less expenses other than mortgage expense) | $ | <ul><li>Two most recent bank statements demonstrating receipt of rent **OR**</li><li>Two most recent deposited rent checks</li></ul> |
| Investment or insurance income | $ | <ul><li>Two most recent investment statements **OR**</li><li>Two most recent bank statements supporting receipt of the income</li></ul> |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | <ul><li>Two most recent bank statements showing receipt of income **OR**</li><li>Other documentation showing the amount and frequency of the income</li></ul> |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |



## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application.  If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____ Date: _____

Co-Borrower signature: _____ Date: _____

**Please submit your completed application, together with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Form **4506-C**
(September 2020)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number
1545-1872

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-C, visit *www.irs.gov* and search IVES.

| | |
|---|---|
| **1a.** Name shown on tax return *(if a joint return, enter the name shown first)* | **1b.** First social security number on tax return, individual taxpayer identification number, or employer identification number *(see instructions)* |
| **2a.** If a joint return, enter spouse's name shown on tax return | **2b.** Second social security number or individual taxpayer identification number if joint tax return |

**3.** Current name, address (including apt., room, or suite no.), city, state, and ZIP code *(see instructions)*

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

**5a.** IVES participant name, address, and SOR mailbox ID

**5b.** Customer file number *(if applicable) (see instructions)*

**Caution:** This tax transcript is being sent to the third party entered on Line 5a. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6.** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request _____

| | | |
|---|---|---|
| **a.** | **Return Transcript**, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years | ☐ |
| **b.** | **Account Transcript**, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns | ☐ |
| **c.** | **Record of Account**, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years | ☐ |

**7.** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213   ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format *(see instructions)*

/ _____ / _____ / _____ / _____ / _____ / _____ / _____ /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐  **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

| | | |
|---|---|---|
| **Sign Here** | **Signature** *(see instructions)* | **Date** | **Phone number of taxpayer on line 1a or 2a** |
| | **Print/Type name** | | |
| | **Title** *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| | **Spouse's signature** | **Date** | |
| | **Print/Type name** | | |

Catalog Number 72627P

www.irs.gov

Form **4506-C** (9-2020)

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

0529308 000036335 09LCZ4 0075327 095

## Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New**. Form 4506-C was created to be utilized by authorized IVES participants to order tax transcripts with the consent of the taxpayer.

### General Instructions

**Caution**: Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification**. Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification**. Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form**. Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note**: If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file**. The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

### Chart for ordering transcripts

| If your assigned Service Center is: | Fax the request with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Fresno Submission Processing Center | Fresno IVES Team 844-249-6239 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

### Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note**: If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note**. If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Line 8.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

**Signature and date**. Form 4506-C must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5a through 8*, are completed before signing.



You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.

**Individuals**. Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Only one signature is required. Sign Form 4506-C exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations**. Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships**. Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others**. See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note**: If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation**. For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative**. A representative can sign Form 4506-C for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to sign Form 4506-C.

**Privacy Act and Paperwork Reduction Act Notice**. We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

**BORROWER'S EXPENSE STATEMENT**

Loan Number: _____

Borrower Name: _____

Social Security Number: _____

Co-Borrower Name: _____

Social Security Number: _____



| Monthly Expenses for Household: | Monthly Expense Amount: | Liability Type: | Payment/ Month: | Balance Due: |
|---|---|---|---|---|
| Food | | 2nd Mortgage Payments | | |
| Gas/ Auto Maintenance | | Health/ Life Insurance | | |
| Entertainment | | Alimony/ Child Support | | |
| Clothes | | Child Care | | |
| Utilities – Gas | | Auto Loans | | |
| Utilities – Electric | | Other Loan Payments | | |
| Utilities – Water | | Credit Card Payments | | |
| | | Garbage/ Sewage | | |
| | | Telephone | | |
| | | Auto Insurance | | |

_____

I (we) agree that the information provided is complete and accurate for my (our) finances.  I (we) understand and acknowledge that any decision or action by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on my (our) mortgage the authority to contact third-parties in order to share and confirm the information I (we) have disclosed in this financial statement, to order (our) credit report(s), and to contact my (our) real estate agent and/ or credit counseling service representative (if applicable).

Submitted this _____ day of _____ 20_____.

By: _____         Date: _____
    Signature of Borrower

By: _____         Date: _____
    Signature of Co-Borrower

LoanCare, LLC  06.08.2020
version 1.3

| Servicemembers Civil Relief<br>Act Notice Disclosure | U.S. Department of Housing<br>and Urban Development<br>Office of Housing | OMB Approval 2502 - 0584<br>Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. LoanCare, LLC, Attn: Special Loans, 3637 Sentara Way, Virginia Beach, VA 23452.

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form **HUD-92070**
(6/2017)

LoanCare, LLC
P.O. Box 9054
Temecula, CA  92589-9054

2360396833

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
LoanCare, LLC
P.O. Box 60509
City Of Industry, CA  91716-0509

Send Correspondence to:
LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA  23450

20210420-332

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407





3637 Sentara Way
Virginia Beach, VA 23452
**Phone:** 1-800-909-9525
**Fax:** 1-866-221-5275
www.MyLoanCare.com

Sent Via First-Class Mail®

04/21/2021

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

Loan Number:      XXXXXX7299
Property Address:   3421  CORPUS CHRISTI ST
                   SIMI VALLEY, CA 93063

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

LoanCare, LLC recognizes that homeownership can be challenging and is committed to helping its customers avoid foreclosure whenever possible.

To assist homeowners experiencing financial setbacks, LoanCare, LLC offers a number of options, including:

- Repayment Plans
- Loan Modifications
- Short Sales
- Deeds-in-Lieu

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. It is important that you contact us as soon as possible so that we may assist you to bring your account current.

You may contact us by phone toll-free at 1-800-909-9525 during business hours to discuss available options for avoiding foreclosure. A representative will be available Monday through Friday from 8:00 A.M. to 10:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.



A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450



+ 0529308 000036335 09LCZ4 0075327 095 XC761
THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

*Important Information About the Enclosed Notice*

*Please Read This First*

*Please note that LoanCare is required to send you the enclosed notice due to investor guidelines and/or applicable laws or regulations.  However, if your loan is in forbearance, then during the forbearance term, you will not be required to make monthly mortgage payments and late charges and other fees will be suspended.  This means you will not be marked "late" for any missed payments or be charged phone pay fees or other fees during the forbearance period.  We will not pursue foreclosure while you are on a forbearance plan or if your loan is subject to a foreclosure moratorium.  If your loan was current at the time of entering into a forbearance plan, then each month you are in the forbearance plan we will report the status of the account to the credit reporting agencies as current.  If, however, your loan was delinquent prior to entering into a forbearance plan, we will maintain that delinquency status during the period of the forbearance.  If you are able to bring the loan current during the forbearance plan, we will report the account as current.  We will also work with you once the forbearance plan term ends to help you get back on track.*

XC761 Page 1

# LOANCARE

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

April 07, 2021

THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

Reference: XXXXXX7299
Property Address: 3421 Corpus Christi St
Simi Valley CA 93063

**SUBJECT:** Please Contact Us about Your Recently Missed Mortgage Payment

Dear Thomas Pearson and Charlotte Pearson:

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. Our records indicate you have missed 3 mortgage payments and your account is 65 days past due. It is important that you act quickly. Fewer options may be available the longer you wait.



### WE WOULD LIKE TO HELP YOU – PLEASE CONTACT US AT
### 1.800.909.9525
### LoanCare, LLC

**Mortgage Assistance May Be Available**
- We can answer questions about your mortgage and explore options based on your individual hardship.
- We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).

**You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by May 07, 2021.**

### How to Get Help – You Can Reach Us By
- **Phone:** 1.800.909.9525 or Fax: 866-521-4669
- **Email:** LC-LossMitigation@loancare.net
- **Mail:** Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452
- **Online** at https://www.myloancare.com/pub/index.html#/HomeRetentionMain

### Additional Resources
For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as provide translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Freddie Mac's My Home website at http://myhome.freddiemac.com or Fannie Mae's www.KnowYourOptions.com.**

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST



**A SERVICELINK COMPANY**
POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

**About Our Evaluation Process:**
Please include both your mortgage loan number and last name on each page and remit the required items by May 07, 2021. Should we not receive the documents, we will not be able to evaluate your request for a foreclosure prevention alternative. We must either deny the application or submit a written offer for a foreclosure prevention alternative within 30 calendar days after you submit a complete application. If we submit to you a written offer for a foreclosure prevention alternative, you must accept or reject the offer within 14 calendar days after you receive the offer, and the offer is deemed to be rejected if you do not accept the offer within 14 calendar days of receiving the offer.

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Loss Mitigation Department
LoanCare, LLC
NMLS ID 2916

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | • Pay all past due amounts in a single lump-sum payment.<br>• Available if you have the funds to pay now. | • Allows you to bring your mortgage current immediately. |
| **Repayment Plan** | • Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>• Available if you have sufficient income to cover more than your regular monthly payment. | • Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| **Forbearance Plan** | • Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | • Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| **Modification** | • Make modified payments based on new terms.<br>• Requires your successful completion of a three-month trial period plan. | • Allows you to bring your mortgage current by permanently modifying your mortgage.<br>• Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| **Short Sale** | • Sell your property.<br>• Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | • Allows you to transition out of your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | • Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |



## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**

- You must move or you will be evicted from the property.

- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.

- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer's notices regarding missed payments?**
- If you disregard your mortgage servicer's notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.

- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.

- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.

- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. Don't let scammers take advantage of you, your situation, your house, or your money. Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:

- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:

- Go to https://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call 1(888)995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.



**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.  THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICEMEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICEMEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SCRA. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CONTACT YOUR UNIT'S JUDGE ADVOCATE OR YOUR INSTALLATION'S LEGAL ASSISTANCE OFFICER, AVAILABLE AT HTTP://LEGALASSISTANCE.LAW.AF.MIL/CONTENT/LOCATOR.PHP, OR CALL 1-800-342-9647 (TOLL FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

As required by law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*PLEASE SEE IMPORTANT STATE DISCLOSURES INCLUDED WITH THIS LETTER\***

**Notices of error and information requests must be sent to:**

**LoanCare, LLC**
**Attn:  Office of the Customer**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

Loan Number:  0038507299

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LoanCare, LLC at 1.800.909.9525.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

Borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Co-borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone  ☐ Home phone  ☐ Work phone  ☐ Email  ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes  ☐ No

## Property Information

Property Address: _____

Mailing address (if different from property address): _____

- The property is currently:  ☐ A primary residence  ☐ A second home  ☐ An investment property

- The property is (select all that apply):  ☐ Owner occupied  ☐ Renter occupied  ☐ Vacant

- I want to:  ☐ Keep the property  ☐ Sell the property  ☐ Transfer ownership of the property to my servicer  ☐ Undecided

Is the property listed for sale? ☐ Yes  ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes  ☐ No – If yes, indicate monthly dues: $_____



## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

- ☐ Short-term (up to 6 months)
- ☐ Long-term or permanent (greater than 6 months)
- ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note**: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members**: Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____<br>_____ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |



## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application.  If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.


Borrower signature: _____   Date: _____


Co-Borrower signature: _____   Date: _____



**Please submit your completed application, together with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

| Form **4506-C** (September 2020) | Department of the Treasury - Internal Revenue Service<br>**IVES Request for Transcript of Tax Return** | OMB Number<br>1545-1872 |
|---|---|---|

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-C, visit *www.irs.gov* and search IVES.

| **1a.** Name shown on tax return *(if a joint return, enter the name shown first)* | **1b.** First social security number on tax return, individual taxpayer identification number, or employer identification number *(see instructions)* |
|---|---|
| **2a.** If a joint return, enter spouse's name shown on tax return | **2b.** Second social security number or individual taxpayer identification number if joint tax return |

**3.** Current name, address (including apt., room, or suite no.), city, state, and ZIP code *(see instructions)*

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

**5a.** IVES participant name, address, and SOR mailbox ID

**5b.** Customer file number *(if applicable) (see instructions)*

**Caution:** This tax transcript is being sent to the third party entered on Line 5a. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6.**   **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request _____

**a.**   **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years   ☐

**b.**   **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns   ☐

**c.**   **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years   ☐

**7.**   **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213   ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**8.**   Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format *(see instructions)*

/ _____   / _____   / _____   / _____   / _____   / _____

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐   **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

| | Signature *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
|---|---|---|---|
| **Sign Here** | Print/Type name | | |
| | Title *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| | Spouse's signature | Date | |
| | Print/Type name | | |

Catalog Number 72627P                        www.irs.gov                        Form **4506-C** (9-2020)
**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

0529308 000036335 09LCZ4 0075327 095

## Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C was created to be utilized by authorized IVES participants to order tax transcripts with the consent of the taxpayer.

### General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

### Chart for ordering transcripts

| If your assigned Service Center is: | Fax the request with the approved coversheet to: |
| --- | --- |
| Austin Submission Processing Center | Austin IVES Team<br><br>844-249-6238 |
| Fresno Submission Processing Center | Fresno IVES Team<br><br>844-249-6239 |
| Kansas City Submission Processing Center | Kansas City IVES Team<br><br>844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team<br><br>844-249-8129 |

### Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note:** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Line 8.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5a through 8*, are completed before signing.



You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Only one signature is required. Sign Form 4506-C exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-C for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to sign Form 4506-C.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

---

Catalog Number 72627P                                       www.irs.gov                                       Form **4506-C** (9-2020)

## BORROWER'S EXPENSE STATEMENT

Loan Number: _____

Borrower Name: _____

Social Security Number: _____

Co-Borrower Name: _____

Social Security Number: _____

| Monthly Expenses for Household: | Monthly Expense Amount: | Liability Type: | Payment/ Month: | Balance Due: |
|---|---|---|---|---|
| Food | | 2nd Mortgage Payments | | |
| Gas/ Auto Maintenance | | Health/ Life Insurance | | |
| Entertainment | | Alimony/ Child Support | | |
| Clothes | | Child Care | | |
| Utilities – Gas | | Auto Loans | | |
| Utilities – Electric | | Other Loan Payments | | |
| Utilities – Water | | Credit Card Payments | | |
| | | Garbage/ Sewage | | |
| | | Telephone | | |
| | | Auto Insurance | | |

I (we) agree that the information provided is complete and accurate for my (our) finances.  I (we) understand and acknowledge that any decision or action by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on my (our) mortgage the authority to contact third-parties in order to share and confirm the information I (we) have disclosed in this financial statement, to order (our) credit report(s), and to contact my (our) real estate agent and/ or credit counseling service representative (if applicable).

Submitted this _____ day of _____ 20_____.

By: _____        Date: _____
     Signature of Borrower

By: _____        Date: _____
     Signature of Co-Borrower

LoanCare, LLC  06.08.2020
version 1.3

0529308 000036335 09LCZ4 0075327 095

| | | |
|---|---|---|
| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502 - 0584 Exp 3/31/2021 |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. LoanCare, LLC, Attn: Special Loans, 3637 Sentara Way, Virginia Beach, VA 23452.

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php.

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form **HUD-92070**
(6/2017)

## IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST

**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST:**  Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

## IMPORTANT STATE DISCLOSURES

## SEE IMPORTANT DISCLOSURES BELOW

**Important notice for Arkansas Residents:**  Within the state of Arkansas, LoanCare is licensed by the Arkansas Securities Department.  You may file complaints with the Department at 1 Commerce Way, Suite 402, Little Rock, Arkansas 72202.

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:**  Within the state of Colorado, LoanCare maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031.  The telephone number is 303-920-4763.

**Important notice for Hawaii Residents:**  Within the state of Hawaii, LoanCare is licensed by the Commissioner of Financial Institutions.  You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.

**Important notice for Hawaii Residents who submitted a loss mitigation request:  If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint.**



**Important notice for Maryland Residents:**  Maryland law requires LoanCare to designate a contact to whom mortgagors may direct complaints and inquiries.  LoanCare has designated the Office of the Customer for that purpose.  The telephone number for the Office of the Customer is 1-800-919-5631.  The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested.  LoanCare's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare being liable for any economic damages caused by the violation.

**Important notice for New York Residents:**  Within the state of New York, LoanCare is registered with the Superintendent of the New York Department of Financial Services.  You may file complaints and obtain further information about LoanCare by contacting the Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:**  If a creditor or debt collector receives a money judgment against

2.7

**Please be advised that this communication is from a debt collector. LoanCare, LLC is attempting to collect a debt, and any information will be used for that purpose.**

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes.  To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.  You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Sincerely,

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
1-800-909-9525

NMLS ID 2916

### IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST

**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST:**  Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

## IMPORTANT STATE DISCLOSURES

### SEE IMPORTANT DISCLOSURES BELOW

**Important notice for Arkansas Residents:**  Within the state of Arkansas, LoanCare is licensed by the Arkansas Securities Department.  You may file complaints with the Department at 1 Commerce Way, Suite 402, Little Rock, Arkansas 72202.

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:**  Within the state of Colorado, LoanCare maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031.  The telephone number is 303-920-4763.

**Important notice for Hawaii Residents:**  Within the state of Hawaii, LoanCare is licensed by the Commissioner of Financial Institutions.  You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.



**Important notice for Hawaii Residents who submitted a loss mitigation request:  If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint.**

**Important notice for Maryland Residents:**  Maryland law requires LoanCare to designate a contact to whom mortgagors may direct complaints and inquiries.  LoanCare has designated the Office of the Customer for that purpose.  The telephone number for the Office of the Customer is 1-800-919-5631.  The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested.  LoanCare's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare being liable for any economic damages caused by the violation.

**Important notice for New York Residents:**  Within the state of New York, LoanCare is registered with the Superintendent of the New York Department of Financial Services.  You may file complaints and obtain further information about LoanCare by contacting the Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:**  If a creditor or debt collector receives a money judgment against

2.7

LoanCare, LLC
P.O. Box 9054
Temecula, CA  92589-9054



2367268127

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
LoanCare, LLC
P.O. Box 60509
City Of Industry, CA  91716-0509

20220203-332

Send Correspondence to:
LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA  23450

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407





3637 Sentara Way
Virginia Beach, VA 23452
**Phone:** 1-800-909-9525
**Fax:** 1-866-221-5275
www.MyLoanCare.com

Sent Via First-Class Mail®

02/03/2022

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

Loan Number:        XXXXXX7299
Property Address:   3421  CORPUS CHRISTI ST
                    SIMI VALLEY, CA 93063

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

LoanCare, LLC recognizes that homeownership can be challenging and is committed to helping its customers avoid foreclosure whenever possible.

To assist homeowners experiencing financial setbacks, LoanCare, LLC offers a number of options, including:

- Repayment Plans
- Loan Modifications
- Short Sales
- Deeds-in-Lieu

Please contact us to assess your financial situation and explore potential options that may be available to you to avoid foreclosure. It is important that you contact us as soon as possible so that we may assist you to bring your account current.

You may contact us by phone toll-free at 1-800-909-9525 during business hours to discuss available options for avoiding foreclosure. A representative will be available Monday through Friday from 8:00 A.M. to 10:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Please be advised that this communication is from a debt collector. LoanCare, LLC is attempting to collect a debt, and any information will be used for that purpose.**

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes.  To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.  You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Sincerely,

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
1-800-909-9525

NMLS ID 2916

# LOANCARE

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

+ 0620073 000030656 09LCZ4 007532? 095 XC731
THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249



XC731 Page 1

# LOANCARE

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

February 07, 2022

THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

Reference: XXXXXX7299
Property Address: 3421 Corpus Christi St
Simi Valley CA 93063

**SUBJECT:** Please Contact Us about Your Recently Missed Mortgage Payment

Dear Thomas Pearson and Charlotte Pearson:

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. Our records indicate you have missed 2 mortgage payments and your account is 37 days past due. It is important that you act quickly. Fewer options may be available the longer you wait.



## WE WOULD LIKE TO HELP YOU – PLEASE CONTACT US AT
## 1.800.909.9525
## LoanCare, LLC

**Mortgage Assistance May Be Available**
- We can answer questions about your mortgage and explore options based on your individual hardship.
- We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).

**You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by March 09, 2022.**

### How to Get Help – You Can Reach Us By
- **Phone:** 1.800.909.9525 or Fax: 866-521-4669
- **Email:** LC-LossMitigation@loancare.net
- **Mail:** Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452
- **Online** at https://www.myloancare.com/pub/index.html#/HomeRetentionMain

### Additional Resources
For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as provide translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Freddie Mac's My Home website at http://myhome.freddiemac.com or Fannie Mae's www.KnowYourOptions.com.**

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST



**LOANCARE**

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

**About Our Evaluation Process:**

Please include both your mortgage loan number and last name on each page and remit the required items by March 09, 2022. Should we not receive the documents, we will not be able to evaluate your request for a foreclosure prevention alternative. We must either deny the application or submit a written offer for a foreclosure prevention alternative within 30 calendar days after you submit a complete application. If we submit to you a written offer for a foreclosure prevention alternative, you must accept or reject the offer within 14 calendar days after you receive the offer, and the offer is deemed to be rejected if you do not accept the offer within 14 calendar days of receiving the offer.

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Loss Mitigation Department
LoanCare, LLC
NMLS ID 2916

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| Reinstatement | • Pay all past due amounts in a single lump-sum payment.<br>• Available if you have the funds to pay now. | • Allows you to bring your mortgage current immediately. |
| Repayment Plan | • Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>• Available if you have sufficient income to cover more than your regular monthly payment. | • Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| Payment Deferral | • Defer repayment of one or more past-due principal and interest payments as a non-interest bearing balance, which will be due and payable at the maturity of the mortgage loan or earlier upon the sale or transfer of the property, refinance of the mortgage loan, or payoff of the interest-bearing unpaid principal balance. | • Allows you to bring your mortgage loan current by deferring repayment of past-due principal and interest amounts without changing other terms of your mortgage. |
| Forbearance Plan | • Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | • Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| Modification | • Make modified payments based on new terms.<br>• Requires your successful completion of a three-month trial period plan. | • Allows you to bring your mortgage current by permanently modifying your mortgage.<br>• Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| Short Sale | • Sell your property.<br>• Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | • Allows you to transition out of your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| Mortgage Release (Deed-in-Lieu of Foreclosure) | • Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | • Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |



## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**

- You must move or you will be evicted from the property.

- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.

- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer's notices regarding missed payments?**
- If you disregard your mortgage servicer's notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.

- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.

- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.

- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. **Don't let scammers take advantage of you, your situation, your house, or your money.** Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:
- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:
- Go to https://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call (888)995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.



**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.  THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICEMEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICEMEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SCRA. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CONTACT YOUR UNIT'S JUDGE ADVOCATE OR YOUR INSTALLATION'S LEGAL ASSISTANCE OFFICER, AVAILABLE AT HTTPS://LEGALASSISTANCE.LAW.AF.MIL/, OR CALL 1-800-342-9647 (TOLL FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

As required by law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*PLEASE SEE IMPORTANT STATE DISCLOSURES INCLUDED WITH THIS LETTER\***

**Notices of error and information requests must be sent to:**

**LoanCare, LLC
Attn:  Office of the Customer
P.O. Box 8068
Virginia Beach, VA 23450**

Loan Number:  0038507299

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LoanCare, LLC at 1.800.909.9525.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

Borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Co-borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Alternate phone number: _____ ☐ Cell ☐ Home ☐ Work ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone ☐ Home phone ☐ Work phone ☐ Email ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes ☐ No

## Property Information

Property Address: _____

Mailing address (if different from property address): _____

- The property is currently:  ☐ A primary residence   ☐ A second home   ☐ An investment property

- The property is (select all that apply):  ☐ Owner occupied   ☐ Renter occupied   ☐ Vacant

- I want to:  ☐ Keep the property   ☐ Sell the property   ☐ Transfer ownership of the property to my servicer   ☐ Undecided

Is the property listed for sale?  ☐ Yes   ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes ☐ No – If yes, indicate monthly dues: $_____



## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

- ☐ Short-term (up to 6 months)
- ☐ Long-term or permanent (greater than 6 months)
- ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note**: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members**: Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____<br>_____ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |



## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application.  If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____   Date: _____

Co-Borrower signature: _____   Date: _____

**Please submit your completed application, together with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

| Form **4506-C**<br>(September 2020) | Department of the Treasury - Internal Revenue Service<br>**IVES Request for Transcript of Tax Return** | OMB Number<br>1545-1872 |
|---|---|---|

▶ **Do not sign this form unless all applicable lines have been completed.**
▶ **Request may be rejected if the form is incomplete or illegible.**
▶ For more information about Form 4506-C, visit *www.irs.gov* and search IVES.

| **1a.** Name shown on tax return *(if a joint return, enter the name shown first)* | **1b.** First social security number on tax return, individual taxpayer identification number, or employer identification number *(see instructions)* |
|---|---|
| **2a.** If a joint return, enter spouse's name shown on tax return | **2b.** Second social security number or individual taxpayer identification number if joint tax return |

**3.** Current name, address (including apt., room, or suite no.), city, state, and ZIP code *(see instructions)*

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

**5a.** IVES participant name, address, and SOR mailbox ID

**5b.** Customer file number *(if applicable) (see instructions)*

**Caution:** This tax transcript is being sent to the third party entered on Line 5a. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6.** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request _____

   **a.** **Return Transcript**, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years   ☐

   **b.** **Account Transcript**, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns   ☐

   **c.** **Record of Account**, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years   ☐

**7.** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213   ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format *(see instructions)*

/     /     /     /     /     /     /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note**: This form must be received by IRS within 120 days of the signature date.

☐  **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

| | | |
|---|---|---|
| **Sign Here** | **Signature** *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
| | **Print/Type name** | | |
| | **Title** *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| | **Spouse's signature** | Date | |
| | **Print/Type name** | | |

Catalog Number 72627P        www.irs.gov        Form **4506-C** (9-2020)
**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

## Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C was created to be utilized by authorized IVES participants to order tax transcripts with the consent of the taxpayer.

### General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

### Chart for ordering transcripts

| If your assigned Service Center is: | Fax the request with the approved coversheet to: |
| --- | --- |
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Fresno Submission Processing Center | Fresno IVES Team 844-249-6239 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

### Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Line 8.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5a through 8*, are completed before signing.



**CAUTION** *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Only one signature is required. Sign Form 4506-C exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-C for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to sign Form 4506-C.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

## <u>BORROWER'S EXPENSE STATEMENT</u>

Loan Number: _____

Borrower Name: _____

Social Security Number: _____

Co-Borrower Name: _____

Social Security Number: _____



| <u>Monthly Expenses for Household:</u> | <u>Monthly Expense Amount:</u> | <u>Liability Type:</u> | <u>Payment/ Month:</u> | <u>Balance Due:</u> |
|---|---|---|---|---|
| Food | | 2nd Mortgage Payments | | |
| Gas/ Auto Maintenance | | Health/ Life Insurance | | |
| Entertainment | | Alimony/ Child Support | | |
| Clothes | | Child Care | | |
| Utilities – Gas | | Auto Loans | | |
| Utilities – Electric | | Other Loan Payments | | |
| Utilities – Water | | Credit Card Payments | | |
| | | Garbage/ Sewage | | |
| | | Telephone | | |
| | | Auto Insurance | | |

_____

I (we) agree that the information provided is complete and accurate for my (our) finances.  I (we) understand and acknowledge that any decision or action by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on my (our) mortgage the authority to contact third-parties in order to share and confirm the information I (we) have disclosed in this financial statement, to order (our) credit report(s), and to contact my (our) real estate agent and/ or credit counseling service representative (if applicable).

Submitted this _____ day of _____ 20_____.

By: _____   Date: _____
    Signature of Borrower

By: _____   Date: _____
    Signature of Co-Borrower

LoanCare, LLC  06.08.2020
version 1.3

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502 - 0584 Exp 3/31/2021 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.



- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. [LoanCare, LLC, Attn: Special Loans, 3637 Sentara Way, Virginia Beach, VA 23452]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/.

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal  or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

0620073 000030656 09LCZ4 0075327 095

form **HUD-92070**
(6/2017)

**IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST**

<u>**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST:**</u>  Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

**IMPORTANT STATE DISCLOSURES**
**SEE IMPORTANT DISCLOSURES BELOW**

**Important notice for Arkansas Residents:**  Within the state of Arkansas, LoanCare is licensed by the Arkansas Securities Department.  You may file complaints with the Department at 1 Commerce Way, Suite 402, Little Rock, Arkansas 72202.

**Important notice for California Residents:**  Within the state of California, LoanCare is licensed by the Department of Financial Protection and Innovation. LoanCare's Residential Mortgage Lending Act license numbers are as follows:

License Number 4130563 – 3637 Sentara Way, Virginia Beach, VA 23452
License Number 813K544 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204
License Number 41DBO-77773 – 4330 West Chandler Boulevard, Chandler, AZ 85226
License Number 41DBO-96087 – 1200 Cherrington Parkway, Moon Township, PA 15108

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:**  Within the state of Colorado, LoanCare maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031.  The telephone number is 303-920-4763.



**Important notice for Hawaii Residents:**  Within the state of Hawaii, LoanCare is licensed by the Commissioner of Financial Institutions.  You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.

**Important notice for Hawaii Residents who submitted a loss mitigation request:  If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint.**

**Important notice for Maryland Residents:**  Maryland law requires LoanCare to designate a contact to whom mortgagors may direct complaints and inquiries.  LoanCare has designated the Office of the Customer for that purpose.  The telephone number for the Office of the Customer is 1-800-919-5631.  The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested.  LoanCare's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare being liable for any economic damages caused by the violation.

**Important notice for New York Residents:**  Within the state of New York, LoanCare is registered with the Superintendent of the New York Department of Financial Services.  You may file complaints and obtain further information about LoanCare by contacting the Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:**  If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

2.8

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

**Important notice for North Carolina Residents:**  Within the state of North Carolina, LoanCare is licensed by the Commissioner of Banks.  You may file complaints with the Commissioner at 4309 Mail Service Center, Raleigh, NC 27699.

**Important notice for North Carolina Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

North Carolina Department of Insurance Collection Agency Company Numbers:
NC Company Number 119505731 – 3637 Sentara Way, Virginia Beach, VA 23452 (legacy Permit No. 112029)
NC Company Number 119505867 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204 (legacy Permit No. 112165)
NC Company Number 119507216 – 4330 West Chandler Boulevard, Chandler, AZ 85226 (legacy Permit No. 113538)
NC Company Number 119507547 – 1200 Cherrington Parkway, Moon Township, PA 15108 (legacy Permit No. 113876)



**Important notice for Oregon Residents:**  Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-274-6600. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

**Important notice for those with a mortgage loan on real estate located in Texas:**  COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

2.8

LoanCare, LLC
P.O. Box 9054
Temecula, CA  92589-9054

2367690740

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
LoanCare, LLC
P.O. Box 60509
City Of Industry, CA  91716-0509

Send Correspondence to:
LoanCare, LLC
P.O. Box 8068
Virginia Beach, VA  23450

20220217-332

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

### *Please Read This First*

**Please note that LoanCare is required to send you the enclosed notice due to investor guidelines and/or applicable laws or regulations. If you are experiencing a financial hardship due to COVID-19, we're here to help.  To learn more about assistance that may be available to you, please contact us at 1-800-909-9525.  We will not pursue foreclosure while you are on a forbearance plan, performing under an approved loss mitigation plan, or if your loan is subject to a foreclosure moratorium.**



W_CA_DEMAND



<div align="right">
3637 Sentara Way<br>
Virginia Beach, VA 23452<br>
**Phone:** 1-800-909-9525<br>
**Fax:** 1-866-221-5275<br>
www.MyLoanCare.com
</div>

Sent Via First-Class Mail®

02/18/2022

THOMAS PEARSON
CHARLOTTE PEARSON
3421 CORPUS CHRISTI ST
SIMI VALLEY, CA 93063-1407

Loan Number:      XXXXXX7299
Property Address:   3421  CORPUS CHRISTI ST
                    SIMI VALLEY, CA 93063

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

This letter is formal notice by LoanCare, LLC, the Servicer of the above-referenced loan acting on behalf of New Residential Mortgage LLC, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

If you have questions about any of the items contained in this notice, or need any additional information, please contact Roger Maute at 1-800-509-0872 whom we have designated as your single point of contact.

As of the date of this notice, the total amount required to cure the default is $3,107.14, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 01/01/2022 |
| | | | |
| Total Monthly Payments Due: | | | $2,864.50 |
| 01/01/2022 | at | $1,432.25 | |
| 02/01/2022 | at | $1,432.25 | |
| Late Charges: | | | $202.64 |
| Other Charges: | | | |
| | Uncollected NSF Fees: | | $25.00 |
| Corporate Advance Balance: | | | $15.00 |
| Unapplied Balance: | | | $0.00 |
| **TOTAL YOU MUST PAY TO CURE DEFAULT:** | | | **$3,107.14** |

You can cure this default by making a payment of $3,107.14 by 03/25/2022. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current.  For the exact amount you must pay to bring your loan current, please contact Roger Maute at 1-800-509-0872. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default.  Please include your loan number and property address with your payment and send to:

     LoanCare, LLC



P.O. Box 60509
City Of Industry, CA 91716-0509

Overnight:
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, LoanCare, LLC offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternative to foreclosure. If you would like to learn more about these programs, you may contact Roger Maute at 1-800-509-0872, Monday through Friday from 8:00 A.M. to 10:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M., Eastern Time to discuss possible options. You may also visit our website www.MyLoanCare.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have a right to cure the default.  To cure the default, you must pay the full amount of the default on this loan by the thirty-fifth (35th) day from the date of this letter which is 03/25/2022  (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

You have the right to reinstate the loan after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

You may request from us the following documents:

- A copy of the promissory note;
- A copy of the deed of trust or mortgage;
- A copy of any assignment of the mortgage or deed of trust;
- A copy of your payment history since you were last less than sixty (60) days past due.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Please be advised that this communication is from a debt collector. LoanCare, LLC is attempting to collect a debt, and any information will be used for that purpose.**

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of

such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of the foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, please notify LoanCare, LLC immediately. When contacting LoanCare, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact Roger Maute toll-free at 1-800-509-0872 if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Thank you for your prompt attention to this matter.

Sincerely,

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452
1-800-909-9525

NMLS ID 2916 Important notice about foreclosure moratoriums: Failure to bring your account current on or before the date specified in this notice may result in acceleration of your loan balance, foreclosure proceedings, and the sale of your property. If your mortgage account is subject to a foreclosure moratorium, we will not initiate and/or proceed with foreclosure and sale of your property during the applicable foreclosure moratorium period. However, we may proceed with foreclosure and sale of your property after the applicable foreclosure moratorium has expired.



# LOANCARE

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

+ 0627188 000016741 09LCZ4 0075327 095 XC761
THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249



### *Important Information About the Enclosed Notice*

### *Please Read This First*

***Please note that LoanCare is required to send you the enclosed notice due to investor guidelines and/or applicable laws or regulations. If you are experiencing a financial hardship due to COVID-19, we're here to help.  To learn more about assistance that may be available to you, please contact us at 1-800-909-9525.  We will not pursue foreclosure while you are on a forbearance plan, performing under an approved loss mitigation plan, or if your loan is subject to a foreclosure moratorium.***

XC761 Page 1

# LOANCARE

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

March 07, 2022

THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

Reference: XXXXXX7299
Property Address: 3421 Corpus Christi St
Simi Valley CA 93063



**SUBJECT:** Please Contact Us about Your Recently Missed Mortgage Payment

Dear Thomas Pearson and Charlotte Pearson:

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. Our records indicate you have missed 3 mortgage payments and your account is 65 days past due. It is important that you act quickly. Fewer options may be available the longer you wait.

## WE WOULD LIKE TO HELP YOU – PLEASE CONTACT US AT
## 1.800.909.9525
## LoanCare, LLC

**Mortgage Assistance May Be Available**

- We can answer questions about your mortgage and explore options based on your individual hardship.
- We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).

**You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by April 06, 2022.**

## How to Get Help – You Can Reach Us By

- **Phone:** 1.800.909.9525 or Fax: 866-521-4669
- **Email:** LC-LossMitigation@loancare.net
- **Mail:** Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452
- **Online** at https://www.myloancare.com/pub/index.html#/HomeRetentionMain

## Additional Resources

For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as provide translation or other language assistance, contact one of the following federal government agencies.

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Freddie Mac's My Home website at http://myhome.freddiemac.com or Fannie Mae's www.KnowYourOptions.com.**

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST



A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

**About Our Evaluation Process:**
Please include both your mortgage loan number and last name on each page and remit the required items by April 06, 2022. Should we not receive the documents, we will not be able to evaluate your request for a foreclosure prevention alternative. We must either deny the application or submit a written offer for a foreclosure prevention alternative within 30 calendar days after you submit a complete application. If we submit to you a written offer for a foreclosure prevention alternative, you must accept or reject the offer within 14 calendar days after you receive the offer, and the offer is deemed to be rejected if you do not accept the offer within 14 calendar days of receiving the offer.

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Loss Mitigation Department
LoanCare, LLC
NMLS ID 2916

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | • Pay all past due amounts in a single lump-sum payment.<br>• Available if you have the funds to pay now. | • Allows you to bring your mortgage current immediately. |
| **Repayment Plan** | • Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>• Available if you have sufficient income to cover more than your regular monthly payment. | • Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| **Payment Deferral** | • Defer repayment of one or more past-due principal and interest payments as a non-interest bearing balance, which will be due and payable at the maturity of the mortgage loan or earlier upon the sale or transfer of the property, refinance of the mortgage loan, or payoff of the interest-bearing unpaid principal balance. | • Allows you to bring your mortgage loan current by deferring repayment of past-due principal and interest amounts without changing other terms of your mortgage. |
| **Forbearance Plan** | • Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | • Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| **Modification** | • Make modified payments based on new terms.<br>• Requires your successful completion of a three-month trial period plan. | • Allows you to bring your mortgage current by permanently modifying your mortgage.<br>• Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| **Short Sale** | • Sell your property.<br>• Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | • Allows you to transition out of your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| **Mortgage Release (Deed-in-Lieu of Foreclosure)** | • Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | • Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |



0627188 000016741 09LCZ4 0075327 095

## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**

- You must move or you will be evicted from the property.

- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.

- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer's notices regarding missed payments?**
- If you disregard your mortgage servicer's notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.

- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.

- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.

- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. **Don't let scammers take advantage of you, your situation, your house, or your money.** Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:
- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:
- Go to https://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call (888)995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.



**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.  THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICEMEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICEMEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SCRA. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CONTACT YOUR UNIT'S JUDGE ADVOCATE OR YOUR INSTALLATION'S LEGAL ASSISTANCE OFFICER, AVAILABLE AT HTTPS://LEGALASSISTANCE.LAW.AF.MIL/, OR CALL 1-800-342-9647 (TOLL FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

As required by law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*PLEASE SEE IMPORTANT STATE DISCLOSURES INCLUDED WITH THIS LETTER\***

**Notices of error and information requests must be sent to:**

**LoanCare, LLC**
**Attn:  Office of the Customer**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

XC761  Page 8

Loan Number:  0038507299

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LoanCare, LLC at 1.800.909.9525.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

## Borrower Information

Borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Alternate phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Co-borrower's name: _____

Social Security Number (last 4 digits): _____

E-mail address: _____



Primary phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Alternate phone number: _____   ☐ Cell   ☐ Home   ☐ Work   ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone  ☐ Home phone  ☐ Work phone  ☐ Email  ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes  ☐ No

## Property Information

Property Address: _____

Mailing address (if different from property address): _____

- The property is currently:  ☐ A primary residence   ☐ A second home   ☐ An investment property

- The property is (select all that apply):  ☐ Owner occupied   ☐ Renter occupied   ☐ Vacant

- I want to:  ☐ Keep the property   ☐ Sell the property   ☐ Transfer ownership of the property to my servicer   ☐ Undecided

Is the property listed for sale? ☐ Yes   ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes  ☐ No – If yes, indicate monthly dues: $_____

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

- ☐ Short-term (up to 6 months)
- ☐ Long-term or permanent (greater than 6 months)
- ☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note**: Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members**: Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____<br>_____ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |

## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |



## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application.  If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

* An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.


Borrower signature: _____   Date: _____


Co-Borrower signature: _____   Date: _____



**Please submit your completed application, together with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Form **4506-C**
(September 2020)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number
1545-1872

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-C, visit *www.irs.gov* and search IVES.

| **1a.** Name shown on tax return *(if a joint return, enter the name shown first)* | **1b.** First social security number on tax return, individual taxpayer identification number, or employer identification number *(see instructions)* |
|---|---|
| **2a.** If a joint return, enter spouse's name shown on tax return | **2b.** Second social security number or individual taxpayer identification number if joint tax return |

**3.** Current name, address (including apt., room, or suite no.), city, state, and ZIP code *(see instructions)*

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

**5a.** IVES participant name, address, and SOR mailbox ID

**5b.** Customer file number *(if applicable) (see instructions)*

**Caution:** This tax transcript is being sent to the third party entered on Line 5a. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6.** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request

**a.** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years ☐

**b.** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns ☐

**c.** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years ☐

**7.** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213 ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format *(see instructions)*

/       /       /       /       /       /       /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

| **Sign Here** | Signature *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
|---|---|---|---|
| | Print/Type name | | |
| | Title *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| | Spouse's signature | Date | |
| | Print/Type name | | |

Catalog Number 72627P

www.irs.gov

Form **4506-C** (9-2020)

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

## Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C was created to be utilized by authorized IVES participants to order tax transcripts with the consent of the taxpayer.

### General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

### Chart for ordering transcripts

| If your assigned Service Center is: | Fax the request with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team<br><br>844-249-6238 |
| Fresno Submission Processing Center | Fresno IVES Team<br><br>844-249-6239 |
| Kansas City Submission Processing Center | Kansas City IVES Team<br><br>844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team<br><br>844-249-8129 |

### Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Line 8.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5a through 8*, are completed before signing.



**CAUTION** *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Only one signature is required. Sign Form 4506-C exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-C for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to sign Form 4506-C.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending the form to the IRS** . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

## **BORROWER'S EXPENSE STATEMENT**

Loan Number: _____

Borrower Name: _____

Social Security Number: _____

Co-Borrower Name: _____

Social Security Number: _____

| Monthly Expenses for Household: | Monthly Expense Amount: | Liability Type: | Payment/ Month: | Balance Due: |
|---|---|---|---|---|
| Food | | 2nd Mortgage Payments | | |
| Gas/ Auto Maintenance | | Health/ Life Insurance | | |
| Entertainment | | Alimony/ Child Support | | |
| Clothes | | Child Care | | |
| Utilities – Gas | | Auto Loans | | |
| Utilities – Electric | | Other Loan Payments | | |
| Utilities – Water | | Credit Card Payments | | |
| | | Garbage/ Sewage | | |
| | | Telephone | | |
| | | Auto Insurance | | |

I (we) agree that the information provided is complete and accurate for my (our) finances.  I (we) understand and acknowledge that any decision or action by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on my (our) mortgage the authority to contact third-parties in order to share and confirm the information I (we) have disclosed in this financial statement, to order (our) credit report(s), and to contact my (our) real estate agent and/ or credit counseling service representative (if applicable).

Submitted this _____ day of _____ 20_____.

By: _____         Date: _____
    Signature of Borrower

By: _____         Date: _____
    Signature of Co-Borrower

LoanCare, LLC  06.08.2020
version 1.3

| Servicemembers Civil Relief<br>Act Notice Disclosure | U.S. Department of Housing<br>and Urban Development<br>Office of Housing | OMB Approval 2502 - 0584<br>Exp 3/31/2021 |
| --- | --- | --- |

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?



- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. [LoanCare, LLC, Attn: Special Loans, 3637 Sentara Way, Virginia Beach, VA 23452]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/.

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal  or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

**IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST**

**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST:** Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

**IMPORTANT STATE DISCLOSURES**
**SEE IMPORTANT DISCLOSURES BELOW**

**Important notice for Arkansas Residents:** Within the state of Arkansas, LoanCare is licensed by the Arkansas Securities Department. You may file complaints with the Department at 1 Commerce Way, Suite 402, Little Rock, Arkansas 72202.

**Important notice for California Residents:** Within the state of California, LoanCare is licensed by the Department of Financial Protection and Innovation. LoanCare's Residential Mortgage Lending Act license numbers are as follows:

License Number 4130563 – 3637 Sentara Way, Virginia Beach, VA 23452
License Number 813K544 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204
License Number 41DBO-77773 – 4330 West Chandler Boulevard, Chandler, AZ 85226
License Number 41DBO-96087 – 1200 Cherrington Parkway, Moon Township, PA 15108

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:** Within the state of Colorado, LoanCare maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031. The telephone number is 303-920-4763.



**Important notice for Hawaii Residents:** Within the state of Hawaii, LoanCare is licensed by the Commissioner of Financial Institutions. You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.

**Important notice for Hawaii Residents who submitted a loss mitigation request: If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint.**

**Important notice for Maryland Residents:** Maryland law requires LoanCare to designate a contact to whom mortgagors may direct complaints and inquiries. LoanCare has designated the Office of the Customer for that purpose. The telephone number for the Office of the Customer is 1-800-919-5631. The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested. LoanCare's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare being liable for any economic damages caused by the violation.

**Important notice for New York Residents:** Within the state of New York, LoanCare is registered with the Superintendent of the New York Department of Financial Services. You may file complaints and obtain further information about LoanCare by contacting the Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who submitted a loss mitigation request: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

2.8

0627188 000016741 09LCZ4 0075327 095 XC761

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

**Important notice for North Carolina Residents:**  Within the state of North Carolina, LoanCare is licensed by the Commissioner of Banks.  You may file complaints with the Commissioner at 4309 Mail Service Center, Raleigh, NC 27699.

**Important notice for North Carolina Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

North Carolina Department of Insurance Collection Agency Company Numbers:
NC Company Number 119505731 – 3637 Sentara Way, Virginia Beach, VA 23452 (legacy Permit No. 112029)
NC Company Number 119505867 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204 (legacy Permit No. 112165)
NC Company Number 119507216 – 4330 West Chandler Boulevard, Chandler, AZ 85226 (legacy Permit No. 113538)
NC Company Number 119507547 – 1200 Cherrington Parkway, Moon Township, PA 15108 (legacy Permit No. 113876)



**Important notice for Oregon Residents:**  Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-274-6600. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

**Important notice for those with a mortgage loan on real estate located in Texas:**  COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

2.8

# LOANCARE

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

+ 0709528 000002959 09LCZ4 007532? 095 XC731
ESTATE OF THOMAS PEARSON
ESTATE OF CHARLOTTE PEARSON
2023 W SAINT ESTEPHE CT
HAYDEN ID 83835-8436





**LOANCARE**

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

December 23, 2022

ESTATE OF THOMAS PEARSON
ESTATE OF CHARLOTTE PEARSON
2023 W SAINT ESTEPHE CT
HAYDEN ID 83835-8436

Reference: XXXXXX7299
Property Address: 3421 Corpus Christi St
Simi Valley CA 93063

**SUBJECT:** Please Contact Us about Your Recently Missed Mortgage Payment

Dear Estate Of Thomas Pearson and Estate Of Charlotte Pearson:

As your mortgage servicer, we are concerned about your recently missed payment and would like to offer our assistance. Please contact us so that we can explore what options may be available to help you get back on track. Our goal is to work with you to find the best option based on your hardship. Our records indicate you have missed 12 mortgage payments and your account is 356 days past due. It is important that you act quickly. Fewer options may be available the longer you wait.



> ### WE WOULD LIKE TO HELP YOU – PLEASE CONTACT US AT
> ### 1.800.909.9525
> ### LoanCare, LLC
>
> **Mortgage Assistance May Be Available**
> - We can answer questions about your mortgage and explore options based on your individual hardship.
> - We can determine if you qualify for assistance, including options to stay in your home or leave your home while avoiding foreclosure (see **Information on Avoiding Foreclosure** below for an overview).
>
> **You must contact us or complete and return the attached Mortgage Assistance Application, including any required documents described in the application, by January 22, 2023.**

### How to Get Help – You Can Reach Us By

- **Phone:** 1.800.909.9525 or Fax: 866-521-4669
- **Email:** LC-LossMitigation@loancare.net
- **Mail:** Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452
- **Online** at https://www.myloancare.com/pub/index.html#/HomeRetentionMain

> ### Additional Resources
> For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, as well as provide translation or other language assistance, contact one of the following federal government agencies.
>
> - The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
> - The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

**Customer Service: 1.800.410.1091   Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST



**LOANCARE**

A SERVICELINK COMPANY

POST OFFICE BOX 8068
VIRGINIA BEACH, VA 23450

> **For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Fannie Mae's www.KnowYourOptions.com. Fannie Mae is the owner of your mortgage.**

**About Our Evaluation Process:**
Please include both your mortgage loan number and last name on each page and remit the required items by January 22, 2023. Should we not receive the documents, we will not be able to evaluate your request for a foreclosure prevention alternative. We must either deny the application or submit a written offer for a foreclosure prevention alternative within 30 calendar days after you submit a complete application. If we submit to you a written offer for a foreclosure prevention alternative, you must accept or reject the offer within 14 calendar days after you receive the offer, and the offer is deemed to be rejected if you do not accept the offer within 14 calendar days of receiving the offer.

Thank you for your prompt attention to this matter. We are here to help you with your delinquent mortgage.

Sincerely,

Loss Mitigation Department
LoanCare, LLC
NMLS ID 2916

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST

3637 Sentara Way | Virginia Beach, VA 23452 | www.newrez.myloancare.com

XC731 Page 4                    0709528 000002959 09LCZ4 0075327 095  XC731

## Information on Avoiding Foreclosure

These options may be available to you depending on your hardship. There are options to help you stay in your home and bring your mortgage current, and options that allow you to leave your home while avoiding foreclosure. We can answer any questions you may have about these options, including the general eligibility requirements.

| OPTIONS TO STAY IN YOUR HOME | OVERVIEW | BENEFIT |
|---|---|---|
| Reinstatement | • Pay all past due amounts in a single lump-sum payment.<br>• Available if you have the funds to pay now. | • Allows you to bring your mortgage current immediately. |
| Repayment Plan | • Pay all past due amounts together with your regular monthly payments over an extended period of time.<br>• Available if you have sufficient income to cover more than your regular monthly payment. | • Allows you time to bring your mortgage current without having to make a single lump-sum payment. |
| Payment Deferral | • Defer repayment of one or more past-due principal and interest payments as a non-interest bearing balance, which will be due and payable at the maturity of the mortgage loan or earlier upon the sale or transfer of the property, refinance of the mortgage loan, or payoff of the interest-bearing unpaid principal balance. | • Allows you to bring your mortgage loan current by deferring repayment of past-due principal and interest amounts without changing other terms of your mortgage. |
| Forbearance Plan | • Make reduced payments or no payments for a specific period of time (for example, six months). During this time your mortgage will become increasingly delinquent. | • Allows you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| Modification | • Make modified payments based on new terms.<br>• Requires your successful completion of a three-month trial period plan. | • Allows you to bring your mortgage current by permanently modifying your mortgage.<br>• Intended to make your payments or terms more manageable; typically results in a lower monthly payment. |
| OPTIONS TO LEAVE YOUR HOME | OVERVIEW | BENEFIT |
| Short Sale | • Sell your property.<br>• Proceeds from the sale are used to pay off a portion of your mortgage balance when you owe more on your mortgage than the home is worth. | • Allows you to transition out of your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| Mortgage Release (Deed-in-Lieu of Foreclosure) | • Transfer ownership of your property to us in exchange for relief from some or all of the mortgage debt. | • Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure.<br>• Relocation funds may be available.<br>• The remainder of your mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences—consult a tax advisor. |



**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST

3637 Sentara Way | Virginia Beach, VA 23452 | www.newrez.myloancare.com

## Frequently Asked Questions

**Q1. Will it cost money to get help?**
- No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see **Beware of Foreclosure Rescue Scams!** for additional information).

**Q2. What is foreclosure?**
- Foreclosure is the loss of your home through a legal process where your mortgage servicer or a third party acquires the property at a foreclosure sale.

**Q3. What are the consequences of foreclosure?**
- You must move or you will be evicted from the property.

- It may be as long as seven years before you are eligible for another Fannie Mae or Freddie Mac mortgage.

- You and any additional borrower listed on the mortgage may experience negative credit implications.

**Q4. Will the foreclosure process begin if I do not respond to my mortgage servicer's notices regarding missed payments?**
- If you disregard your mortgage servicer's notices, your mortgage servicer may refer your mortgage to foreclosure as authorized by your mortgage documents and applicable law.

**Q5. Should I still contact my mortgage servicer if I have waited too long and my property has been referred to foreclosure?**
- Yes, the sooner the better! If you wish to keep your home, contact your mortgage servicer immediately.

- You may also contact a HUD-approved housing counselor (see **Additional Resources** on page 1) and request a three-way call that would include you, the HUD-approved housing counselor, and your mortgage servicer to discuss your hardship.

- A HUD-approved housing counselor can also provide free advice on debt management.

**Q6. Can I still be evaluated for mortgage assistance if my property is scheduled for a foreclosure sale?**
- Yes, but it is important that you reach out to your servicer as soon as possible to discuss potential options. If your mortgage servicer receives your complete Mortgage Assistance Application with only 37 or fewer calendar days before the scheduled foreclosure sale, there is no guarantee that your servicer will be able to evaluate you for mortgage assistance in time to stop the foreclosure sale.

- Even if your mortgage servicer approves you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not be able to halt the scheduled sale.

**Q7. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**
- No. Your property will not be sold at a foreclosure sale if you accept a foreclosure avoidance option and comply with its requirements.

**Q8. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**
- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST

## Beware of Foreclosure Rescue Scams!

Scam artists have stolen millions of dollars from distressed homeowners by promising immediate relief from foreclosure, or demanding cash for counseling services. HUD-approved counseling agencies provide the same services for FREE. If you receive an offer, information, or advice that sounds too good to be true, it probably is. If you have any doubts, contact your mortgage servicer. Don't let scammers take advantage of you, your situation, your house, or your money. Keep in mind, your mortgage servicer is not responsible for paying damages resulting from a scam. **Remember, help is FREE.**

**How to Spot a Scam** – beware of a company or person who:

- Asks for a fee in advance to work with your mortgage servicer to modify, refinance, or reinstate your mortgage.
- Guarantees they can stop a foreclosure or get your mortgage modified.
- Advises you to stop paying your mortgage servicer and pay them instead.
- Pressures you to sign over the deed to your home or sign any paperwork that you haven't had a chance to read, and you don't fully understand.
- Claims to offer "government-approved" or "official government" mortgage modifications.
- Asks you to release personal financial information online or over the phone and you have not been working with this person and/or do not know them.

**How to Report a Scam** – do one of the following:

- Go to https://www.consumerfinance.gov/complaint/ to submit a complaint and get information on how to fight back.
- Call (888)995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.



**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST

3637 Sentara Way | Virginia Beach, VA 23452 | www.newrez.myloancare.com

0709528 000002959 09LCZ4 0075327 095  XC731

**TO THE EXTENT THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) AND/OR STATE DEBT COLLECTION LAWS ARE APPLICABLE, PLEASE BE ADVISED THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IF YOU ARE CURRENTLY INVOLVED IN A BANKRUPTCY PROCEEDING OR HAVE PREVIOUSLY RECEIVED A DISCHARGE IN A BANKRUPTCY PROCEEDING, PLEASE NOTIFY US IMMEDIATELY AND BE ADVISED THAT THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY.  THIS NOTICE IS NOT INTENDED TO COLLECT, RECOVER, OR OFFSET THE DEBT AGAINST YOU PERSONALLY AND SHOULD NOT BE CONSIDERED A DEMAND FOR PAYMENT OR INDICATE THAT YOU ARE PERSONALLY LIABLE FOR THIS DEBT.  PLEASE CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS ABOUT YOUR RIGHTS UNDER BANKRUPTCY LAW.**

**THE SERVICEMEMBERS CIVIL RELIEF ACT (SCRA) MAY OFFER PROTECTION OR RELIEF TO SERVICEMEMBERS. IF EITHER YOU HAVE BEEN CALLED TO ACTIVE DUTY OR ACTIVE SERVICE, OR YOU ARE A SPOUSE OR DEPENDENT OF SUCH A SERVICEMEMBER, YOU MAY BE ENTITLED TO CERTAIN LEGAL PROTECTIONS AND DEBT RELIEF PURSUANT TO THE SCRA. IF YOU HAVE NOT MADE US AWARE OF YOUR STATUS, PLEASE CONTACT US IMMEDIATELY. YOU MAY ALSO CONTACT YOUR UNIT'S JUDGE ADVOCATE OR YOUR INSTALLATION'S LEGAL ASSISTANCE OFFICER, AVAILABLE AT HTTPS://LEGALASSISTANCE.LAW.AF.MIL/, OR CALL 1-800-342-9647 (TOLL FREE FROM THE UNITED STATES) OR WWW.MILITARYONESOURCE.MIL/LEGAL TO FIND OUT MORE INFORMATION.**

As required by law, we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**\*PLEASE SEE IMPORTANT STATE DISCLOSURES INCLUDED WITH THIS LETTER\***

**Notices of error and information requests must be sent to:**

**LoanCare, LLC**
**Attn:  Office of the Customer**
**P.O. Box 8068**
**Virginia Beach, VA 23450**

**Customer Service: 1.800.410.1091    Collections: 1.800.909.9525**
Monday – Friday: 8 a.m. – 10 p.m. EST Saturday 8 a.m. – 3 p.m. EST

3637 Sentara Way | Virginia Beach, VA 23452 | www.newrez.myloancare.com

XC731 Page 8                    0709528 000002959 09LCZ4 0075327 095  XC731

Loan Number: 0038507299

# Mortgage Assistance Application

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact LoanCare, LLC at 1.800.909.9525.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information,  or information on state or local government mortgage assistance programs that may be available, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or **www.hud.gov/counseling**
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or **www.consumerfinance.gov/mortgagehelp**

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

**For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Fannie Mae's www.KnowYourOptions.com. Fannie Mae is the owner of your mortgage loan.**

## Borrower Information

**Borrower's name:** _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

**Co-borrower's name:** _____

Social Security Number (last 4 digits): _____

E-mail address: _____

Primary phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Alternate phone number: _____ ☐ Cell  ☐ Home  ☐ Work  ☐ Other

Preferred contact method (choose all that apply): ☐ Cell phone  ☐ Home phone  ☐ Work phone  ☐ Email  ☐ Text—checking this box indicates your consent for text messaging

Is either borrower on active duty with the military (including the National Guard and Reserves), the dependent of a borrower on active duty, or the surviving spouse of a member of the military who was on active duty at the time of death? ☐ Yes  ☐ No

## Property Information

Property Address: _____

Mailing address (if different from property address): _____

- The property is currently:  ☐ A primary residence  ☐ A second home  ☐ An investment property

- The property is (select all that apply):  ☐ Owner occupied  ☐ Renter occupied  ☐ Vacant

- I want to:  ☐ Keep the property  ☐ Sell the property  ☐ Transfer ownership of the property to my servicer  ☐ Undecided

Is the property listed for sale?  ☐ Yes  ☐ No – If yes, provide the listing agent's name and phone number—or indicate "for sale by owner" if applicable: _____

Is the property subject to condominium or homeowners' association (HOA) fees? ☐ Yes ☐ No – If yes, indicate monthly dues: $_____

## Hardship Information

The hardship causing mortgage payment challenges began on approximately (date) _____ and is believed to be:

☐ Short-term (up to 6 months)
☐ Long-term or permanent (greater than 6 months)
☐ Resolved as of (date) _____

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
| --- | --- |
| ☐ Unemployment | ▪ Not required |
| ☐ Reduction in income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ▪ Not required |
| ☐ Increase in housing-related expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control (e.g., uninsured losses, increased property taxes, HOA special assessment) | ▪ Not required |
| ☐ Disaster (natural or man-made) impacting the property or borrower's place of employment | ▪ Not required |
| ☐ Long-term or permanent disability, or serious illness of a borrower/co-borrower or dependent family member | ▪ Written statement from the borrower, or other documentation verifying disability or illness<br>**Note**:  Detailed medical information is not required, and information from a medical provider is not required |
| ☐ Divorce or legal separation | ▪ Final divorce decree or final separation agreement **OR**<br>▪ Recorded quitclaim deed |
| ☐ Separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law | ▪ Recorded quitclaim deed **OR**<br>▪ Legally binding agreement evidencing that the non-occupying borrower or co-borrower has relinquished all rights to the property |
| ☐ Death of borrower or death of either the primary or secondary wage earner | ▪ Death certificate **OR**<br>▪ Obituary or newspaper article reporting the death |
| ☐ Distant employment transfer/relocation | ▪ **For active duty service members**: Permanent Change of Station (PCS) orders or letter showing transfer.<br>▪ **For employment transfers/new employment**: Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, **AND**<br>▪ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |

| TYPE OF HARDSHIP (CHECK ALL THAT APPLY) | REQUIRED HARDSHIP DOCUMENTATION |
|---|---|
| ☐ Other – hardship that is not covered above:<br>_____<br>_____<br>_____<br>_____<br>_____ | ▪ Written explanation describing the details of the hardship and any relevant documentation |

## Borrower Income

Please enter all borrower income amounts in middle column.

| MONTHLY TOTAL BORROWER INCOME TYPE & AMOUNT | | REQUIRED INCOME DOCUMENTATION |
|---|---|---|
| Gross (pre-tax) wages, salaries and overtime pay, commissions, tips, and bonuses | $ | ▪ Most recent pay stub and documentation of year-to-date earnings if not on pay stub **OR**<br>▪ Two most recent bank statements showing income deposit amounts |
| Self-employment income | $ | ▪ Two most recent bank statements showing self-employed income deposit amounts **OR**<br>▪ Most recent signed and dated quarterly or year-to-date profit/loss statement **OR**<br>▪ Most recent complete and signed business tax return **OR**<br>▪ Most recent complete and signed individual federal income tax return |
| Unemployment benefit income | $ | ▪ No documentation required |
| Taxable Social Security, pension, disability, death benefits, adoption assistance, housing allowance, and other public assistance | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Non-taxable Social Security or disability income | $ | ▪ Two most recent bank statements showing deposit amounts **OR**<br>▪ Award letters or other documentation showing the amount and frequency of the benefits |
| Rental income (rents received, less expenses other than mortgage expense) | $ | ▪ Two most recent bank statements demonstrating receipt of rent **OR**<br>▪ Two most recent deposited rent checks |
| Investment or insurance income | $ | ▪ Two most recent investment statements **OR**<br>▪ Two most recent bank statements supporting receipt of the income |
| Other sources of income not listed above (Note: Only include alimony, child support, or separate maintenance income if you choose to have it considered for repaying this loan) | $ | ▪ Two most recent bank statements showing receipt of income **OR**<br>▪ Other documentation showing the amount and frequency of the income |



## Current Borrower Assets

Exclude retirement funds such as a 401(k) or Individual Retirement Account (IRA), and college savings accounts such as a 529 plan.

| | |
|---|---|
| Checking account(s) and cash on hand | $ |
| Savings, money market funds, and Certificates of Deposit (CDs) | $ |
| Stocks and bonds (non-retirement accounts) | $ |
| Other: | $ |

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.

2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.

3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co-borrower.

5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law, including but not limited to providing mortgage assistance, verifying any data or information contained in this application, and performing audit and quality control reviews. Personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, (e) my payment history and information about my account balances and activity, and (f) my tax return and the information contained therein.

6. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application.  If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.

7. I consent to being contacted concerning this application for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the lender, servicer, or authorized third party.*

   * An authorized third party may include, but is not limited to, a housing counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

Borrower signature: _____   Date: _____

Co-Borrower signature: _____   Date: _____

**Please submit your completed application, together with the required documentation, to LoanCare, LLC via mail: Attention - Loss Mitigation Department, 3637 Sentara Way, Virginia Beach, VA 23452, fax: 866-521-4669, or online: LC-LossMitigation@loancare.net. We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.**

**We will use the information you provided to help us identify the assistance you may be eligible to receive.**

Form **4506-C**
(September 2020)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number
1545-1872

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506-C, visit *www.irs.gov* and search IVES.

| | |
|---|---|
| **1a.** Name shown on tax return *(if a joint return, enter the name shown first)* | **1b.** First social security number on tax return, individual taxpayer identification number, or employer identification number *(see instructions)* |
| **2a.** If a joint return, enter spouse's name shown on tax return | **2b.** Second social security number or individual taxpayer identification number if joint tax return |

**3.** Current name, address (including apt., room, or suite no.), city, state, and ZIP code *(see instructions)*

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

**5a.** IVES participant name, address, and SOR mailbox ID

**5b.** Customer file number *(if applicable) (see instructions)*

**Caution:** This tax transcript is being sent to the third party entered on Line 5a. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6.** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request _____

**a.** **Return Transcript**, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years ☐

**b.** **Account Transcript**, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns ☐

**c.** **Record of Account**, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years ☐

**7.** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213 ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm/dd/yyyy format *(see instructions)*

/ _____ / _____ / _____ / _____ / _____ / _____

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note**: This form must be received by IRS within 120 days of the signature date.

☐ **Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

| Signature *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
|---|---|---|
| Print/Type name | | |
| Title *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| Spouse's signature | Date | |
| Print/Type name | | |

Catalog Number 72627P                              www.irs.gov                              Form **4506-C** (9-2020)
**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

0709528 000002959 09LCZ4 0075327 095

## Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

### Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C was created to be utilized by authorized IVES participants to order tax transcripts with the consent of the taxpayer.

### General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Internal Revenue Code, Section 6103(c), limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

### Chart for ordering transcripts

| If your assigned Service Center is: | Fax these requests with the approved coversheet to: |
| --- | --- |
| Austin Submission Processing Center | Austin IVES Team<br><br>844-249-6238 |
| Fresno Submission Processing Center | Fresno IVES Team<br><br>844-249-6239 |
| Kansas City Submission Processing Center | Kansas City IVES Team<br><br>844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team<br><br>844-249-8129 |

### Specific Instructions

**Line 1b.** Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a, or enter the employer identification number (EIN) for the business listed on line 1a.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will reflect a generic entry of "9999999999" on the transcript.

**Line 8.** Enter the end date of the tax year or period requested in mm/dd/yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12/31/2018 for a calendar year 2018 Form 1040 transcript.

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, *including lines 5a through 8*, are completed before signing.



You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Only one signature is required. Sign Form 4506-C exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-C for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to sign Form 4506-C.

### Privacy Act and Paperwork Reduction Act Notice.

We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

**Learning about the law or the form** . . . 10 min.
**Preparing the form** . . . . . . . . . . . . . 12 min.
**Copying, assembling, and sending
   the form to the IRS** . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

**TAXPAYER CONSENT FORM**

Date _____

Borrower Printed Name(s)   _____

_____

Property Address _____

Loan Number _____

I understand, acknowledge, and agree that the Lender and Other Loan Participants can obtain, use, and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. The Lender includes the Lender's affiliates, agents, service providers, and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties, and any of aforementioned parties' successors and assigns.



_____          _____
Borrower Signature                                                        Date

_____          _____
Borrower Signature                                                        Date

## **BORROWER'S EXPENSE STATEMENT**

Loan Number: _____

Borrower Name: _____

Social Security Number: _____

Co-Borrower Name: _____

Social Security Number: _____



| Monthly Expenses for Household: | Monthly Expense Amount: | Liability Type: | Payment/ Month: | Balance Due: |
|---|---|---|---|---|
| Food | | 2nd Mortgage Payments | | |
| Gas/ Auto Maintenance | | Health/ Life Insurance | | |
| Entertainment | | Alimony/ Child Support | | |
| Clothes | | Child Care | | |
| Utilities – Gas | | Auto Loans | | |
| Utilities – Electric | | Other Loan Payments | | |
| Utilities – Water | | Credit Card Payments | | |
| | | Garbage/ Sewage | | |
| | | Telephone | | |
| | | Auto Insurance | | |

I (we) agree that the information provided is complete and accurate for my (our) finances.  I (we) understand and acknowledge that any decision or action by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on my (our) mortgage the authority to contact third-parties in order to share and confirm the information I (we) have disclosed in this financial statement, to order (our) credit report(s), and to contact my (our) real estate agent and/ or credit counseling service representative (if applicable).

Submitted this _____ day of _____ 20_____.

By: _____    Date: _____
    Signature of Borrower

By: _____    Date: _____
    Signature of Co-Borrower

LoanCare, LLC  06.08.2020
version 1.3

| | | |
|---|---|---|
| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval No. 2502-0584 Expire 11/30/2024 |

### Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

### Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty.
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds.
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

### What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

### How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. [LoanCare, LLC, Attn: Special Loans, 3637 Sentara Way, Virginia Beach, VA 23452]
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

### How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/.
- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.



0709528 000002959 09LCZ4 0075327 095

form **HUD-92070**
(6/2017)

**IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST**

**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST:**  Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

**IMPORTANT STATE DISCLOSURES**
**SEE IMPORTANT DISCLOSURES BELOW**

**Important notice for Arkansas Residents:**  Within the state of Arkansas, LoanCare is licensed by the Arkansas Securities Department.  You may file complaints with the Department at 1 Commerce Way, Suite 402, Little Rock, Arkansas 72202.

**Important notice for California Residents:**  Within the state of California, LoanCare is licensed by the Department of Financial Protection and Innovation. LoanCare's Residential Mortgage Lending Act license numbers are as follows:

License Number 4130563 – 3637 Sentara Way, Virginia Beach, VA 23452
License Number 813K544 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204
License Number 41DBO-77773 – 4330 West Chandler Boulevard, Chandler, AZ 85226
License Number 41DBO-96087 – 1200 Cherrington Parkway, Moon Township, PA 15108

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:**  Within the state of Colorado, LoanCare maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031.  The telephone number is 303-920-4763.



**Important notice for Hawaii Residents:**  Within the state of Hawaii, LoanCare is licensed by the Commissioner of Financial Institutions.  You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.

**Important notice for Hawaii Residents who submitted a loss mitigation request:  If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint.**

**Important notice for Maryland Residents:**  Maryland law requires LoanCare to designate a contact to whom mortgagors may direct complaints and inquiries.  LoanCare has designated the Office of the Customer for that purpose.  The telephone number for the Office of the Customer is 1-800-919-5631.  The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested.  LoanCare's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare being liable for any economic damages caused by the violation.

**Important notice for New York Residents:**  Within the state of New York, LoanCare is registered with the Superintendent of the New York Department of Financial Services.  You may file complaints and obtain further information about LoanCare by contacting the Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:**  If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

**Important notice for North Carolina Residents:**  Within the state of North Carolina, LoanCare is licensed by the Commissioner of Banks.  You may file complaints with the Commissioner at 4309 Mail Service Center, Raleigh, NC 27699.

**Important notice for North Carolina Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

North Carolina Department of Insurance Collection Agency Company Numbers:
NC Company Number 119505731 – 3637 Sentara Way, Virginia Beach, VA 23452 (legacy Permit No. 112029)
NC Company Number 119505867 – 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204 (legacy Permit No. 112165)
NC Company Number 119507216 – 4330 West Chandler Boulevard, Chandler, AZ 85226 (legacy Permit No. 113538)
NC Company Number 119507547 – 1200 Cherrington Parkway, Moon Township, PA 15108 (legacy Permit No. 113876)



**Important notice for Oregon Residents:**  Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-274-6600. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.



**Important notice for those with a mortgage loan on real estate located in Texas:**  COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

**Important notice for North Carolina Residents:** Within the state of North Carolina, LoanCare is licensed by the Commissioner of Banks. You may file complaints with the Commissioner at 4309 Mail Service Center, Raleigh, NC 27699.

**Important notice for North Carolina Residents who submitted a loss mitigation request: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

North Carolina Department of Insurance Collection Agency Permit Numbers:
NC Permit Number 112029 - 3637 Sentara Way, Virginia Beach, VA 23452
NC Permit Number 112165 - 601 Riverside Ave., Building 5, 3rd Floor, Jacksonville, FL 32204
NC Permit Number 113538 - 4330 West Chandler Boulevard, Chandler, AZ 85226
NC Permit Number 113876 - 1200 Cherrington Parkway, Moon Township, PA 15108



**Important notice for Oregon Residents:** Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-274-6600. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

**Important notice for those with a mortgage loan on real estate located in Texas:**
COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

2.7

## FLEX MODIFICATION SOLICITATION COVER LETTER



THOMAS PEARSON and CHARLOTTE PEARSON          April 12, 2022
3364 GREENVILLE DR
SIMI VALLEY, CA 93063                          Reference: 0038507299

**Subject**: <u>Loan Modification Offer Enclosed - Act Now to Avoid Foreclosure</u>

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

Your mortgage is seriously delinquent, and your time to act and avoid foreclosure is running out. You have options, but you must act now. We are here to help. If you have questions about the options listed below, please contact us immediately.

### <u>You are Approved for a Trial Period Plan to Modify Your Mortgage Payment</u>

If you accept this trial period plan, you will be required to make three monthly payments in the amount of **$1,192.89.** If you follow the terms of the trial period plan, your mortgage will be permanently modified. **Please refer to the enclosed trial period plan for details on accepting this offer.**

If you do not contact us or send your first trial period plan payment by April 26, 2022, foreclosure proceedings may be started or continue.

---

### QUESTIONS?  CONTACT US

**New Residential Mortgage LLC, by LoanCare, LLC as agent under Limited POA**
**Phone: (800) 909-9525**
**Email Address: LC-lossmitigation@loancare.net**
**Website: https://www.myloancare.com/**

---

**Unable to Pay the Monthly Trial Period Payment or Prefer to Leave Your Home?**
You may have other options to avoid foreclosure.

- A short sale: the sale of your property for a price that is less than the amount you still owe on your mortgage.

- A Mortgage Release™ (deed-in-lieu of foreclosure): the transfer of ownership of your property to us in exchange for release of some or all of the amount you still owe on your mortgage.

If you are approved for a short sale or Mortgage Release and complete the necessary steps, we will cancel your remaining mortgage debt obligation. **Cancellation of debt may have tax consequences; please consult a tax advisor to discuss potential tax consequences.**

We encourage you to review the enclosed trial period plan. Thank you for your prompt attention to this matter. We are here to help you with your mortgage.

Sincerely,

Loss Mitigation Department
New Residential Mortgage LLC, by LoanCare, LLC as agent under Limited POA





## FLEX MODIFICATION TRIAL PERIOD PLAN SOLICITATION OFFER - NOT BASED ON AN EVALUATION OF A BRP



April 12, 2022

Dear THOMAS PEARSON and CHARLOTTE PEARSON:

Based on careful review of your mortgage account, we are offering you an opportunity to enter into a loan modification trial period plan. This is the first step toward qualifying for a permanent loan modification. If you satisfy all of the terms of the offer, successfully complete the trial period plan by making the required payments, and return a signed loan modification agreement, we will sign the loan modification agreement and your loan will be permanently modified.

<div style="background:#2E74B5;color:white;text-align:center;font-weight:bold;">ACT NOW – Key Steps to Modify your Mortgage and Prevent Foreclosure Action</div>

### Step 1: Contact Us or Send Your First Trial Period Plan Payment to Prevent Foreclosure Proceedings
**You must do one of these by April 26, 2022.**

✓  Contact us by phone or in writing to let us know if you intend to accept this offer, **OR**

✓  Send your first trial period plan payment of **$1,192.89** to accept this offer

> **New Residential Mortgage LLC, by LoanCare, LLC as agent under Limited POA**
> **3637 Sentara Way, Virginia Beach, VA 23452**
>
> **Phone: (800) 909-9525; Email Address: LC-lossmitigation@loancare.net**

If you do not contact us or send your first trial period plan payment by April 26, 2022, foreclosure proceedings may be started or continue.

### Step 2: Make Your Trial Period Plan Payments
✓  To successfully complete the trial period plan, you must make the trial period plan payments below.

| Trial Period Plan Payment | Amount Due | Due Date |
|---|---|---|
| FIRST* | $1,192.89 | 05/01/2022 |
| SECOND | $1,192.89 | 06/01/2022 |
| THIRD | $1,192.89 | 07/01/2022 |

*If you submit your first trial period plan payment by April 26, 2022, follow this schedule for your second and third trial period plan payments only.

**We must receive each trial period plan payment in the month in which it is due.** If we do not receive a trial period payment by the last day of the month in which it is due, this offer is revoked and we may refer your mortgage to foreclosure. If your mortgage has already been referred to foreclosure, foreclosure related expenses may have been incurred, foreclosure proceedings may continue, and a foreclosure sale may occur.

**If you cannot afford the trial period plan payments described above but want to remain in your home, or if you have decided to leave your home, please contact us immediately to discuss additional foreclosure prevention options that may be available.**

### Step 3: Sign and Return the Loan Modification Agreement – Your modified terms will take effect only after:
✓  You have signed and submitted your loan modification agreement (which we will send you near the completion of the trial period plan);



✓ We have signed the loan modification agreement and returned a copy to you upon completion of the trial period plan; **AND**

✓ The modification effective date set forth in the loan modification agreement has occurred.

## Modification Terms

The table below compares your current mortgage terms to the **estimated** modified terms.

| | Current Terms | Modification Terms |
|---|---|---|
| **Payment\*** | $1,432.25 | $1,192.89 |
| **Interest Rate** | 5.250% | 5.250% |
| **Term** | 275 months | 480 months |
| **Maturity Date** | November 1, 2044 | July 1, 2062 |
| **Deferred Principal\*\*** | $0.00 | $0.00 |

\*Payment includes principal, interest, and escrow payment, if applicable. For more information on the estimated modification payment amount, review the **Frequently Asked Questions**.
\*\*For more information on deferred principal, review the **Frequently Asked Questions**.

### What Else Do You Need to Know?

▪ The terms of your existing note and mortgage remain in effect until the mortgage is permanently modified. However, while you are making your monthly trial period plan payments and otherwise remain in compliance with this trial period plan, foreclosure proceedings will not start or continue.

▪ There are no modification processing fees for this trial period plan or for modifying your mortgage.

▪ If your mortgage is modified, we will waive all unpaid late charges.

▪ There are no penalties for paying more than the amount due or for paying off the mortgage early.

## Frequently Asked Questions

**Q1. What is a trial period plan?**
▪ A trial period plan is a temporary payment relief period that allows you to demonstrate that you can consistently manage the estimated modified mortgage payment.

**Q2. How does the modification work?**
▪ A loan modification changes some of the terms of your mortgage, such as monthly payment, interest rate, and maturity date, which may make your payment more affordable.

▪ You will repay the new interest-bearing mortgage balance in equal monthly payments over the modified term.

▪ To permanently modify your mortgage, you first need to successfully complete the trial period plan. Your modified mortgage payment will be based on the interest-bearing unpaid principal balance as of the end of the trial period and may be moderately different than the trial period plan payment, which is an estimate of your modified mortgage payment.

▪ Once you make all of your trial period plan payments on time and meet all of the terms in this trial period plan, you must sign and return the loan modification agreement. Once we determine you have complied with the trial period plan requirements, we will sign the loan modification agreement and send a copy back to you for your records.

**Q3. What is deferred principal?**
▪ Deferred principal is a portion of the unpaid mortgage balance for which repayment is delayed. If your modified terms include deferred principal your due date for this amount would be the earliest of 1) the date you sell or transfer the property; 2) the date you refinance the modified mortgage; 3) the date you pay off the interest-bearing





unpaid principal balance of the modified mortgage; or 4) the new maturity date of the modified mortgage. Interest is not charged on any deferred principal.

**Q4. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**
- Yes. If your loan is permanently modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage.

- Your new monthly payment may include an escrow payment for property taxes, hazard insurance, and other escrowed expenses, unless its inclusion is prohibited by applicable law. If the cost of your homeowners insurance, property tax assessment, or other escrowed expenses increases, your monthly payment may increase as well.

**Q5. Do I have to modify my loan into a 480-month (40-year) fixed rate term?**
- Yes. A 480-month repayment term results in a lower modified monthly payment than would be available under a shorter term. The modified mortgage does not have any penalty if you pay off your mortgage earlier than the new maturity date. If you would like more information on options for paying off your mortgage early, please contact us for additional details at (800) 909-9525.

**Q6. How will a trial period plan and loan modification impact my credit?**
- A trial period plan and loan modification may result in your credit score being adversely affected. Credit reporting agencies generally consider the entry into a trial period plan and loan modification as an increased credit risk. Please note, however, that continued delinquency, including a foreclosure, would have a more negative impact to your credit score.
- We will continue to report the delinquency status of your loan to credit reporting agencies as well as your entry into a trial period plan in accordance with applicable law.

- Once your loan is modified, you will be considered current on your mortgage and your credit score may improve so long as you make your payments on time.

- For more information about your credit score, go to: https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores/

**Q7. What if I need further assistance?**
- If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

- For a list of HUD-approved housing counseling agencies that can provide free foreclosure prevention and debt management information, information on state or local government mortgage assistance programs that may be available, as well as translation or other language assistance, contact one of the following federal government agencies:
    - o The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
    - o The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

- For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit Fannie Mae's www.KnowYourOptions.com. Fannie Mae is the owner of your mortgage loan.

- Please contact us anytime at (800) 909-9525, especially if you experience another event that may prevent you from making your mortgage payment.

**Q8. Why do I need to contact you within 14 days?**
- It is important to contact us within 14 days of the date of this letter. If your mortgage has already been, or is about to be, referred to foreclosure, contacting us will stop the foreclosure process. You can also stop the foreclosure process by sending the first trial period plan payment within 14 days of the date of this letter, which is earlier than the due date for the first trial period plan payment in Step 2.

- If your mortgage has already been referred to foreclosure, a foreclosure sale may occur if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.



- You may also incur additional expenses related to foreclosure if you do not contact us or send the first trial period plan payment within 14 days of the date of this letter.

**Q9. Can I still receive a modification if I do not contact you or send the first trial period plan payment within 14 days?**

- Yes, except in the limited circumstances where a foreclosure sale occurs before the due date of the first trial period plan payment. However, you must make each of the trial period plan payments on time and then sign the final modification agreement as required in Steps 2 and 3.

**Q10. What if I acquired an ownership interest in the property, such as through death, divorce, or legal separation?**

- You should contact us as soon as possible. We are here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that is needed to confirm your identity and ownership interest in the property, and to discuss next steps.

## Additional Trial Period Plan Information and Legal Notices

**We will not refer your loan to foreclosure or proceed to foreclosure sale during the trial period plan if you are complying with the terms of the trial period plan:**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you do not follow the terms of the plan or do not qualify for a permanent modification.

- We will hold the trial period plan payments in an account until sufficient funds are in the account to pay your oldest past due monthly payment. Unless required by applicable law, there will be no interest paid on the funds in the account and any funds in the account at the end of the trial period plan will be deducted from the amount that will be added to your principal balance.

- Our acceptance of your payments during the trial period plan does not waive our right to require immediate payment in full of all amounts you owe on your mortgage, including the right to resume or continue foreclosure action, if you fail to comply with the terms of the plan. Entering a trial period plan does not mean that your mortgage will be considered current, unless your payments under the plan completely resolve all past due amounts.

**Your current mortgage documents remain in effect; however, you are permitted to make the trial period plan payment instead of the current monthly payment required under your mortgage documents:**

- All the terms of your current mortgage documents remain in effect during the trial period plan. Nothing in the trial period plan shall be understood to be a satisfaction or release in whole or in part of your obligations contained in the mortgage documents.

**We reserve the right to revoke this offer or terminate the trial period plan following your acceptance if we learn of information that would make you ineligible for the trial period plan or loan modification.** In this event, we may exercise any of the rights and remedies provided by the loan documents and applicable law.

**Your mortgage will not be modified if you sold or transferred any interest in the property in violation of your mortgage loan documents.**





## Your Next Steps

✓ **Call us or make your first trial period plan payment to stop the foreclosure process and begin your loan modification process.**

✓ **Make your trial period plan payments by their due dates.**

✓ **Remember that in addition to successfully completing your trial period plan payments, you must sign and return the loan modification agreement.**





## IMPORTANT NOTICE TO CONFIRMED SUCCESSORS IN INTEREST

**NOTICE TO CONFIRMED SUCCESSORS IN INTEREST**:  Please be advised that, unless you assume the loan under state law, you will not be liable for the mortgage debt and cannot be required to use your assets, as a confirmed successor in interest, to pay the mortgage debt, except that the lender has a security interest in the property and a right to foreclose on the property when permitted by law and authorized under the mortgage loan contract.

### IMPORTANT STATE DISCLOSURES
### SEE IMPORTANT DISCLOSURES BELOW

**Important notice for Arkansas Residents:**  Within the state of Arkansas, LoanCare is licensed by the Arkansas Securities Department. You may file complaints with the Department at 1 Commerce Way, Suite 402, Little Rock, Arkansas 72202.

**Important notice for California Residents:** Within the state of California, LoanCare is licensed by the Department of Financial Protection and Innovation. LoanCare's Residential Mortgage Lending Act license numbers are as follows:

**License Number 4130563** - 3637 Sentara Way, Virginia Beach, VA 23452
**License Number 813K544** - 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204
**License Number 41DBO-77773** - 4330 West Chandler Boulevard, Chandler, AZ 85226
**License Number 41DBO-96087** - 1200 Cherrington Parkway, Moon Township, PA 15108

**IMPORTANT NOTICE FOR CONSUMERS IN COLORADO WE ATTEMPT TO COLLECT A DEBT FROM:** Within the state of Colorado, LoanCare maintains an office at 8690 Wolff Court, Suite 110, Westminster, CO 80031.  The telephone number is 303-920-4763.

**Important notice for Hawaii Residents:**  Within the state of Hawaii, LoanCare is licensed by the Commissioner of Financial Institutions.  You may file complaints with the Commissioner at P.O. Box 2054, Honolulu, HI 96805.

**Important notice for Hawaii Residents who submitted a loss mitigation request:  If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at (808) 586-2820 or http://cca.hawaii.gov/dfi/file-a-complaint.**

**Important notice for Maryland Residents:**  Maryland law requires LoanCare to designate a contact to whom mortgagors may direct complaints and inquiries.  LoanCare has designated the Office of the Customer for that purpose.  The telephone number for the Office of the Customer is 1-800-919-5631.  The Office of the Customer must respond in writing to each written complaint or inquiry within 15 days if requested.  LoanCare's failure to comply with any provision of Section 13-316 of the Maryland Commercial Law will result in LoanCare being liable for any economic damages caused by the violation.

**Important notice for New York Residents:**  Within the state of New York, LoanCare is registered with the Superintendent of the New York Department of Financial Services. You may file complaints and obtain further information about LoanCare by contacting the Department of Financial Services Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**Important notice for New York Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**





**Important notice for New York Residents who were offered a debt payment schedule or agreement to settle debt:**  If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

**Important notice for North Carolina Residents:**  Within the state of North Carolina, LoanCare is licensed by the Commissioner of Banks.  You may file complaints with the Commissioner at 4309 Mail Service Center, Raleigh, NC 27699.

**Important notice for North Carolina Residents who submitted a loss mitigation request:  If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website, www.nccob.gov.**

North Carolina Department of Insurance Collection Agency Company Numbers:
NC Company Number 119505731 - 3637 Sentara Way, Virginia Beach, VA 23452 (legacy Permit No. 112029)
NC Company Number 119505867 - 601 Riverside Ave, Building 5, 3rd Floor, Jacksonville, FL 32204 (legacy Permit No. 112165)
NC Company Number 119507216 - 4330 West Chandler Boulevard, Chandler, AZ 85226 (legacy Permit No. 113538)
NC Company Number 119507547 - 1200 Cherrington Parkway, Moon Township, PA 15108 (legacy Permit No. 113876)

**Important notice for Oregon Residents:**  Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons are required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 800-274-6600. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

**Important notice for those with a mortgage loan on real estate located in Texas:**  COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705.  A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



Gmail - Fwd: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson. Loan 0038507299    4/30/23, 4:24 AM

Case 2:23-cv-03882-DSF-MRW   Document 1   Filed 05/18/23   Page 198 of 393   Page ID #:198

 Gmail

Kristen Pearson <kpearsonlaw@gmail.com>

# Fwd: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson. Loan 0038507299

**Kristen Pearson** <kpearsonlaw@gmail.com>                    Tue, May 24, 2022 at 12:49 PM
To: docs.sii@myloancare.com

---------- Forwarded message ---------
From: **Kristen Pearson** <kpearsonlaw@gmail.com>
Date: Fri, Dec 3, 2021 at 12:47 PM
Subject: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson
To: <hdfs-allclaimsdeceased@harley-davidson.com>

1-877-877-7370 option 1- claims and deceased department

Attn: Attached please find the death certificates of Charlotte Pearson and Thomas Pearson, as well as the letters of administration. Please forward any inquiries to me.


Thank you,


--

Kristen Pearson

109 W. Honeysuckle Ave

Hayden, ID 83835

Telephone: (208) 682-5970


This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.
--

Kristen Pearson

109 W. Honeysuckle Ave

PO BOX 184

Hayden, ID 83835

Telephone: (208) 682-5870

Gmail - Fwd: death certificates and letters of administration Charlotte Pearson and Thomas Pearson Loan #3656075298   4/30/23, 4:24 AM

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**2 attachments**

 **LETTERS OF ADMINISTRATION.pdf**
300K

 **PEARSON DEATH CERTIFICATES.pdf**
1060K

Gmail - Fwd: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson. Loan 0038507299    4/4/23, 8:18 PM

Case 2:23-cv-03882-DSF-MRW   Document 1   Filed 05/18/23   Page 200 of 393   Page ID #:200

 Gmail

Kristen Pearson <kpearsonlaw@gmail.com>

---

# Fwd: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson. Loan 0038507299
4 messages

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                    Tue, May 24, 2022 at 12:49 PM
To: docs.sii@myloancare.com


---------- Forwarded message ---------
From: **Kristen Pearson** <kpearsonlaw@gmail.com>
Date: Fri, Dec 3, 2021 at 12:47 PM
Subject: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson
To: <hdfs-allclaimsdeceased@harley-davidson.com>


1-877-877-7370 option 1- claims and deceased department

Attn: Attached please find the death certificates of Charlotte Pearson and Thomas Pearson, as well as the letters of administration. Please forward any inquiries to me.


Thank you,


--

Kristen Pearson

109 W. Honeysuckle Ave

Hayden, ID 83835

Telephone: (208) 682-5970


This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.
--

Kristen Pearson

109 W. Honeysuckle Ave

PO BOX 184

Hayden, ID 83835

Telephone: (208) 682-5870

Case 2:23-cv-03882-DSF-MRW    Document 1    Filed 05/18/23    Page 201 of 393    Page ID #:201

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**2 attachments**

 **LETTERS OF ADMINISTRATION.pdf**
300K

 **PEARSON DEATH CERTIFICATES.pdf**
1060K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Tue, May 24, 2022 at 12:49 PM
To: kpearsonlaw@gmail.com

 ## Address not found

Your message wasn't delivered to **docs.sii@myloancare.com** because the address couldn't be found, or is unable to receive mail.

The response from the remote server was:

550 5.4.1 All recipient addresses rejected : Access denied. AS(201806271) [BN8NAM04FT037.eop-NAM04.prod.protection.outlook.com]

Final-Recipient: rfc822; docs.sii@myloancare.com
Action: failed
Status: 5.4.1
Remote-MTA: dns; myloancare-com.mail.protection.outlook.com. (104.47.74.10,
 the server for the domain myloancare.com.)
Diagnostic-Code: smtp; 550 5.4.1 All recipient addresses rejected : Access denied. AS(201806271)
[BN8NAM04FT037.eop-NAM04.prod.protection.outlook.com]
Last-Attempt-Date: Tue, 24 May 2022 12:49:42 -0700 (PDT)

---------- Forwarded message ----------
From: Kristen Pearson <kpearsonlaw@gmail.com>

Gmail - Fwd: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson. Loan 0038507299    4/3/23, 8:18 PM

Case 2:23-cv-03882-DSF-MRW   Document 1   Filed 05/18/23   Page 202 of 393   Page ID #:202

To: docs.sii@myloancare.com
Cc:
Bcc:
Date: Tue, 24 May 2022 12:49:27 -0700
Subject: Fwd: death certificates and letters of administration- Charlotte Pearson and Thomas Pearson. Loan 0038507299
----- Message truncated -----

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                                    Wed, Jun 1, 2022 at 2:52 PM
To: LC-lossmitigation@loancare.net

[Quoted text hidden]

---

**2 attachments**

 **LETTERS OF ADMINISTRATION.pdf**
300K

 **PEARSON DEATH CERTIFICATES.pdf**
1060K

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                                    Wed, Jun 1, 2022 at 3:59 PM
To: doc.sii@myloancare.com

[Quoted text hidden]

---

**2 attachments**

 **LETTERS OF ADMINISTRATION.pdf**
300K

 **PEARSON DEATH CERTIFICATES.pdf**
1060K

- immediately provide the borrower with notice of the right to receive a copy of all appraisals and other valuations developed in connection with the mortgage loan modification, and

- provide the borrower a copy of all appraisals and other valuations developed in connection with the mortgage loan modification.

Prior to granting a permanent mortgage loan modification, the servicer must place the borrower in a Trial Period Plan using the new modified mortgage loan terms.

## Offering a Trial Period Plan and Completing a Fannie Mae Flex Modification

For an MBS mortgage loan, the servicer must also see Conditions of a First and Second Lien Mortgage Loan Modification for an MBS Mortgage Loan in D2-3.1-02, Conditions of a First and Second Lien Mortgage Loan Modification for an MBS Mortgage Loan.

The servicer must communicate with the borrower that the mortgage loan modification will not be binding, enforceable, or effective unless all conditions of the mortgage loan modification have been satisfied, which is when all of the following have occurred:

- the borrower has satisfied all of the requirements of the Trial Period Plan,

- the borrower has executed and returned a copy of the *Loan Modification Agreement* (Form 3179), and

- the servicer or Fannie Mae (depending upon the entity that is the mortgagee of record) executes and dates Form 3179.

The servicer must use the applicable Evaluation Notice to document the borrower's Trial Period Plan. See Sending a Notice of Decision on a Workout Option in D2-2-05, Receiving a Borrower Response Package for requirements relating to the Evaluation Notice, and the additional requirements provided in the table below.

| If the servicer sends the Evaluation Notice… | Then the servicer must use… |
|---|---|
| on or before the 15th day of a calendar month | the first day of the following month as the first Trial Period Plan payment due date. |
| after the 15th day of a calendar month | the first day of the month after the next month as the first Trial Period Plan payment due date. |

The following table provides the requirements for the length of the Trial Period Plan, which must not change even if the borrower makes scheduled payments earlier than required.

| If the mortgage loan at the time of evaluation is… | Then the Trial Period Plan must be… |
|---|---|
| current or less than 31 days delinquent | four months long. |

| If the mortgage loan at the time of evaluation is... | Then the Trial Period Plan must be... |
|---|---|
| 31 or more days delinquent | three months long. |

If the borrower fails to make a Trial Period Plan payment by the last day of the month in which it is due, the borrower is considered to have failed the Trial Period Plan and the servicer must not grant the borrower a permanent Fannie Mae Flex Modification.

The servicer must see  E-3.4-01, Suspending Foreclosure Proceedings for Workout Negotiations for the requirements for suspending foreclosure.

The servicer must use the Form Modification Cover Letter to communicate a borrower's eligibility for a permanent Fannie Mae Flex Modification, which must be accompanied by a completed Form 3179.

The servicer must ensure that the modified mortgage loan retains its first lien position and is fully enforceable in accordance with its terms.

Electronic documents, signatures, and notarizations for Fannie Mae Flex Modifications are acceptable as long as the electronic record complies with Fannie Mae's requirements. See Selling Guide A2-4.1-03, Electronic Records, Signatures, and Transactions for Fannie Mae's requirements for electronic records.

The servicer must follow the procedures in Executing and Recording the Loan Modification Agreement and Adjusting the Mortgage Loan Account Post-Mortgage Loan Modification in F-1-27, Processing a Fannie Mae Flex Modification for preparing, executing, recording Form 3179 and for adjusting the mortgage loan account upon completion of the mortgage loan modification. The servicer must also follow the procedures in Loan Modifications for an eMortgage in  F-1-26, Servicing eMortgages for additional requirements when the modified mortgage loan is an eMortgage.

## Soliciting the Borrower for a Fannie Mae Flex Modification

Except as specified in the note below, if the mortgage loan is 90 or more days delinquent and the servicer determines that the borrower is eligible for a Fannie Mae Flex Modification and at least one of the following circumstances are met, the servicer must send the borrower the applicable Flex Modification Solicitation Cover Letter with the *Flex Modification Trial Period Plan Solicitation Offer - Not Based on an Evaluation of a BRP* Evaluation Notice between the 90th and 105th day of delinquency:

- the borrower did not submit a complete BRP before the 90th day of delinquency;
- prior to soliciting the borrower, the servicer previously conducted an evaluation of the complete BRP and determined that the borrower was not eligible for a workout option in accordance with this Guide; or
- the borrower has rejected all other alternatives to foreclosure offered by the servicer.

**Note:** If the mortgage loan was previously modified into a mortgage loan with a step-rate feature, an interest rate adjustment occurred within the last 12 months and the mortgage loan became 60 days delinquent after the interest rate adjustment, and the servicer determines that the borrower is eligible for a Fannie Mae Flex Modification without having to evaluate a complete BRP, the servicer must send

the solicitation to the borrower between the 60th and 75th day of delinquency.

If for any reason the servicer fails to send the solicitation within the prescribed time frame, it must send the solicitation as soon as possible thereafter.

While the borrower remains eligible for a Fannie Mae Flex Modification if a payment is received following the borrower evaluation or solicitation that results in the mortgage loan subsequently becoming less than 90 days delinquent (or less than 60 days delinquent if the mortgage loan was previously modified into a mortgage loan with a step-rate feature and an interest rate adjustment occurred within the last 12 months), the servicer must ensure that the mortgage loan is at least 30 days or more delinquent prior to the commencement of the Fannie Mae Flex Modification Trial Period Plan.

The servicer is authorized to continue proactive solicitation for a Fannie Mae Flex Modification at its discretion, but must not solicit a borrower if the property has a scheduled foreclosure sale date within

- 60 days of the evaluation date if the property is in a judicial state, or
- 30 days of the evaluation date if the property is in a non-judicial state.

## Evaluating or Soliciting a Borrower with a Disaster-Related Hardship for a Fannie Mae Flex Modification

The following table provides the reduced eligibility criteria for evaluating a borrower with a disaster-related hardship for a Fannie Mae Flex Modification.

| ✓ | Reduced Eligibility Criteria When Evaluating a Borrower with a Disaster-Related Hardship for a Fannie Mae Flex Modification |
|---|---|
|   | The disaster event must result in<br>• a financial hardship (e.g., a loss/reduction of income or increase in expenses) that impacts the borrower's ability to pay their current contractual monthly payment, and<br>• either<br>  ◦ the property securing the mortgage loan experienced an insured loss,<br>  ◦ the property securing the mortgage loan is located in a FEMA-Declared Disaster Area eligible for Individual Assistance, or<br>  ◦ the borrower's place of employment is located in a FEMA-Declared Disaster Area eligible for Individual Assistance.<br>**Note:** See *Evaluating the Extent and Nature of the Property Damage* in D1-3-01, Evaluating the Impact of a Disaster Event and Assisting a Borrower for additional information on what constitutes a disaster. |
|   | The mortgage loan must be a first-lien conventional mortgage loan. |



If the borrower submitted a complete BRP prior to the 90th day of delinquency, the servicer must

- use the information from the *Mortgage Assistance Application* (Form 710), or equivalent, to determine the borrower's hardship, total income and assets, and

- evaluate the borrower for all workout options in accordance with  D2-3.1-01, Determining the Appropriate Workout Option.

A complete BRP is not required and the servicer may solicit an eligible borrower as described in Soliciting the Borrower for a Fannie Mae Flex Modification if the mortgage loan

- is 90 or more days delinquent; or

- was previously modified into a mortgage loan with a step-rate feature, an interest rate adjustment occurred within the last 12 months, and the mortgage loan became 60 days delinquent after the interest rate adjustment.

> **Note:** For purposes of determining the submission date in connection with the borrower's submission of a complete BRP, the servicer must use the date of the postmark or other independent indicator such as date and time stamp (electronic or otherwise).

## Determining Eligibility for a Fannie Mae Flex Modification

In order to be eligible for a Fannie Mae Flex Modification, all of the criteria in the following table must be met.

| ✓ | Eligibility Criteria for a Fannie Mae Flex Modification |
|---|---|
|  | The mortgage loan must be a conventional first lien mortgage loan. <br> **Note:** The property securing the mortgage loan may be vacant or condemned. |
|  | The mortgage loan must be at least 60 days delinquent or the servicer has determined that the borrower's monthly payment is in imminent default in accordance with *Evaluating a Borrower for Imminent Default for Conventional Mortgage Loan Modification Eligibility* in D2-1-01, Determining if the Borrower's Mortgage Payment is in Imminent Default. |
|  | The mortgage loan must have been originated at least 12 months prior to the evaluation date for the mortgage loan modification. |



| ✓ | Eligibility Criteria for a Fannie Mae Flex Modification |
|---|---|
| | The mortgage loan must not be subject to<br>• a recourse or indemnification arrangement under which Fannie Mae purchased or securitized the mortgage loan or that was imposed by Fannie Mae after the mortgage loan was purchased or securitized;<br>• an approved liquidation workout option;<br>• an active and performing forbearance plan or repayment plan, unless otherwise directed by Fannie Mae;<br>• a current offer for another mortgage loan modification or other workout option; or<br>• an active and performing modification Trial Period Plan. |
| | The mortgage loan must not have been modified three or more times previously, regardless of the mortgage loan modification program or dates of prior mortgage loan modifications.<br>**Note:** A payment deferral does not count as a mortgage loan modification when determining the number of times the mortgage loan has previously been modified for purposes of determining eligibility for a Fannie Mae Flex Modification. |
| | The borrower must not have failed a Fannie Mae Flex Modification Trial Period Plan within 12 months of being evaluated for eligibility for another Fannie Mae Flex Modification.<br>**Note:** Converting from a Trial Period Plan to a forbearance plan is not considered a failed Trial Period Plan. |
| | The mortgage loan must not have received a Fannie Mae Flex Modification and become 60 days or more delinquent within the first 12 months of the effective date of the mortgage loan modification without being reinstated. |

If the borrower has experienced a disaster-related hardship, the servicer must follow the requirements described in Soliciting a Borrower with a Disaster-Related Hardship for a Fannie Mae Flex Modification and Evaluating a Borrower Who Defaulted After Completing a Disaster Payment Deferral for a Fannie Mae Flex Modification.

If the eligibility criteria for a Fannie Mae Flex Modification is not satisfied, but the servicer determines there are acceptable mitigating circumstances, the servicer is authorized to offer a mortgage loan modification outside of these requirements by submitting a request through Fannie Mae's servicing solutions system for review and obtaining prior approval from Fannie Mae. Generally, the servicer's determination of acceptable mitigating circumstances is based on a review of the borrower's complete BRP.

If the borrower converts from a Trial Period Plan to a forbearance plan, the borrower may subsequently be eligible for a Fannie Mae Flex Modification upon successful completion of the forbearance plan and, if eligible, must be placed in a new Fannie Mae Flex Modification Trial Period Plan based on the delinquency status at the time of the evaluation for the Fannie Mae Flex Modification.



Kristen Pearson <kpearsonlaw@gmail.com>

---

## RE: Corporate eFax message from "12086825870" - 1 page(s) (Ticket # 2002050767) (CID:xr46hn659tyhbcn5gk)

1 message

---

**LCMB CSR Fax** <LC-CSR-RF@loancare.net>                              Mon, Sep 12, 2022 at 5:06 AM
To: "Kpearsonlaw@gmail.com" <Kpearsonlaw@gmail.com>

---

This message was sent securely using Zix®

We have received your recent inquiry regarding your mortgage account.
Your request has been forwarded to the loss mitigation Team for further review and resolution.

-----Original Message-----
**From:** eFax Corporate [mailto:message@inbound.efax.com]
**Sent:** Friday, September 9, 2022 4:02:00 PM
**To:** LCMB CSR Fax
**Subject:** Corporate eFax message from "12086825870" - 1 page(s) (Ticket # 2002050767)

IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.

Login

 Corporate®

Service Notification



Fax - History Log

03/19/2023 2:22 AM PDT - Export Time

| Start Time | Complete Time | Status | To Name | To Number | Cover Included |
|---|---|---|---|---|---|
| 1:00 PM PDT, 09/09/2022 | 1:01 PM PDT, 09/09/2022 | Delivered | - | +1 (855) 629-2607 | No |
| From Name | From Org Name | From Phone | From Fax | From Email | Total # of Pages |
| Kristen Pearson | Attorney at Law | +1 (208) 682-5870 | | kpearsonlaw@gmail.com | 1 Page |



Kristen Pearson <kpearsonlaw@gmail.com>

---

## RE: Corporate eFax message from "12086825870" - 1 page(s) (Ticket # 2002050769) (CID:91j43p4bd$pr163fgj)

1 message

---

**LCMB CSR Fax** <LC-CSR-RF@loancare.net>                     Mon, Sep 12, 2022 at 5:38 AM
To: "Kpearsonlaw@gmail.com" <Kpearsonlaw@gmail.com>

> This message was sent securely using Zix®

Thank you for contacting us!

Your inquiry has been forwarded to the team of specialists experienced in resolving your request.

While you're waiting…

- Have you checked our website? Our Frequently Asked Questions page may have the answers you're looking for.

- Need to talk? You can reach our Customer Service Department at any time during normal business hours for further assistance. The phone number for our Customer Service Department may be found on your most recent billing statement. We're here Monday-Friday 8:00 A.M.-10:00 P.M. Eastern time, and Saturday 8:00 A.M.-3:00 P.M. Eastern time.

Sincerely,

Customer Communications Department
NMLS ID 2916



NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the

05/15/2023 8:13 AM PDT - Export Time



Fax - History Log

| Start Time | Complete Time | Status | To Name | To Number | Cover Included |
|---|---|---|---|---|---|
| 1:01 PM PDT, 09/09/2022 | 1:02 PM PDT, 09/09/2022 | Delivered | - | +1 (855) 629-2607 | No |
| From Name | From Org Name | From Phone | From Fax | From Email | Total # of Pages |
| Kristen Pearson | Attorney at Law | +1 (208) 682-5870 | | kpearsonlaw@gmail.com | 1 Page |



Fax - History Log

03/19/2023 2:13 AM PDT - Export Time

| Start Time | Complete Time | Status | To Name | To Number | Cover Included |
|---|---|---|---|---|---|
| 1:07 PM PDT, 09/09/2022 | 1:09 PM PDT, 09/09/2022 | Delivered | - | +1 (855) 629-2607 | No |
| From Name | From Org Name | From Phone | From Fax | From Email | Total # of Pages |
| Kristen Pearson | Attorney at Law | +1 (208) 682-5870 | | kpearsonlaw@gmail.com | 2 Pages |

Case 2:23-cv-03882-DSF-MRW    Document 1    Filed 05/18/23    Page 213 of 393    Page ID #:213

Gmail - RE: Corporate eFax message from "12086825870" - 46 page(s) (Ticket # 2002059008) (CID:r8v5fxglq$ntwmrjkk)    4/4/23, 9:23 PM

 Gmail

Kristen Pearson <kpearsonlaw@gmail.com>

## RE: Corporate eFax message from "12086825870" - 46 page(s) (Ticket # 2002059008) (CID:r8v5fxglq$ntwmrjkk)

**LCMB CSR Fax** <LC-CSR-RF@loancare.net>                    Mon, Sep 12, 2022 at 6:17 AM
To: "Kpearsonlaw@gmail.com" <Kpearsonlaw@gmail.com>

This message was sent securely using Zix®

Thank you for contacting us!

Your inquiry has been forwarded to the team of specialists experienced in resolving your request.

While you're waiting…

- Have you checked our website? Our Frequently Asked Questions page may have the answers you're looking for.

- Need to talk? You can reach our Customer Service Department at any time during normal business hours for further assistance. The phone number for our Customer Service Department may be found on your most recent billing statement. We're here Monday-Friday 8:00 A.M.-10:00 P.M. Eastern time, and Saturday 8:00 A.M.-3:00 P.M. Eastern time.

Sincerely,

Customer Communications Department
NMLS ID 2916



NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose,

You have received a 1 page fax at 2022-09-09 20:02:00 GMT.

\* The reference number for this fax is usw2a.prod.afc_did2-1662753683-18556292607-33.
Please click here if you have any questions regarding this message or your service. You may also contact Corporate Support:

**US**
Email: corporatesupport@mail.efax.com
Phone: 1 (323) 817-3202 or 1 (800) 810-2641

**EU**
Email: corporatesupporteu@mail.efax.com
Phones:
+44 2030055252
+33 171025330
+49 800 0003164
+35 314380713

Thank you for using the eFax Corporate service!



Fax - History Log

03/19/2023 2:13 AM PDT - Export Time

| Start Time | Complete Time | Status | To Name | To Number | Cover Included |
|---|---|---|---|---|---|
| 1:19 PM PDT, 09/09/2022 | 1:52 PM PDT, 09/09/2022 | Delivered | - | +1 (855) 629-2607 | No |
| From Name | From Org Name | From Phone | From Fax | From Email | Total # of Pages |
| Kristen Pearson | Attorney at Law | +1 (208) 682-5870 | | kpearsonlaw@gmail.com | 46 Pages |

RECORDING REQUESTED BY:

ServiceLink

WHEN RECORDED MAIL TO:

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

Electronically Recorded in Official Records
County of Ventura County
Mark A. Lunn
Ventura County Clerk-Recorder

**DOC# 2022000085839**

08/18/2022
Titles: 1    Pages:  3
08:59 AM
Total Fees: $105.00
VARELG

| APN: 628-0-074-075 | TS No: CA05000323-22-1 | TO No: 220464814-CA-VOI |

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY
**(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1).  The Summary will be provided
to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)(2).)**

## IMPORTANT NOTICE
## IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by
paying all of your past due payments plus permitted costs and expenses within the time permitted by law
for reinstatement of your account, which is normally five business days prior to the date set for the sale of
your property.  No sale date may be set until approximately 90 days from the date this Notice of Default may
be recorded (which date of recording appears on this notice).

This amount is **$11,972.87 as of August 16, 2022**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes)
required by your Note and Deed of Trust or Mortgage.  If you fail to make future payments on the loan,
pay taxes on the property, provide insurance on the property, or pay other obligations as required in the
Note and Deed of Trust or Mortgage, the Beneficiary or Mortgagee may insist that you do so in order to
reinstate your account in good standing.  In addition, the Beneficiary or Mortgagee may require as a
condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property
taxes, and hazard insurance premiums.

Upon your written request, the Beneficiary or Mortgagee will give you a written itemization of the entire
amount you must pay.  You may not have to pay the entire unpaid portion of your account, even though
full payment was demanded, but you must pay all amounts in default at the time payment is made.
However, you and your Beneficiary or Mortgagee may mutually agree in writing prior to the time the
Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above)
to, among other things, (1) provide additional time in which to cure the default by transfer of the property
or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

DOC #2022000085839  Page 2 of 3

APN: 628-0-074-075          TS No: CA05000323-22-1          TO No: 220464814-CA-VOI

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: **LoanCare, LLC c/o MTC Financial Inc. dba Trustee Corps** located at 17100 Gillette Ave Irvine, CA 92614 Phone: 949-252-8300 TDD: 866-660-4288 Ref No: CA05000323-22-1

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.  Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN THAT:** MTC Financial Inc. dba Trustee Corps is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of October 7, 2014, executed by THOMAS PEARSON AND CHARLOTTE PEARSON, HUSBAND AND WIFE AS JOINT TENANTS, as Trustor(s), to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, as nominee for GREEN TREE SERVICING LLC, the original Beneficiary, recorded October 17, 2014 as Instrument No. 20141017-00131324-0, of the official records in the Office of the Recorder of Ventura County, California, as more fully described on said Deed of Trust. Including a Note(s) for the sum of $183,500.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: **THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON January 1, 2022 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND RELATED LOAN DOCUMENTS.**

That by reason thereof, the present Beneficiary under such Deed of Trust, has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Where required by law, a declaration pursuant to California Civil Code Section 2923.5(b) or California Civil Code Section 2923.55 is attached.

Dated: August 16, 2022                    **MTC Financial Inc. dba Trustee Corps**
                                          **as Duly Appointed Successor Trustee**

                                          By: Loan Quema, Authorized Signatory

To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.  However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

 **NewRez**

This loan is subserviced by LoanCare.*

## MONTHLY STATEMENT

P.O. Box 8288 | Virginia Beach, VA 23450 | 1.800.410.1091

| | |
|---|---|
| Statement Date: | 02/14/2020 |
| Total Amount Due: | $1,237.91 |
| Payment Due Date*: | 03/01/2020 |

*If payment is received after 03/16/2020, $50.00 late fee will be charged.

* 0388931 000077918 %LCE3 0077215 851 F2 P%
THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249



Save time and pay online at
**www.newrez.myloancare.com**

Customer Service/Pay-by-Phone: 1.800.410.1091*
*Calls are randomly monitored and recorded to ensure quality service
Hours: Monday - Friday: 8 a.m. to 10 p.m. ET
Saturday: 8 a.m. to 3 p.m. ET

### Account Information

| | |
|---|---|
| Loan Number: | 0038507299 |
| Property Address: | 3421 CORPUS CHRISTI ST |
| | SIMI VALLEY, CA 93063 |
| Outstanding Principal Balance: | $167,700.43 |
| Interest Rate: | 5.250% |
| Escrow Balance: | $1,561.88 |
| Maturity Date: | 11/01/2044 |
| Prepayment Penalty: | No |

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $279.60 |
| Interest: | $733.69 |
| Escrow: (Taxes and Insurance) | $224.62 |
| **Regular Monthly Payment:** | **$1,237.91** |
| New Fees and Charges (since last statement) | $0.00 |
| Past Due Amount (Including unpaid fees/charges) | $0.00 |
| Unapplied Balance† | $0.00 |
| **Total Amount Due**\*\* | **$1,237.91** |

### Past Payment Breakdown

| | Past Last Month | Past Year-to-Date |
|---|---|---|
| Principal: | $276.38 | $555.55 |
| Interest: | $734.91 | $1,471.03 |
| Escrow: (Taxes and Insurance) | $224.62 | $453.42 |
| Fees & Charges: | $0.00 | $0.00 |
| Unapplied Amount: | $0.00 | $0.00 |
| Total of Payments | $1,237.91 | $2,488.00 |

### Important Messages

*LoanCare, LLC is subservicing your loan on behalf of New Residential Mortgage LLC, the company that owns the right to service your loan. NewRez LLC is the lending affiliate of New Residential Mortgage LLC. © 2019 NewRez LLC, 1100 Virginia Drive, Suite 125, Fort Washington, PA 19034. Corp NMLS# 3013 (www.nmlsconsumeraccess.org). Additional licenses available at www.newrez.com

\*\*This amount does not represent a full payoff or reinstatement figure. Please contact customer service for information on full reinstatement or to request a complete payoff

†Partial Payment: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account, and reflected in the Suspense/Other column of the Transaction Activity. If you pay the balance of a partial payment, the funds will then be applied to your mortgage

Sign-up for eStatements!

### Transaction Activity (01/16/2020 to 02/14/2020)

| Date | Description | Total | Principal | Interest | Escrow | Suspense/Other | Charges |
|---|---|---|---|---|---|---|---|
| 02/14/2020 | 02/2020 Payment - Thank You | $1,237.91 | $278.38 | $734.91 | $224.62 | | |

Additional loan activity can be found at www.newrez.myloancare.com under the Transaction History tab.

See reverse side for additional important information.

THOMAS PEARSON
CHARLOTTE PEARSON
3364 GREENVILLE DR
SIMI VALLEY CA 93063-1249

Please return this portion with your payment.
Loan Number: 0038507299

| PAYMENT DUE DATE | CURRENT PAYMENT | PAST DUE AMOUNT |
|---|---|---|
| 03/01/2020 | $1,237.91 | $0.00 |
| TOTAL FEES AND CHARGES | UNAPPLIED BALANCE | TOTAL AMOUNT DUE |
| $0.00 | $0.00 | $1,237.91 |

Include a late payment of $50.00 if paid after 03/16/2020

Please make checks payable to:

LOANCARE
PO BOX 60509
CITY OF INDUSTRY, CA 91716-0509

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other | $ |
| Amount Enclosed: | $ |



9071623003850729920061012379101288570



newrez

C/O PHH Mortgage Services
P.O. Box 24738
West Palm Beach, FL 33416

To obtain information about your account:
Visit: www.MortgageQuestions.com
Call toll free: 1-888-820-6474
Email us: CustomerCare@mortgagefamily.com
Fax: 1-856-917-8300



0040044 01 AB 0.827 **AUTO T1 1 3203 63635-849625-C35-P56656×1 1      RE      N21

CHARLOTTE M PEARSON
THOMAS G PEARSON
2023 W SAINT ESTEPHE COURT
HAYDEN, ID 83835-8436

Loan number: 7142360556
Payment Due Date: 4/1/2023

**Amount Due: $58,430.19**

*If payment is received after 4/16/2023, a $104.99 late fee may be charged.*

**Your monthly mortgage statement dated: 3/16/2023**

## Account Information

| | |
|---|---|
| Property Address | 3064  GREENVILLE DR |
| | SIMI VALLEY, CA 93063 1249 |
| Outstanding Balance (not payoff amount) | $244,577.73 |
| Principal Balance (interest bearing) | $239,439.27 |
| Deferred Balance (non-interest bearing) | $5,138.46 |
| Current Interest Rate | 3.9900% |
| Prepayment Penalty | No |
| Escrow Balance | $7,245.32- |
| Suspense Balance | $0.00 |
| Maturity Date | 02/01/2034 |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Optional Products | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $1,398.14 |
| Interest | $701.99 |
| Escrow (Taxes and/or Insurance) | $509.29 |
| Optional Products/Other | $0.00 |
| **Regular Monthly Payment** | **$2,609.42** |
| Total New Fees and Charges | $524.95- |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $524.95 |
| Assessed Expenses | $1,735.00 |
| Past Due Payment(s) | $54,085.77 |
| **Total Amount Due** | **$58,430.19** |

## Important Messages

You are currently due for the 7-1-2021 payment.
Your last full payment was applied to the payment due 6-1-2021.

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

Please note that this is not the payoff quote and any amount less than the payoff quote will be returned. Please contact us for payoff quote.

## Transaction Activity

| Posted Date | Received/ Credited Date | Description | Principal ($) | Interest ($) | Escrow ($) | Late Charges, Shortages & Fees ($) | Suspense & Other ($) | Optional Products ($) | Total ($) |
|---|---|---|---|---|---|---|---|---|---|
| 03/16 | | Fee Reversal | $0.00 | $0.00 | $0.00 | $524.95 | $0.00 | $0.00 | $0.00 |

## Important Information

Limited time offer! States are awarding mortgage assistance funds for COVID-19 impacted account holders. Apply Now before funds are gone! The US Department of Treasury has allocated funds to each state to provide financial assistance to homeowners who are struggling to pay their mortgage due to the COVID-19 pandemic. If you qualify for assistance from the Homeowner Assistance Fund (HAF), you may receive mortgage payment assistance or other benefits. Apply today at https://www.ncsha.org/homeowner-assistance-fund/

Please note your loan has been referred to an attorney to start foreclosure proceedings. Prior to remitting payment you MUST contact the attorney for the full reinstatement amount as the amount above may have changed. If you need information regarding the attorney assigned to your loan please contact customer service at 866-947-7729.

If you have been approved for a loss mitigation workout program, please refer to your agreement for payment details.

Page 1 of 4

Complete this coupon, tear it off and return it with your check. Please write your loan number on your check and make it payable to PHH Mortgage Services.

Loan number:  7142360556
CHARLOTTE M PEARSON
THOMAS G PEARSON

PHH Mortgage Services
PO BOX 24781
ATTN: SV 19
WEST PALM BEACH, FL 33416

| | |
|---|---|
| Payment Due Date | 4/1/2023 |
| Regular Monthly Payment | $2,609.42 |
| Total New Fees and Charges | $524.95- |
| Outstanding Unpaid Late Charges, Returned Item Charges, Shortages and Other Fees | $524.95 |
| Assessed Expenses | $1,735.00 |
| Past Due Payments | $54,085.77 |
| **Total Amount Due** | **$58,430.19** |

If you're paying more than the amount due, please tell us where you want us to apply the extra amount. If we do not receive your instructions, we'll apply the extra amount first to unpaid late charges and then to principal.

| | |
|---|---|
| Extra principal | $ |
| Extra escrow | $ |
| Unpaid late charges | $ |
| Other (specify) | $ |
| **Total check enclosed** | $ |

99  954  7142360556  0000271441  0000260942  4

Case 2:23-cv-03882-DSF-MRW   Document 1   Filed 05/18/23   Page 220 of 393   Page ID #:220

Recording Requested By: Simplifile
Green Tree Servicing LLC

~~Return To:~~
Green Tree Servicing LLC

c/o Indecomm, 2925 Country
Drive Mail Stop FD- GM 3000,
St. Paul, MN 55117

20141017-00131324-0 1/19
Ventura County Clerk and Recorder
MARK A. LUNN
10/17/2014 11:02:30 AM
870015 $79.00 CE

Electronically Recorded in Official Records,
County of Ventura

WHEN RECORDED, RETURN TO:
FIRST AMERICAN TITLE INSURANCE CO.
1100 SUPERIOR AVENUE, SUITE 200
CLEVELAND, OHIO 44114
NATIONAL RECORDING

-------------------------------[Space Above This Line For Recording Data]-------------------------------

8429115

# DEED OF TRUST

MIN 100809006393775893

49260311

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

(A) "Security Instrument" means this document, which is dated 10/07/2014
together with all Riders to this document.
(B) "Borrower" is THOMAS PEARSON AND CHARLOTTE PEARSON, HUSBAND AND WIFE
AS JOINT TENANTS

Borrower's address is 3364 Greenville Drive, Simi Valley, CA 93063
. Borrower is the trustor under this Security Instrument.

(C) "Lender" is
Green Tree Servicing LLC
Lender is a Corporation
organized and existing under the laws of Delaware

106ACA        000639377589        10/06/2014 01:14pm

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS    Form 3005 1/01

Wolters Kluwer Financial Services
VMP ®-6A(CA) (1302).00        Initials:
Page 1 of 15

Lender's address is
1400 Landmark Towers, 345 Saint Peter Street, Saint Paul, MN 55102
(D) "Trustee" is
Executive Trustee Services, Inc.
(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this Security Instrument**. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F) "Note" means the promissory note signed by Borrower and dated 10/07/2014
The Note states that Borrower owes Lender
One Hundred Eighty Three Thousand Five Hundred                                    Dollars
(U.S. $ 183,500.00          ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than November 1, 2044
(G) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."
(H) "Loan" means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.
(I) "Riders" means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| ☐ Adjustable Rate Rider | ☐ Condominium Rider | ☐ Second Home Rider |
| ☐ Balloon Rider | ☐ Planned Unit Development Rider | ☒ 1-4 Family Rider |
| ☐ VA Rider | ☐ Biweekly Payment Rider | ☐ Other(s) [specify] |

(J) "Applicable Law" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.
(K) "Community Association Dues, Fees, and Assessments" means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.
(L) "Electronic Funds Transfer" means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.
(M) "Escrow Items" means those items that are described in Section 3.
(N) "Miscellaneous Proceeds" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.
(O) "Mortgage Insurance" means insurance protecting Lender against the nonpayment of, or default on, the Loan.
(P) "Periodic Payment" means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

106ACA                              000639377589                  10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS                Form 3005   1/01
VMP ®-6A(CA) (1302).00                     Page 2 of 15            Initials CP

**(Q)** "**RESPA**" means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(R)** "**Successor in Interest of Borrower**" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY
The beneficiary of this Security Instrument is MERS (solely as nominee for Lender and Lender's successors and assigns) and the successors and assigns of MERS. This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the County                                          of  Ventura                                     :
      [Type of Recording Jurisdiction]                    [Name of Recording Jurisdiction]
The Assessor's Parcel Number (Property Tax ID#) for the Real Property is 628-0-074-075. See attached Exhibit A

Parcel ID Number: 628-0-074-075                              which currently has the address of
3421 CORPUS CHRISTI STREET                                                        [Street]
Simi Valley                                            [City], California  93063          [Zip Code]
("Property Address"):

    TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property." Borrower understands and agrees that MERS holds only legal title to the interests granted by Borrower in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right: to exercise any or all of those interests, including, but not limited to, the right to foreclose and sell the Property; and to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances

106ACA                              000639377589                    10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005  1/01
VMP ®-6A(CA) (1302).00                          Page 3 of 15          Initials: TP  CP

of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

**1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S. currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be

in writing. In the event of such waiver, Borrower shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the

106ACA 000639377589 10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS Form 3005 1/01
VMP ®-6A(CA) (1302).00 Page 5 of 15 Initials:

VENTURA,CA Page 5 of 19 Printed on 4/7/2023 12:04:54 PM
Document: TD 2014.131324

lien. Within 10 days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee and Borrower further agrees to generally assign rights to insurance proceeds to the holder of the Note up to the amount of the outstanding loan balance.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with

106ACA
CALIFORNIA-Single Family-**Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS**    Form 3005    1/01
VMP ®-6A(CA) (1302).00    Page 6 of 15    Initials:

000639377589    10/06/2014 01:14pm

the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable

106ACA                          000639377589                    10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005   1/01
VMP ®-6A(CA) (1302).00                      Page 7 of 15          Initials:

attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

**(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.**

**(b)** Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender

106ACA                        000639377589               10/06/2014 01:14pm

CALIFORNIA-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT WITH MERS**         Form 3005  1/01

VMP ®-6A(CA) (1302).00                  Page 9 of 15       Initials:

to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments from third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

    **13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

    Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

    **14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

    If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

    **15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**106ACA**                  000639377589          10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac **UNIFORM INSTRUMENT WITH MERS**       Form 3005  1/01
VMP ®-6A(CA) (1302).00            Page 10 of 15     Initials:

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to any power of sale contained in this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA

106ACA
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP ®-6A(CA) (1302).00        Page 11 of 15        Initials:

000639377589        10/06/2014 01:14pm

Form 3005   1/01

requires in connection with a notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

**21. Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

106ACA                        000639377589                 10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS        Form 3005   1/01
VMP ®-6A(CA) (1302).00              Page 12 of 15        Initials: _____

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense of Borrower to acceleration and sale. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may invoke the power of sale and any other remedies permitted by Applicable Law. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by Applicable Law to Borrower and to the other persons prescribed by Applicable Law. Trustee shall give public notice of sale to the persons and in the manner prescribed by Applicable Law. After the time required by Applicable Law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

**23. Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty to the person or persons legally entitled to it. Lender may charge such person or persons a reasonable fee for reconveying the Property, but only if the fee is paid to a third party (such as the Trustee) for services rendered and the charging of the fee is permitted under Applicable Law. If the fee charged does not exceed the fee set by Applicable Law, the fee is conclusively presumed to be reasonable.

**24. Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

**25. Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

106ACA                                   000639377589                    10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3005   1/01
VMP ®-6A(CA) (1302).00                          Page 13 of 15            Initials

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale under this Security Instrument be mailed to the Borrower at the address set forth above. A copy of any Notice of Default and any Notice of Sale will be sent only to the address contained in this recorded request. If the Borrower's address changes, a new request must be recorded.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

Witnesses:

_____           *Thomas Pearson*          (Seal)
                                    Thomas Pearson            -Borrower


_____           *Charlotte Pearson*       (Seal)
                                    Charlotte Pearson         -Borrower


_____  (Seal)   _____  (Seal)
                   -Borrower                          -Borrower


_____  (Seal)   _____  (Seal)
                   -Borrower                          -Borrower


_____  (Seal)   _____  (Seal)
                   -Borrower                          -Borrower


106ACA                              000639377589              10/06/2014 01:14pm
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS      Form 3005   1/01
VMP ®-6A(CA) (1302).00              Page 14 of 15

**State of California**
**County of Ventura**                                     } ss.

On  October 7, 2014         before me,  J.M. Leone, Notary Public
                                                                    , personally appeared

THOMAS PEARSON AND CHARLOTTE PEARSON, HUSBAND AND
WIFE AS JOINT TENANTS

                                                                                              , who
proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to
the within instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF
PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.



J. M. LEONE
COMM.# 1938737
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXPIRES JUNE 24, 2015

_____ (Seal)
                JM Leone


Loan origination organization **Green Tree Servicing LLC**
NMLS ID 1057
Loan originator **Anthony Rizzello**
NMLS ID **14591**


106ACA
CALIFORNIA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
VMP ®-6A(CA) (1302).00                              Page 15 of 15          Initials:

000639377589                    10/06/2014 01:14pm
                                          Form 3005   1/01

# 1-4 FAMILY RIDER
### (Assignment of Rents)

THIS 1-4 FAMILY RIDER is made this 7th          day of October, 2014                    ,
and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed
of Trust, or Security Deed (the "Security Instrument") of the same date given by the
undersigned (the "Borrower") to secure Borrower's Note to
Green Tree Servicing LLC

(the
"Lender") of the same date and covering the Property described in the Security Instrument
and located at:
3421 CORPUS CHRISTI STREET, Simi Valley, CA  93063

[Property Address]

**1-4 FAMILY COVENANTS.** In addition to the covenants and agreements made in the
Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. ADDITIONAL PROPERTY SUBJECT TO THE SECURITY INSTRUMENT.** In addition to
the Property described in the Security Instrument, the following items now or hereafter
attached to the Property to the extent they are fixtures are added to the Property description,
and shall also constitute the Property covered by the Security Instrument: building materials,
appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or
intended to be used in connection with the Property, including, but not limited to, those for
the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light,
fire prevention and extinguishing apparatus, security and access control apparatus, plumbing,
bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers,
disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades,
curtains and curtain rods, attached mirrors, cabinets, paneling and attached floor coverings,
all of which, including replacements and additions thereto, shall be deemed to be and remain
a part of the Property covered by the Security Instrument. All of the foregoing together with
the Property described in the Security Instrument (or the leasehold estate if the Security
Instrument is on a leasehold) are referred to in this 1-4 Family Rider and the Security
Instrument as the "Property."

**B. USE OF PROPERTY; COMPLIANCE WITH LAW.** Borrower shall not seek, agree to or
make a change in the use of the Property or its zoning classification, unless Lender has
agreed in writing to the change. Borrower shall comply with all laws, ordinances, regulations
and requirements of any governmental body applicable to the Property.

**C. SUBORDINATE LIENS.** Except as permitted by federal law, Borrower shall not allow
any lien inferior to the Security Instrument to be perfected against the Property without
Lender's prior written permission.

**D. "BORROWER'S RIGHT TO REINSTATE" DELETED.** Section 19 is deleted.

1057RA                              000639377589                    10/06/2014 01:14pm

**MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**
VMP®-57RA (0811)   Form 3170 1/01
Page 1 of 3          Initials: ___
VMP Mortgage Solutions, Inc.
(800)521-7291

**E. BORROWER'S OCCUPANCY.** Unless Lender and Borrower otherwise agree in writing, Section 6 concerning Borrower's occupancy of the Property is deleted.

**F. ASSIGNMENT OF LEASES.** Upon Lender's request after default, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases of the Property. Upon the assignment, Lender shall have the right to modify, extend or terminate the existing leases and to execute new leases, in Lender's sole discretion. As used in this paragraph G, the word "lease" shall mean "sublease" if the Security Instrument is on a leasehold.

**G. ASSIGNMENT OF RENTS; APPOINTMENT OF RECEIVER; LENDER IN POSSESSION.** Borrower absolutely and unconditionally assigns and transfers to Lender all the rents and revenues ("Rents") of the Property, regardless of to whom the Rents of the Property are payable. Borrower authorizes Lender or Lender's agents to collect the Rents, and agrees that each tenant of the Property shall pay the Rents to Lender or Lender's agents. However, Borrower shall receive the Rents until: (i) Lender has given Borrower notice of default pursuant to Section 22 of the Security Instrument, and (ii) Lender has given notice to the tenant(s) that the Rents are to be paid to Lender or Lender's agent. This assignment of Rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of default to Borrower: (i) all Rents received by Borrower shall be held by Borrower as trustee for the benefit of Lender only, to be applied to the sums secured by the Security Instrument; (ii) Lender shall be entitled to collect and receive all of the Rents of the Property; (iii) Borrower agrees that each tenant of the Property shall pay all Rents due and unpaid to Lender or Lender's agents upon Lender's written demand to the tenant; (iv) unless applicable law provides otherwise, all Rents collected by Lender or Lender's agents shall be applied first to the costs of taking control of and managing the Property and collecting the Rents, including, but not limited to, attorney's fees, receiver's fees, premiums on receiver's bonds, repair and maintenance costs, insurance premiums, taxes, assessments and other charges on the Property, and then to the sums secured by the Security Instrument; (v) Lender, Lender's agents or any judicially appointed receiver shall be liable to account for only those Rents actually received; and (vi) Lender shall be entitled to have a receiver appointed to take possession of and manage the Property and collect the Rents and profits derived from the Property without any showing as to the inadequacy of the Property as security.

If the Rents of the Property are not sufficient to cover the costs of taking control of and managing the Property and of collecting the Rents any funds expended by Lender for such purposes shall become indebtedness of Borrower to Lender secured by the Security Instrument pursuant to Section 9.

Borrower represents and warrants that Borrower has not executed any prior assignment of the Rents and has not performed, and will not perform, any act that would prevent Lender from exercising its rights under this paragraph.

Lender, or Lender's agents or a judicially appointed receiver, shall not be required to enter upon, take control of or maintain the Property before or after giving notice of default to Borrower. However, Lender, or Lender's agents or a judicially appointed receiver, may do so at any time when a default occurs. Any application of Rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of Rents of the Property shall terminate when all the sums secured by the Security Instrument are paid in full.

**H. CROSS-DEFAULT PROVISION.** Borrower's default or breach under any note or agreement in which Lender has an interest shall be a breach under the Security Instrument and Lender may invoke any of the remedies permitted by the Security Instrument.

1057RA                          000639377589                    10/06/2014 01:14pm

**MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT**

**VMP**-57RA (0811)                Page 2 of 3        Initials: _Cn_ **Form 3170 1/01**

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this 1-4 Family Rider.

_____ (Seal)
Thomas Pearson                    -Borrower

_____ (Seal)
Charlotte Pearson                 -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

1057RA                    000639377589              10/06/2014  01:14pm
MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP®-57RA (0811)                Page 3 of 3                Form 3170 1/01

Case 2:23-cv-03882-DSF-MRW   Document 1   Filed 05/18/23   Page 238 of 393   Page ID #:238

**Exhibit "A"**

**Legal Description**

A.P.N.: 628-0-074-075

Real property in the City of SIMI VALLEY, County of VENTURA, State of California, described as follows:

LOT 346 OF TRACT NO. 1399-6, IN THE CITY OF SIMI VALLEY, COUNTY OF VENTURA, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF RECORDED IN BOOK 37, PAGE 52 OF MISCELLANEOUS RECORDS (MAPS), IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PEARSON
49260311     CA
FIRST AMERICAN ELS
DEED OF TRUST

19

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING, LLC

[AND WHEN RECORDED MAIL TO]
LoanCare, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**2022000051327**

Recorded in Official Records
Ventura County Clerk-Recorder
Mark A. Lunn

04/27/2022     Titles: 1  Pages: 2
09:09 AM
VEN
CORTEZE          Fees: $102.00

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: P.O. Box 2026, Flint, Michigan 48501-2026)** by these presents docs convey, grant, assign, transfer, and set over all of its rights, title, and interest in the described Deed of Trust, representation or warranty, including all liens and any rights due or to become due thereon to **LOANCARE, LLC, WHOSE ADDRESS IS 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust made by **THOMAS PEARSON AND CHARLOTTE PEARSON** and recorded on 10/17/2014 as **Instrument # 20141017-00131324-0** in the office of the **VENTURA** County Recorder, **CA.**

Dated on ___4 / 18___ /2022 (MM/DD/YYYY)
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS BENEFICIARY, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS**

By: _____

**Wendell Baughman III**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

LC004 431865304   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS)   LC MERS   MIN 100809006393775803 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T152204-12:41:21 [C-2] FRMCA1

*D0092999071*

DOC #2022000051327  Page 2 of 2

## ACKNOWLEDGEMENT

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on _____4/18_____/2022 (MM/DD/YYYY), by Wendell Baughman III as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS BENEFICIARY, AS NOMINEE FOR GREEN TREE SERVICING LLC, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

Julie Martens GG221059
Notary Public - STATE OF FLORIDA
Commission expires: 05/22/2022

JULIE MARTENS
NOTARY PUBLIC
STATE OF FLORIDA
COMM# GG 221059
EXPIRES: 5/22/2022

**Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
LC004  431865304    MORTGAGE  ELECTRONIC  REGISTRATION  SYSTEMS,  INC.  (MERS)    LC  MERS    MIN 100809006393775893 MERS PHONE 1-888-679-6377 MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026  DOCR T152204-12:41:21 [C-2]  FRMCA1

*D0092999071*

Electronically Recorded in Official Records
County of Ventura County
Mark A. Lunn
Ventura County Clerk-Recorder

RECORDING REQUESTED BY:

ServiceLink

WHEN RECORDED MAIL TO:

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

DOC# 2022000085839

08/18/2022
Titles: 1   Pages:  3
08:59 AM
Total Fees: $105.00
VARELG

APN: 628-0-074-075          TS No: CA05000323-22-1          TO No: 220464814-CA-VOI

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY
(The above statement is made pursuant to CA Civil Code Section 2923.3(c)(1).  The Summary will be provided
to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(c)(2).)

## IMPORTANT NOTICE

### IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until approximately 90 days from the date this Notice of Default may be recorded (which date of recording appears on this notice).

This amount is **$11,972.87** as of **August 16, 2022**, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your Note and Deed of Trust or Mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the Note and Deed of Trust or Mortgage, the Beneficiary or Mortgagee may insist that you do so in order to reinstate your account in good standing.  In addition, the Beneficiary or Mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the Beneficiary or Mortgagee will give you a written itemization of the entire amount you must pay.  You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your Beneficiary or Mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may be not earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

DOC #2022000085839  Page 2 of 3

APN: 628-0-074-075              TS No: CA05000323-22-1          TO No: 220464814-CA-VOI

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: **LoanCare, LLC c/o MTC Financial Inc. dba Trustee Corps** located at 17100 Gillette Ave Irvine, CA 92614 Phone: 949-252-8300 TDD: 866-660-4288 Ref No: CA05000323-22-1

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.  Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN THAT:** MTC Financial Inc. dba Trustee Corps is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of October 7, 2014, executed by THOMAS PEARSON and CHARLOTTE PEARSON, HUSBAND AND WIFE AS JOINT TENANTS, as Trustor(s), to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, as nominee for GREEN TREE SERVICING LLC, the original Beneficiary, recorded October 17, 2014 as Instrument No. 20141017-00131324-0, of the official records in the Office of the Recorder of Ventura County, California, as more fully described on said Deed of Trust.  Including a Note(s) for the sum of $183,500.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: **THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON January 1, 2022 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND RELATED LOAN DOCUMENTS.**

That by reason thereof, the present Beneficiary under such Deed of Trust, has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Where required by law, a declaration pursuant to California Civil Code Section 2923.5(b) or California Civil Code Section 2923.55 is attached.

Dated: August 16, 2022              **MTC Financial Inc. dba Trustee Corps**
                                    **as Duly Appointed Successor Trustee**

                                    By: Loan Quema, Authorized Signatory

**To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.  However, a secured party retains rights under its security instrument, including the right to foreclose its lien.**

DOC #2022000085839 Page 3 of 3

# CALIFORNIA DECLARATION OF COMPLIANCE
## (Civil Code § 2923.55(c))

Borrower(s):    CHARLOTTE PEARSON
                THOMAS PEARSON

Mortgage Servicer:    LoanCare, LLC
Property Address:    3421 CORPUS CHRISTI STREET
                SIMI VALLEY, CA 93063
T.S. No:    CA05000323-22-1

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. ☐ The mortgage servicer has contacted the Borrower pursuant to California Civil Code § 2923.55(b)(2) to "assess the Borrower's financial situation and explore options for the Borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. ☒ The mortgage servicer has exercised due diligence to contact the Borrower pursuant to California Civil Code § 2923.55(f) to "assess the Borrower's financial situation and explore options for the Borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual did not meet the definition of 'Borrower' pursuant to subdivision (c) of Section 2920.5.

4. ☐ No contact was made with the Borrower pursuant to Civil Code § 2923.55 because the above-referenced loan is not secured by a first lien mortgage or deed of trust on an owner-occupied residential real property.   As described in Civil Code § 2924.15(a), "owner-occupied" means that the property is the principal residence of the borrower and is security for a loan made for personal, family, or household purposes.

Additionally, pursuant to California Civil Code § 3273.10:

1. ☒ The mortgage servicer has not denied the borrower a forbearance request on or after 8/31/2020.

2. ☐ The mortgage servicer was unable to approve the borrower's request for a forbearance on or after 8/31/2020. and a forbearance was not subsequently provided. A copy of the notice is attached.

3. ☐ The mortgage servicer was unable to approve the borrower's request for a forbearance on or after 8/31/2020, however, a forbearance was subsequently provided. A copy of the approval notice is attached.

4. ☐ The requirements of California Civil Code § 2923.55 do not apply because the loan is not secured by a first lien mortgage or deed of trust on "owner-occupied" or qualifying tenant –occupied residential real property as defined by California Civil Code § 2924.15.

5. ☐ The mortgage servicer is in compliance with California Civil Code § 3273.10 because the mortgage servicer has complied with the relevant provisions regarding forbearance in Section 4022 of the federal Coronavirus Aid, Relief, and Economic Security Act (the CARES Act) (Public Law 116-136), including any amendments or revisions to those provisions, pursuant to California Civil Code § 3273.10(d).

I certify and represent that this mortgage servicer's declaration is accurate, complete and based upon competent and reliable evidence, including my review of the mortgage servicer's business records.

Date: _____8-11-2022_____    LoanCare, LLC

                        By: _Jacqueline VanDerMiller_  Jacqueline VanDerMiller  ASSISTANT SECRETARY

ATTACHMENT TO NOTICE OF DEFAULT

Electronically Recorded in Official Records
County of Ventura County
**Mark A. Lunn**
**Ventura County Clerk-Recorder**

## DOC# 2022000112113

11/29/2022
Titles: 1   Pages:  3
09:33 AM
Total Fees: $105.00
ESPEJEV

RECORDING REQUESTED BY:

ServiceLink

WHEN RECORDED MAIL TO:

Trustee Corps
17100 Gillette Ave
Irvine, CA 92614

---

APN: 628-0-074-075            TS No: CA05000323-22-1            TO No: 220464814-CA-VOI

## NOTICE OF TRUSTEE'S SALE

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY
(The above statement is made pursuant to CA Civil Code Section 2923.3(d)(1).  The Summary will be provided
to Trustor(s) and/or vested owner(s) only, pursuant to CA Civil Code Section 2923.3(d)(2).)

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED October 7, 2014.  UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN
EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT
A LAWYER.**

On **January 5, 2023** at **09:00 AM, Auction.com Room, Four Points by Sheraton Ventura Harbor
Resort, 1050 Schooner Drive, Ventura, CA 93001, MTC Financial Inc. dba Trustee Corps,** as the duly
Appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust
Recorded on October 17, 2014 as Instrument No. 20141017-00131324-0, of official records in the Office
of the Recorder of Ventura County, California, executed by THOMAS PEARSON AND CHARLOTTE
PEARSON, HUSBAND AND WIFE AS JOINT TENANTS, as Trustor(s), in favor of MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, as nominee for GREEN TREE
SERVICING LLC as Beneficiary, **WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER**, in
lawful money of the United States, all payable at the time of sale, that certain property situated in said
County, California describing the land therein as: **AS MORE FULLY DESCRIBED IN SAID DEED OF
TRUST**

The property heretofore described is being sold "as is".  The street address and other common
designation, if any, of the real property described above is purported to be: **3421 CORPUS CHRISTI
STREET, SIMI VALLEY, CA 93063**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other
common designation, if any, shown herein.

Said sale will be made without covenant or warranty, express or implied, regarding title, possession, or
encumbrances, to pay the remaining principal sum of the Note(s) secured by said Deed of Trust, with
interest thereon, as provided in said Note(s), advances if any, under the terms of the Deed of Trust,
estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust.

DOC #2022000112113  Page 2 of 3

APN: 628-0-074-075              TS No: CA05000323-22-1          TO No: 220464814-CA-VOI

The total amount of the unpaid balance of the obligations secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of this Notice of Trustee's Sale is estimated to be $173,182.36 (Estimated).  However, prepayment premiums, accrued interest and advances will increase this figure prior to sale.  Beneficiary's bid at said sale may include all or part of said amount.  In addition to cash, the Trustee will accept a cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union or a check drawn by a state or federal savings and loan association, savings association or savings bank specified in Section 5102 of the California Financial Code and authorized to do business in California, or other such funds as may be acceptable to the Trustee.  In the event tender other than cash is accepted, the Trustee may withhold the issuance of the Trustee's Deed Upon Sale until funds become available to the payee or endorsee as a matter of right.  The property offered for sale excludes all funds held on account by the property receiver, if applicable.

**If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee and the successful bidder shall have no further recourse.**

## Notice to Potential Bidders

If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a Trustee auction.  You will be bidding on a lien, not on the property itself.  Placing the highest bid at a Trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien.  If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property.  You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information.  If you consult either of these resources, you should be aware that the same Lender may hold more than one mortgage or Deed of Trust on the property.

## Notice to Property Owner

The sale date shown on this Notice of Sale may be postponed one or more times by the Mortgagee, Beneficiary, Trustee, or a court, pursuant to Section 2924g of the California Civil Code.  The law requires that information about Trustee Sale postponements are made available to you and to the public, as a courtesy to those not present at the sale.  If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call Auction.com at 800.280.2832 for information regarding the Trustee's Sale or visit the Internet Website address www.Auction.com for information regarding the sale of this property, using the file number assigned to this case, CA05000323-22-1.  Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Website.  The best way to verify postponement information is to attend the scheduled sale.

DOC #2022000112113  Page 3 of 3

APN: 628-0-074-075          TS No: CA05000323-22-1          TO No: 220464814-CA-VOI

## Notice to Tenant

NOTICE TO TENANT FOR FORECLOSURES AFTER JANUARY 1, 2021

You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call 800.280.2832, or visit this internet website www.Auction.com, using the file number assigned to this case CA05000323-22-1 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

Date: November 23, 2022

MTC Financial Inc. dba Trustee Corps
TS No. CA05000323-22-1
17100 Gillette Ave
Irvine, CA 92614
Phone: 949-252-8300
TDD: 866-660-4288

By: Loan Quema, Authorized Signatory

**SALE INFORMATION CAN BE OBTAINED ONLINE AT www.Auction.com
FOR AUTOMATED SALES INFORMATION PLEASE CALL:
Auction.com at 800.280.2832**

To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.



| Chapter 12 and 13 Bankruptcy | | |
|---|---|---|
| **Delinquency Status** | **When to Refer to an Attorney** | **Timeline for Case Completion** |
| Mortgage loan is delinquent but less than 60 days delinquent when the bankruptcy is filed. | May refer for proof of claim preparation and plan review. | Five months and two weeks from the 60th day of delinquency. |
| Mortgage loan is 60 or more days delinquent or in foreclosure when the bankruptcy is filed. | Refer no later than two weeks after the bankruptcy is filed. | Five months and two weeks from the date of the bankruptcy filing to case completion. |
| After confirmation of either a Chapter 12 or Chapter 13 plan, the mortgagor becomes 60 days delinquent making payments pursuant to the plan. | Refer when the mortgage loan is 60 days delinquent, but no later than 2 weeks from the 60th day of delinquency. | Five months and two weeks from the 60th day of delinquency. |
| Case completion for a Chapter 12 or 13 bankruptcy proceeding is defined as: automatic stay terminated, case dismissed or closed, the trustee abandons all interest in the secured property, or the Chapter 12 or 13 plan is confirmed. | | |

## Recent Related Announcements

There are no recently issued Announcements related to this topic.

## F-2-02, Incentive Fees for Workout Options (12/09/2020)

## Introduction

This exhibit contains incentive fees for workout options.

- Incentive Fees for Workout Options



## Incentive Fees for Workout Options

The following table lists the incentive fees for certain workout options that will be paid on mortgage loans where Fannie Mae bears the risk of loss.

> **Note:** Servicer incentive fees for retention workout options will be cumulatively capped at a total of $1,000 per mortgage loan, regardless of whether the initial retention workout option and any subsequent retention workout option were a result of the same hardship. Liquidation workout options are not subject to the cumulative incentive fee cap.

| Workout Option | Incentive Fee | Additional Information |
|---|---|---|
| Repayment Plan | $500 | The following conditions must be satisfied:<br>• The mortgage loan must be 60 days or more delinquent when first reported with a delinquency status code 12 – Repayment Plan.<br>• The mortgage loan must be brought current upon the successful completion of the repayment plan.<br>• The mortgage loan must not be brought current in the same month as the delinquency status code 12 – Repayment Plan is reported.<br>• The mortgage loan must not be paid in full or repurchased after the delinquency status code 12 – Repayment Plan is reported and before the mortgage loan becomes current.<br>• If a repayment plan incentive fee has been paid for the mortgage loan previously, a 12-month period must have elapsed from the date the mortgage loan became current. |
| Payment Deferral, Disaster Payment Deferral | $500 | The servicer must complete the payment deferral or disaster payment deferral (i.e., submit the case via Fannie Mae's servicing solutions system). |
| Fannie Mae Flex Modification | $1,000 | The servicer must close the Fannie Mae Flex Modification within two months of the last day of the month in which the final Trial Period Plan payment is due. |

Fannie Mae

| Workout Option | Incentive Fee | | Additional Information |
|---|---|---|---|
| Fannie Mae Short Sale | **Number of Days the Mortgage Loan is Delinquent at the Time the Case is Closed in Fannie Mae's servicing solutions system** | **Incentive Fee Amount** | None |
| | Less than or equal to 210 days delinquent | $2,500 | |
| | 211 days delinquent up to and including 300 days delinquent | $1,500 | |
| | Greater than 300 days delinquent | $750 | |
| Fannie Mae Mortgage Release (Deed-in-Lieu of Foreclosure) | **Number of Days the Mortgage Loan is Delinquent at the Time the Case is Closed in Fannie Mae's servicing solutions system** | **Incentive Fee Amount** | None |
| | Less than or equal to 210 days delinquent | $2,500 | |
| | 211 days delinquent up to and including 300 days delinquent | $1,500 | |
| | Greater than 300 days delinquent | $750 | |

Fannie Mae

| Workout Option | Incentive Fee | Additional Information |
|---|---|---|
| Fannie Mae HAMP Modification – Borrower Incentive | If the borrower's monthly payment (P&I, taxes, and all related property insurance and HOA or condo association fees, but excluding MI) is reduced by 6% or more, the borrower will earn an annual "pay for performance" principal balance reduction payment for up to 5 years equal to the lesser of the following: <br> • $1,000 ($83.33 per month), or <br> • one-half of the reduction in the borrower's annualized monthly payment for each month a timely payment is made. | The following conditions must be satisfied: <br> • The servicer must have provided a *HAMP Registration Form* and HAMP loan setup data prior to the effective date HAMP modification. <br> • The borrower's monthly mortgage payment ratio must be equal to or greater than 31% prior to the implementation of a HAMP modification. |
| Fannie Mae HAMP Modification-Expanded Borrower Incentive | "pay for performance" principal balance reduction payment of $5,000 | The following conditions must be satisfied: <br> • the mortgage loan must <br> ◦ be a first lien conventional mortgage loan that was previously modified under HAMP; <br> ◦ be in good standing as defined in *Identifying Loss of Good Standing* in D2-3.2-04, Fannie Mae HAMP Modification on the sixth anniversary of the Trial Period Plan effective date; and <br> ◦ not be paid in full. <br> • the borrower must have submitted an executed *Real Estate Fraud Certification* (Form 720) or U.S. Treasury Department's (Treasury) "Dodd Frank Certification" on or before the sixth anniversary of the HAMP Trial Period Plan effective date or January 1, 2016, whichever is later. |



| Workout Option | Incentive Fee | Additional Information |
|---|---|---|
| Fannie Mae 2MP Modification – Borrower Incentive | If the borrower's monthly second lien mortgage payment is reduced by 6% or more, the borrower will receive an annual "pay for performance" principal balance reduction payment of $250 for up to 5 years. | None |

## Recent Related Announcements

The table below provides references to recently issued Announcements that are related to this topic.

| Announcements | Issue date |
|---|---|
| Announcement SVC-2020-07 | December 9, 2020 |
| Announcement SVC-2020-04 | September 9, 2020 |
| Announcement SVC-2018-04 | June 13, 2018 |

# F-2-03, Compensatory Fee Calculation Examples (02/13/2019)

## Introduction

This exhibit contains compensatory fee calculation examples.

- Compensatory Fee Calculation Examples

## Compensatory Fee Calculation Examples

The following examples illustrate how compensatory fees will be calculated using the following formula:

UPB x (Daily PTR/365) x Number of Days Delayed.

**Example #1: Mortgage Loan-Level Compensatory Fee Analysis Resulting in a Compensatory Fee:** In

SINGLE FAMILY

# Servicing Guide

⬇ **Download PDF Guide** (Published: May 10 2023 )

## Search the Guide     *(For best result, pose your search like a question.)*

Home / THE SERVICING GUIDE / Part F, Servicing Guide Procedures, Exhibits, Quick Referen / Chapter F-2, Exhibits / F-2-03, Compensatory Fee Ca

### F-2-03: Compensatory Fee Calculation Examples (02/13/2019)

### Introduction

This exhibit contains compensatory fee calculation examples.

- Compensatory Fee Calculation Examples

### Compensatory Fee Calculation Examples

The following examples illustrate how compensatory fees will be calculated using the following formula:

UPB x (Daily PTR/365) x Number of Days Delayed.

**Example #1: Mortgage Loan-Level Compensatory Fee Analysis Resulting in a Compensatory Fee:** In this mortgage loan-level example, the s Fannie Mae's allowable foreclosure time frame and would be billed a compensatory fee in the amount of $728.77.

| Property Located in Florida | |
|---|---|
| UPB | $100,000 |
| PTR | 4.75% |
| LPI | 02/01/2013 |
| **Property Located in Florida** | |

Case 2:23-cv-03882-DSF-MRW   Document 1   Filed 05/18/23   Page 253 of 393   Page ID #:253

| Foreclosure Sale Date | 10/15/2015 |
|---|---|
| Servicer's Overall State Foreclosure Time Frame | 986 days |
| Fannie Mae's Overall Allowable Foreclosure Time Frame for Florida | 930 days |
| Allowable Delays Reported | 0 days |
| Number of Days Over Allowable Foreclosure Time Frame | 56 days |
| Compensatory Fee | ($100,000)(.0475/365)*(56) = $728.77 |

**Example #2: Mortgage Loan-Level Compensatory Fee Analysis Not Resulting in a Compensatory Fee:** In this mortgage loan-level example, t performed under Fannie Mae's allowable foreclosure time frame by 53 days, so a compensatory fee would not be assessed against the servicer f loan.

| Property Located in Colorado | |
|---|---|
| UPB | $200,000 |
| PTR | 5.25% |
| LPI | 10/01/2015 |
| Foreclosure Sale Date | 12/01/2016 |
| Servicer's Overall State Foreclosure Time Frame | 427 days |
| Fannie Mae's Overall Allowable Foreclosure Time Frame for Colorado | 450 days |
| Allowable Delays Reported | 30 days |
| Number of Days Under Allowable Foreclosure Time Frame | – 53 days |
| Compensatory Fee | Not Applicable |

## Recent Related Announcements

Case 2:23-cv-03882-DSF-MRW    Document 1    Filed 05/18/23    Page 254 of 393    Page ID #:254

5/14/23, 5:59 PM

The table below provides references to recently issued Announcements that are related to this topic.

| Announcements | Issue Date |
|---|---|
| [Announcement SVC-2019-01](#) | February 13, 2019 |

Was this article helpful? **Yes** / **No**

## Have You Tried Ask Poli?



### Poli knows. Just ask.

Ask Poli features exclusive Q&As and more—plus official *Selling & Servicing Guide* content.

Try Ask Poli ›

## Related Articles

AskPoli

### Customers Recommend Ask Poli

If you have additional questions, Fannie Mae customers can **visit Ask Poli** to get information from other Fannie Mae publi

### Guide Resources

For a comprehensive list of resources such as access forms, announcements, lender letters, notices and more.

**Visit Selling and Servicing Guide Communications and Forms**

**Working with Fannie Mae**

Customer Login

Password Reset

Not a customer? Get Started

**Support & Resources**

Customer Service

News & Events

Learning Center

Guide Forms

**Products & Solutions**

Mortgage Products & Options

Technology Apps & Solutions

**Other Sites**

The Marketing Center

Know Your Options

Duty to Serve

HomePath

© 2023 Fannie Mae

Suppliers

Careers

Contact Us

Legal

Privacy

Cookie Preferences

Foreclosure Time Frames and Compensatory Fee Allowable Delays Exhibit (12/19/2018)          5/14/23, 4:29 PM

About Us     Business Partners     Homeowners & Renters     Research & Insights     Ne

SINGLE FAMILY                                    Originating & Underwriting     Pricing & Execution     Servicing     Delivering     Learning

# Servicing Guide

⬇ **Download PDF Guide** (Published: May 10 2023 )

## Search the Guide          *(For best result, pose your search like a question.)*

Home  /  THE SERVICING GUIDE  /  SVC Guide Exhibits

Share

**Foreclosure Time Frames and Compensatory Fee Allowable Delays Exhibit (12/19/2018)**

Foreclosure Time Frames

Compensatory Fee Allowable Delays

**Have You Tr**

**Poli know**

**Ask**

**Poli knows.** J

Ask Poli features exclu more—plus official *Sel Guide* content.

Try Ask Poli  ❯

Related Articles

### Foreclosure Time Frames

Effective January 1, 2019 the table below specifies Fannie Mae's maximum number of allowable days between the due date of the last paid installment (LPI) and foreclosure sale date, as referenced in the Fannie Mae *Servicing Guide Part E*. It includes all applicable time frames based on LPI due dates.

| State | Method of Foreclosure* | State Time Frame | State | Method of Foreclosure* | State Time Frame |
|-------|------------------------|------------------|-------|------------------------|------------------|
| Alabama | Non-Judicial | 420 | Nebraska | Non-Judicial | 480 |
| Alaska | Non-Judicial | 480 | Nevada | Non-Judicial | 930 |
| Arizona | Non-Judicial | 450 | New Hampshire | Non-Judicial | 480 |
| Arkansas | Non-Judicial | 420 | New Jersey | Judicial | 1,530 |
| California | Non-Judicial | 480 | New Mexico | Judicial | 930 |

| Colorado | Non-Judicial | 450 | New York City | Judicial | 2,190 |
|---|---|---|---|---|---|
| Connecticut | Judicial | 660 | New York | Judicial | 1,740 |
| Delaware | Judicial | 720 | North Carolina | Non-Judicial | 420 |
| District of Columbia | Judicial | 1,230 | North Dakota | Judicial | 630 |
| Florida | Judicial | 810 | Ohio | Judicial | 510 |
| Georgia | Non-Judicial | 330 | Oklahoma | Judicial | 570 |
| Guam | Non-Judicial | 500 | Oregon | Non-Judicial** | 960 |
| Hawaii | Judicial | 900 | Pennsylvania | Judicial | 690 |
| Idaho | Non-Judicial | 630 | Puerto Rico | Judicial | 810 |
| Illinois | Judicial | 630 | Rhode Island | Non-Judicial | 900 |
| Indiana | Judicial | 540 | South Carolina | Judicial | 570 |
| Iowa | Judicial | 570 | South Dakota | Judicial | 540 |
| Kansas | Judicial | 450 | Tennessee | Non-Judicial | 420 |
| Kentucky | Judicial | 570 | Texas | Non-Judicial | 390 |
| Louisiana | Judicial | 540 | Utah | Non-Judicial | 540 |
| Maine | Judicial | 1,320 | Vermont | Judicial | 1,050 |
| Maryland | Non-Judicial | 660 | Virgin Islands | Judicial | 510 |
| Massachusetts | Non-Judicial | 960 | Virginia | Non-Judicial | 450 |
| | | | | | |

| Michigan | Non-Judicial | 390 | Washington | Non-Judicial | 630 |
| Minnesota | Non-Judicial | 330 | West Virginia | Non-Judicial | 450 |
| Mississippi | Non-Judicial | 330 | Wisconsin | Judicial | 540 |
| Missouri | Non-Judicial | 450 | Wyoming | Non-Judicial | 360 |
| Montana | Non-Judicial | 450 | | | |

*This methodology is the preferred method of foreclosure for each jurisdiction. Fannie Mae's Regional Counsel must approve the use of a different methodology prior to foreclosure initiation. The servicer or law firm must submit a Non-Routine Litigation Form (Form 20) to request the necessary approval. Fannie Mae will provide procedural instructions and allowable fees if approval is granted.

** Due to certain judicial decisions in Oregon, the servicer and mortgage default counsel in Oregon may, depending on the facts and circumstances of a particular case, decide to proceed with a judicial foreclosure without further approval from Fannie Mae.

**Compensatory Fee Allowable Delays Exhibit**

The table below specifies the number of days Fannie Mae will add to the state foreclosure time frame to determine the servicer's foreclosure time frame performance in accordance with the Fannie Mae Servicing Guide.

| Allowable Delay | Application of Credits |
|---|---|
| Bankruptcy – Chapter 7 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Codes 3L and 65), up to a maximum of 80 days for each filing. |
| Bankruptcy – Chapter 11 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 66), up to a maximum of 125 days for each filing. |
| Bankruptcy – Chapter 12 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 59), up to a maximum of 125 days for each filing. |
| Bankruptcy – Chapter 13 | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Codes 67 and 69), up to a maximum of 125 days for each filing. |
| Probate | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 31), up to a maximum of 120 days for the first occurrence. |
| Military Indulgence | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 32), up to a maximum of 455 days for the first occurrence. |

Foreclosure Time Frames and Compensatory Fee Allowable Delays Exhibit (12/19/2018)                                        5/14/23, 4:29 PM

| | |
|---|---|
| Contested or Litigated Foreclosure | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 33), up to a maximum of 90 days for the first occurrence. |
| Workout in Review | Loans with LPI on or after 06/01/12:  No credit will be given.<br><br>Loans with LPI before 06/01/12: Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code H5), up to a maximum of 60 days for each workout. |
| Trial Period Plan | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code BF), up to a maximum of 120 days for each workout. |
| Unemployment Forbearance | Credit will be given for the actual number of days between the begin date and the end date (reported using Delinquency Status Code 09 – Forbearance and Delinquency Reason Code 16 - Unemployment), up to a maximum of 180 days for each workout. |
| New Jersey Foreclosure Delays | Credit will be given for the actual number of days the loan is reported in a foreclosure status between December 2010 and April 2012 (reported using Delinquency Status Code 43 – Foreclosure), up to a maximum of 180 days total. |

Was this article helpful? **Yes** / **No**

**Working with Fannie Mae**

Customer Login

Password Reset

Not a customer? Get Started

**Products & Solutions**

Mortgage Products & Options

Technology Apps & Solutions

**Support & Resources**

Customer Service

News & Events

Learning Center

Guide Forms

Suppliers      Careers      Contact Us      Legal      Privacy      Coo

Fannie Mae®

## Overview

The servicer ordinarily appears in the land records as the mortgagee to facilitate performance of the servicer's contractual responsibilities, including, but not limited to, the receipt of legal notices that may impact Fannie Mae's lien, such as notices of foreclosure, tax, and other liens. However, Fannie Mae may take any and all action with respect to the mortgage loan it deems necessary to protect its or an MBS trust's ownership of the mortgage loan, including recording an assignment of mortgage, or its legal equivalent, from the servicer to Fannie Mae or its designee. In the event that Fannie Mae determines it necessary to record such an instrument, the servicer must assist Fannie Mae by

- preparing and recording any required documentation, such as assignments of mortgages, powers of attorney, or affidavits; and
- providing recordation information for the affected mortgage loans.

The servicer must follow the procedures in  F-1-10, Obtaining and Executing Legal Documents  when sending documents for Fannie Mae's execution.

The servicer is authorized to execute legal documents related to payoffs, foreclosures, releases of liability, releases of security, payment deferrals, mortgage loan modifications, subordinations, assignments of mortgages, and conveyances (or reconveyances) for any mortgage loan for which it (or MERS®) is the owner of record. When an instrument of record requires the use of an address for Fannie Mae, including assignments of mortgages, foreclosure deeds, REO deeds, and lien releases, the servicer must follow the procedures in Fannie Mae Contacts for Document Execution Requests in  F-1-10, Obtaining and Executing Legal Documents  to locate the appropriate address.

## Fannie Mae's Limited Power of Attorney to Execute Documents

When Fannie Mae is the owner of record for a mortgage loan, it permits the servicer that has Fannie Mae's LPOA to execute certain types of legal documents on Fannie Mae's behalf. The servicer must have an LPOA in place to be authorized to execute the following legal documents on behalf of Fannie Mae:

- full satisfaction or release of a mortgage or the request to a trustee for a full reconveyance of a deed of trust;

- partial release or discharge of a mortgage or the request to a trustee for a partial reconveyance or discharge of a deed of trust;

- modification or extension of a mortgage or deed of trust;

- subordination of the lien of a mortgage or deed of trust;

- completion, termination, cancellation, or rescission of foreclosure relating to a mortgage or deed of trust, including, but not limited to, the following actions:

  - the appointment of a successor or substitute trustee under a deed of trust, in accordance with state law and the deed of trust;

  - the issuance or cancellation or rescission of notices of default;

  - the cancellation or rescission of notices of sale; and

  - the issuance of such other documents as may be necessary under the terms of the mortgage,



deed of trust, or state law to expeditiously complete said transactions, including, but not limited to, assignments or endorsements of mortgages, deeds of trust, or promissory notes to convey title from Fannie Mae to the Attorney-in-Fact under this LPOA;

- conveyance of properties to FHA, HUD, the VA, RD, or a state or private mortgage insurer; and

- assignments or endorsements of mortgages, deeds of trust, or promissory notes to FHA, HUD, VA, RD, a state or private mortgage insurer, or MERS.

To request an LPOA, the servicer must follow the procedures in *Requesting a Limited Power of Attorney* in F-1-10, Obtaining and Executing Legal Documents.

If the servicer does not have an LPOA to execute documents on Fannie Mae's behalf, or has a power of attorney that does not authorize it to execute documents for a specific type of transaction, the servicer must send the documents requiring execution in any instance in which Fannie Mae is the owner of record for the mortgage loan by email, when permitted. If, however, an original document must be executed by Fannie Mae, the servicer must send the document by regular or overnight mail. The servicer must follow the procedures in Fannie Mae Contacts for Document Execution Requests in F-1-10, Obtaining and Executing Legal Documents for instructions in sending documents to Fannie Mae.

## Correcting Conveyances to Fannie Mae

The servicer must execute a quitclaim deed for properties that have been conveyed in error to Fannie Mae. The servicer must follow all procedures in F-1-10, Obtaining and Executing Legal Documents when preparing the reconveyance quitclaim deed. A quitclaim deed is an instrument of conveyance of real property that passes whatever title, claim, or interest that the grantor has in the property, but does not make any representations as to the validity of such title. A quitclaim deed is not a guarantee that the grantor has clear title to the property; rather it is a relinquishment of the grantor's rights, if any, in the property. The holder of a quitclaim deed receives only the interest owned by the person conveying the deed.

Fannie Mae will execute the quitclaim deed only if the servicer has prepared the document to quitclaim or assign back to the previous grantor or assignor. The servicer must send the request for quitclaim deed execution to Fannie Mae as described in *Submitting a Reconveyance Quitclaim Deed* in F-1-10, Obtaining and Executing Legal Documents.

## Recent Related Announcements

The table below provides references to recently issued Announcements that are related to this topic.

| Announcements | Issue Date |
|---|---|
| Announcement SVC-2020-04 | September 9, 2020 |



## A2-1-05, Note Holder Status for Legal Proceedings Conducted in the Servicer's Name (06/21/2017)

### Introduction

This topic contains the following:

- Overview
- Temporary Possession by the Servicer
- Physical Possession of the Note by the Servicer
- Reversion of Possession to Fannie Mae

### Overview

Fannie Mae is at all times the owner of the mortgage note, whether the mortgage loan is in Fannie Mae's portfolio or part of the MBS pool. In addition, Fannie Mae at all times has possession of and is the holder of the mortgage note, whether Fannie Mae has direct possession of the note or a custodian has custody of the note, except in the limited circumstances expressly described in this topic.

### Temporary Possession by the Servicer

In order to ensure that a servicer is able to perform the services and duties incident to the servicing of the mortgage loan, Fannie Mae temporarily gives the servicer possession of the mortgage note whenever the servicer, acting in its own name, represents the interests of Fannie Mae in foreclosure actions, bankruptcy cases, probate proceedings, or other legal proceedings.

This temporary transfer of possession occurs automatically and immediately upon the commencement of the servicer's representation, in its name, of Fannie Mae's interests in the foreclosure, bankruptcy, probate, or other legal proceeding.

When Fannie Mae transfers possession, if the note is held by a document custodian on Fannie Mae's behalf, the custodian has possession of the note on behalf of the servicer so that the servicer has constructive possession of the note and the servicer shall be the holder of the note and is authorized and entitled to enforce the note in the name of the servicer for Fannie Mae's benefit.

If the servicer determines based on state law that it needs to be the holder of an eNote prior to representing the interests of Fannie Mae in a foreclosure, bankruptcy, or other legal proceeding, the servicer must follow the procedures in *Foreclosure, Bankruptcy and Other Legal Proceedings* in F-1-26, Servicing eMortgages to request a transfer in control and location from Fannie Mae.

### Physical Possession of the Note by the Servicer



In most cases, the servicer will have a copy of the mortgage note. If the servicer determines that it needs physical possession of the original mortgage note to represent the interests of Fannie Mae in a foreclosure, bankruptcy, or other legal proceeding, the servicer may obtain physical possession of the original mortgage note by submitting a request directly to the document custodian.

If Fannie Mae possesses the original note through a third-party document custodian that has custody of the note, the servicer must submit a *Request for Release/Return of Documents* (Form 2009) to Fannie Mae's custodian to obtain the note and any other custodial documents that are needed.

In either case, the servicer must specify whether the original note is required or whether the request is for a copy.

For eMortgages, if the eNote is not acceptable in its electronic form for a foreclosure, bankruptcy, or other legal proceeding, the servicer is authorized to use a printed Authoritative Copy of the eNote for the legal proceeding or action.

## Reversion of Possession to Fannie Mae

At the conclusion of the servicer's representation of Fannie Mae's interests in the foreclosure, bankruptcy, probate, or other legal proceeding, or upon the servicer ceasing to service the loan for any reason, possession automatically reverts to Fannie Mae, and Fannie Mae resumes being the holder for itself, just as it was before the foreclosure, bankruptcy, probate, or other legal proceeding. If the servicer has obtained physical possession of the original note, it must be returned to Fannie Mae or the document custodian, as applicable.

## Recent Related Announcements

There are no recently issued Announcements related to this topic.

## A2-1-06, Use of Fannie Mae Trademarks (08/16/2017)

For a list of trademarks currently used by Fannie Mae and requirements on how to refer to them, see *Selling Guide* A2-5-01, Fannie Mae Trade Name and Trademarks and Fannie Mae's website.

## Recent Related Announcements

There are no recently issued Announcements related to this topic.



## A2-1-07, Subservicing (12/08/2021)

## Introduction

This topic contains the following:

- Overview
- Requirements for Subservicing Arrangements
- When Post-Delivery Transfers of Servicing Involve Subservicers

## Overview

The servicer may use other organizations to perform some or all of its servicing functions on its behalf. Fannie Mae refers to these arrangements as "subservicing" arrangements, meaning that the servicer (the "subservicer") other than the contractually responsible servicer (the "master" servicer) is performing the servicing functions.

The following are not considered to be subservicing arrangements:

- when a computer service bureau is used to perform accounting and reporting functions, and
- when the originating seller/servicer sells and assigns servicing to another seller/servicer, unless the originating seller/servicer continues to be the contractually responsible servicer.

## Requirements for Subservicing Arrangements

The servicer may use a subservicer only if it will not interfere with the servicer's ability to meet Fannie Mae's remitting and reporting requirements.

The master servicer may not enter into new subservicing arrangements or extend existing arrangements to include newly originated mortgage loans, unless both the master servicer and the subservicer are Fannie Mae-approved servicers in good standing who are able to perform the duties associated with the master servicer/subservicer arrangement.

The master servicer must ensure that its written agreement with the subservicer acknowledges Fannie Mae's right to rescind its recognition of the subservicing arrangement if Fannie Mae decides to transfer the master servicer's portfolio for any reason.

The master servicer is not required to submit each separate subservicing arrangement under an existing subservicing agreement to Fannie Mae for its approval. However, if the arrangement is a new one, the subservicer must submit the applicable *Letter of Authorization for P&I Custodial Account* (Form 1013) for a P&I custodial account and *Letter of Authorization for T&I Custodial Account* (Form 1014) for a T&I custodial account indicating that it has established the required custodial accounts and submit these forms electronically to Fannie Mae's Custodial Accounting Team (see F-4-02, List of Contacts).



Even if a subservicing arrangement is known, approved of, or consented to by Fannie Mae, the master servicer remains fully liable to Fannie Mae for the performance of all servicing obligations. Fannie Mae may enforce any rights and remedies it may have against the master servicer for breach of the servicing obligations, whether such breach was caused by the master servicer or by the subservicer. In addition to the foregoing and not in limitation thereof, Fannie Mae also may enforce any rights and remedies it may have against the subservicer for breach of the servicing obligations (see A2-7-03, Post-Delivery Servicing Transfers).

The master servicer must confirm its existing subservicing arrangements when it submits the *Lender Record Information* (Form 582) each year.

The following table describes requirements, pursuant to the MSSC and the Guides, of a subservicing arrangement.

| ✓ | **When a master servicer enters into a subservicing arrangement with respect to all related mortgage loans...** |
|---|---|
| | The master servicer and the subservicer must execute and submit the *Data Access Authorization Form* (Form 101) at the inception of the subservicing arrangement.<br>**Note:** Each mortgage loan that is subject to a subservicing arrangement must be identified in Fannie Mae's records. The master servicer and the subservicer must also execute and submit Form 101 at the termination of the subservicing arrangement. |
| | The master servicer represents and warrants to Fannie Mae that the subservicer will service those mortgage loans in accordance with all Fannie Mae requirements. |
| | The subservicer must<br>• be approved by Fannie Mae to service special products, if applicable, unless the special product is<br>  ◦ an eMortgage; or<br>  ◦ a HomeStyle Renovation mortgage loan, for which the subservicer does not perform the responsibilities outlined in D1-2-01, Renovation Mortgage Loans.<br>• continue the subservicing of Fannie Mae mortgage loans until an acceptable disposition of the subserviced portfolio is reached;<br>• ensure it has the necessary resources to appropriately support the subserviced portfolios and to govern the required interaction with the master servicer and service level agreements;<br>• remove funds from P&I, T&I, or other custodial accounts only as allowed by the *Servicing Guide*;<br>• disclose any and all Fannie Mae assessments or reviews to the master servicer upon request by the master servicer; and<br>• disclose to Fannie Mae if it discovers that it and/or the master servicer is in material breach of the Lender Contract or subservicing arrangement in connection with the Fannie Mae subserviced loans, or has been subject to any material legal, regulatory or administrative proceeding or order relating to the subservicing arrangement or Fannie Mae subserviced loans. |



| ✓ | When a master servicer enters into a subservicing arrangement with respect to all related mortgage loans... |
|---|---|
| | The subservicer and master servicer of eMortgages must jointly develop policies and procedures to address servicing functions which include, but are not limited to, mortgage payoffs, modifications to an eNote, foreclosure, bankruptcy, and other legal proceedings. |
| | The master servicer of eMortgages must agree to perform any Fannie Mae and MERS requirements which the subservicer is unable to perform. |
| | The subservicer agrees with Fannie Mae to service those mortgage loans in accordance with all Fannie Mae requirements. |
| | The master servicer must<br>• maintain policies and procedures to evaluate the subservicer's compliance and performance with the master servicer's Lender Contract, which includes, without limitation, the *Servicing Guide*; and<br>• maintain policies and procedures for selecting and assessing a subservicer.<br>**Note**: The master servicer must make any of the above documentation available to Fannie Mae upon request. |
| | The master servicer and subservicer each represent and warrant to Fannie Mae that<br>• the provisions of any agreement between the originating lender, the transferor servicer, and any other party providing for servicing those mortgage loans will not continue after the date on which Fannie Mae funds the whole loan delivery or issues the MBS with respect to those mortgage loans, except as the subservicing agreement between the master servicer and the subservicer; and<br>• the subservicing agreement does not conflict with Fannie Mae's servicing requirements. |
| | The master servicer and the subservicer must<br>• provide copies of the subservicing agreement and the master servicer's audits and QC reviews of the subservicer's performance under the subservicing arrangement upon request from Fannie Mae; and<br>• maintain policies and procedures for monitoring compliance in accordance with the *Servicing Guide and performance of outsource vendors, including services performed outside the United States.* |
| | The master servicer and its subservicers may negotiate the servicing fees that the subservicers will receive. The master servicer's and the subservicer's rights to receive the servicing fee and subservicing fee will be terminated if Fannie Mae transfers the servicing portfolio for any reason.<br>**Note**: Fannie Mae will not pay the master servicer or subservicer any servicing compensation or other fees that may be payable under a subservicing arrangement. |



Section E-3.4, When Foreclosure Proceedings Must Be Suspended or Canceled

## E-3.4-01, Suspending Foreclosure Proceedings for Workout Negotiations (07/14/2021)

## Introduction

This topic contains the following:

- Overview
- General Requirements for Suspending Foreclosure Proceedings
- Handling a Complete BRP Received After Foreclosure Referral But More Than 37 Days Prior to the Foreclosure Sale Date for a Principal Residence
- Handling a Complete BRP Received After Foreclosure Referral But More Than 37 Days Prior to the Foreclosure Sale Date for Other Mortgage Loans
- Handling a Complete BRP Received After Foreclosure Referral But Within 15 to 37 Days Prior to the Foreclosure Sale Date
- Handling a Complete BRP Received Less Than 15 Days Prior to the Foreclosure Sale Date

## Overview

When a delinquent mortgage loan is referred to a law firm, the servicer must continue to work with the borrower to bring the mortgage loan current or finalize a workout arrangement up to the date of the foreclosure sale, unless the servicer has determined that all workout options are not feasible as discussed in D2-3, Fannie Mae's Home Retention and Liquidation Workout Options.

When a delinquent mortgage loan is referred to a law firm, the servicer must NOT suspend foreclosure proceedings pending Fannie Mae's approval of additional attorney fees.

## General Requirements for Suspending Foreclosure Proceedings

If a mortgage loan has been referred to foreclosure prior to receipt of a complete BRP, the servicer may delay the foreclosure process without requesting Fannie Mae's prior written approval pursuant to the terms and conditions set forth below:

- the BRP must be complete before any legal action may be postponed, except if
  - an offer for a short sale has been made based upon the servicer's evaluation of the borrower for a short sale without receiving a complete BRP in accordance with *Evaluating a Borrower to*



*Determine Eligibility for a Fannie Mae Short Sale* in D2-3.3-01, Fannie Mae Short Sale; or

- a solicitation for a Fannie Mae Flex Modification has been made and the borrower contacts the servicer within 14 days of the date of the offer to indicate an intent to accept the offer (see Soliciting the Borrower for a Fannie Mae Flex Modification in D2-3.2-07, Fannie Mae Flex Modification). In such event, the servicer must delay the next legal action in the foreclosure proceeding until the last day of the month in which the first payment is due. If the borrower's payment is not received by such date, the servicer must proceed with the foreclosure process;

- in cases where a payment is required under the terms of a retention offer including a Trial Period Plan based on a complete BRP, and the borrower indicates acceptance of the offer (either verbally or in writing), the servicer must delay the next legal action in the foreclosure proceeding until the borrower fails to make the first payment under the terms of the proposed workout. Verbal or written acceptance, without payment or execution of required documents, serves only to postpone the foreclosure process. A workout plan may not be consummated without an Evaluation Notice as required by the particular workout plan;

- if the servicer receives the first payment in a timely manner in accordance with the terms of a Trial Period Plan, repayment plan, or forbearance plan, the servicer must delay the next legal action until the borrower breaches the plan;

- fourteen-day delay periods may be extended in order to postpone or repeat the next legal action or postpone a foreclosure sale if necessary under state or local law;

- if Fannie Mae approves a short sale purchase offer, the servicer must suspend the foreclosure sale to allow the short sale to close as permitted under state or local law; and

- if a notice of trustee/sheriff sale has been recorded and the servicer is notified of borrower approval by the mortgage assistance fund program provider and the servicer believes the funds will reinstate the mortgage loan, the servicer is authorized to postpone the foreclosure proceedings. However, if a foreclosure sale is scheduled less than seven days from the date the servicer is notified of borrower approval by the mortgage assistance fund program provider, the servicer must not notify the attorney to "place on hold" or suspend the foreclosure proceedings. See D2-3.1-05, Interacting with Mortgage Assistance Fund Program Providers for additional information.

When the servicer receives a complete BRP, it must delay the next legal action in the foreclosure process as required by these provisions as long as delays are permitted under applicable law. The next legal action will be the next step required by law to proceed with the foreclosure action, such as publication or service of process, but does not include administrative actions, such as title searches or document preparation.

In some states, the judge may dismiss the case for "lack of prosecution" if the workout plan is not filed with the court as part of the foreclosure proceedings. If this happens and the borrower subsequently defaults under the executed workout plan, the foreclosure proceedings will have to be restarted, which will result in extra foreclosure fees and expenses. In such cases, Fannie Mae will not reimburse the servicer for the resulting additional fees and expenses.

The servicer is not in violation of these requirements to the extent that a court or public official fails or refuses to halt some or all activities in the matter after the servicer has made reasonable efforts to move the court or request the public official for a cessation of the activity or event.

In applicable foreclosure actions where there is no foreclosure sale and title is transferred by court order, where possible and subject to applicable law, the servicer must use the estimated court order docket date, if known, in place of the foreclosure sale date in this topic's requirements.

Published May 10, 2023



The limitations described in the remainder of this section apply only to suspensions initiated by the servicer without Fannie Mae's approval and do not apply to suspensions otherwise required by Fannie Mae.

## Handling a Complete BRP Received After Foreclosure Referral But More Than 37 Days Prior to the Foreclosure Sale Date for a Principal Residence

The following table contains Fannie Mae's requirements for suspending foreclosure proceedings on all mortgage loans secured by a principal residence when the servicer receives a complete BRP. These requirements do not apply if the borrower previously submitted a complete BRP and the mortgage loan has been delinquent at all times since the borrower submitted the prior complete BRP, as authorized by applicable law.

| If... | Then the servicer must... |
|---|---|
| the borrower's complete BRP is received after referral to foreclosure and more than 37 days prior to the foreclosure sale date | delay filing the Motion for Foreclosure Judgment or Order of Sale. |
| the Motion for Foreclosure Judgment or Order of Sale has already been filed | request the court to delay a hearing or ruling as permitted under state or local law, unless<br>• the servicer has reviewed a complete BRP and delivered an Evaluation Notice to the borrower stating that the borrower is ineligible for a workout option and, if applicable, the borrower has not requested an appeal or the borrower's appeal has been denied in accordance with D2-2-07, Resolving an Appeal of a Mortgage Loan Modification Trial Period Plan Denial for a Principal Residence;<br>• the borrower rejects all workout options offered by the servicer; or<br>• the borrower fails to perform under an agreement on any workout option. |
| an Evaluation Notice for a retention offer has been sent to the borrower in connection with the borrower's complete BRP | • in a judicial jurisdiction, continue to delay the Motion for Judgment (or equivalent action) for up to 14 days to permit the borrower to respond; or<br>• in a non-judicial jurisdiction, delay the next legal action for up to 14 days to permit the borrower to respond. |

Additional guidance related specifically to short sale and Mortgage Release transactions is provided below.

**Complete Borrower Response Package Submitted Without a Short Sale Offer**



The servicer must meet the requirements shown in the following table upon receipt of complete BRP without a short sale offer for a principal residence more than 37 days prior to the foreclosure sale date, when either

- the borrower indicates in the complete BRP that they desire a liquidation workout option, or
- the servicer will not be offering a mortgage loan modification to the borrower.

These requirements do not apply if the borrower previously submitted a complete BRP and the mortgage loan has been delinquent at all times since the borrower submitted the prior complete BRP, as authorized by applicable law.

| ✓ | The servicer must... |
|---|---|
| | Send the borrower an Evaluation Notice within 5 days of an evaluation decision but no more than 30 days from the receipt of a complete BRP. |
| | Require the borrower to<br>• respond to the servicer decision within 14 days of the date of the Evaluation Notice by either<br>  ◦ appealing the denial of any mortgage loan modification Trial Period Plan, if applicable; or<br>  ◦ indicating the intent to accept the offer to pursue a short sale, if the Evaluation Notice includes the servicer's approval to pursue a short sale.<br>• submit a short sale offer within 45 days of the date of the Evaluation Notice or within 45 days of the servicer's appeal decision, if applicable. |
| | Review a short sale offer within 15 days from the date it is received if the borrower submits the offer within 45 days of the Evaluation Notice. |
| | Delay referral to foreclosure or the next legal action in the foreclosure process during the<br>• servicer evaluation of the complete BRP;<br>• 14-day borrower response period;<br>• appeals process, if applicable;<br>• 45-day period the borrower is required to submit a short sale offer to the servicer;<br>• 15-day period the servicer is reviewing a short sale offer submitted within 45 days of the date of the Evaluation Notice; and<br>• 60-day period following approval of the short sale offer to facilitate the closing of an approved short sale. |
| | Proceed with the next legal action in the foreclosure process if<br>• Fannie Mae rejects the short sale offer, or<br>• the borrower does not respond or comply with all requirements of the short sale. |

**Complete Borrower Response Package Submitted With a Short Sale Offer**



The following table reflects requirements the servicer must meet when a complete BRP for a principal residence that includes a short sale offer is received more than 37 days prior to the foreclosure sale date. These requirements do not apply if the borrower previously submitted a complete BRP and the mortgage loan has been delinquent at all times since the borrower submitted the prior complete BRP, as authorized by applicable law.

| ✓ | The servicer must... |
|---|---|
|   | Send the borrower an Evaluation Notice within 5 days of an evaluation decision but no more than 30 days from the receipt of a complete BRP submitted with a short sale offer. |
|   | Require the borrower to respond to the servicer decision within 14 days of the date of the Evaluation Notice or, if applicable, appeal the denial of any mortgage loan modification Trial Period Plan.<br>**Note**: The servicer must not require the borrower to respond to a short sale counteroffer prior to the end of the time frame for the borrower's response to the Evaluation Notice. Specifically, the servicer must request a counteroffer response from the borrower by the later of either<br>• five business days for the servicer's or Fannie Mae's short sale counteroffer, or<br>• the date by which the borrower's response to the Evaluation Notice is due in cases where the servicer is providing an Evaluation Notice in response to a complete BRP. |
|   | Delay referral to foreclosure or the next legal action in the foreclosure process during the<br>• servicer evaluation of the complete BRP and short sale offer;<br>• 14-day borrower response period;<br>• appeals process, if applicable; and<br>• 60-day period following approval of the short sale offer to facilitate the closing of an approved short sale. |
|   | Proceed with the next legal action in the foreclosure process if<br>• Fannie Mae rejects the short sale offer, or<br>• the borrower does not respond or comply with all requirements of the short sale. |

**Mortgage Release**

The servicer must meet the requirements shown in the following table when a complete BRP for a principal residence is received more than 37 days prior to the foreclosure sale date and either

- the borrower indicates in the complete BRP that they desire a liquidation workout option, or

- the servicer will not be offering a mortgage loan modification to the borrower.

These requirements do not apply if the borrower previously submitted a complete BRP and the mortgage loan has been delinquent at all times since the borrower submitted the prior complete BRP, as authorized by applicable law.



| If the borrower... | Then the servicer... |
|---|---|
| was not previously approved to pursue a short sale | • must send the borrower an Evaluation Notice within 5 days of an evaluation decision but no more than 30 days from the receipt of a complete BRP.<br>• must require the borrower to respond to the servicer decision within 14 days of the date of the Mortgage Release offer in the Evaluation Notice by either<br>  ◦ accepting the offer to pursue a Mortgage Release offer, or<br>  ◦ appealing the denial of any mortgage loan modification Trial Period Plan, if applicable.<br>• must delay the next legal action or referral to foreclosure during the<br>  ◦ servicer evaluation of the complete BRP;<br>  ◦ 14-day borrower response period;<br>  ◦ appeals process, if applicable; and<br>  ◦ 60 days following the date of the borrower's acceptance in order to complete the Mortgage Release transaction.<br>• must proceed with the next legal action in the foreclosure process at the end of the 60-day period, but is permitted to use an additional 30 days to complete the Mortgage Release transaction if it cannot be completed within 60 days. |
| was previously approved to pursue a short sale and accepts a Mortgage Release offer | must not delay the next legal action in the foreclosure process and adhere to Fannie Mae's foreclosure postponement requirements. |

## Handling a Complete BRP Received After Foreclosure Referral But More Than 37 Days Prior to the Foreclosure Sale Date for Other Mortgage Loans

The following table contains Fannie Mae's requirements for suspending foreclosure proceedings on all other mortgage loans when a complete BRP is received after foreclosure referral but more than 37 days prior to the foreclosure sale date.



| Complete BRP received after foreclosure referral but more than 37 days prior to the foreclosure sale date | |
|---|---|
| **Stage of Evaluation** | **Requirements** |
| A complete BRP has been received and is being evaluated | No delay in legal action is required. |
| A complete BRP and a short sale offer have been received | The servicer must attempt to conduct a review of the complete BRP and short sale offer in accordance with Fannie Mae's required timelines. See D2-2-05, Receiving a Borrower Response Package containing standard review timelines.<br>If the servicer cannot do so, it must conduct an expedited review of the complete BRP and short sale offer prior to the foreclosure certification date. |
| An Evaluation Notice was sent to the borrower and a retention offer has been extended | No delay in legal action is required unless the foreclosure sale is within the borrower's 14-day response period.<br>In those instances, the servicer must delay the foreclosure sale for up to 14 days to allow the borrower to respond. |

## Handling a Complete BRP Received After Foreclosure Referral But Within 15 to 37 Days Prior to the Foreclosure Sale Date

The following table provides Fannie Mae requirements for suspending foreclosure proceedings for all mortgage loans when the complete BRP is received after foreclosure referral but within 15 to 37 days prior to the foreclosure sale date.

| Complete BRP received after foreclosure referral but within 15 to 37 days prior to the foreclosure sale date | |
|---|---|
| **Stage of Evaluation** | **Requirements** |
| The complete BRP has been received and is being evaluated | No delay in legal action is required. The servicer must conduct an expedited review of the complete BRP (and short sale purchase offer, if applicable) prior to the foreclosure certification date. |



| Complete BRP received after foreclosure referral but within 15 to 37 days prior to the foreclosure sale date | |
|---|---|
| **Stage of Evaluation** | **Requirements** |
| An Evaluation Notice was sent to borrower and a retention offer has been extended | No delay in legal action is required unless a retention offer is made and the foreclosure sale is within the borrower's 14-day response period. In those instances, the servicer must delay the foreclosure sale for up to 14 days to allow the borrower to respond. |

**Note**: The servicer must not offer a Mortgage Release option during this time period.

## Handling a Complete BRP Received Less Than 15 Days Prior to the Foreclosure Sale Date

The following table provides Fannie Mae requirements for suspending foreclosure proceedings for all mortgage loans when the complete BRP is received less than 15 days prior to the foreclosure sale date.

| Complete BRP received less than 15 Days prior to the foreclosure sale date | |
|---|---|
| **Stage of Evaluation** | **Requirements** |
| The complete BRP has been received and is being evaluated | No delay in legal action is required. The servicer is encouraged, but not required, to conduct an expedited review of the complete BRP (and short sale purchase offer, if applicable). |
| A Notification and Evaluation Notice was sent to the borrower and a retention offer has been extended | The servicer must delay the foreclosure sale for up to 14 days to allow the borrower to respond. |
| Fannie Mae has approved a short sale purchase offer | The servicer must suspend the foreclosure sale to allow the short sale to close as permitted under state or local law. |

If the servicer completed its review of the complete BRP, it must notify the borrower prior to the foreclosure sale as to the results of the review. If the servicer did not complete its review of the complete BRP, it must advise the borrower of its inability to review the package prior to the sale.



> **Note:** The servicer must not offer a Mortgage Release option during this time period.

## Recent Related Announcements

The table below provides references to recently issued Announcements that are related to this topic.

| Announcements | Issue Date |
|---|---|
| Announcement-SVC-2021-04 | July 14, 2021 |
| Announcement SVC-2019-02 | April 10, 2019 |

## E-3.4-02, Canceling the Foreclosure Sale for a Completed Workout (04/10/2019)

The servicer must cancel the foreclosure sale once the borrower has successfully completed a workout option.

For a mortgage loan modification, the sale must not be cancelled until

- the Trial Period Plan is successfully completed with all payments having been made, and
- the mortgage loan modification agreement has been signed by the borrower(s).

When the servicer offers the borrower a Mortgage Release, the servicer must not suspend or cancel the foreclosure process until the servicer has accepted the executed deed from the borrower.

The following table provides further clarification regarding servicer actions depending on when the executed deed is received.

| If the servicer... | Then the servicer must... |
|---|---|
| does not receive an executed deed with clear and marketable title as well as all required documents signed by the borrower at least 30 days prior to the foreclosure sale | continue the foreclosure process. |

 **LOANCARE**

P.O. Box 8068, Virginia Beach, VA 23450-8068

8-754-89608-0000073-001-1-000-000-000-000

 ESTATE OF THOMAS PEARSON
ESTATE OF CHARLOTTE PEARSON
2023 W SAINT ESTEPHE CT
HAYDEN ID  83835-8436

November 15, 2022

*Rcvd 11/23*

RE:     Loan Number: XXXXXX7299
        Property Address:     3421 CORPUS CHRISTI ST
                              SIMI VALLEY CA 93063

Dear Borrower(s):

We have received your request for Loss Mitigation Assistance and reviewed the documentation you supplied in connection with this request.  Your request for Loss Mitigation Assistance could not be evaluated because your application is incomplete.  Since you did not provide us with the information we requested to complete the application, we regret that we are unable to approve your application at this time for the following reason(s):

        Failure to supply required documentation in a timely manner.

If this decision was based in whole or in part on any information contained in a consumer report, the consumer reporting agency contacted that provided information that influenced our decision in whole or in part was Equifax Credit Information Services, Inc., P.O. Box 740241, Atlanta, GA 30374.  Equifax can be reached toll-free at 1-800-685-1111.  The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.  You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.  You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice.  In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.  Any questions regarding such information should be directed to Equifax.

If you have any questions regarding this letter, you should contact a LoanCare Loss Mitigation Team Lead at (800)909-9525.

Customer Service  (800)410-1091  Collections  (800)909-9525
www.newrez.myloancare.com
Monday – Friday  8 A.M. – 10 P.M. ET Saturday 8 A.M. – 3 P.M. ET

LM029        Page 1



## Determining Whether a Borrower Response Package is Complete

Unless a borrower or co-borrower is deceased or divorced, all parties whose income was used to qualify for the original mortgage loan and who signed the mortgage loan note must submit the items required for a complete BRP. The following table lists the documentation that the servicer must obtain for a BRP to be complete, as required in *Mortgage Assistance Application* (Form 710).

| ✓ | Items required for a complete BRP |
|---|---|
| | Form 710, or equivalent, that is completed in its entirety. |
| | Income documentation as outlined in Form 710 based on income type. Income documentation must be no more than 90 days old as of the date the servicer first determines that the borrower submitted a complete BRP or at the time of a subsequent evaluation for another workout option. **Non-borrower income:** The servicer may include income of a non-borrower who contributes to the mortgage loan payment in monthly gross income if the income is voluntarily provided by the borrower, is documented and verified by the servicer using the same standards used for verifying a borrower's income, and if • the servicer verifies that the non-borrower occupies the subject property as a principal residence based on a review of the credit report or any other available document; and • there is documentary evidence to support that the income has been, and reasonably can continue to be, relied upon to support the mortgage loan payment. The servicer must not consider the expenses of a non-borrower household member and may only consider the amount of the non-borrower's income that they routinely contribute to the household. **Non-taxable income:** When the borrower's income is non-taxable, and the income and its tax-exempt status are likely to continue, the servicer must develop an "adjusted gross income" by adding an amount equivalent to 25% of the non-taxable income to the borrower's income. If the servicer can determine that the actual amount of federal and state taxes is more than 25% of the borrower's non-taxable income, the servicer is authorized to use that amount to develop the adjusted gross income. Income documented by bank statements: When the borrower's income is documented by bank statements, the servicer must develop an adjusted gross income by adding an amount equivalent to 25% of the amount documented by the bank statements. If the servicer can determine that the actual amount of federal and state taxes is more than 25% of the borrower's income documented by bank statements, the servicer is authorized to use that amount to verify the borrower's income. **Note**: If a borrower has been impacted by a disaster (see D1-3, Providing Assistance to a Borrower Impacted by a Disaster Event), income documentation must be equal to or less than 180 days old at the time of the post-disaster evaluation for a workout option, and the evaluation must occur prior to the expiration of any forbearance period granted to the borrower affected by a disaster. |
| | Hardship documentation as outlined in Form 710 based on hardship type. |



| ✓ | Items required for a complete BRP |
|---|---|
| | The *IRS IVES Request for Transcript of Tax Return* (IRS IVES Form 4506-C) signed by the borrower under the following circumstances: <br>• to reconcile inconsistencies between other information the borrower provided (e.g., information the borrower provided in the Form 710) and the income documentation; or <br>• if Fannie Mae requests it. <br>**Note**: The servicer is authorized to obtain the 4506-C signed by the borrower in the instance the borrower is self-employed, and they do not provide the documentation that is outlined in the Form 710. If the IRS IVES Request for Transcript of Tax Return (IRS IVES Form 4506-C) is required, the servicer must follow the procedures in *Processing the IRS IVES Form 4506-C* in  F-1-12, Preparing to Implement a Workout Option for processing the IRS IVES Form 4506-C. |

The servicer is authorized to

- permit the borrower to complete, sign, and fax or email the documents required for a complete BRP to the servicer in accordance with applicable law;

- provide a secure means of access through which a borrower may prepare and electronically deliver the documents required for a complete BRP to the servicer; or

- use a third-party verification vendor to verify income and asset information the borrower provided in the Form 710 as long as the servicer

  - complies with the requirements in this Guide, including but not limited to, the policies outlined in

    - *Overview of General Servicer Duties and Responsibilities* in A2-1-01, General Servicer Duties and Responsibilities; and

    - *Establishing Written Policies or Procedures* and *Quality Control Requirements* in A4-1-01, Staffing, Training, Procedures, and Quality Control Requirements;

  - understands it will be held accountable for the security, accuracy, and integrity of the information obtained from the third-party verification vendor;
  - obtains legal authorization from the borrower to use this verification method; and
  - retains all verification reports received from the third-party verification vendor in the loan file.

**Note:** The servicer must supplement the verification report by obtaining any missing information, or any information necessary to address inconsistencies, from the borrower.

See *Selling Guide* A2-4.1-03, Electronic Records, Signatures, and Transactions for additional information.

If the servicer determines that any special documentation is required to support information provided by the borrower, it must contact its Fannie Mae Servicing Representative (see F-4-02, List of Contacts).

A BRP is not considered complete if the borrower submits Form 710, or equivalent, that is

- only partially completed,

- not accompanied by all required income and hardship documentation, or

- not accompanied by an executed IRS IVES Form 4506-C under the circumstances described in this section



above.

When a borrower is in an active Chapter 7 or Chapter 13 bankruptcy, the servicer is authorized to

- accept a copy of the bankruptcy schedule(s) in lieu of Form 710, provided that the schedule(s) is not more than 90 days old on the date the servicer receives the schedule(s);
- accept tax returns, if returns are required to be filed; and
- use this information, along with any required income and hardship documentation as specified in Form 710, to determine borrower eligibility for workout options.

## Acknowledging Receipt of a Borrower Response Package

Within five business days, the servicer must acknowledge its receipt of a BRP to the borrower in writing, and must indicate whether the BRP is complete or incomplete. The acknowledgment must include the items listed in the following table.

| ✓ | The acknowledgment must include... |
|---|---|
|  | A statement indicating whether the BRP is complete or incomplete; and if complete, providing any other information required by applicable law. <br> The servicer's evaluation process and response time frame. |
|  | An explanation of the foreclosure process, including that <br> • the foreclosure process may continue, and <br> • foreclosure referral will not occur if the servicer is reviewing a complete BRP or if the servicer extends an offer for a home retention workout option and the borrower's response time for acceptance has not expired. |

In addition, for borrowers who submit a complete BRP 37 days or less prior to a scheduled foreclosure sale, the servicer must submit an explanation of the servicer's plans for evaluating the borrower for a workout option and suspending the foreclosure sale, if appropriate.

## Sending a Notice of Incomplete Information

The servicer must send an Incomplete Information Notice including the items listed in the following table to the borrower no later than 5 business days from receipt of documentation from the borrower if the servicer determines that documentation is missing.



There are no recently issued Announcements related to this topic.

# Subpart D2, Assisting a Borrower Who is Facing Default or in Default

## Introduction

This subpart contains information on assisting a borrower who is facing default or in default.

# Chapter D2-1, Working with a Borrower Who is Facing Default

## Introduction

This chapter contains information on working with a borrower who is facing default.

## D2-1-01, Determining if the Borrower's Mortgage Payment is in Imminent Default (12/12/2018)

### Introduction

This topic contains the following:

- Evaluating a Borrower Facing Imminent Default
- Evaluating a Borrower for Imminent Default for Conventional Mortgage Loan Modification Eligibility
- Evaluating a Borrower for Imminent Default for Fannie Mae Short Sale or Fannie Mae Mortgage Release Eligibility

### Evaluating a Borrower Facing Imminent Default

The servicer must consider available workout options when the servicer is notified or otherwise becomes aware of events or factors that are expected to cause the borrower's monthly payment to be in default within the next 90 days ("imminent default"). In determining whether a borrower's monthly payment is in imminent default, the servicer must take the actions described in the following table.



| ✓ | The servicer must... |
|---|---|
| | Evaluate the borrower's financial and hardship condition. See D2-2-05, Receiving a Borrower Response Package for information on evaluating the borrower for workout options when the borrower submits a complete BRP. |
| | Evaluate the condition of and the circumstances affecting the property securing the mortgage loan by consulting with the borrower. |

The servicer must not solicit borrowers who are current or less than 30 days delinquent for a workout option.

If the servicer determines that a borrower whose mortgage loan was less than 60 days delinquent did not qualify for any workout options, and the borrower's mortgage loan subsequently becomes 60 or more days delinquent, the servicer must continue its solicitation and collection efforts with the borrower in accordance with D2-2, Requirements for Contacting a Borrower.

## Evaluating a Borrower for Imminent Default for Conventional Mortgage Loan Modification Eligibility

For a borrower's monthly payment to be considered in imminent default for the purpose of determining eligibility for a conventional mortgage loan modification, the borrower must satisfy

- the initial eligibility criteria, and

- either the credit or hardship eligibility criteria.

The servicer must take the steps in the following table to perform the imminent default evaluation.

 Fannie Mae

| Step | Servicer Action | | |
|------|-----------------|---|---|
| 1 | Determine if all initial eligibility criteria are satisfied. | | |
| | | | **Initial Eligibility Criteria** |
| | | | The mortgage loan is current or less than 60 days delinquent as of the evaluation date. |
| | | | The property securing the mortgage loan is occupied as a principal residence by at least one borrower. |
| | | | The borrower submits a complete BRP (see D2-2-05, Receiving a Borrower Response Package for additional information). |
| | | | The borrower's non-retirement cash reserves are less than $25,000 based on information provided in the *Mortgage Assistance Application* (Form 710), or equivalent. |
| | | | The borrower has a hardship as documented in accordance with Form 710, or equivalent. **Note:** An increased monthly P&I payment that has occurred as a result of an interest rate adjustment within the last 12 months for a previously modified mortgage loan with a step-rate feature is an acceptable hardship. |



Fannie Mae

| Step | Servicer Action |
|---|---|
| | Determine if either the credit or hardship eligibility criteria is satisfied. |

| Review | Eligibility Criteria |
|---|---|
| Credit | A FICO credit score less than or equal to 620, and either<br>• two or more 30-day delinquencies on the mortgage loan in the six months immediately preceding the month of the evaluation, or<br>**Note:** The servicer must not consider a missed contractual payment that becomes 60 or more days delinquent as having two or more 30-day delinquencies in the six-month period immediately preceding the month of the evaluation.<br>• a pre-modification housing expense-to-income ratio greater than 40% calculated in accordance with the procedures in Calculating the Housing Expense-to-Income Ratio for Imminent Default for a Conventional Mortgage Loan Modification in *F-1-12, Preparing to Implement a Workout Option*.<br>**Note:** The FICO credit score must be no more than 90 days old as of the date of evaluation. If the servicer obtains multiple credit scores for a single borrower, it must select a representative credit score using the lower of two or the middle of three credit scores. If there are multiple borrowers, the servicer must determine the representative score for each borrower and use the lowest representative score as the credit score for the evaluation. |
| Hardship | The borrower has one of the following hardships as documented in accordance with *Form 710*, or equivalent:<br>• death of a borrower or death of either the primary or secondary wage earner in the household;<br>• long-term or permanent disability, or serious illness of a borrower, co-borrower, or dependent family member;<br>• divorce or legal separation;<br>• separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law; or<br>• an increased monthly P&I payment occurred as result of an interest rate adjustment within the last 12 months for a mortgage loan previously modified with a step-rate feature. |

The Step column value "2" applies to these rows.



If the servicer requests Fannie Mae's approval of a conventional mortgage loan modification through Fannie Mae's servicing solutions system and the mortgage loan is current (i.e., not delinquent or in default) and Fannie Mae declines the borrower's request, the servicer must send an *Adverse Action Notice* (Form 182) to the borrower within 30 days of receipt of Fannie Mae's decision, unless the servicer offers the borrower another retention workout option and the borrower accepts the counteroffer within the 30-day period.

While use of Form 182 is optional, it reflects the minimum level of information the servicer must communicate and illustrates a level of specificity that complies with the requirements of this *Guide*. The following table provides requirements for the adverse action notice.

| ✓ | The adverse action notice must include... |
|---|---|
|  | A statement that Fannie Mae, as the owner of the mortgage loan, reviewed the mortgage loan modification request. |
|  | Fannie Mae's contact address shown as: <br> Midtown Center <br> 1100 15th Street, NW <br> Washington, DC, 20005 |
|  | The reason Fannie Mae did not approve the request. |
|  | The name and contact information of the credit reporting agency used to make the denial decision, if applicable. |

When requesting Fannie Mae's approval for a mortgage loan modification for a borrower facing imminent default, the servicer must either

- include the draft adverse action notice in its submission to Fannie Mae's servicing solutions system, or

- certify it has a process to send the text pre-approved by Fannie Mae for every adverse action notice that is sent in accordance with the requirements of this *Guide*. See A4-2.1-06, Adverse Action Notification Certification for information on obtaining approval and certification.

## Evaluating a Borrower for Imminent Default for Fannie Mae Short Sale or Fannie Mae Mortgage Release Eligibility

For a borrower's monthly payment to be considered in imminent default for the purpose of determining eligibility for a Fannie Mae Short Sale or a Fannie Mae Mortgage Release, the borrower must satisfy

- the initial eligibility criteria, and

- either the credit or hardship eligibility criteria.



The servicer must take the steps in the following table to perform the imminent default evaluation, unless the borrower's debt has been discharged pursuant to Chapter 7 of the U.S. bankruptcy code, in which case the servicer must evaluate the borrower for a Fannie Mae short sale in accordance with D2-3.3-01, Fannie Mae Short Sale or Fannie Mae Mortgage Release in accordance with D2-3.3-02, Fannie Mae Mortgage Release (Deed-in-Lieu of Foreclosure).

| Step | Servicer Action | |
|------|-----------------|-|
| 1 | Determine if all initial eligibility criteria are satisfied. | |
| | **?** | **Initial Eligibility Criteria** |
| | | The mortgage loan is current or less than 60 days delinquent as of the evaluation date. |
| | | The property securing the mortgage loan is occupied as a principal residence by at least one borrower. **Note:** If a servicemember receives a PCS order where the transfer or new employment location is greater than 50 miles one way from the property securing the mortgage loan, the property securing the mortgage loan must have been or currently be the servicemember's principal residence. |
| | | The borrower submits a complete BRP (see D2-2-05, Receiving a Borrower Response Package for additional information). |
| | | The borrower's non-retirement cash reserves are less than $25,000 based on information provided in the *Mortgage Assistance Application* (Form 710), or equivalent. **Note:** If a servicemember receives a PCS order where the transfer or new employment location is greater than 50 miles one way from the property securing the mortgage loan, and the property securing the mortgage loan was or currently is the servicemember's principal residence, they are exempt from the non-retirement cash reserves requirement. |
| | | The borrower has a hardship as documented in accordance with Form 710, or equivalent. |

Fannie Mae

| Step | Servicer Action |
|------|-----------------|
| 2 | Determine if either the credit or hardship eligibility is satisfied. |

| Review | Eligibility Criteria |
|--------|---------------------|
| Credit | A FICO credit score less than or equal to 620, and either<br>• two or more 30-day delinquencies on the mortgage loan in the six months immediately preceding the month of the evaluation, or<br>**Note:** The servicer must not consider a missed contractual payment that becomes 60 or more days delinquent as having two or more 30-day delinquencies in the six-month period immediately preceding the month of the evaluation.<br>• a housing expense-to-income ratio greater than 40% calculated in accordance with the procedures in Calculating the Housing Expense-to-Income Ratio for Imminent Default for a Fannie Mae Short Sale or Fannie Mae Mortgage Release in F-1-12, Preparing to Implement a Workout Option.<br>**Note:** The FICO credit score must be no more than 90 days old as of the date of evaluation. If the servicer obtains multiple credit scores for a single borrower, it must select a representative credit score using the lower of two or the middle of three credit scores. If there are multiple borrowers, the servicer must determine the representative score for each borrower and use the lowest representative score as the credit score for the evaluation. |
| Hardship | The borrower has one of the following hardships as documented in accordance with Form 710, or equivalent:<br>• death of a borrower or death of either the primary or secondary wage earner in the household;<br>• long-term or permanent disability, or serious illness of a borrower, co-borrower, or dependent family member;<br>• divorce or legal separation;<br>• separation of borrowers unrelated by marriage, civil union, or similar domestic partnership under applicable law; or<br>• distant employment transfer/relocation, including a PCS order, greater than 50 miles one way from the property securing the mortgage loan. |

Fannie Mae

## Recent Related Announcements

The table below provides references to recently issued Announcements that are related to this topic.

| Announcements | Issue Date |
| --- | --- |
| Announcement SVC-2018-09 | December 12, 2018 |
| Announcement SVC-2018-08 | November 14, 2018 |
| Announcement SVC-2018-04 | June 13, 2018 |

# Chapter D2-2, Requirements for Contacting a Borrower

## Introduction

This chapter contains information on requirements for contacting a borrower.

## D2-2-01, Achieving Quality Right Party Contact with a Borrower (11/14/2018)

## Introduction

This topic contains information on achieving quality right party contact with a borrower.

- Achieving Quality Right Party Contact with a Borrower

## Achieving Quality Right Party Contact with a Borrower

QRPC is a uniform standard for communicating with the borrower, co-borrower, or a trusted advisor (collectively referred to as "borrower") about resolution of the mortgage loan delinquency. The servicer must make every attempt to achieve QRPC. The purpose of QRPC is to

- determine the reason for the delinquency and whether it is temporary or permanent in nature,

Gmail - Re: loan #0038507299, 3421 CORPUS CHRISTI ST, SIMI VALLEY, CA 93063; ref no: CA05000323-22...   5/16/23, 6:35 AM

 Gmail

Kristen Pearson <kpearsonlaw@gmail.com>

## Re: loan #0038507299, 3421 CORPUS CHRISTI ST, SIMI VALLEY, CA 93063; ref no: CA05000323-22-1

8 messages

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                    Wed, Feb 1, 2023 at 3:12 PM
To: LC-lossmitigation@loancare.net, RP@trusteecorps.com, documents@trusteecorps.com

Attached Please find the Chapter 13 Bankruptcy by Steven Pearson (heir to the 3421 corpus christi property).

Thank you,

Kristen

---

 **Steven Pearson.pdf**
3629K

---

**bankruptcy** <bankruptcy@trusteecorps.com>                    Thu, Feb 2, 2023 at 7:21 AM
To: Kristen Pearson <kpearsonlaw@gmail.com>

Good Morning –


This email is to confirm that our office is in receipt of your bk notification. We have provided to the lender for review, at this time our office is pending instructions regarding the sale.




Thank you and have a great day! ɛïɜ




*Providing Default Services in AK, AZ, CA, NV, OR, TX & WA*

---

Gmail - Re: Ban #6684530-299 3420 CORPUS CHRISTI ST, SIMI VALLEY, CA 93063, Ref no 04680-663-23-1 2...                     5/16/23, 6:35 AM

**Notice of Confidentiality**

This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof, in addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

[Quoted text hidden]

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                                        Thu, Mar 16, 2023 at 8:22 AM
To: bankruptcy <bankruptcy@trusteecorps.com>

Hello this is Kristen Pearson. Can you please hold off on the sale of my home. I had a call about a week and a half ago from a mortgage company that said that my foreclosure was needing a couple of documents, and that it was on hold. I received a call yesterday also saying it was on hold because they had received the documents.

My sister and brother are filing for a California mortgage help and have started the application process

I can send over the recording if you would like just let me know. Thank you.

[Quoted text hidden]

--

Kristen Pearson

109 W. Honeysuckle Ave

PO BOX 184

Hayden, ID 83835

Telephone: (208) 682-5870


This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---

**bankruptcy** <bankruptcy@trusteecorps.com>                                   Thu, Mar 16, 2023 at 10:33 AM
To: Kristen Pearson <kpearsonlaw@gmail.com>, bankruptcy <bankruptcy@trusteecorps.com>

Hello,


Please be advised that our office proceeded with the scheduled foreclosure sale, as stated on the phone there was no guarantee that the lender would approve a postponement.

Gmail - Re: Loan #6668307 259/3426 CORP OS CHRISW ST, SAN VALLEY, CA 93083, Re: no. 0A880a03023-2269        5/16/23, 6:35 AM



**TRUSTEE CORPS**
*Experience. Trust. Integrity.*

*Providing Default Services in AK, AZ, CA, NV, OR, TX & WA*

**Bankruptcy Department**

17100 Gillette Avenue, Irvine, CA 92614

Tel: 949-252-8300

Fax: 949-252-8330

bankruptcy@trusteecorps.com

[Quoted text hidden]

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                    Thu, Mar 16, 2023 at 1:00 PM
To: bankruptcy <bankruptcy@trusteecorps.com>

Hi can you please inform me on what I need to do to buy back my property.

[Quoted text hidden]

---

**bankruptcy** <bankruptcy@trusteecorps.com>                    Thu, Mar 16, 2023 at 2:08 PM
To: Kristen Pearson <kpearsonlaw@gmail.com>, bankruptcy <bankruptcy@trusteecorps.com>

Hello –


Unfortunately, there is nothing that you can do, the property sold to a third-party.

[Quoted text hidden]

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                    Fri, Mar 31, 2023 at 1:23 PM
To: bankruptcy <bankruptcy@trusteecorps.com>

Hello,

So, I would like to get the foreclosure sale voided out. I was never given the appropriate notice regarding the default and only learned that the foreclosure had started at the end of november. I submitted 3-4 applications and my application was reviewed and denied after the foreclosure sale despite me giving everything I had to loancare. From my understanding my applicantion should have placed a stay on the foreclosure and a denial would have entitled me to 30 days to appeal the decision. Additionally, PHH mortgage told me that the foreclosure sale was off the day prior to the sale. I have contacted your company the day of the foreclosure to let you know this. Also, my statements were in

PHH mortgage envelopes.

can you please have someone contact me who is an attorney.

Thank you,

Kristen

[Quoted text hidden]

---

**bankruptcy** <bankruptcy@trusteecorps.com>                    Fri, Mar 31, 2023 at 3:35 PM
To: Kristen Pearson <kpearsonlaw@gmail.com>, bankruptcy <bankruptcy@trusteecorps.com>

Good afternoon,

Have you spoken with the Lender or prepared a formal letter addressing your concerns for the Lender to review on your behalf?  This most recent email seems contradictory to the chain of emails below regarding Bankruptcy allegations along with awaiting fund for family members and not yourself.   As previously mentioned, this property has already been foreclosed upon.   I suggest you prepare a formal letter to the Lender you have been communicating with as mentioned in your email below.  If you are unable to do so, you may consider obtaining representation so they can reach out to the Lender on your behalf and further discuss this matter.

Respectfully –



*Providing Default Services in AK, AZ, CA, NV, OR, TX & WA*

17100 Gillette Avenue, Irvine, CA 92614

Tel: 949-252-8300

Fax: 949-252-8330

Notice of Confidentiality

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

>> [Quoted text hidden]
>> [Quoted text hidden]

> Kristen Pearson

> 109 W. Honeysuckle Ave

PO BOX 184

Hayden, ID 83835

Telephone: (208) 682-5870

[Quoted text hidden]



above.

When a borrower is in an active Chapter 7 or Chapter 13 bankruptcy, the servicer is authorized to

- accept a copy of the bankruptcy schedule(s) in lieu of Form 710, provided that the schedule(s) is not more than 90 days old on the date the servicer receives the schedule(s);

- accept tax returns, if returns are required to be filed; and

- use this information, along with any required income and hardship documentation as specified in Form 710, to determine borrower eligibility for workout options.

## Acknowledging Receipt of a Borrower Response Package

Within five business days, the servicer must acknowledge its receipt of a BRP to the borrower in writing, and must indicate whether the BRP is complete or incomplete. The acknowledgment must include the items listed in the following table.

| ✓ | The acknowledgment must include... |
|---|---|
| | A statement indicating whether the BRP is complete or incomplete; and if complete, providing any other information required by applicable law. <br> The servicer's evaluation process and response time frame. |
| | An explanation of the foreclosure process, including that <br> • the foreclosure process may continue, and <br> • foreclosure referral will not occur if the servicer is reviewing a complete BRP or if the servicer extends an offer for a home retention workout option and the borrower's response time for acceptance has not expired. |

In addition, for borrowers who submit a complete BRP 37 days or less prior to a scheduled foreclosure sale, the servicer must submit an explanation of the servicer's plans for evaluating the borrower for a workout option and suspending the foreclosure sale, if appropriate.

## Sending a Notice of Incomplete Information

The servicer must send an Incomplete Information Notice including the items listed in the following table to the borrower no later than 5 business days from receipt of documentation from the borrower if the servicer determines that documentation is missing.



| ✓ | The Incomplete Information Notice must include... |
|---|---|
| | A list of missing documents or information needed to begin an evaluation of the borrower for a workout option. |
| | A toll-free number for the borrower to contact the servicer if the borrower has any questions. |
| | A reference to the HUD website for HUD-approved counselors as a resource available to help the borrower complete the package. |
| | A reminder that failure to submit all the required documentation or information may result in ineligibility for a workout option and the foreclosure proceedings will continue, including referral to foreclosure if the mortgage loan was not previously referred. |
| | A statement that depending on the timing of when the necessary information or documentation is received, there is no guarantee of an evaluation for a workout option and suspension of foreclosure proceedings. |

If the BRP is incomplete, the servicer is authorized to combine the Incomplete Information Notice with the acknowledgment of its receipt of the BRP.

The servicer is authorized, but not required, to send an Incomplete Information Notice to a borrower who submits incomplete documentation 37 days or less prior to a scheduled foreclosure sale. The servicer is strongly encouraged to work with borrowers who submit incomplete documentation 37 days or less prior to a scheduled foreclosure sale to obtain a complete BRP and expedite a decision.

The servicer must continue to attempt to obtain missing documentation using outbound contact methods as described in D2-2-02, Outbound Contact Attempt Requirements.

## Sending a Notice of Decision on a Workout Option

The servicer must review and evaluate a complete BRP and communicate a decision to the borrower by sending an Evaluation Notice, or equivalent, within five days after making the decision, but no later than 30 days following the receipt of a complete BRP. See E-3.4-01, Suspending Foreclosure Proceedings for Workout Negotiations for evaluation requirements during foreclosure proceedings.

While use of an Evaluation Notice is optional, it reflects a minimum level of information that the servicer must communicate and illustrates a level of specificity that complies with the requirements of this Guide. The following table provides the requirements for the Evaluation Notice.

Gmail - loan #0038507299, 3421 CORPUS CHRISTI ST, SIMI VALLEY, CA 93063                                                                      5/16/23, 7:28 AM

 Gmail

Kristen Pearson <kpearsonlaw@gmail.com>

## loan #0038507299, 3421 CORPUS CHRISTI ST, SIMI VALLEY, CA 93063

3 messages

**Kristen Pearson** <kpearsonlaw@gmail.com>                                    Thu, Nov 3, 2022 at 2:39 PM
To: LC-lossmitigation@loancare.net

ATTACHED PLEASE FIND

1. 2019-2021 TAX RETURN
2. VA BENEFIT LETTER
3. 90 days bank statements with VA and SSDI deposits
4. 18 months of bank statements with income and tax return deposits

--

Kristen Pearson

109 W. Honeysuckle Ave

PO BOX 184

Hayden, ID 83835

Telephone: (208) 682-5870

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**4 attachments**

 **FED TAX RETURN FROM 2019 TO 2021.pdf**
4755K

**Benefit Verification Letter.pdf**
41K

 **bofa 18 months of deposits.pdf**
75K

 **90 day  va and ssdi bank stmt.pdf**
209K

**Kristen Pearson** <kpearsonlaw@gmail.com>                                    Thu, Nov 3, 2022 at 5:30 PM
To: LC-lossmitigation@loancare.net

ATTACHED PLEASE FIND

1. 3 MONTH LAW OFFICE INCOME
2. PROFIT LOSS STMT
3. UNIFORM BORROWER ASSISTANCE FORM
--

Kristen Pearson

109 W. Honeysuckle Ave

PO BOX 184

Hayden, ID 83835

Telephone: (208) 682-5870


This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

[Quoted text hidden]

---

**3 attachments**

 **3 MONTH LAW OFFICE INCOME.pdf**
28K

 **2022 PROFIT LOSS STMT.pdf**
53K

**Borrower Assistance Form.pdf**
287K

---

**Kristen Pearson** <kpearsonlaw@gmail.com>                    Thu, Nov 3, 2022 at 8:32 PM
To: LC-lossmitigation@loancare.net

ATTACHED PLEASE FIND:
1. MAA APPLICATION AND SUPPORTING DOCUMENTATION
[Quoted text hidden]

# LAW OFFICE OF KRISTEN PEARSON

| CLIENT NU | INVOICE DATE | INVOICE AMOUNT |
|---|---|---|
| 10117 | 8/9/22 | $56.25 |
| 10118 | 8/9/22 | $56.25 |
| 10120 | 8/11/22 | $16.26 |
| 10126 | 8/11/22 | $148.77 |
| 10125 | 8/11/22 | $26.25 |
| 10133 | 8/11/22 | $127.51 |
| 10134 | 8/11/22 | $56.25 |
| 10123 | 8/11/22 | $14.18 |
| 10124 | 8/11/22 | $234.36 |
| 10132 | 8/11/22 | $58.75 |
| 10135 | 8/11/22 | $45.00 |
| 10136 | 8/11/22 | $56.25 |
| 10130 | 8/11/22 | $41.10 |
| 10131 | 8/11/22 | $15.01 |
| 10127 | 8/11/22 | $485.20 |
| 10128 | 8/11/22 | $56.25 |
| 10129 | 8/11/22 | $30.00 |
| 10121 | 8/11/22 | $28.34 |
| 10122 | 8/11/22 | $75.00 |
| | JULY INCOME | $1,626.98 |
| | | |
| 10143 | 9/3/22 | $53.76 |
| 10139 | 9/3/22 | $423.59 |
| 10153 | 9/3/22 | $42.51 |
| 10151 | 9/3/22 | $65.00 |
| 10154 | 9/3/22 | $56.25 |
| 10155 | 9/3/22 | $513.75 |
| 10152 | 9/3/22 | $5.01 |
| 10148 | 9/3/22 | $56.25 |
| 10149 | 9/3/22 | $7.09 |
| 10150 | 9/3/22 | $113.75 |
| 10146 | 9/3/22 | $185.00 |

| 10144 | 9/3/22 | $56.25 |
| 10145 | 9/3/22 | $495.01 |
| 10137 | 9/3/22 | $483.09 |
| 10138 | 9/3/22 | $125.02 |
| 10142 | 9/3/22 | $1,131.27 |
| 10140 | 9/3/22 | $93.75 |
| 10141 | 9/6/22 | $112.50 |
| AUG INCOME | | $4,018.85 |
| | | |
| 10161 | 10/12/22 | $50.01 |
| 10158 | 10/12/22 | $141.67 |
| 10163 | 10/12/22 | $207.51 |
| 10165 | 10/12/22 | $173.76 |
| 10162 | 10/12/22 | $7.09 |
| 10164 | 10/12/22 | $186.26 |
| 10157 | 10/12/22 | $12.51 |
| 10160 | 10/12/22 | $482.51 |
| 10159 | 10/12/22 | $180.01 |
| 10166 | 10/17/22 | $130.00 |
| SEPT INCOME | | $1,571.33 |
| | | |
| 10187 | 10/31/22 | $400.00 |
| 10190 | 10/31/22 | $350.00 |
| 10170 | 11/1/22 | $286.18 |
| 10173 | 11/1/22 | $284.76 |
| 10179 | 11/1/22 | $384.80 |
| 10172 | 11/1/22 | $39.67 |
| 10168 | 11/1/22 | $4.25 |
| 10186 | 11/1/22 | $7.09 |
| 10181 | 11/1/22 | $511.44 |
| 10177 | 11/1/22 | $184.18 |
| 10185 | 11/1/22 | $395.27 |
| 10167 | 11/1/22 | $9.92 |
| 10184 | 11/1/22 | $141.68 |
| 10180 | 11/1/22 | $124.69 |
| 10189 | 11/1/22 | $39.68 |
| 10196 | 11/1/22 | $35.09 |

| | | |
|---|---|---|
| 10169 | 11/1/22 | $154.44 |
| 10188 | 11/1/22 | $56.25 |
| 10175 | 11/1/22 | $277.87 |
| 10192 | 11/1/22 | $56.70 |
| 10176 | 11/1/22 | $177.11 |
| 10182 | 11/1/22 | $54.18 |
| 10191 | 11/1/22 | $243.85 |
| 10202 | 11/1/22 | $95.00 |
| 10203 | 11/1/22 | $56.25 |
| | 0CT INCOME | $4,370.35 |

# Wells Fargo Everyday Checking

August 5, 2022 ■ Page 1 of 5



STEVEN R COLLINS
KRISTEN A PEARSON RP
2023 W SAINT ESTEPHE CT
HAYDEN ID 83835-8436

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

August 5, 2022 ■ Page 2 of 5



---

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 7/9 | $663.07 |
| Deposits/Additions | 12,850.72 |
| Withdrawals/Subtractions | - 11,946.22 |
| **Ending balance on 8/5** | **$1,567.57** |

Account number: **9864331971**

**STEVEN R COLLINS**
**KRISTEN A PEARSON RP**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124103799

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 7/11 | | Synchrony Bank Payment 220708 504662220727004 Pearson,Kristen | | 39.00 | 624.07 |
| 7/13 | | Vacp Treas 310 Xxva Benef 071322 xxxxx2312003600 Ref*48*VA Compensation *05/01/21-08 | 6,772.32 | | 7,396.39 |
| 7/14 | | Zelle to Pearson Kristen on 07/14 Ref #Rp0Qkm6W3W | | 1,200.00 | |
| 7/14 | | Zelle to Pearson Kristen on 07/14 Ref #Rp0Qkm6Tgg | | 1,000.00 | |
| 7/14 | | Zelle to Pearson Kristen on 07/14 Ref #Rp0Qkm76x7 | | 1,000.00 | |
| 7/14 | | Zelle to Pearson Kristen on 07/14 Ref #Rp0Qkm7Drb | | 1,000.00 | 3,196.39 |
| 7/15 | | Idaho Housing Mtgpmt 071522 0012084364 Steven Collins | | 1,533.94 | 1,662.45 |
| 7/18 | | Zelle to Pearson Kristen on 07/17 Ref #Rp0Qks8J87 | | 660.00 | 1,002.45 |
| 7/19 | | Purchase authorized on 07/17 Apple Cash 1Infiniteloop CA S462198383380473 Card 8149 | | 1,000.00 | 2.45 |
| 7/21 | | Synchrony Bank Payment 220720 650159007523339 Pearson,Kristen | | 30.00 | -27.55 |
| 7/22 | | Overdraft Fee for a Transaction Posted on 07/21 $30.00 Synchrony Bank Payment 220720 650159007523 339 Pearson,Kristen | | 35.00 | -62.55 |
| 8/1 | | Vacp Treas 310 Xxva Benef 080122 xxxxx2312003600 Ref*48*VA Compensation *07/01/22-07 | 4,328.40 | | |
| 8/1 | | Zelle to Pearson Kristen on 08/01 Ref #Rp0Qlp5Wrr | | 1,000.00 | |
| 8/1 | | Zelle to Pearson Kristen on 08/01 Ref #Rp0Qlpd9Fj | | 500.00 | |
| 8/1 | | Zelle to Pearson Kristen on 08/01 Ref #Rp0Qlpf89B | | 1,000.00 | 1,765.85 |
| 8/2 | | Affirm Inc Affirm Pay 220801 6935326 Steven *Collins | | 155.40 | |
| 8/2 | | Affirm Inc Affirm Pay 220801 6935315 Steven *Collins | | 292.88 | 1,317.57 |
| 8/3 | | SSA Treas 310 Xxsoc Sec 080322 xxxxx2312C1 SSA N1*Gd*Kristen Pearson for \N1*Be*Sterling Col | 275.00 | | |
| 8/3 | | SSA Treas 310 Xxsoc Sec 080322 xxxxx2312C2 SSA N1*Gd*Kristen Pearson for \N1*Be*Holley Col | 275.00 | | |
| 8/3 | | SSA Treas 310 Xxsoc Sec 080322 xxxxx2312A SSA N1*Gd*Kristen Pearson for \N1*Be*Steven Col | 1,200.00 | | |
| 8/3 | | Zelle to Pearson Kristen on 08/03 Ref #Rp0Qlt5Ygg | | 500.00 | |
| 8/3 | | Zelle to Pearson Kristen on 08/03 Ref #Rp0Qltjqn2 | | 1,000.00 | 1,567.57 |
| **Ending balance on 8/5** | | | | | **1,567.57** |
| **Totals** | | | **$12,850.72** | **$11,946.22** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

August 5, 2022 ■ Page 3 of 5



**Summary of Overdraft and Returned Item Fees**

|  | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year.  Negative values indicate that fee reversals exceed fees assessed.*

**Summary of Overdraft Rewind** ® **Benefits**

|  | Total this statement period | Total year-to-date |
|---|---|---|
| Total Number of Overdraft, Returned Item and Overdraft Protection Fees Waived or Refunded | 0 | 3 |
| Total Amount of Overdraft, Returned Item and Overdraft Protection Fees Waived or Refunded | $0.00 | $105.00 |

*Year-to-date totals reflect fees waived since the first full statement period of the calendar year. Amounts shown do not include any additional waivers and refunds of Overdraft Protection Advance Fees due to advances from credit cards.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/09/2022 - 08/05/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | -$62.55 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $12,850.72 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

_____

**Now with Early Pay Day, you can get paid earlier when you have Direct Deposit.**

**Effective September 19, 2022, the following information will be incorporated into the "Depositing Funds" section of your Deposit Account Agreement. (NOTE: As the bank launches Early Pay Day, the service may not be immediately available in all areas or for all accounts. Monitor your account activity after September 19th to determine whether any of your eligible direct deposits have been made available early. Until Early Pay Day is available for your account, and subject to the disclosures below, you should expect to receive your direct deposits on your normally scheduled pay dates.)**

# Wells Fargo Everyday Checking

September 8, 2022  ■  Page 1 of 5



STEVEN R COLLINS
KRISTEN A PEARSON RP
2023 W SAINT ESTEPHE CT
HAYDEN ID 83835-8436

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

September 8, 2022 ■ Page 2 of 5



---

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/6 | $1,567.57 |
| Deposits/Additions | 6,078.40 |
| Withdrawals/Subtractions | - 7,309.00 |
| **Ending balance on 9/8** | **$336.97** |

Account number:  **9864331971**

**STEVEN R COLLINS**
**KRISTEN A PEARSON RP**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  124103799

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/8 | | Zelle to Pearson Kristen on 08/07 Ref #Rp0QM3Gpvf | | 700.00 | 867.57 |
| 8/9 | | Synchrony Bank Payment 220808 504662220727004 Pearson,Kristen | | 38.00 | |
| 8/9 | | Capital One Mobile Pmt 220807 3M95S7Mqjpwj06M Kristen A Pearson | | 58.00 | |
| 8/9 | | Capital One Mobile Pmt 220807 3M95S8Jlhi3Kavc Kristen A Pearson | | 213.00 | 558.57 |
| 8/15 | | Zelle to Pearson Kristen on 08/13 Ref #Rp0Qmftnbm | | 100.00 | |
| 8/15 | | Zelle to Pearson Kristen on 08/13 Ref #Rp0Qmhb2Jv | | 400.00 | 58.57 |
| 8/22 | | Synchrony Bank Payment 220821 650159007523339 Pearson,Kristen | | 30.00 | 28.57 |
| 9/1 | | Vacp Treas 310 Xxva Benef 090122 xxxxx2312003600 Ref*48*VA Compensation *08/01/22-08 | 4,328.40 | | |
| 9/1 | | Zelle to Pearson Kristen on 09/01 Ref #Rp0Qnlbbcz | | 1,000.00 | |
| 9/1 | | Zelle to Pearson Kristen on 09/01 Ref #Rp0Qnlbc9Q | | 1,000.00 | |
| 9/1 | | Zelle to Pearson Kristen on 09/01 Ref #Rp0Qnlb89T | | 1,000.00 | 1,356.97 |
| 9/2 | | SSA Treas 310 Xxsoc Sec 090222 xxxxx2312C1 SSA N1*Gd*Kristen Pearson for \N1*Be*Sterling Col | 275.00 | | |
| 9/2 | | SSA Treas 310 Xxsoc Sec 090222 xxxxx2312C2 SSA N1*Gd*Kristen Pearson for \N1*Be*Holley Col | 275.00 | | |
| 9/2 | | SSA Treas 310 Xxsoc Sec 090222 xxxxx2312A SSA N1*Gd*Kristen Pearson for \N1*Be*Steven Col | 1,200.00 | | 3,106.97 |
| 9/6 | | Zelle to Pearson Kristen on 09/03 Ref #Rp0Qnrqxcy | | 500.00 | |
| 9/6 | | Zelle to Pearson Kristen on 09/05 Ref #Rp0Qnvxmt2 | | 1,000.00 | |
| 9/6 | | Capital One Online Pmt 220903 3Mevx13Wmwlzwdq Kristen Pearson | | 57.00 | |
| 9/6 | | Capital One Online Pmt 220903 3Mevx0V0C46Jeo8 Kristen Pearson | | 213.00 | 1,336.97 |
| 9/7 | | Zelle to Pearson Kristen on 09/07 Ref #Rp0Qnystbl | | 1,000.00 | 336.97 |
| **Ending balance on 9/8** | | | | | **336.97** |
| **Totals** | | | **$6,078.40** | **$7,309.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your
transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

September 8, 2022 ■ Page 3 of 5



**Summary of Overdraft and Returned Item Fees**

|  | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/06/2022 - 09/08/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $28.57 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $6,078.40 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

**Now with Early Pay Day, you can get paid earlier when you have Direct Deposit.**

**Effective September 19, 2022, the following information will be incorporated into the "Depositing Funds" section of your Deposit Account Agreement. (NOTE: As the bank launches Early Pay Day, the service may not be immediately available in all areas or for all accounts. Monitor your account activity after September 19th to determine whether any of your eligible direct deposits have been made available early. Until Early Pay Day is available for your account, and subject to the disclosures below, you should expect to receive your direct deposits on your normally scheduled pay dates.)**

**Early Pay Day (Consumer accounts only)**
For certain eligible direct deposits, we may make funds available for your use up to two days before we receive the funds from your payor. When funds are made available early, they will be reflected in your account's available balance. Whether we make funds available early depends on (1) when we receive the payor's payment instructions, (2) any limitations we set on the amount and frequency of early availability, and (3) standard fraud prevention screening. The criteria we use for making funds available early is determined in our sole discretion, based on confidential criteria necessary for maintaining the security of your account and our payment services, and is subject to change without notice.

Not all direct deposits are eligible for Early Pay Day. Eligible direct deposits are limited to electronic direct deposits such as your payroll, pension, and government benefit payments. Items such as deposits of funds from person-to-person payments services (e.g., Zelle, Venmo, or PayPal transfers) and other online transfers are not eligible for Early Pay Day. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. Direct deposits made available early with Early Pay Day will not count towards applicable options to avoid your account's monthly service fee until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

# Wells Fargo Everyday Checking

October 7, 2022 ■ Page 1 of 5



STEVEN R COLLINS
KRISTEN A PEARSON RP
2023 W SAINT ESTEPHE CT
HAYDEN ID 83835-8436

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (113)
        P.O. Box 6995
        Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|:---:|---|:---:|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

October 7, 2022 ■ Page 2 of 5



---

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/9 | $336.97 |
| Deposits/Additions | 6,078.40 |
| Withdrawals/Subtractions | - 5,630.38 |
| **Ending balance on 10/7** | **$784.99** |

Account number: **9864331971**

**STEVEN R COLLINS**
**KRISTEN A PEARSON RP**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124103799

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/9 | | Synchrony Bank Payment 220908 504662220727004 Pearson,Kristen | | 37.00 | 299.97 |
| 9/21 | | Synchrony Bank Payment 220920 650159007523339 Pearson,Kristen | | 30.00 | 269.97 |
| 9/30 | | Vacp Treas 310 Xxva Benef 093022 xxxxx2312003600 Ref*48*VA Compensation *09/01/22-09 | 4,328.40 | | 4,598.37 |
| 10/3 | | SSA Treas 310 Xxsoc Sec 100322 xxxxx2312C1 SSA N1*Gd*Kristen Pearson for \N1*Be*Sterling Col | 275.00 | | |
| 10/3 | | SSA Treas 310 Xxsoc Sec 100322 xxxxx2312C2 SSA N1*Gd*Kristen Pearson for \N1*Be*Holley Col | 275.00 | | |
| 10/3 | | SSA Treas 310 Xxsoc Sec 100322 xxxxx2312A SSA N1*Gd*Kristen Pearson for \N1*Be*Steven Col | 1,200.00 | | |
| 10/3 | | Zelle to Pearson Kristen on 10/01 Ref #Rp0Qqj8Tyv | | 1,000.00 | |
| 10/3 | | Zelle to Pearson Kristen on 10/01 Ref #Rp0Qqj8T2K | | 1,000.00 | |
| 10/3 | | Zelle to Pearson Kristen on 10/01 Ref #Rp0Qqj8Wx6 | | 1,000.00 | 3,348.37 |
| 10/5 | | Purchase authorized on 10/03 Apple Cash 1Infiniteloop CA S382277039969050 Card 8149 | | 200.00 | |
| 10/5 | | Purchase authorized on 10/03 Apple Cash 1Infiniteloop CA S462277188931437 Card 8149 | | 163.38 | |
| 10/5 | | Zelle to Pearson Kristen on 10/05 Ref #Rp0Qqr6Vjd | | 1,200.00 | 1,784.99 |
| 10/6 | | Zelle to Pearson Kristen on 10/06 Ref #Rp0Qqrshd7 | | 1,000.00 | 784.99 |
| **Ending balance on 10/7** | | | | | **784.99** |
| **Totals** | | | **$6,078.40** | **$5,630.38** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

### Summary of Overdraft and Returned Item Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year.  Negative values indicate that fee reversals exceed fees assessed.*

October 7, 2022  ■  Page 3 of 5



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/09/2022 - 10/07/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $500.00 | $269.97 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $6,078.40 ☑ |
| · Age of primary account owner | 17 - 24 | ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION



In consideration of the global COVID-19 pandemic, Wells Fargo temporarily paused exercising its right to setoff as otherwise allowable under your Deposit Account Agreement. Effective on or after January 1, 2023, Wells Fargo will resume exercising its right to setoff for overdrawn deposit account balances, where applicable. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/.

---

**Now with Early Pay Day, you can get paid earlier when you have Direct Deposit.**

**Effective September 19, 2022, the following information will be incorporated into the "Depositing Funds" section of your Deposit Account Agreement. (NOTE: As the bank launches Early Pay Day, the service may not be immediately available in all areas or for all accounts. Monitor your account activity after September 19th to determine whether any of your eligible direct deposits have been made available early. Until Early Pay Day is available for your account, and subject to the disclosures below, you should expect to receive your direct deposits on your normally scheduled pay dates.)**

**Early Pay Day (Consumer accounts only)**
For certain eligible direct deposits, we may make funds available for your use up to two days before we receive the funds from your payor. When funds are made available early, they will be reflected in your account's available balance. Whether we make funds available early depends on (1) when we receive the payor's payment instructions, (2) any limitations we set on the amount and frequency of early availability, and (3) standard fraud prevention screening. The criteria we use for making funds available early is determined in our sole discretion, based on confidential criteria necessary for maintaining the security of your account and our payment services, and is subject to change without notice.

Not all direct deposits are eligible for Early Pay Day. Eligible direct deposits are limited to electronic direct deposits such as your payroll, pension, and government benefit payments. Items such as deposits of funds from person-to-person payments services (e.g., Zelle, Venmo, or PayPal transfers) and other online transfers are not eligible for Early Pay Day. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. Direct deposits made available early with Early Pay Day will not count towards applicable options to avoid your account's monthly service fee until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Except as expressly set forth herein, funds made available early are subject to the same terms and conditions as other deposits to your account.

# LAW OFFICE OF KRISTEN PEARSON

Date: NOVEMBER 3, 2022

| Profit&Loss Statement | 2022 current year | 2021 prior year |
|---|---|---|
| **Revenue** | | |
| LEGAL REPRESENTATION SERVICES | $15,374.49 | $9,946.00 |
| **Total Revenue & Gains** | **$15,374.49** | **$9,946.00** |
| | | |
| **Expenses** | | |
| Advertising | $0.00 | $0.00 |
| Depriciation | $0.00 | $0.00 |
| Insurance | $515.00 | $0.00 |
| Interest | - | $0.00 |
| Office Supplies | $260.00 | $32.00 |
| Rent/Lease | $0.00 | $0.00 |
| Maintenance and Repairs | $79.00 | $0.00 |
| Travel | $675.00 | $258.00 |
| Wages | $0.00 | $0.00 |
| Utilities/Telephone Expenses | $550.00 | $600.00 |
| Other Expenses | $100.00 | $549.00 |
| **Total Expenses** | **$2,179.00** | **$1,439.00** |
| **Income before tax** | **$13,195.49** | **$8,507.00** |
| Income tax expense | $1,864.39 | $823.00 |
| | | |
| **Net Profit (Loss)** | **$11,331.10** | **$7,684.00** |

WISE



**DEPARTMENT OF VETERANS AFFAIRS**

November 03, 2022

Steven Russell Collins                                         In Reply Refer to:
2023 W Saint Estephe Ct                                        xxx-xx-2312
Hayden, ID 83835                                               27/eBenefits

Dear Mr. Collins:

This letter certifies that Steven Russell Collins is receiving service-connected disability compensation from the Department of Veterans Affairs.

The current benefit paid is as follows:

| | |
|---|---|
| **Gross Benefit Amount** | $4,328.40 |
| **Net Amount Paid** | $4,328.40 |
| **Effective Date** | December 1, 2021 |
| **Combined Evaluation** | 100 percent |

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**



## Online Banking

### Adv Plus Banking - 2008 ✎

Account & routing numbers

## $1,159.99
Available balance (as of today)

Show full summary ⌄

**Activity**    Statements & Docs    Info & Services

## Transactions

**Currently viewing**

Transaction history ⌄

**Search**

Enter keyword, amount or mm/dd/yyyy 🔍    Filter ≡

Show deals: On  |  Show reconcile  |  Download  |  Print current view

**Sort by**

Posting date - Most recent ⌄

Bank of America | Online Banking | Deposit | Account Activity
11/3/22, 2:19 PM

Showing results for "**Deposit, All dates (18 months)**"                    [ Show all transactions ]

---

| Posting date | 10/28/2022 |
|---|---|
| Description | BKOFAMERICA MOBILE 10/28 XXXXX12552 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $1,000.00 |

View/Edit

---

| Posting date | 10/14/2022 |
|---|---|
| Description | ST OF ID STARS DES:IDSTTAXRFD ID:EXXXXX7256 0977 INDN:PEARSON,... |
| Type | Deposit |
| Amount | $600.00 |

View/Edit

---

| Posting date | 10/12/2022 |
|---|---|
| Description | CASH APP*STEVE COLL 10/11 REFUND XXXXX53176 CA |
| Type | Deposit |
| Amount | $200.00 |

View/Edit

---

| Posting date | 09/26/2022 |
|---|---|
| Description | BKOFAMERICA MOBILE 09/24 XXXXX44031 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $4,243.85 |

View/Edit

---

| Posting date | 09/21/2022 |
|---|---|
| Description | BKOFAMERICA MOBILE 09/21 XXXXX07758 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $350.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 09/12/2022 |
| Description | BKOFAMERICA MOBILE 09/12 XXXXX93309 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $1,570.73 |

View/Edit

| | |
|---|---|
| Posting date | 08/30/2022 |
| Description | Counter Credit |
| Type | Deposit |
| Amount | $800.00 |

View/Edit

| | |
|---|---|
| Posting date | 08/23/2022 |
| Description | BKOFAMERICA ATM 08/23 #XXXXX4734 DEPOSIT SILVERLAKE MALL COEUR D' ALEN ID |
| Type | Deposit |
| Amount | $350.00 |

View/Edit

| | |
|---|---|
| Posting date | 08/23/2022 |
| Description | BKOFAMERICA ATM 08/23 #XXXXX2245 DEPOSIT APPLEWAY COEUR D' ALEN ID |
| Type | Deposit |
| Amount | $600.00 |

View/Edit

| | |
|---|---|
| Posting date | 08/22/2022 |
| Description | STCU DES:ACCTVERIFY ID:KRISTEN PEARSON INDN:KRISTEN PEARSON CO ID:XXXXX82700 WEB |
| Type | Deposit |
| Amount | $0.01 |

View/Edit

| | |
|---|---|
| Posting date | 08/22/2022 |

| Description | STCU DES:ACCTVERIFY ID:KRISTEN PEARSON INDN:KRISTEN PEARSON CO ID:XXXXX82700 WEB |
|---|---|
| Type | Deposit |
| Amount | $0.98 |

View/Edit

---

| Posting date | 08/04/2022 |
|---|---|
| Description | Counter Credit |
| Type | Deposit |
| Amount | $800.00 |

View/Edit

---

| Posting date | 08/02/2022 |
|---|---|
| Description | SILVERWOOD THEME PARK 07/31 REFUND ATHOL ID |
| Type | Deposit |
| Amount | $10.30 |

View/Edit

---

| Posting date | 07/21/2022 |
|---|---|
| Description | BKOFAMERICA ATM 07/20 #XXXXX7255 DEPOSIT SILVERLAKE MALL COEUR D' ALEN ID |
| Type | Deposit |
| Amount | $400.00 |

View/Edit

---

| Posting date | 06/28/2022 |
|---|---|
| Description | BKOFAMERICA ATM 06/27 #XXXXX2267 DEPOSIT SILVERLAKE MALL COEUR D' ALEN ID |
| Type | Deposit |
| Amount | $700.00 |

View/Edit

---

| Posting date | 06/22/2022 |
|---|---|
| Description | Counter Credit |
| Type | Deposit |
| Amount | $500.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 06/07/2022 |
| Description | Counter Credit |
| Type | Deposit |
| Amount | $964.52 |

View/Edit

---

| | |
|---|---|
| Posting date | 06/06/2022 |
| Description | BKOFAMERICA MOBILE 06/07 XXXXX00430 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $900.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 05/31/2022 |
| Description | PAYPAL DES:TRANSFER ID:XXXXX30179139 INDN:KRISTEN PEARSON CO ID:PAYPALSD11 PPD |
| Type | Deposit |
| Amount | $200.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 05/26/2022 |
| Description | BKOFAMERICA MOBILE 05/26 XXXXX37146 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $400.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 05/13/2022 |
| Description | BKOFAMERICA MOBILE 05/14 XXXXX11642 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $92.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 05/13/2022 |
| Description | BKOFAMERICA MOBILE 05/14 XXXXX13388 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $800.00 |

View/Edit

| | |
|---|---|
| Posting date | 05/04/2022 |
| Description | NORTHWEST MUSIC CENTER 05/03 REFUND COEUR D ALENE ID |
| Type | Deposit |
| Amount | $868.52 |

View/Edit

| | |
|---|---|
| Posting date | 04/22/2022 |
| Description | PAYPAL DES:TRANSFER ID:XXXXX66785297 INDN:KRISTEN PEARSON CO ID:PAYPALSD11 PPD |
| Type | Deposit |
| Amount | $0.03 |

View/Edit

| | |
|---|---|
| Posting date | 04/22/2022 |
| Description | PAYPAL DES:TRANSFER ID:XXXXX66785343 INDN:KRISTEN PEARSON CO ID:PAYPALSD11 PPD |
| Type | Deposit |
| Amount | $0.07 |

View/Edit

| | |
|---|---|
| Posting date | 04/13/2022 |
| Description | IRS TREAS 310 DES: TAX REF ID:XXXXXXXXXX00989 INDN:PEARSON,... |
| Type | Deposit |
| Amount | $13,776.00 |

View/Edit

| | |
|---|---|
| Posting date | 04/08/2022 |

| | |
|---|---|
| Description | PAYPAL DES:TRANSFER ID:XXXXX24958785 INDN:KRISTEN PEARSON CO ID:PAYPALSD11 PPD |
| Type | Deposit |
| Amount | $0.14 |

View/Edit

---

| | |
|---|---|
| Posting date | 04/08/2022 |
| Description | PAYPAL DES:TRANSFER ID:XXXXX24098148 INDN:KRISTEN PEARSON CO ID:PAYPALSD11 PPD |
| Type | Deposit |
| Amount | $21.49 |

View/Edit

---

| | |
|---|---|
| Posting date | 04/08/2022 |
| Description | PAYPAL DES:TRANSFER ID:XXXXX24958856 INDN:KRISTEN PEARSON CO ID:PAYPALSD11 PPD |
| Type | Deposit |
| Amount | $31.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 04/08/2022 |
| Description | ST OF ID STARS DES:IDSTTAXRFD ID:EXXXXX7441 0977 INDN:PEARSON,... |
| Type | Deposit |
| Amount | $383.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 04/01/2022 |
| Description | ST OF ID STARS DES:IDSTTAXRFD ID:EXXXXX4636 0977 INDN:PEARSON,... |
| Type | Deposit |
| Amount | $588.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 03/09/2022 |
| Description | BKOFAMERICA MOBILE 03/09 XXXXX10935 DEPOSIT |

|  | |
|---|---|
| | *MOBILE CA |
| Type | Deposit |
| Amount | $400.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 03/09/2022 |
| Description | BKOFAMERICA MOBILE 03/09 XXXXX83914 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $1,427.92 |

View/Edit

---

| | |
|---|---|
| Posting date | 02/18/2022 |
| Description | BKOFAMERICA MOBILE 02/19 XXXXX20068 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $1,346.60 |

View/Edit

---

| | |
|---|---|
| Posting date | 02/18/2022 |
| Description | BKOFAMERICA MOBILE 02/19 XXXXX19642 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $3,326.70 |

View/Edit

---

| | |
|---|---|
| Posting date | 02/07/2022 |
| Description | BKOFAMERICA MOBILE 02/06 XXXXX67168 DEPOSIT *MOBILE CA |
| Type | Deposit |
| Amount | $90.00 |

View/Edit

---

| | |
|---|---|
| Posting date | 02/07/2022 |
| Description | BKOFAMERICA MOBILE 02/06 XXXXX67120 DEPOSIT *MOBILE CA |

## UNIFORM BORROWER ASSISTANCE FORM

If you are experiencing a temporary or long-term hardship and need help, you must complete and submit this form along with other required documentation to be considered for available solutions. On this page, you must disclose information about (1) you and your intentions to either keep or transition out of your home; (2) the property's status; (3) bankruptcy; and (4) your credit counseling agency.

On Page 2, you must disclose information about **all** of your income, expenses and assets. Page 2 also lists the required income documentation that you must submit in support of your request for assistance. Then on Page 3, you must complete the Hardship Affidavit in which you disclose the nature of your hardship. The Hardship Affidavit informs you of the required documentation that you must submit in support of your hardship claim.

**NOTICE**: **In addition, when you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this Borrower Assistance Form is accurate and truthful and any identified hardship has contributed to your submission of this request for mortgage relief.**

**REMINDER: The Borrower Response Package you need to return consists of: (1) this completed, signed and dated Borrower Assistance Form; (2) completed and signed IRS Form 4506T-EZ (4506T for self-employed borrowers or borrowers with rental income); (3) required income documentation; and (4) required hardship documentation.**

Loan Number ·····0038507299····································· (usually found on your monthly mortgage statement)
Servicer's Name ···LOANCARE···································

| I want to: | ☑ Keep the Property | ☐ Vacate the Property | ☐ Sell the Property | ☐ Undecided |
|---|---|---|---|---|
| The property is currently: | ☑ My Primary Residence | ☐ A Second Home | ☐ An Investment Property | |
| The property is currently: | ☑ Owner Occupied | ☐ Renter Occupied | ☐ Vacant | |

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME<br>KRISTEN PEARSON | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER ☒☒☒☒ | DATE OF BIRTH<br>09/18/1981 | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
| HOME PHONE NUMBER WITH AREA CODE<br>208-6825870 | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |

MAILING ADDRESS
2023 W SAINT ESTEPHE COURT, HAYDEN, ID 83835

| PROPERTY ADDRESS (IF SAME AS MAILING ADDRESS, JUST WRITE SAME)<br>3421 CORPUS CHRISTI AVE, SIMI VALLEY, CA 93063 | EMAIL ADDRESS<br>KPEARSONLAW@GMAIL.COM |
|---|---|

| | |
|---|---|
| Is the property listed for sale? ☐ Yes ☑ No<br>If yes, what was the listing date? _____<br>If property has been listed for sale, have you received an offer on the property? ☐ Yes ☐ No<br>Date of offer: _____ Amount of Offer: $ _____<br>Agent's Name: _____<br>Agent's Phone Number:<br>For Sale by Owner? ☐ Yes ☐ No | Have you contacted a credit counseling agency for help?<br>☐ Yes ☑ No<br>If yes, please complete the counselor contact information below:<br>Counselor's Name: _____<br>Agency's Name: _____<br>Counselor's Phone Number: _____<br>Counselor's Email Address: _____ |

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☑ No

Total monthly amount: $ _____ Name and address that fees are paid to:

Have you filed for bankruptcy? ☐ Yes ☑ No If yes: ☐ Chapter 7 ☐ Chapter 11 ☐ Chapter 12 ☐ Chapter 13

If yes, what is the filing Date: _____ Has your bankruptcy been discharged? ☐ Yes ☐ No Bankruptcy case number: _____

| | | |
|---|---|---|
| Is any Borrower an active duty service member? | ☐ Yes | ☑ No |
| Has any Borrower been deployed away from his/her primary residence or received a Permanent Change of Station order? | ☐ Yes | ☑ No |
| Is any Borrower the surviving spouse of a deceased service member who was on active duty at the time of death? | ☐ Yes | ☑ No |

# UNIFORM BORROWER ASSISTANCE FORM

| Monthly Household Income | | Monthly Household Expenses and Debt Payments | | Household Assets (associated with the property and/or borrower(s)excluding retirement funds) | |
|---|---|---|---|---|---|
| Gross wages | $0 | First Mortgage Payment | $1141 | Checking Account(s) | $50 |
| Overtime | $0 | Second Mortgage Payment | $ | Checking Account(s) | $75 |
| Child Support / Alimony* | $0 | Homeowner's Insurance | INCLUDED | Savings / Money Market | $0 |
| Non-taxable social security/SSDI | $1750 | Property Taxes | INCLUDED | CDs | $0 |
| Taxable SS benefits or other monthly income from annuities or retirement plans | $0 | Credit Cards / Installment Loan(s) (total minimum payment per month) | $991 | Stocks / Bonds | $0 |
| Tips, commissions, bonus and self-employed income | $3893.34 | Alimony, child support payments | $0 | Other Cash on Hand | $ |
| Rents Received | $0 | Car Lease Payments | $0 | Other Real Estate (estimated value) | $0 |
| Unemployment Income | $0 | HOA/Condo Fees/Property Maintenance | $0 | Other | $ |
| Food Stamps/Welfare | $0 | Mortgage Payments on other properties | $0 | | $ |
| Other | $4328 | Other | $0 | | $ |
| Total (Gross income) | $9971.34 | Total Household Expenses and Debt Payments | $2132 | Total Assets | $125 |

Any other liens (mortgage liens, mechanics liens, tax liens, etc.)

| Lien Holder's Name | Balance and Interest Rate | Loan Number | Lien Holder's Phone Number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## Required Income Documentation

☐ **Do you earn a salary or hourly wage?**
For each borrower who is a salaried employee or paid by the hour, include paystub(s) reflecting the most recent 30 days' or four weeks' earnings and documentation reflecting year-to-date earnings, if not reported on the paystubs (e.g. signed letter or printout from employer).

☑ **Are you self-employed?**
For each borrower who receives self-employed income, include a complete, signed individual federal income tax return and, as applicable, the business tax return; AND either the most recent signed and dated quarterly or year-to-date profit/loss statement that reflects activity for the most recent three months; OR copies of bank statements for the business account for the last two months evidencing continuation of business activity.

☑ Do you have any additional sources of income? Provide for each borrower as applicable:
"Other Earned Income" such as bonuses, commissions, housing allowance, tips, or overtime:
☐ Reliable third-party documentation describing the amount and nature of the income (e.g., paystub, employment contract or printouts documenting tip income).
Social Security, disability or death benefits, pension, public assistance, or adoption assistance:
☑ Documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider, and
☑ Documentation showing the receipt of payment, such as copies of the two most recent bank statements showing deposit amounts.
Rental income:
☐ Copy of the most recent filed federal tax return with all schedules, including Schedule E—Supplement Income and Loss. Rental income for qualifying purposes will be 75% of the gross rent you reported reduced by the monthly debt service on the property, if applicable; or
☐ If rental income is not reported on Schedule E – Supplemental Income and Loss, provide a copy of the current lease agreement with either bank statements or cancelled rent checks demonstrating receipt of rent.
Investment income:
☐ Copies of the two most recent investment statements or bank statements supporting receipt of this income.
Alimony, child support, or separation maintenance payments as qualifying income:*
☐ Copy of divorce decree, separation agreement, or other written legal agreement filed with a court, or court decree that states the amount of the alimony, child support, or separation maintenance payments and the period of time over which the payments will be received, and
☐ Copies of your two most recent bank statements or other third-party documents showing receipt of payment.

*Notice: Alimony, child support, or separate maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

**UNIFORM BORROWER ASSISTANCE FORM**

| HARDSHIP AFFIDAVIT |
|---|

I am requesting review of my current financial situation to determine whether I qualify for temporary or permanent mortgage loan relief options.        Date Hardship Began is: 1/1/22

I believe that my situation is:

☐ Short-term (under 6 months)      ☑ Medium-term (6 – 12 months)      ☐ Long-term or Permanent Hardship (greater than 12 months)

**I am having difficulty making my monthly payment because of reason set forth below:**
*(Please check the primary reason and submit required documentation demonstrating your primary hardship)*

| **If Your Hardship is:** | **Then the Required Hardship Documentation is:** |
|---|---|
| ☐ Unemployment | ☐ No hardship documentation required |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | ☐ No hardship documentation required |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | ☐ No hardship documentation required |
| ☐ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ☐ Divorce decree signed by the court; OR<br>☐ Separation agreement signed by the court; OR<br>☐ Current credit report evidencing divorce, separation, or non-occupying borrower has a different address; OR<br>☐ Recorded quitclaim deed evidencing that the non-occupying Borrower or co-Borrower has relinquished all rights to the property |
| ☐ Death of a borrower or death of either the primary or secondary wage earner in the household | ☑ Death certificate; OR<br>☐ Obituary or newspaper article reporting the death |
| ☐ Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member | ☐ Proof of monthly insurance benefits or government assistance (if applicable); OR<br>☐ Written statement or other documentation verifying disability or illness; OR<br>☐ Doctor's certificate of illness or disability; OR<br>☐ Medical bills<br>None of the above shall require providing detailed medical information. |
| ☐ Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment | ☐ Insurance claim; OR<br>☐ Federal Emergency Management Agency grant or Small Business Administration loan; OR<br>☐ Borrower or Employer property located in a federally declared disaster area |
| ☐ Distant employment transfer / Relocation | **For active duty service members:** Notice of Permanent Change of Station (PCS) or actual PCS orders.<br>**For employment transfers/new employment:**<br>☐ Copy of signed offer letter or notice from employer showing transfer to a new employment location; OR<br>☐ Paystub from new employer<br><br>In addition to the above, documentation that reflects the amount of any relocation assistance provided, if applicable (not required for those with PCS orders). |
| ☐ Business Failure | ☐ Tax return from the previous year (including all schedules) AND<br>☐ Proof of business failure supported by one of the following:<br>      ☐ Bankruptcy filing for the business; OR<br>      ☐ Two months recent bank statements for the business account evidencing cessation of business activity; OR<br>      ☐ Most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☑ Other: a hardship that is not covered above | ☑ Written explanation describing the details of the hardship and relevant documentation |

HARDSHIP EXPLAINATION

PARENTS DIED IN OCTOBER 2020 AND NOVEMBER 2022. SINCE THAT TIME THE ESTATE AND SIBLINGS AND BEEN COVERING THE MORTGAGE AND THE MORTGAGE WAS ALSO COVERED BY THE TENANTS LIVING AT THE RESIDENCE UNTIL 2/1/22. AT THAT TIME EVICTION PROCEEDINGS HAD TO BE INITIATED. STEVEN PEARSON AND KIMBERLY PEARSON, HEIRS OF THE ESTATE ARE CURRENTLY MOVING INTO THE PROPERTY AND WILL BE ABLE TO COVER THE MORTGAGE PAYMENTS STARTING NOVEMBER 2022.

**Borrower/Co-Borrower Acknowledgement and Agreement**

I certify, acknowledge, and agree to the following:

1. All of the information in this Borrower Assistance Form is truthful and the hardship that I have identified contributed to my need for mortgage relief.

2. The accuracy of my statements may be reviewed by the Servicer, owner or guarantor of my mortgage, their agent(s), or an authorized third party*, and I may be required to provide additional supporting documentation. I will provide all requested documents and will respond timely to all Servicer, or authorized third party*, communications.

3. Knowingly submitting false information may violate Federal and other applicable law.

4. If I have intentionally defaulted on my existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this request for mortgage relief or if I do not provide all required documentation, the Servicer may cancel any mortgage relief granted and may pursue foreclosure on my home and/or pursue any available legal remedies.

5. The Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

6. I may be eligible for a trial period plan, repayment plan, or forbearance plan.  If I am eligible for one of these plans, I agree that:

    a. All the terms of this Acknowledgment and Agreement are incorporated into such plan by reference as if set forth in such plan in full.

    b. My first timely payment under the plan will serve as acceptance of the terms set forth in the notice of the plan sent by the Servicer.

    c. The Servicer's acceptance of any payments under the plan will not be a waiver of any acceleration of my loan or foreclosure action that has occurred and will not cure my default unless such payments are sufficient to completely cure my entire default under my loan.

    d. Payments due under a trial period plan for a modification will contain escrow amounts. If I was not previously required to pay escrow amounts, and my trial period plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior waiver is revoked. Payments due under a repayment plan or forbearance plan may or may not contain escrow amounts. If I was not previously required to pay escrow amounts and my repayment plan or forbearance plan contains escrow amounts, I agree to the establishment of an escrow account and agree that any prior escrow waiver is revoked.

7. A condemnation notice has not been issued for the property.

8. The Servicer or authorized third party* will obtain a current credit report on all borrowers obligated on the Note.

9. The Servicer or authorized third party* will collect and record personal information that I submit in this Borrower Response Package and during the evaluation process. This personal information may include, but is not limited to: (a) my name, address, telephone number, (b) my social security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity. I understand and consent to the Servicer or authorized third party*, as well as any investor or guarantor (such as Fannie Mae or Freddie Mac), disclosing my personal information and the terms of any relief or foreclosure alternative that I receive to the following:

    a. Any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or any companies that perform support services to them; and

    b. The U.S. Department of Treasury, Fannie Mae and Freddie Mac, in conjunction with their responsibilities under the Making Home Affordable program, or any companies that perform support services to them.

10. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the Lender/Servicer/ authorized third party*. By checking this box, I also consent to being contacted by ☑ text messaging.

| _Kristen Pearson_ | 11/2/22 | _____ | _____ |
| Borrower Signature | Date | Co-Borrower Signature | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.

credit karma | TAX

# Kristen's 2019 Tax Packet

Audit Defense Policy

Federal Tax Return

State Tax Return

Kristen Pearson

credit karma | TAX

# Audit Defense Policy

## Defense code: CLGS-U2RQ-2019

Thanks for filing with Credit Karma Tax! We hope you won't need these instructions. But if you do get audited on your 2019 return, we've partnered with the pros at Tax Protection Plus to help you through it – all for free! Here's what you'll need:

## Instructions

1. Call Tax Protection Plus toll-free at **877-579-5602**.
   - Make the call **within 30 days** of hearing from the IRS or the state.
   - If you'd prefer to have them call you, send an email to: cases@taxprotectionplus.com.
   - Make the subject line: Audit Defense Redemption.
   - Include your name, phone number, and the best time to reach you (within their business hours).
2. You'll have to provide some personal info to get started, as well as:
   - Your Defense code: CLGS-U2RQ-2019
   - The tax return year: 2019
   - Whether it's a federal (IRS) or state audit
3. You'll get an email with a secure link to upload your tax return and the audit notice you received.

## Policy Details

Your Audit Defense expires one year after the 2019 tax deadline or your e-file date (whichever is later).  If you're not sure when you e-filed, you can find the date on your Credit Karma Tax dashboard.

Your Tax Year 2018 audit defense (Code = CA2M-CW4Q) has been extended until 04/15/2021.

For more details about Audit Defense, visit https://www.creditkarma.com/tax/programterms#3.

Kristen Pearson

Form **1040**

Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**

**2019**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single   ☑ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| | |
|---|---|
| Your first name and middle initial **KRISTEN** | Last name **PEARSON** |
| If joint return, spouse's first name and middle initial **STEVEN R** | Last name **COLLINS** |

Your social security number: XXXXXXXXX7

Spouse's social security number: XXXXXXXXX

Home address (number and street). If you have a P.O. box, see instructions. **2023 W SAINT ESTEPHE CT**   Apt. no.

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **HAYDEN, ID 83835**

Foreign country name

Foreign province/state/county

Foreign postal code

If more than four dependents, see instructions and ✓ here ▶ ☐

**Standard Deduction**

Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   ☐ Were born before January 2, 1955   ☐ Are blind   Spouse:   ☐ Was born before January 2, 1955   ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| TOBIAS S COLLINS | XXXXXX9431 | SON | ☑ | ☐ |
| VAUGHN COLLINS | XXXXXX2169 | SON | ☑ | ☐ |
| STERLING COLLINS | XXXXXX8492 | SON | ☑ | ☐ |
| HOLLEY COLLINS | XXXXXX8644 | DAUGHTER | ☑ | ☐ |

| | | | | | |
|---|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | **1** | 30227 |
| **2a** | Tax-exempt interest . . . **2a** | | **b** Taxable interest. Attach Sch. B if required | **2b** | |
| **3a** | Qualified dividends . . . **3a** | | **b** Ordinary dividends. Attach Sch. B if required | **3b** | |
| **4a** | IRA distributions . . . **4a** | | **b** Taxable amount . . . . . | **4b** | |
| **c** | Pensions and annuities . **4c** | | **d** Taxable amount . . . . . | **4d** | |
| **5a** | Social security benefits . **5a** | 13212 | **b** Taxable amount . . . . . | **5b** | 3548 |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | | **6** | |
| **7a** | Other income from Schedule 1, line 9 | | | **7a** | 2263 |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . ▶ | | | **7b** | 36038 |
| **8a** | Adjustments to income from Schedule 1, line 22 | | | **8a** | 453 |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . ▶ | | | **8b** | 35585 |
| **9** | **Standard deduction or itemized deductions** (from Schedule A) | | **9** | 24400 | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A | | **10** | | |
| **11a** | Add lines 9 and 10 | | | **11a** | 24400 |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | | **11b** | 11185 |

**Standard Deduction for—**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2019)

Form 1040 (2019)                                                                                              Page **2**

| | | | | |
|---|---|---|---|---|
| **12a** | **Tax** (see inst.) Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ | 12a | 1118 | |
| **b** | Add Schedule 2, line 3, and line 12a and enter the total . . . . . . . . . | | 12b | 1118 |
| **13a** | Child tax credit or credit for other dependents . . . . . . . . | 13a | 128 | |
| **b** | Add Schedule 3, line 7, and line 13a and enter the total . . . . . . . . . | | 13b | 1118 |
| **14** | Subtract line 13b from line 12b. If zero or less, enter -0- . . . . . . . . . | | 14 | |
| **15** | Other taxes, including self-employment tax, from Schedule 2, line 10 . . . . . . | | 15 | |
| **16** | Add lines 14 and 15. This is your **total tax** . . . . . . . . . ▶ | | 16 | |
| **17** | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . . . | | 17 | 787 |
| **18** | Other payments and refundable credits: | | | |
| **a** | Earned income credit (EIC) . . . . . . . . . | 18a | 4291 | |
| **b** | Additional child tax credit. Attach Schedule 8812 . . . . | 18b | 4045 | |
| **c** | American opportunity credit from Form 8863, line 8 . . . | 18c | | |
| **d** | Schedule 3, line 14 . . . . . . . . . | 18d | 386 | |
| **e** | Add lines 18a through 18d. These are your **total other payments and refundable credits** . ▶ | | 18e | 8722 |
| **19** | Add lines 17 and 18e. These are your **total payments** . . . . . . . . . ▶ | | 19 | 9509 |

**Refund**

Direct deposit? See instructions.

| | | | | |
|---|---|---|---|---|
| **20** | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** . . . | | 20 | 9509 |
| **21a** | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here . . . . ▶ ☐ | | 21a | 9509 |
| ▶ **b** | Routing number   1 2 1 0 0 0 3 5 8     ▶ **c** Type: ☑ Checking   ☐ Savings | | | |
| ▶ **d** | Account number   ☒☒☒☒☒☒☒☒☒☒☒☒☒8 | | | |
| **22** | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | | |

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| **23** | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions . . . ▶ | | 23 | |
| **24** | Estimated tax penalty (see instructions) . . . . . . | 24 | | |

**Third Party Designee**

(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.   ☐ **Yes.** Complete below.   ☐ **No**

| Designee's name ▶ | | Phone no. ▶ | | Personal identification number (PIN) ▶ | |
|---|---|---|---|---|---|

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | **ASSISTANT** | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |
| | | **OTHER** | |

Phone no.                                    Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| | | | | ☐ 3rd Party Designee |
| Firm's name ▶ | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                Form **1040** (2019)

*Sidebar note:* • If you have a qualifying child, attach Sch. EIC.  • If you have nontaxable combat pay, see instructions.

**SCHEDULE 1**
(Form 1040 or 1040-SR)

# Additional Income and Adjustments to Income

OMB No. 1545-0074

**2019**

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

Attachment
Sequence No. **01**

Name(s) shown on Form 1040 or 1040-SR

Your social security number
⊠⊠⊠⊠

At any time during 2019, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☑ No

| Part I | Additional Income | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . | **3** | -761 |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . | **7** | 3024 |
| 8 | Other income. List type and amount ▶ | | |
| | | **8** | |
| 9 | Combine lines 1 through 8. Enter here and on Form 1040 or 1040-SR, line 7a . . . . . . | **9** | 2263 |
| Part II | Adjustments to Income | | |
| 10 | Educator expenses . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Health savings account deduction. Attach Form 8889 . . . . . . . | **12** | |
| 13 | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . | **13** | |
| 14 | Deductible part of self-employment tax. Attach Schedule SE . . . . . | **14** | |
| 15 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . | **15** | |
| 16 | Self-employed health insurance deduction . . . . . . . . . | **16** | |
| 17 | Penalty on early withdrawal of savings . . . . . . . . . . | **17** | |
| 18a | Alimony paid . . . . . . . . . . . . . . . . . . | **18a** | |
| b | Recipient's SSN . . . . . . . . . . . . . . ▶ | | |
| c | Date of original divorce or separation agreement (see instructions) ▶ | | |
| 19 | IRA deduction . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Student loan interest deduction . . . . . . . . . . . . | **20** | 453 |
| 21 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . | **21** | |
| 22 | Add lines 10 through 21. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 8a . . . . . . . . . . . . . . . . . . . . . . | **22** | 453 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**     Cat. No. 71479F     **Schedule 1 (Form 1040 or 1040-SR) 2019**

**SCHEDULE 3**
(Form 1040 or 1040-SR)

# Additional Credits and Payments

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1040 or 1040-SR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

20**19**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040 or 1040-SR

Your social security number

| Part I | Nonrefundable Credits | | |
|---|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . | **1** | |
| 2 | Credit for child and dependent care expenses. Attach Form 2441 . . . . . | **2** | 990 |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . | **3** | |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . | **4** | |
| 5 | Residential energy credit. Attach Form 5695 . . . . . . . . | **5** | |
| 6 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | **6** | |
| 7 | Add lines 1 through 6. Enter here and include on Form 1040 or 1040-SR, line 13b . . . . . . | **7** | 990 |
| Part II | Other Payments and Refundable Credits | | |
| 8 | 2019 estimated tax payments and amount applied from 2018 return . . . | **8** | |
| 9 | Net premium tax credit. Attach Form 8962 . . . . . . . . | **9** | 386 |
| 10 | Amount paid with request for extension to file (see instructions) . . . . . | **10** | |
| 11 | Excess social security and tier 1 RRTA tax withheld . . . . . . | **11** | |
| 12 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . | **12** | |
| 13 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | **13** | |
| 14 | Add lines 8 through 13. Enter here and on Form 1040 or 1040-SR, line 18d . . . . . . . | **14** | 386 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Cat. No. 71480G    **Schedule 3 (Form 1040 or 1040-SR) 2019**

Form **8396**

Department of the Treasury
Internal Revenue Service (99)

# Mortgage Interest Credit

**(For Holders of Qualified Mortgage Credit Certificates Issued by State or Local Governmental Units or Agencies)**

▶ Go to *www.irs.gov/Form8396* for the latest information.
▶ **Attach to Form 1040, 1040-SR, or 1040-NR.**

OMB No. 1545-0074

20**19**

Attachment
Sequence No. **138**

Name(s) shown on your tax return

KRISTEN PEARSON

Your social security number

☒☒☒☒

| Name of Issuer of Mortgage Credit Certificate | Mortgage Credit Certificate Number | Issue date |
|---|---|---|
| IDAHO HOUSING AND FINANCE | 2015001273 | 10/13/2015 |

**Before you begin Part I,** figure the amounts of any of the following credits you are claiming: credit for the elderly or the disabled, alternative motor vehicle credit, and qualified plug-in electric drive motor vehicle credit.

## Part I   Current Year Mortgage Interest Credit

| | | | |
|---|---|---|---|
| **1** | Interest paid on the certified indebtedness amount. If someone else (other than your spouse if filing jointly) also held an interest in the home, enter only your share of the interest paid . . . . . . . | **1** | 9008 |
| **2** | Enter the certificate credit rate shown on your **Mortgage Credit Certificate. Do not** enter the interest rate on your home mortgage   . . . . . . . . . . . . . . . . | **2** | 0.25 % |
| **3** | If line 2 is 20% or less, multiply line 1 by line 2. If line 2 is more than 20%, or you refinanced  your mortgage and received a reissued certificate, see the instructions for the amount to enter  . . . . | **3** | 2000 |
| | **You must reduce your deduction for home mortgage interest on Schedule A (Form 1040 or 1040-SR) by the amount on line 3.** | | |
| **4** | Enter any 2016 credit carryforward from line 16 of your 2018 Form 8396 . . . . . . | **4** | |
| **5** | Enter any 2017 credit carryforward from line 14 of your 2018 Form 8396 . . . . . . | **5** | |
| **6** | Enter any 2018 credit carryforward from line 17 of your 2018 Form 8396 . . . . . . | **6** | 674 |
| **7** | Add lines 3 through 6 . . . . . . . . . . . . . . . . . . . . | **7** | 2674 |
| **8** | Limitation based on tax liability. Enter the amount from the Credit Limit Worksheet. See instructions . | **8** | |
| **9** | **Current year mortgage interest credit.** Enter the **smaller** of line 7 or line 8. Also include this amount in the total on Schedule 3 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 51. Check box **c** on that line and enter "8396" in the space next to that box . . . . . . . . . . . | **9** | |

## Part II   Mortgage Interest Credit Carryforward to 2020 (Complete **only** if line 9 is less than line 7.)

| | | | |
|---|---|---|---|
| **10** | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . | **10** | 2000 |
| **11** | Enter the amount from line 7 . . . . . . . . . . . . . . . . . | **11** | 2674 |
| **12** | Enter the **larger** of line 9 or line 10 . . . . . . . . . . . . . . . . | **12** | 2000 |
| **13** | Subtract line 12 from line 11 . . . . . . . . . . . . . . . . . | **13** | 674 |
| **14** | **2018 credit carryforward to 2020.** Enter the **smaller** of line 6 or line 13 . . . . . . | **14** | 674 |
| **15** | Subtract line 14 from line 13 . . . . . . . . . . . . . . . . . | **15** | |
| **16** | **2017 credit carryforward to 2020.** Enter the **smaller** of line 5 or line 15 . . . . . . | **16** | |
| **17** | **2019 credit carryforward to 2020.** Subtract line 9 from line 3. If zero or less, enter -0- . . . . | **17** | 2000 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**   Cat. No. 62502X   Form **8396** (2019)

Form **8962**

Department of the Treasury
Internal Revenue Service

# Premium Tax Credit (PTC)

► Attach to Form 1040, 1040-SR, or 1040-NR.
► Go to *www.irs.gov/Form8962* for instructions and the latest information.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **73**

Name shown on your return

KRISTEN PEARSON

Your social security number

XXX-XX-XXXX

You cannot take the PTC if your filing status is married filing separately unless you qualify for an exception (see instructions). If you qualify, check the box   . .   ► ☐

## Part I    Annual and Monthly Contribution Amount

| | | | |
|---|---|---|---|
| 1 | Tax family size. Enter your tax family size (see instructions) . . . . . . . . | **1** | 6 |
| 2a | Modified AGI. Enter your modified AGI (see instructions) . . . . . **2a** 45249 | | |
| b | Enter the total of your dependents' modified AGI (see instructions) . . . **2b** | | |
| 3 | Household income. Add the amounts on lines 2a and 2b (see instructions) . . . . . | **3** | 45249 |
| 4 | Federal poverty line. Enter the federal poverty line from Table 1-1, 1-2, or 1-3 (see instructions). Check the appropriate box for the federal poverty table used.   **a** ☐ Alaska   **b** ☐ Hawaii   **c** ☑ Other 48 states and DC | **4** | 33740 |
| 5 | Household income as a percentage of federal poverty line (see instructions) . . . . . | **5** | 134 % |
| 6 | Did you enter 401% on line 5? (See instructions if you entered less than 100%.) | | |

   ☑ **No.** Continue to line 7.

   ☐ **Yes.** You are not eligible to take the PTC. If advance payment of the PTC was made, see the instructions for how to report your excess advance PTC repayment amount.

| | | | |
|---|---|---|---|
| 7 | Applicable Figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions . . | **7** | 0.0317 |
| 8a | Annual contribution amount. Multiply line 3 by line 7. Round to nearest whole dollar amount   **8a**   1434 | **b** Monthly contribution amount. Divide line 8a by 12. Round to nearest whole dollar amount   **8b** | | 120 |

## Part II    Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

9   Are you allocating policy amounts with another taxpayer or do you want to use the alternative calculation for year of marriage (see instructions)?

   ☐ **Yes.** Skip to Part IV, Allocation of Policy Amounts, or Part V, Alternative Calculation for Year of Marriage.   ☑ **No.** Continue to line 10.

10   See the instructions to determine if you can use line 11 or must complete lines 12 through 23.

   ☐ **Yes.** Continue to line 11. Compute your annual PTC. Then skip lines 12–23 and continue to line 24.   ☑ **No.** Continue to lines 12–23. Compute your monthly PTC and continue to line 24.

| **Annual Calculation** | **(a)** Annual enrollment premiums (Form(s) 1095-A, line 33A) | **(b)** Annual applicable SLCSP premium (Form(s) 1095-A, line 33B) | **(c)** Annual contribution amount (line 8a) | **(d)** Annual maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | **(e)** Annual premium tax credit allowed (smaller of (a) or (d)) | **(f)** Annual advance payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| **11** Annual Totals | | | | | | |

| **Monthly Calculation** | **(a)** Monthly enrollment premiums (Form(s) 1095-A, lines 21–32, column A) | **(b)** Monthly applicable SLCSP premium (Form(s) 1095-A, lines 21–32, column B) | **(c)** Monthly contribution amount (amount from line 8b or alternative marriage monthly calculation) | **(d)** Monthly maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | **(e)** Monthly premium tax credit allowed (smaller of (a) or (d)) | **(f)** Monthly advance payment of PTC (Form(s) 1095-A, lines 21–32, column C) |
|---|---|---|---|---|---|---|
| **12** January | | | | | | |
| **13** February | | | | | | |
| **14** March | | | | | | |
| **15** April | | | | | | |
| **16** May | | | | | | |
| **17** June | 502 | 486 | 120 | 366 | 366 | 416 |
| **18** July | 502 | 486 | 120 | 366 | 366 | 416 |
| **19** August | 502 | 486 | 120 | 366 | 366 | 416 |
| **20** September | 502 | 486 | 120 | 366 | 366 | 416 |
| **21** October | 502 | 486 | 120 | 366 | 366 | 416 |
| **22** November | 502 | 486 | 120 | 366 | 366 | 48 |
| **23** December | 502 | 486 | 120 | 366 | 366 | 48 |

| | | | |
|---|---|---|---|
| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here | **24** | 2562 |
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here | **25** | 2176 |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Schedule 3 (Form 1040 or 1040-SR), line 9, or Form 1040-NR, line 65. If line 24 equals line 25, enter -0-. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 | **26** | 386 |

## Part III    Repayment of Excess Advance Payment of the Premium Tax Credit

| | | | |
|---|---|---|---|
| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | **27** | |
| 28 | Repayment limitation (see instructions) . . . . . . . . . . . . . . . | **28** | |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Schedule 2 (Form 1040 or 1040-SR), line 2, or Form 1040-NR, line 44 . . . . . . . . . | **29** | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**      Cat. No. 37784Z      Form **8962** (2019)

Form 8962 (2019)                                                                                                                                Page **2**

| **Part IV** | Allocation of Policy Amounts |
|---|---|

Complete the following information for up to four policy amount allocations. See instructions for allocation details.

**Allocation 1**

| 30 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | **Allocation percentage applied to monthly amounts** | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |
| | | | | |

**Allocation 2**

| 31 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | **Allocation percentage applied to monthly amounts** | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |
| | | | | |

**Allocation 3**

| 32 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | **Allocation percentage applied to monthly amounts** | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |
| | | | | |

**Allocation 4**

| 33 | **(a)** Policy Number (Form 1095-A, line 2) | **(b)** SSN of other taxpayer | **(c)** Allocation start month | **(d)** Allocation stop month |
|---|---|---|---|---|
| | **Allocation percentage applied to monthly amounts** | **(e)** Premium Percentage | **(f)** SLCSP Percentage | **(g)** Advance Payment of the PTC Percentage |
| | | | | |

34    Have you completed all policy amount allocations?

☐ **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add all allocated policy amounts and non-allocated policy amounts from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

☑ **No.** See the instructions to report additional policy amount allocations.

| **Part V** | Alternative Calculation for Year of Marriage |
|---|---|

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9. To complete line(s) 35 and 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| 35 | **Alternative entries for your SSN** | **(a)** Alternative family size | **(b)** Alternative monthly contribution amount | **(c)** Alternative start month | **(d)** Alternative stop month |
|---|---|---|---|---|---|
| 36 | **Alternative entries for your spouse's SSN** | **(a)** Alternative family size | **(b)** Alternative monthly contribution amount | **(c)** Alternative start month | **(d)** Alternative stop month |

Form **8962** (2019)

Form **3800**

Department of the Treasury
Internal Revenue Service (99)

## General Business Credit

▶ Go to *www.irs.gov/Form3800* for instructions and the latest information.
▶ You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

OMB No. 1545-0895

**2019**

Attachment
Sequence No. **22**

Name(s) shown on return

KRISTEN PEARSON

Identifying number

XXXX

| **Part I** | **Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)** (See instructions and complete Part(s) III before Parts I and II.) | | |
|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked . . . . . . . . . | 1 | |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked . . . | 2 | |
| 3 | Enter the applicable passive activity credits allowed for 2019. See instructions | 3 | |
| 4 | Carryforward of general business credit to 2019. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | 4 | |
| 5 | Carryback of general business credit from 2020. Enter the amount from line 2 of Part III with box D checked. See instructions . . . . . . . . . . . . . . . | 5 | |
| 6 | Add lines 1, 3, 4, and 5 . . . . . . . . . . . . . . . . . . . | 6 | |

| **Part II** | **Allowable Credit** | | |
|---|---|---|---|
| 7 | Regular tax before credits: <br> • Individuals. Enter the sum of the amounts from Form 1040 or 1040-SR, line 12a, and Schedule 2 (Form 1040 or 1040-SR), line 2, or the sum of the amounts from Form 1040-NR, lines 42 and 44 . . . . . . . . . . . . . . . <br> • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return . . . . . . . . . . . . . . . } . . <br> • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b; or the amount from the applicable line of your return . . . . . | 7 | 1118 |
| 8 | Alternative minimum tax: <br> • Individuals. Enter the amount from Form 6251, line 11 . . . . . . . . <br> • Corporations. Enter -0- . . . . . . . . . . . . . . . . . } <br> • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 . . . . | 8 | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . | 9 | 1118 |
| 10a | Foreign tax credit . . . . . . . . . . . . . . | 10a | |
| b | Certain allowable credits (see instructions) . . . . . . . | 10b | 4945 |
| c | Add lines 10a and 10b . . . . . . . . . . . . . . . | 10c | 4945 |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | 11 | |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- . . . | 12 | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions | 13 | |
| 14 | Tentative minimum tax: <br> • Individuals. Enter the amount from Form 6251, line 9 . . . . . . . <br> • Corporations. Enter -0- . . . . . . . . . . . . . . . } <br> • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 | 14 | |
| 15 | Enter the greater of line 13 or line 14 . . . . . . . . . . . . . . | 15 | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- . . . . . . . . . . | 16 | |
| 17 | Enter the **smaller** of line 6 or line 16 . . . . . . . . . . . . . . | 17 | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

For Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 12392F

Form **3800** (2019)

Form 3800 (2019)                                                                                                                                  Page **2**

**Part II**        **Allowable Credit** *(continued)*

**Note:** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions . . . . . . . . | 18 | |
| 19 | Enter the greater of line 13 or line 18 . . . . . . . . . . | 19 | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- . . . . . . | 20 | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- . . . . . . | 21 | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked . | 22 | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked . . .   **23** | | |
| 24 | Enter the applicable passive activity credit allowed for 2019. See instructions . . . | 24 | |
| 25 | Add lines 22 and 24 . . . . . . . . . . . . . . | 25 | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 . . . . . . . . . . . . . . . . | 26 | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- . . . . . . | 27 | |
| 28 | Add lines 17 and 26 . . . . . . . . . . . . . . | 28 | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- . . . . . | 29 | |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked . . . | 30 | |
| 31 | Reserved . . . . . . . . . . . . . . . . . | 31 | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked . . .   **32** | | |
| 33 | Enter the applicable passive activity credits allowed for 2019. See instructions . . . . | 33 | |
| 34 | Carryforward of business credit to 2019. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach . . . . . | 34 | |
| 35 | Carryback of business credit from 2020. Enter the amount from line 5 of Part III with box D checked. See instructions . . . . . . . . . . . . . . . . . | 35 | |
| 36 | Add lines 30, 33, 34, and 35 . . . . . . . . . . . | 36 | |
| 37 | Enter the **smaller** of line 29 or line 36 . . . . . . . . | 37 | |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. | | |

38   **Credit allowed for the current year.** Add lines 28 and 37.

Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return.

• Individuals. Schedule 3 (Form 1040 or 1040-SR), line 6, or Form 1040-NR, line 51   }

• Corporations. Form 1120, Schedule J, Part I, line 5c . . . . . . . . . .

• Estates and trusts. Form 1041, Schedule G, line 2b . . . . . . . . . .     **38**

Form **3800** (2019)

Form 3800 (2019)                                                                    Page **3**

Name(s) shown on return                                          Identifying number

KRISTEN PEARSON                                                  ☒☒☒☒

**Part III**   **General Business Credits or Eligible Small Business Credits** (see instructions)

Complete a separate Part III for each box checked below. See instructions.

**A** ☑ General Business Credit From a Non-Passive Activity     **E** ☐ Reserved
**B** ☐ General Business Credit From a Passive Activity         **F** ☐ Reserved
**C** ☐ General Business Credit Carryforwards                   **G** ☐ Eligible Small Business Credit Carryforwards
**D** ☐ General Business Credit Carrybacks                      **H** ☐ Reserved

**I** If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all Parts III with box A or B checked. Check here if this is the consolidated Part III . . . . . . . . . . . . . . ▶ ☐

| | **(a)** Description of credit | | **(b)** If claiming the credit from a pass-through entity, enter the EIN | **(c)** Enter the appropriate amount |
|---|---|---|---|---|
| **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | | |
| **1a** | Investment (Form 3468, Part II only) (attach Form 3468) . . . . . . . | **1a** | | |
| **b** | Reserved . . . . . . . . . . . . . . . . . . . . . . | **1b** | | |
| **c** | Increasing research activities (Form 6765) . . . . . . . . . . | **1c** | | |
| **d** | Low-income housing (Form 8586, Part I only) . . . . . . . . . | **1d** | | |
| **e** | Disabled access (Form 8826) (see instructions for limitation) . . . . | **1e** | | |
| **f** | Renewable electricity, refined coal, and Indian coal production (Form 8835) . | **1f** | | |
| **g** | Indian employment (Form 8845) . . . . . . . . . . . . . | **1g** | | |
| **h** | Orphan drug (Form 8820) . . . . . . . . . . . . . . . | **1h** | | |
| **i** | New markets (Form 8874) . . . . . . . . . . . . . . . | **1i** | | |
| **j** | Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | **1j** | | |
| **k** | Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) . . . . . . . . . . . . . . . . . . . . | **1k** | | |
| **l** | Biodiesel and renewable diesel fuels (attach Form 8864) . . . . . | **1l** | | |
| **m** | Low sulfur diesel fuel production (Form 8896) . . . . . . . . . | **1m** | | |
| **n** | Distilled spirits (Form 8906) . . . . . . . . . . . . . . | **1n** | | |
| **o** | Nonconventional source fuel (carryforward only) . . . . . . . . | **1o** | | |
| **p** | Energy efficient home (Form 8908) . . . . . . . . . . . . | **1p** | | |
| **q** | Energy efficient appliance (carryforward only) . . . . . . . . . | **1q** | | |
| **r** | Alternative motor vehicle (Form 8910) . . . . . . . . . . . | **1r** | | |
| **s** | Alternative fuel vehicle refueling property (Form 8911) . . . . . . | **1s** | | |
| **t** | Enhanced oil recovery credit (Form 8830) . . . . . . . . . . | **1t** | | |
| **u** | Mine rescue team training (Form 8923) . . . . . . . . . . . | **1u** | | |
| **v** | Agricultural chemicals security (carryforward only) . . . . . . . | **1v** | | |
| **w** | Employer differential wage payments (Form 8932) . . . . . . . . | **1w** | | |
| **x** | Carbon oxide sequestration (Form 8933) . . . . . . . . . . | **1x** | | |
| **y** | Qualified plug-in electric drive motor vehicle (Form 8936) . . . . . | **1y** | | |
| **z** | Qualified plug-in electric vehicle (carryforward only) . . . . . . . | **1z** | | |
| **aa** | Employee retention (Form 5884-A) . . . . . . . . . . . . | **1aa** | | |
| **bb** | General credits from an electing large partnership (carryforward only) . . | **1bb** | | |
| **zz** | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) . . . . . . . . . . . . . . . | **1zz** | | |
| **2** | Add lines 1a through 1zz and enter here and on the applicable line of Part I | **2** | | |
| **3** | Enter the amount from Form 8844 here and on the applicable line of Part II . | **3** | | |
| **4a** | Investment (Form 3468, Part III) (attach Form 3468) . . . . . . . | **4a** | | |
| **b** | Work opportunity (Form 5884) . . . . . . . . . . . . . . | **4b** | | |
| **c** | Biofuel producer (Form 6478) . . . . . . . . . . . . . . | **4c** | | |
| **d** | Low-income housing (Form 8586, Part II) . . . . . . . . . . | **4d** | | |
| **e** | Renewable electricity, refined coal, and Indian coal production (Form 8835) . | **4e** | | |
| **f** | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | **4f** | | |
| **g** | Qualified railroad track maintenance (Form 8900) . . . . . . . . | **4g** | | |
| **h** | Small employer health insurance premiums (Form 8941) . . . . . . | **4h** | | |
| **i** | Increasing research activities (Form 6765) . . . . . . . . . . | **4i** | | |
| **j** | Employer credit for paid family and medical leave (Form 8994) . . . . | **4j** | | |
| **z** | Other . . . . . . . . . . . . . . . . . . . . . . | **4z** | | |
| **5** | Add lines 4a through 4z and enter here and on the applicable line of Part II . | **5** | | |
| **6** | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II . . | **6** | | |

Form **3800** (2019)

## Social Security Benefits Worksheet—Lines 5a and 5b

*Keep for Your Records* 

**Before you begin:**
✓ Figure any write-in adjustments to be entered on the dotted line next to Schedule 1, line 22 (see the instructions for Schedule 1, line 22).
✓ If you are married filing separately and you lived apart from your spouse for all of 2019, enter "D" to the right of the word "benefits" on line 5a. If you don't, you may get a math error notice from the IRS.
✓ Be sure you have read the *Exception* in the line 5a and 5b instructions to see if you can use this worksheet instead of a publication to find out if any of your benefits are taxable.

1. Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099.** Also, enter this amount on Form 1040 or 1040-SR, line 5a ................................................. | **1.** | 13212

2. Multiply line 1 by 50% (0.50) ............................................. | **2.** | 6606

3. Combine the amounts from Form 1040 or 1040-SR, lines 1, 2b, 3b, 4b, 4d, 6, and Schedule 1, line 9 ................................................................ | **3.** | 32490

4. Enter the amount, if any, from Form 1040 or 1040-SR, line 2a ............................. | **4.** | 0

5. Combine lines 2, 3, and 4 ................................................... | **5.** | 39096

6. Enter the total of the amounts from Schedule 1, lines 10 through 19, plus any write-in adjustments you entered on the dotted line next to Schedule 1, line 22 ................. | **6.** | 0

7. Is the amount on line 6 less than the amount on line 5?

   ☐ **No.** 🛑 None of your social security benefits are taxable. Enter -0- on Form 1040 or 1040-SR, line 5b.

   ☑ **Yes.** Subtract line 6 from line 5 ............................................ | **7.** | 39096

8. If you are:
   - Married filing jointly, enter $32,000
   - Single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2019, enter $25,000
   - Married filing separately and you lived with your spouse at any time in 2019, skip lines 8 through 15; multiply line 7 by 85% (0.85) and enter the result on line 16. Then, go to line 17 | **8.** | 32000

9. Is the amount on line 8 less than the amount on line 7?

   ☐ **No.** 🛑 None of your social security benefits are taxable. Enter -0- on Form 1040 or 1040-SR, line 5b. If you are married filing separately and you **lived apart** from your spouse for all of 2019, be sure you entered "D" to the right of the word "benefits" on line 5a.

   ☑ **Yes.** Subtract line 8 from line 7 ......................................... | **9.** | 7096

10. Enter: $12,000 if married filing jointly; $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2019 ............................................................... | **10.** | 12000

11. Subtract line 10 from line 9. If zero or less, enter -0- ................................ | **11.** | 0

12. Enter the **smaller** of line 9 or line 10 ........................................ | **12.** | 7096

13. Enter one-half of line 12 ................................................... | **13.** | 3548

14. Enter the **smaller** of line 2 or line 13 ........................................ | **14.** | 3548

15. Multiply line 11 by 85% (0.85). If line 11 is zero, enter -0- ........................... | **15.** | 0

16. Add lines 14 and 15 ...................................................... | **16.** | 3548

17. Multiply line 1 by 85% (0.85) .............................................. | **17.** | 11230

18. **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17. Also enter this amount on Form 1040 or 1040-SR, line 5b ................................... | **18.** | 3548

**TIP** *If any of your benefits are taxable for 2019 **and** they include a lump-sum benefit payment that was for an earlier year, you may be able to reduce the taxable amount. See* Lump-Sum Election *in Pub. 915 for details.*

**SCHEDULE EIC**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit

Qualifying Child Information

▶ **Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.**
▶ Go to *www.irs.gov/ScheduleEIC* for the latest information.

OMB No. 1545-0074

1040
1040-SR  ◀  EIC

20**19**

Attachment
Sequence No. **43**

Name(s) shown on return

KRISTEN PEARSON

Your social security number

5⬛⬛⬛⬛⬛⬛⬛⬛

*Before you begin:*

- See the instructions for Form 1040 or 1040-SR, line 18a, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.



**CAUTION**

- *You can't claim the EIC for a child who didn't live with you for more than half of the year.*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

## Qualifying Child Information

|  | **Child 1** | | **Child 2** | | **Child 3** | |
|---|---|---|---|---|---|---|
| | First name | Last name | First name | Last name | First name | Last name |

**1  Child's name**

If you have more than three qualifying children, you have to list only three to get the maximum credit.

Child 1: Tobias S Collins
Child 2: Vaughn Collins
Child 3: sterling Collins

**2  Child's SSN**

The child must have an SSN as defined in the instructions for Form 1040 or 1040-SR, line 18a, unless the child was born and died in 2019. If your child was born and died in 2019 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth.

Child 1: ⬛⬛⬛⬛⬛⬛⬛
Child 2: ⬛⬛⬛⬛⬛⬛⬛
Child 3: ⬛⬛⬛⬛ 8492

**3  Child's year of birth**

Child 1: Year **2 0 1 8**
*If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.*

Child 2: Year **2 0 1 6**
*If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.*

Child 3: Year **2 0 1 4**
*If born after 2000 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.*

**4 a** Was the child under age 24 at the end of 2019, a student, and younger than you (or your spouse, if filing jointly)?

Child 1: ☐ Yes. *Go to line 5.*   ☐ No. *Go to line 4b.*
Child 2: ☐ Yes. *Go to line 5.*   ☐ No. *Go to line 4b.*
Child 3: ☐ Yes. *Go to line 5.*   ☐ No. *Go to line 4b.*

**b** Was the child permanently and totally disabled during any part of 2019?

Child 1: ☐ Yes. *Go to line 5.*   ☐ No. The child is not a qualifying child.
Child 2: ☐ Yes. *Go to line 5.*   ☐ No. The child is not a qualifying child.
Child 3: ☐ Yes. *Go to line 5.*   ☐ No. The child is not a qualifying child.

**5  Child's relationship to you**

(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.)

Child 1: SON
Child 2: SON
Child 3: SON

**6  Number of months child lived with you in the United States during 2019**

- If the child lived with you for more than half of 2019 but less than 7 months, enter "7."
- If the child was born or died in 2019 and your home was the child's home for more than half the time he or she was alive during 2019, enter "12."

Child 1: **12** months
*Do not enter more than 12 months.*

Child 2: **12** months
*Do not enter more than 12 months.*

Child 3: **12** months
*Do not enter more than 12 months.*

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Cat. No. 13339M

Schedule EIC (Form 1040 or 1040-SR) 2019

# Purpose of Schedule

After you have figured your earned income credit (EIC), use Schedule EIC to give the IRS information about your qualifying child(ren).

To figure the amount of your credit or to have the IRS figure it for you, see the instructions for Form 1040 or 1040-SR, line 18a.

**Taking the EIC when not eligible.** If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

**Future developments.** For the latest information about developments related to Schedule EIC (Form 1040 or 1040-SR) and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/ScheduleEIC.*

 *You may also be able to take the additional child tax credit if your child was your dependent and under age 17 at the end of 2019. For more details, see the instructions for line 18b of Form 1040 or 1040-SR.*

# Qualifying Child

### A qualifying child for the EIC is a child who is your . . .

Son, daughter, stepchild, eligible foster child, brother, sister, stepbrother, stepsister, half brother, half sister, or a descendant of any of them (for example, your grandchild, niece, or nephew)



### was . . .

Under age 19 at the end of 2019 and younger than you (or your spouse, if filing jointly)
or
Under age 24 at the end of 2019, a student, and younger than you (or your spouse, if filing jointly)
or
Any age and permanently and totally disabled



Who is not filing a joint return for 2019
or is filing a joint return for 2019 only to claim
a refund of withheld income tax or estimated tax paid



Who lived with you in the United States for more than half of 2019.

 *You can't claim the EIC for a child who didn't live with you for more than half of the year, even if you paid most of the child's living expenses. The IRS may ask you for documents to show you lived with each qualifying child. Documents you might want to keep for this purpose include school and child care records and other records that show your child's address.*

 *If the child didn't live with you for more than half of the year because of a temporary absence, birth, death, or kidnapping, see* Exception to time lived with you *in the instructions for Form 1040 or 1040-SR, line 18a.*

 *If the child was married or meets the conditions to be a qualifying child of another person (other than your spouse, if filing a joint return), special rules apply. For details, see* Married child *or* Qualifying child of more than one person *in the instructions for Form 1040 or 1040-SR, line 18a.*

Form **2441**

## Child and Dependent Care Expenses

▶ Attach to Form 1040, 1040-SR, or 1040-NR.

▶ Go to *www.irs.gov/Form2441* for instructions and the latest information.

1040
1040-SR ◀
1040-NR

2441

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **21**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

**KRISTEN PEARSON**

Your social security number

**559710977**

You cannot claim a credit for child and dependent care expenses if your filing status is married filing separately unless you meet the requirements listed in the instructions under "Married Persons Filing Separately." If you meet these requirements, check this box. ☐

**Part I**   **Persons or Organizations Who Provided the Care—You must** complete this part.
(If you have more than two care providers, see the instructions.)

| 1 | (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Amount paid (see instructions) |
|---|---|---|---|---|
| | **little folks** | **1165 ironwood drive** **Coeur D Alene, ID 83814** | **820348920** | **8668.00** |

Did you receive dependent care benefits?

**No** ▶ Complete only Part II below.

**Yes** ▶ Complete Part III on the back next.

**Caution:** If the care was provided in your home, you may owe employment taxes. For details, see the instructions for Schedule 2 (Form 1040 or 1040-SR), line 7a; or Form 1040-NR, line 59a.

**Part II**   **Credit for Child and Dependent Care Expenses**

2   Information about your **qualifying person(s).** If you have more than two qualifying persons, see the instructions.

| (a) Qualifying person's name | | (b) | (c) Qualified expenses you incurred and paid in 2019 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| **Tobias** | **Collins** | ▨▨▨▨ | **4125** |
| **Vaughn** | **Collins** | ▨▨▨▨ | ▨ |

| | | | |
|---|---|---|---|
| 3 | Add the amounts in column (c) of line 2. **Don't** enter more than $3,000 for one qualifying person or $6,000 for two or more persons. If you completed Part III, enter the amount from line 31 . . | **3** | **4125** |
| 4 | Enter your **earned income.** See instructions | **4** | **29466** |
| 5 | If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 . . . . . . . | **5** | **6000** |
| 6 | Enter the **smallest** of line 3, 4, or 5 . . . . . . . . . . . . . . . . . . . | **6** | **4125** |
| 7 | Enter the amount from Form 1040 or 1040-SR, line 8b; or Form 1040-NR, line 35   **7**   **35585** | | |

8   Enter on line 8 the decimal amount shown below that applies to the amount on line 7

| If line 7 is: | | | If line 7 is: | | | | |
|---|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | | |
| $0—15,000 | | .35 | $29,000—31,000 | | .27 | | |
| 15,000—17,000 | | .34 | 31,000—33,000 | | .26 | **8** | **X . 0.24** |
| 17,000—19,000 | | .33 | 33,000—35,000 | | .25 | | |
| 19,000—21,000 | | .32 | 35,000—37,000 | | .24 | | |
| 21,000—23,000 | | .31 | 37,000—39,000 | | .23 | | |
| 23,000—25,000 | | .30 | 39,000—41,000 | | .22 | | |
| 25,000—27,000 | | .29 | 41,000—43,000 | | .21 | | |
| 27,000—29,000 | | .28 | 43,000—No limit | | .20 | | |

| | | | |
|---|---|---|---|
| 9 | Multiply line 6 by the decimal amount on line 8. If you paid 2018 expenses in 2019, see the instructions . . . . . . . . . . . . . . | **9** | **990** |
| 10 | Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions   **10**   **1118** | | |
| 11 | **Credit for child and dependent care expenses.** Enter the **smaller** of line 9 or line 10 here and on Schedule 3 (Form 1040 or 1040-SR), line 2; or Form 1040-NR, line 47 . . . . . . . . . | **11** | **990** |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Cat. No. 11862M

Form **2441** (2019)

Form 2441 (2019)                                                                                                            Page **2**

| **Part III** | **Dependent Care Benefits** | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 12 | Enter the total amount of **dependent care benefits** you received in 2019. Amounts you received as an employee should be shown in box 10 of your Form(s) W-2. **Don't** include amounts reported as wages in box 1 of Form(s) W-2. If you were self-employed or a partner, include amounts you received under a dependent care assistance program from your sole proprietorship or partnership. | **12** | 1875 |
| 13 | Enter the amount, if any, you carried over from 2018 and used in 2019 during the grace period. See instructions | **13** | 0.00 |
| 14 | Enter the amount, if any, you forfeited or carried forward to 2020. See instructions | **14** ( | 0.00 ) |
| 15 | Combine lines 12 through 14. See instructions | **15** | 1875 |

| | | | | |
|---|---|---|---|---|
| 16 | Enter the total amount of **qualified expenses** incurred in 2019 for the care of the **qualifying person(s)** | **16** | 8668 | |
| 17 | Enter the **smaller** of line 15 or 16 | **17** | 1875 | |
| 18 | Enter your **earned income.** See instructions | **18** | 29466 | |
| 19 | Enter the amount shown below that applies to you.<br>• If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions for line 5).<br>• If married filing separately, see instructions.<br>• All others, enter the amount from line 18. | **19** | 6000 | |
| 20 | Enter the **smallest** of line 17, 18, or 19 | **20** | 1875 | |
| 21 | Enter $5,000 ($2,500 if married filing separately **and** you were required to enter your spouse's earned income on line 19) | **21** | 5000 | |

| | | | |
|---|---|---|---|
| 22 | Is any amount on line 12 from your sole proprietorship or partnership?<br>☐ **No.** Enter -0-.<br>☐ **Yes.** Enter the amount here | **22** | 0.00 |
| 23 | Subtract line 22 from line 15     **23**   1875 | | |
| 24 | **Deductible benefits.** Enter the **smallest** of line 20, 21, or 22. Also, include this amount on the appropriate line(s) of your return. See instructions | **24** | 0.00 |
| 25 | **Excluded benefits.** If you checked "No" on line 22, enter the smaller of line 20 or 21. Otherwise, subtract line 24 from the smaller of line 20 or line 21. If zero or less, enter -0- | **25** | 1875 |
| 26 | **Taxable benefits.** Subtract line 25 from line 23. If zero or less, enter -0-. Also, include this amount on Form 1040 or 1040-SR, line 1; or Form 1040-NR, line 8. On the dotted line next to Form 1040 or 1040-SR, line 1; or Form 1040-NR, line 8, enter "DCB". | **26** | 0 |

<div align="center">To claim the child and dependent care<br>credit, complete lines 27 through 31 below.</div>

| | | | |
|---|---|---|---|
| 27 | Enter $3,000 ($6,000 if two or more qualifying persons) | **27** | 6000 |
| 28 | Add lines 24 and 25 | **28** | 1875 |
| 29 | Subtract line 28 from line 27. If zero or less, **stop.** You can't take the credit. **Exception.** If you paid 2018 expenses in 2019, see the instructions for line 9 | **29** | 4125 |
| 30 | Complete line 2 on the front of this form. **Don't** include in column (c) any benefits shown on line 28 above. Then, add the amounts in column (c) and enter the total here | **30** | 6793 |
| 31 | Enter the **smaller** of line 29 or 30. Also, enter this amount on line 3 on the front of this form and complete lines 4 through 11 | **31** | 4125 |

Form **2441** (2019)

**Additional Information for**
**Child and Dependent Care Expenses**
**Form 2441**

Name(s) shown on Form 1040
KRISTEN & STEVEN PEARSON

Social security number
XXXXXX

| 2   **Additional qualifying person(s) information** | | |
|---|---|---|
| **(a)** Qualifying person's name | **(b)** Qualifying person's social security number | **(c)** Qualified expenses |
| **First**      **Last** | | |
| Holley      Collins | 1XXXXX | 0 |
| sterling      Collins | XXXXX | 0 |

**SCHEDULE C**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
## (Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| **KRISTEN PEARSON** | ✗✗✗✗✗✗✗✗✗ |

**A** Principal business or profession, including product or service (see instructions)
**PROFESSIONAL, SCIENTIFIC, & TECHNICAL SERVICES**

**B** Enter code from instructions
▶ **5 4 1 1 0 0**

**C** Business name. If no separate business name, leave blank.
**THE LAW OFFICE OF KRISTEN PEARSON**

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ **2023 W SAINT ESTEPHE CT**
City, town or post office, state, and ZIP code **HAYDEN ID 83835**

**F** Accounting method: (1) ☑ Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses   ☑ Yes ☐ No

**H** If you started or acquired this business during 2019, check here   ▶ ☑

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes ☑ No

**J** If "Yes," did you or will you file required Forms 1099?   ☐ Yes ☑ No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 2000 |
| 2 | Returns and allowances | 2 | 0.00 |
| 3 | Subtract line 2 from line 1 | 3 | 2000 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 2000 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0.00 |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 2000 |

## Part II   Expenses. Enter expenses for business use of your home *only* on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | 841.00 | 18 | Office expense (see instructions) | 18 | 368.00 |
| 9 | Car and truck expenses (see instructions) | 9 | 0 | 19 | Pension and profit-sharing plans | 19 | 0.00 |
| 10 | Commissions and fees | 10 | 0.00 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 0.00 | a | Vehicles, machinery, and equipment | 20a | 0.00 |
| 12 | Depletion | 12 | 0.00 | b | Other business property | 20b | 0.00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0 | 21 | Repairs and maintenance | 21 | 0.00 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 16.00 |
| | | | | 23 | Taxes and licenses | 23 | 0.00 |
| 14 | Employee benefit programs (other than on line 19) | 14 | 0.00 | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | 541.00 | a | Travel | 24a | 0.00 |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) | 24b | 0 |
| a | Mortgage (paid to banks, etc.) | 16a | 0.00 | 25 | Utilities | 25 | 0.00 |
| b | Other | 16b | 0.00 | 26 | Wages (less employment credits) | 26 | 0.00 |
| 17 | Legal and professional services | 17 | 0.00 | 27a | Other expenses (from line 48) | 27a | 995.00 |
| | | | | b | **Reserved for future use** | 27b | 0 |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 2761 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -761 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: | | |
| | and (b) the part of your home used for business: . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | 0 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | -761 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☑ All investment is at risk.
**32b** ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.     Cat. No. 11334P     Schedule C (Form 1040 or 1040-SR) 2019

Schedule C (Form 1040 or 1040-SR) 2019 — Page **2**

**Part III**  **Cost of Goods Sold**  (see instructions)

33  Method(s) used to value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . .  ☐ Yes  ☐ No

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 0.00 |
| 36  Purchases less cost of items withdrawn for personal use | 36 | 0.00 |
| 37  Cost of labor. Do not include any amounts paid to yourself | 37 | 0.00 |
| 38  Materials and supplies | 38 | 0.00 |
| 39  Other costs | 39 | 0.00 |
| 40  Add lines 35 through 39 | 40 | 0 |
| 41  Inventory at end of year | 41 | 0.00 |
| 42  **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 0 |

**Part IV**  **Information on Your Vehicle.**  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _____ / _____ / _____

44  Of the total number of miles you drove your vehicle during 2019, enter the number of miles you used your vehicle for:

**a** Business  0  **b** Commuting (see instructions)  0  **c** Other  0

45  Was your vehicle available for personal use during off-duty hours? . . . . ☐ Yes  ☑ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . ☐ Yes  ☑ No

47a  Do you have evidence to support your deduction? . . . . ☐ Yes  ☑ No

**b**  If "Yes," is the evidence written? . . . . ☐ Yes  ☑ No

**Part V**  **Other Expenses.**  List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| **Bestcase Bankruptcy program- 1 year** | 995.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  **Total other expenses.** Enter here and on line 27a | 995.00 |

Schedule C (Form 1040 or 1040-SR) 2019

**SCHEDULE 8812**
(Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Additional Child Tax Credit

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

1040
1040-SR
1040-NR

8812

OMB No. 1545-0074

20**19**

Attachment
Sequence No. **47**

Name(s) shown on return
KRISTEN PEARSON

Your social security number
✕✕✕✕✕

## Part I   All Filers

**Caution:** If you file Form 2555, **stop here;** you cannot claim the additional child tax credit.

| | | | | |
|---|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise: | | | |
| | **1040 and 1040-SR filers:** | Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Forms 1040 and 1040-SR, line 13a). | **1** | 8000 |
| | **1040-NR filers:** | Enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet (see the instructions for Form 1040-NR, line 49). | | |
| 2 | Enter the amount from Form 1040, line 13a; Form 1040-SR, line 13a; or Form 1040-NR, line 49 . . . . . | | **2** | 128 |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit . . . . . . . . | | **3** | 7872 |
| 4 | Number of qualifying children under 17 with the required social security number:          x $1,400. Enter the result. If zero, **stop here;** you cannot claim this credit . . . . . . . . . | | **4** | 5600 |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | | | |
| 5 | Enter the **smaller** of line 3 or line 4 . . . . . . . . . . . . . . . . . . . | | **5** | 5600 |

| | | | | |
|---|---|---|---|---|
| 6a | Earned income (see instructions) . . . . . . . . | **6a** | 29466 | |
| b | Nontaxable combat pay (see instructions) . . . . . | **6b** | 0 | |
| 7 | Is the amount on line 6a more than $2,500? | | | |
| | ☐ **No.** Leave line 7 blank and enter -0- on line 8. | | | |
| | ☑ **Yes.** Subtract $2,500 from the amount on line 6a. Enter the result . . . . | **7** | 26966 | |
| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result . . . . . . . . | | **8** | 4045 |
| | **Next.** On line 4, is the amount $4,200 or more? | | | |
| | ☐ **No.** If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the **smaller** of line 5 or line 8 on line 15. | | | |
| | ☑ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9. | | | |

## Part II   Certain Filers Who Have Three or More Qualifying Children

| | | | | |
|---|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions | | **9** | 2413 |
| 10 | **1040 and 1040-SR filers:** | Enter the total of the amounts from Schedule 1 (Form 1040 or 1040-SR), line 14, and Schedule 2 (Form 1040 or 1040-SR), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040 or 1040-SR), line 8. | **10** | 0 |
| | **1040-NR filers:** | Enter the total of the amounts from Form 1040-NR, lines 27 and 56, plus any taxes that you identified using code "UT" and entered on line 60. | | |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . | | **11** | 2413 |
| 12 | **1040 and 1040-SR filers:** | Enter the total of the amounts from Form 1040 or 1040-SR, line 18a, and Schedule 3 (Form 1040 or 1040-SR), line 11. | **12** | 4291 |
| | **1040-NR filers:** | Enter the amount from Form 1040-NR, line 67. | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . | **13** | | 0 |
| 14 | Enter the **larger** of line 8 or line 13 . . . . . . . . . . . . . . . . | **14** | | 4045 |
| | **Next,** enter the **smaller** of line 5 or line 14 on line 15. | | | |

## Part III   Additional Child Tax Credit

| | | | |
|---|---|---|---|
| 15 | **This is your additional child tax credit** . . . . . . . . . . . . . . | **15** | 4045 |

*Enter this amount on Form 1040, line 18b; Form 1040-SR, line 18b; or Form 1040-NR, line 64.*

1040
1040-SR
1040-NR ◀

**For Paperwork Reduction Act Notice, see your tax return instructions.**          Cat. No. 59761M          **Schedule 8812 (Form 1040 or 1040-SR) 2019**

Form **8959**

Department of the Treasury
Internal Revenue Service

# Additional Medicare Tax

▶ **If any line does not apply to you, leave it blank. See separate instructions.**
▶ **Attach to Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.**
▶ **Go to www.irs.gov/Form8959 for instructions and the latest information.**

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **71**

Name(s) shown on return

KRISTEN PEARSON

Your social security number
XXXXX

## Part I   Additional Medicare Tax on Medicare Wages

| | | | |
|---|---|---|---|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 . . . . . . . . | 1 | 18366 |
| 2 | Unreported tips from Form 4137, line 6 . . . . . . . . | 2 | |
| 3 | Wages from Form 8919, line 6 . . . . . . . . | 3 | |
| 4 | Add lines 1 through 3 . . . . . . . . | 4 | 18366 |
| 5 | Enter the following amount for your filing status: | | |
| | Married filing jointly . . . . . . . . $250,000 | | |
| | Married filing separately . . . . . . . . $125,000 | | |
| | Single, Head of household, or Qualifying widow(er) . . . . . $200,000 | 5 | 250000 |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- | 6 | |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II | 7 | |

## Part II   Additional Medicare Tax on Self-Employment Income

| | | | |
|---|---|---|---|
| 8 | Self-employment income from Schedule SE (Form 1040 or 1040-SR), Section A, line 4, or Section B, line 6. If you had a loss, enter -0- (Form 1040-PR or 1040-SS filers, see instructions.) | 8 | |
| 9 | Enter the following amount for your filing status: | | |
| | Married filing jointly . . . . . . . . $250,000 | | |
| | Married filing separately . . . . . . . . $125,000 | | |
| | Single, Head of household, or Qualifying widow(er) . . . . . $200,000 | 9 | 250000 |
| 10 | Enter the amount from line 4 . . . . . . . . | 10 | 18366 |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . | 11 | 231634 |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- . . . . . . . . | 12 | |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III . . . . . . . . | 13 | |

## Part III   Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation

| | | | |
|---|---|---|---|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) | 14 | |
| 15 | Enter the following amount for your filing status: | | |
| | Married filing jointly . . . . . . . . $250,000 | | |
| | Married filing separately . . . . . . . . $125,000 | | |
| | Single, Head of household, or Qualifying widow(er) . . . . . $200,000 | 15 | 250000 |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- . . . . . . . . | 16 | |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV . . . . . . . . | 17 | |

## Part IV   Total Additional Medicare Tax

| | | | |
|---|---|---|---|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040 or 1040-SR), line 8 (check box a) (Form 1040-NR, 1040-PR, or 1040-SS filers, see instructions), and go to Part V . . . . . | 18 | |

## Part V   Withholding Reconciliation

| | | | |
|---|---|---|---|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 . . . . . . . . | 19 | 457 |
| 20 | Enter the amount from line 1 . . . . . . . . | 20 | 18366 |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages . . . . . . . . | 21 | 266 |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages | 22 | 191 |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) . . . . . . . . | 23 | |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040 or 1040-SR, line 17 (Form 1040-NR, 1040-PR, or 1040-SS filers, see instructions) . . . . . . . . | 24 | 191 |

For Paperwork Reduction Act Notice, see your tax return instructions.        Cat. No. 59475X        Form **8959** (2019)

**Don't Staple**

1 6 8 2

**IDAHO** State Tax Commission

**Form 40**
**Individual Income Tax Return**

**2019**

**Amended Return?** Check the box.

See page 7 of instructions for the reasons to
amend and enter the number that applies.

State Use Only

PEA

For calendar year 2019 or fiscal year beginning                      , ending

**Please Print or Type**

| Your first name and initial | Your last name | Your Social Security number (SSN) | Deceased in 2019 |
|---|---|---|---|
| KRISTEN | PEARSON | ▨▨▨▨ | |
| Spouse's first name and initial | Spouse's last name | Spouse's Social Security number (SSN) | Deceased in 2019 |
| STEVEN R | COLLINS | ▨▨▨▨ | |

Current mailing address
2023 W SAINT ESTEPHE CT

| City | State | ZIP Code |
|---|---|---|
| HAYDEN | ID | 83835 |

Forms and instructions available at
**tax.idaho.gov**

**Filing Status.** Check only one box. **If married filing jointly or separately, enter spouse's name and Social Security number above.**

1. ☐ Single    2. ✔ Married filing jointly    3. ☐ Married filing separately    4. ☐ Head of Household    5. ☐ Qualifying widow(er) with qualifying dependents

**Household. See instructions, page 7.** If someone can claim you as a dependent, leave line 6a blank. Enter "1" on lines 6a and 6b, if they apply.

6a. Yourself  1    6b. Spouse  1    6c. Dependents  4    6d. Total Household  6

List your dependents below. If you have more than four dependents, continue on Form 39R. Enter total number on line 6c.

| Dependent's first name | Dependent's last name | Dependent's SSN | Dependent's birthdate (mm/dd/yyyy) |
|---|---|---|---|
| TOBIAS | COLLINS | ▨▨▨▨ | 02/17/2018 |
| VAUGHN | COLLINS | ▨▨▨▨ | 04/28/2016 |
| STERLING | COLLINS | ▨▨▨▨ | 07/08/2014 |
| HOLLEY | COLLINS | ▨▨▨▨ | 08/10/2012 |

**Income. See instructions, page 7.**

| | | | |
|---|---|---|---|
| 7. Enter your federal adjusted gross income from federal Form 1040 or 1040-SR, line 8b. Include a complete copy of your federal return | 7 | 35585 | 00 |
| 8. Additions from Form 39R, Part A, line 7. Include Form 39R | 8 | | 00 |
| 9. Total. Add lines 7 and 8 | 9 | 35585 | 00 |
| 10. Subtractions from Form 39R, Part B, line 23. Include Form 39R | 10 | 7673 | 00 |
| 11. Qualified business income deduction | 11 | | 00 |
| 12. **Total Adjusted Income.** Subtract lines 10 and 11 from line 9 | 12 | 27912 | 00 |

**Tax Computation. See instructions, page 8.**

**Standard Deduction for Most People**

13. Check
a. If age 65 or older ...................... ☐ Yourself ☐ Spouse
b. If blind ...................... ☐ Yourself ☐ Spouse
c. If your parent or someone else can claim you as a dependent, check here and enter zero on line 43 ....... ☐

Single or Married Filing Separately:
$12,200

Head of Household:
$18,350

Married Filing Jointly or Qualifying Widow(er):
$24,400

| | | | |
|---|---|---|---|
| 14. Itemized deductions. Include federal Schedule A. Federal limits apply | 14 | | 00 |
| 15. State and local income or general sales taxes included on federal Schedule A | 15 | | 00 |
| 16. Subtract line 15 from line 14. If you don't use federal Schedule A, enter zero | 16 | | 00 |
| 17. Standard deduction. See instructions, page 8, to determine amount if not standard | 17 | 24400 | 00 |
| 18. Subtract the **larger** of line 16 or 17 from line 12. If less than zero, enter zero | 18 | 3512 | 00 |
| 19. Idaho taxable income. Enter amount from line 18 | 19 | 3512 | 00 |
| 20. Tax from tables or rate schedule. See instructions, page 52 | 20 | 49 | 00 |

**Continue to page 2.**

**MAIL TO: Idaho State Tax Commission, PO Box 56, Boise, ID 83756-0056**
**Include a complete copy of your federal return.**

EFO00089   09-30-2019

Page 1 of 2


0 1 9 1 5 0 4 7

**IDAHO** State Tax Commission

**Form 40**   **2019**   *(continued)*

| | | | |
|---|---|---|---|
| 21. Tax amount from line 20 ................................................................ | | 21 | 49 00 |

### Credits. Limits apply. See instructions, page 9.

| | | | |
|---|---|---|---|
| 22. Income tax paid to other states. Include Form 39R and a copy of other states' returns ▪ | 22 | | 00 |
| 23. Total credits from Form 39R, Part D, line 4. Include Form 39R ................. | 23 | 10 | 00 |
| 24. Total business income tax credits from Form 44, Part I, line 9. Include Form 44 ...... | 24 | | 00 |
| 25. Idaho Child Tax Credit. Computed amount from worksheet on page 10 ............. ▪ | 25 | 820 | 00 |
| 26. **Total Credits.** Add lines 22 through 25 .......................................... | | 26 | 830 00 |
| 27. Subtract line 26 from line 21. If line 26 is more than line 21, enter zero ........... | | 27 | 00 |

### Other Taxes. See instructions, page 10.

| | | | |
|---|---|---|---|
| 28. Fuels use tax due. Include Form 75 ................................................ | | 28 | 00 |
| 29. **Sales/use tax due on untaxed purchases (online, mail order and other)** ............... ▪ | | 29 | 00 |
| 30. Total tax from recapture of income tax credits from Form 44, Part II, line 6. Include Form 44 ...... | | 30 | 00 |
| 31. Tax from recapture of qualified investment exemption (QIE). Include Form 49ER ......... ▪ | | 31 | 00 |
| 32. Permanent building fund tax. | | | |
| Check the box if you received Idaho public assistance payments for 2019 ...................... ▪ ☐ | | 32 | **10** 00 |
| 33. **Total Tax.** Add lines 27 through 32 ................................................ ▪ | | 33 | 10 00 |

### Donations. See instructions, page 10.       I want to donate to:

| | | | | |
|---|---|---|---|---|
| 34. Idaho Nongame Wildlife Fund ......... ▪ _____ | 35. Idaho Children's Trust Fund ......... ▪ _____ | | | |
| 36. Special Olympics Idaho .................. ▪ _____ | 37. Idaho Guard & Reserve Family .... ▪ _____ | | | |
| 38. American Red Cross of Idaho Fund ▪ _____ | 39. Veterans Support Fund ................ ▪ _____ | | | |
| 40. Idaho Foodbank Fund .................... ▪ _____ | 41. Opportunity Scholarship Program ▪ _____ | | | |
| 42. **Total Tax Plus Donations.** Add lines 33 through 41 ............................ | | 42 | 10 00 | |

### Payments and Other Credits.

| | | | |
|---|---|---|---|
| 43. Grocery Credit. Computed amount from worksheet on page 12 ..................... ▪ 200 | | | |
| To donate your grocery credit to the Cooperative Welfare Fund, check the box and enter zero on line 43 ☐ | | | |
| **To receive your grocery credit**, enter the computed amount on line 43 | | 43 | 200 00 |
| 44. Maintaining a home for family member age 65 or older or developmentally disabled. Include Form 39R ... | | 44 | 00 |
| 45. Special fuels tax refund _____ Gasoline tax refund _____ Include Form 75 ..... | | 45 | 00 |
| 46. Idaho income tax withheld. Include Form W-2s and any 1099s that show Idaho withholding ............. ▪ | | 46 | 154 00 |
| 47. 2019 Form 51 payments and amount applied from 2018 return ............................... | | 47 | 00 |
| 48. Pass-through income tax.   Paid by entity ▪ _____   Withheld ▪ _____   Include Form ID K-1s .... | | 48 | 00 |
| 49. Tax Reimbursement Incentive credit ▪ _____   Claim of Right credit ▪ _____   See instructions .. | | 49 | 00 |
| 50. **Total Payments and Other Credits.** Add lines 43 through 49 .......................... ▪ | | 50 | 354 00 |

### Tax Due or Refund. See instructions, page 13.

| | | | |
|---|---|---|---|
| 51. **Tax Due.** If line 42 is more than line 50, subtract line 50 from line 42 ........................ ▪ | 51 | | 00 |
| 52. Penalty _____ Interest from the due date ▪ _____ Enter total ......... | 52 | | 00 |
| Check box if penalty is caused by an unqualified Idaho medical savings account withdrawal ...... ▪ ☐ | | | |
| 53. **Total Due.** Add lines 51 and 52. Pay online or make check payable to the Idaho State Tax Commission ... ▪ | 53 | | 00 |
| 54. **Overpaid.** If line 42 is less than line 50, subtract lines 42 and 52 from line 50 ..................... | 54 | 344 | 00 |
| 55. **Refund.** Amount of line 54 to be refunded to you ..................................... ▪ 55 | | 344 | 00 |
| 56. **Estimated Tax.** Amount of line 54 to be applied to your 2020 estimated tax ............... ▪ | 56 | | 00 |

| | |
|---|---|
| 57. **Direct Deposit. See instructions, page 13.** ▪ ☐ **Check if final deposit destination is outside the U.S.** | Type of ☑ Checking Account: ☐ Savings |

▪ Routing No. `1 2 1 0 0 0 3 5 8`   ▪ Account No. `1 7 1 5 6 0 2 0 0 8`

### Amended Return Only. Complete this section to determine your tax due or refund. See instructions.

| | | | |
|---|---|---|---|
| 58. Total due (line 53) or overpaid (line 54) on this return ........................................ | | 58 | 00 |
| 59. Refund from original return plus additional refunds ......................................... ▪ | | 59 | 00 |
| 60. Tax paid with original return plus additional tax paid ....................................... | | 60 | 00 |
| 61. Amended tax due or refund. Add lines 58 and 59 then subtract line 60 ......................... | | 61 | 00 |

☐ Within 180 days of receiving this return, the Idaho State Tax Commission may discuss this return with the paid preparer identified below. Under penalties of perjury, I declare that to the best of my knowledge and belief this return is true, correct and complete. See instructions.

| Sign Here | Your signature | Spouse's signature (if a joint return, both must sign) | Date |
|---|---|---|---|
| | Paid preparer's signature | Preparer's EIN, SSN, PTIN | Taxpayer's phone number |

| Preparer's address | State | ZIP Code | Preparer's phone number |
|---|---|---|---|
| | | | |

0 1 9 1 5 2 4 7



**IDAHO**
State Tax Commission

**Form 39R**
**Resident Supplemental Schedule**

**2019**

Names as shown on return

KRISTEN PEARSON & STEVEN R COLLINS

Social Security number
XXXXX

**A.  Additions. See instructions, page 27.**

1. Federal net operating loss deduction included on Form 40, line 7 ............................................ • 1 | 00
2. Capital loss carryover incurred outside the state before becoming an Idaho resident ............ • 2 | 00
3. Non-Idaho state and local bond interest and dividends .............................................................. • 3 | 00
4. Idaho college savings account withdrawal ................................................................................. • 4 | 00
5. Bonus depreciation. Include Form 4562s ................................................................................... • 5 | 00
6. Other additions. Include explanation ......................................................................................... • 6 | 00
7. Total additions. Add lines 1 through 6. Enter here and on Form 40, line 8 .............................. • 7 | 00

**B.  Subtractions. See instructions, page 28.**

1. Idaho net operating loss carryover          •

Idaho net operating loss carryback          •          Enter total here .............................. 1 | 00
2. State income tax refund, if included in federal income ................................................................ • 2 | 00
3. Interest from U.S. government obligations .................................................................................. • 3 | 00
4. Energy efficiency upgrades ........................................................................................................ • 4 | 00
5. Alternative energy device deduction

| | Year Acquired | Type of Device | Total Cost | Percentage | | | |
|---|---|---|---|---|---|---|---|
| a. | 2019 | | $ | X  40%  = | 5a • | 00 | |
| b. | 2018 | | $ | X  20%  = | 5b • | 00 | |
| c. | 2017 | | $ | X  20%  = | 5c • | 00 | |
| d. | 2016 | | $ | X  20%  = | 5d • | 00 | |

e. Add lines 5a through 5d. Can't exceed $5,000 ................................................... • 5e | 00
6. Child/dependent care. Complete worksheet on page 29 and include federal Form 2441 ...... • 6 | 4125 00
7. Social Security and railroad benefits, if included in federal income ........................................ • 7 | 3548 00
8. Retirement benefits deduction

a. If single, enter $34,332 or if married filing jointly, enter $51,498 ... • 8a | 00
b. Federal Railroad Retirement benefits received .......................... • 8b | 00
c. Social Security benefits received ................................................ • 8c | 00
d. Line 8a minus lines 8b and 8c. If less than zero, enter zero ....... 8d | 00
e. Qualified retirement benefits included in federal income .......... • 8e | 00
f. Enter the smaller of line 8d or 8e here .............................................................. • 8f | 00
9. Technological equipment donation ............................................................................................ • 9 | 00
10. Idaho capital gains deduction. Include Form CG ..................................................................... • 10 | 00
11. Active duty military pay earned outside of Idaho ...................................................................... • 11 | 00
12. Adoption expenses .................................................................................................................... • 12 | 00
13. Idaho medical savings account. Contributions                      Interest

Financial Institution                      Account number ............................................... • 13 | 00
14. Idaho college savings program ................................................................................................. • 14 | 00
15. Maintaining a home for the aged or developmentally disabled ................................................. • 15 | 00
16. Idaho lottery winnings, less than $600 per prize ...................................................................... • 16 | 00
17. Income earned on a reservation by an American Indian ........................................................... • 17 | 00

**IDAHO** State Tax Commission

**Form 39R   2019**   *(continued)*

| Names as shown on return | Social Security number |
|---|---|
| KRISTEN PEARSON & STEVEN R COLLINS | 559710977 |

| | | | |
|---|---|---|---|
| 18. Health insurance premiums ............................................ | 18 | | 00 |
| 19. Long-term care insurance ............................................... | 19 | | 00 |
| 20. Workers' compensation insurance ................................... | 20 | | 00 |
| 21. Bonus depreciation. Include Form 4562s ......................... | 21 | | 00 |
| 22. Other subtractions. Include explanation ........................... | 22 | | 00 |
| 23. Total subtractions. Add lines 1 through 4, 5e through 7 and 8f through 22. Enter here and on Form 40, line 10 ........................ | 23 | 7673 | 00 |

**C.   Credit for income tax paid to other states. See instructions, page 35.**

This credit is being claimed for taxes paid to: ▪ _____ (State name)

| | | | | |
|---|---|---|---|---|
| 1. Idaho tax, Form 40, line 20 ......................................... | 1 | | 00 | Include a copy of the income tax return and **a separate Form 39R** for each state for which a credit is claimed. |
| 2. Federal adjusted gross income earned in other state adjusted for Idaho modifications. See instructions ........... | 2 | | 00 | |
| 3. Idaho adjusted income. See instructions ..................... | 3 | | 00 | |
| 4. Divide line 2 by line 3. Enter percentage here ............ | 4 | | % | |
| 5. Multiply line 1 by line 4. Enter amount here | 5 | | 00 | |
| 6. Other state's tax due minus its income tax credits | 6 | | 00 | |
| 7. Enter the smaller of lines 5 or 6 here and on Form 40, line 22 ......... | 7 | | 00 | |

**D.   Credits for Idaho educational entity and Idaho youth and rehabilitation facility contributions, and live organ donation expenses. See instructions, page 36.**

| | | | |
|---|---|---|---|
| 1. Credit for Idaho educational entity contributions ........................ | 1 | | 00 |
| 2. Credit for Idaho youth and rehabilitation facility contributions .......... | 2 | 10 | 00 |
| 3. Credit for live organ donation expenses ................................... | 3 | | 00 |
| 4. Total credits. Add lines 1 through 3. Enter total here and on Form 40, line 23 .......... | 4 | 10 | 00 |

**E.   Maintaining a home for a family member age 65 or older or a family member with a developmental disability. See instructions, page 37.**

1. Did you maintain a home for an immediate family member age 65 or older (not including you and your spouse) and provide more than one-half of that person's support? .................. ☐ Yes  ☑ No

2. Did you maintain a home for an immediate family member with a developmental disability (including you and your spouse) and provide more than one-half of that person's support? .... ☐ Yes  ☑ No

3. List each family member you're claiming:

| Family Member's Name | | Family Member's Social Security Number | Relationship to Person Filing Return | Family Member's Birthdate (mm/dd/yyyy) | Check here if Developmentally Disabled |
|---|---|---|---|---|---|
| First Name | Last Name | | | | |
| | | | | | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |

| | | |
|---|---|---|
| 4. Total amount claimed ($100 for each qualifying member but not more than $300). Enter here and on Form 40, line 44. (Credit can't be claimed if you took $1,000 deduction on Part B, line 15.) | 4 | 00 |

**F.   Dependents: (Continued from Form 40, page 1, line 6)**

| First Name | Last Name | Social Security Number | Birthdate (mm/dd/yyyy) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

credit karma | TAX

# Kristen's 2020 Tax Packet

Audit Defense Policy

Federal Tax Return

State Tax Return

Kristen Pearson

credit karma | TAX

# Audit Defense Policy

Defense code: C4B4-RHCI-2020

Thanks for filing with Credit Karma Tax! We hope you won't need these instructions. But if you do get audited on your 2020 return, we've partnered with the pros at Tax Protection Plus to help you through it – all for free! Here's what you'll need:

## Instructions

1. Call Tax Protection Plus toll-free at **877-579-5602**.
   - Make the call **within 30 days** of hearing from the IRS or the state.
   - If you'd prefer to have them call you, send an email to: cases@taxprotectionplus.com.
   - Make the subject line: Audit Defense Redemption.
   - Include your name, phone number, and the best time to reach you (within their business hours).
2. You'll have to provide some personal info to get started, as well as:
   - Your Defense code: C4B4-RHCI-2020
   - The tax return year: 2020
   - Whether it's a federal (IRS) or state audit
3. You'll get an email with a secure link to upload your tax return and the audit notice you received.

## Policy Details

Your Audit Defense expires one year after 04/15/2021 or your e-file date (whichever is later). If you're not sure when you e-filed, you can find the date on your Credit Karma Tax dashboard.

Your Tax Year 2019 audit defense (Code = CLGS-U2RQ-2019) has been extended until 04/15/2022.

Your Tax Year 2018 audit defense (Code = CA2M-CW4Q) has been extended until 04/15/2022.

For more details about Audit Defense, visit https://www.creditkarma.com/tax/programterms#3.

Kristen Pearson

Form **1040**

Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**   **2020**   OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single   ☑ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | |
|---|---|---|
| KRISTEN | PEARSON | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| STEVEN R | COLLINS | |

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
2023 W SAINT ESTEPHE CT

City, town, or post office. If you have a foreign address, also complete spaces below.   State **ID**   ZIP code **83835**
HAYDEN

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal code

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?   ☐ Yes   ☑ No

**Standard Deduction**   Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   **You:** ☐ Were born before January 2, 1956   ☐ Are blind   **Spouse:** ☐ Was born before January 2, 1956   ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| TOBIAS S COLLINS | 2 0 9 4 5 9 4 3 1 | SON | ☑ | ☐ |
| VAUGHN COLLINS | 0 9 5 3 1 2 1 6 9 | SON | ☑ | ☐ |
| STERLING COLLINS | 6 5 1 6 5 8 4 9 2 | SON | ☑ | ☐ |
| HOLLEY COLLINS | 1 1 7 4 3 8 6 4 4 | DAUGHTER | ☑ | ☐ |

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 22388 |
| 2a | Tax-exempt interest . . . 2a | **b** Taxable interest . . . 2b | |
| 3a | Qualified dividends . . . 3a | **b** Ordinary dividends . . . 3b | |
| 4a | IRA distributions . . . 4a | **b** Taxable amount . . . 4b | |
| 5a | Pensions and annuities . . . 5a | **b** Taxable amount . . . 5b | |
| 6a | Social security benefits . . . 6a 13416 | **b** Taxable amount . . . 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 7 | |
| 8 | Other income from Schedule 1, line 9 | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 9 | 22388 |

**Standard Deduction for—**
• Single or Married filing separately, $12,400
• Married filing jointly or Qualifying widow(er), $24,800
• Head of household, $18,650
• If you checked any box under *Standard Deduction,* see instructions.

| | | | |
|---|---|---|---|
| 10 | Adjustments to income: | | |
| a | From Schedule 1, line 22 . . . 10a | | |
| b | Charitable contributions if you take the standard deduction. See instructions 10b | | |
| c | Add lines 10a and 10b. These are your **total adjustments to income** . . . ▶ | 10c | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** . . . ▶ | 11 | 22388 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 24800 |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 24800 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . | 15 | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2020)

Form 1040 (2020)                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ | | 16 | |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | |
| 19 | Child tax credit or credit for other dependents | | 19 | |
| 20 | Amount from Schedule 3, line 7 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 23 | |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | | 26 | |
| 27 | Earned income credit (EIC) | 27 | 6660 | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | 2983 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | | |
| 31 | Amount from Schedule 3, line 13 | 31 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | | 32 | 9643 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | 33 | 9643 |
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 9643 |
| 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 35a | 9643 |

• If you have a qualifying child, attach Sch. EIC.

• If you have nontaxable combat pay, see instructions.

**Refund**

Direct deposit? See instructions.

▶ b  Routing number | 1 2 1 0 0 0 3 5 8 | ▨▨▨▨▨▨▨ | ☐ Savings

▶ d  1 7 1 5 6 0 2 0 0 8

| 36 | ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨ d tax ▶ | 36 | |

**Amount You Owe**

For details on how to pay, see instructions.

| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | 37 | |

**Note:** Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details.

| 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶   ☐ **Yes. Complete below.**   ☐ **No**

Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature | Date | Your occupation
ASSISTANT
| | | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation
OTHER
| | | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. | Email address

**Paid Preparer Use Only**

Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed

Firm's name ▶ | | Phone no. ▶

Firm's address ▶ | | Firm's EIN ▶

Go to *www.irs.gov/Form1040* for instructions and the latest information.                           Form **1040** (2020)

**SCHEDULE EIC**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Earned Income Credit
Qualifying Child Information

▶ Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.
▶ Go to *www.irs.gov/ScheduleEIC* for the latest information.

OMB No. 1545-0074

1040
1040-SR
EIC

20**20**

Attachment
Sequence No. **43**

Name(s) shown on return

KRISTEN PEARSON

Your social security number

XXXXXXXXX

*Before you begin:*

- See the instructions for Form 1040 or 1040-SR, line 27, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.

- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.



**CAUTION**

- *You can't claim the EIC for a child who didn't live with you for more than half of the year*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child*

## Qualifying Child Information

| | **Child 1** | **Child 2** | **Child 3** |
|---|---|---|---|
| **1 Child's name**<br>If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name<br><br>sterling Collins | First name<br><br>Tobias S Collins | First name<br><br>Vaughn Collins |

**2 Child's SSN**

The child must have an SSN as defined in the instructions for Form 1040 or 1040-SR, line 27, unless the child was born and died in 2020. If your child was born and died in 2020 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth.

| XXXXXXXXX2 | XXXXXXXXX | XXXXXXXXX |
|---|---|---|

**3 Child's year of birth**

| Year **2 0 1 4**<br>*If born after 2001 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year **2 0 1 8**<br>*If born after 2001 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year **2 0 1 6**<br>*If born after 2001 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
|---|---|---|

**4 a** Was the child under age 24 at the end of 2020, a student, and younger than you (or your spouse, if filing jointly)?

| ☐ Yes.<br>*Go to line 5.* | ☐ No.<br>*Go to line 4b.* | ☐ Yes.<br>*Go to line 5.* | ☐ No.<br>*Go to line 4b.* | ☐ Yes.<br>*Go to line 5.* | ☐ No.<br>*Go to line 4b.* |
|---|---|---|---|---|---|

**b** Was the child permanently and totally disabled during any part of 2020?

| ☐ Yes.<br>*Go to line 5.* | ☐ No.<br>The child is not a qualifying child. | ☐ Yes.<br>*Go to line 5.* | ☐ No.<br>The child is not a qualifying child. | ☐ Yes.<br>*Go to line 5.* | ☐ No.<br>The child is not a qualifying child. |
|---|---|---|---|---|---|

**5 Child's relationship to you**

(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.)

| SON | SON | SON |
|---|---|---|

**6 Number of months child lived with you in the United States during 2020**

- If the child lived with you for more tha half of 2020 but less than 7 months, enter "7."

- If the child was born or died in 2020 an your home was the child's home for more than half the time he or she was alive during 2020, enter "12."

| **12** months<br>*Do not enter more than 12 months.* | **12** months<br>*Do not enter more than 12 months.* | **12** months<br>*Do not enter more than 12 months.* |
|---|---|---|

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 13339M

Schedule EIC (Form 1040) 2020

# Purpose of Schedule

After you have figured your earned income credit (EIC), use Schedule EIC to give the IRS information about your qualifying child(ren).

To figure the amount of your credit or to have the IRS figure it for you, see the instructions for Form 1040 or 1040-SR, line 27.

**Taking the EIC when not eligible.** If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

**Future developments.** For the latest information about developments related to Schedule EIC (Form 1040 or 1040-SR) and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/ScheduleEIC*.

 *You may also be able to take the additional child tax credit if your child was your dependent and under age 17 at the end of 2020. For more details, see the instructions for line 28 of Form 1040 or 1040-SR.*

# Qualifying Child

## A qualifying child for the EIC is a child who is your . . .

Son, daughter, stepchild, eligible foster child, brother, sister, stepbrother, stepsister, half brother, half sister, or a descendant of any of them (for example, your grandchild, niece, or nephew)



**was . . .**

Under age 19 at the end of 2020 and younger than you (or your spouse, if filing jointly)
or
Under age 24 at the end of 2020, a student, and younger than you (or your spouse, if filing jointly)
or
Any age and permanently and totally disabled



Who is not filing a joint return for 2020
or is filing a joint return for 2020 only to claim
a refund of withheld income tax or estimated tax paid



Who lived with you in the United States for more than half of 2020.

 *You can't claim the EIC for a child who didn't live with you for more than half of the year, even if you paid most of the child's living expenses. The IRS may ask you for documents to show you lived with each qualifying child. Documents you might want to keep for this purpose include school and child care records and other records that show your child's address.*

 *If the child didn't live with you for more than half of the year because of a temporary absence, birth, death, or kidnapping, see* Exception to time lived with you *in the instructions for Form 1040 or 1040-SR, line 27.*

 *If the child was married or meets the conditions to be a qualifying child of another person (other than your spouse, if filing a joint return), special rules apply. For details, see* Married child *or* Qualifying child of more than one person *in the instructions for Form 1040 or 1040-SR, line 27.*

**SCHEDULE 8812**
**(Form 1040)**

# Additional Child Tax Credit

▶ **Attach to Form 1040, 1040-SR, or 1040-NR.**
▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service (99)

1040
1040-SR
1040-NR

8812

OMB No. 1545-0074

20**20**

Attachment
Sequence No. **47**

Name(s) shown on return
KRISTEN PEARSON

Your social security number
XXXXX

| Part I | All Filers |
|---|---|

**Caution:** If you file Form 2555, **stop here;** you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| 1 | If you are required to use the worksheet in Pub. 972, enter the amount from line 10 of the Child Tax Credit and Credit for Other Dependents Worksheet in the publication. Otherwise, enter the amount from line 8 of your Child Tax Credit and Credit for Other Dependents Worksheet. (See the instructions for Forms 1040 and 1040-SR, line 19, or the instructions for Form 1040-NR, line 19.) | 1 | 8000 |
| 2 | Enter the amount from line 19 of your Form 1040, Form 1040-SR, or Form 1040-NR . | 2 | 0 |
| 3 | Subtract line 2 from line 1. If zero, **stop here;** you cannot claim this credit . . . . . . | 3 | 8000 |
| 4 | Number of qualifying children under 17 with the required social security number: **4** x $1,400. Enter the result. If zero, **stop here;** you cannot claim this credit . . . . . . . . . | 4 | 5600 |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 1 of the Child Tax Credit and Credit for Other Dependents Worksheet. | | |
| 5 | Enter the **smaller** of line 3 or line 4 . . . . . . . . . . . . . . . . . . | 5 | 5600 |

| 6a | Earned income (see instructions) . . . . . . . . | 6a | 22388 |
| b | Nontaxable combat pay (see instructions) . . . . | 6b | 0 |

| 7 | Is the amount on line 6a more than $2,500? |
| | ☐ **No.** Leave line 7 blank and enter -0- on line 8. |
| | ☑ **Yes.** Subtract $2,500 from the amount on line 6a. Enter the result . . . . . | 7 | 19888 |

| 8 | Multiply the amount on line 7 by 15% (0.15) and enter the result . . . . . . . . . . | 8 | 2983 |

**Next.** On line 4, is the amount $4,200 or more?

☐ **No.** If line 8 is zero, **stop here;** you cannot claim this credit. Otherwise, skip Part II and enter the **smaller** of line 5 or line 8 on line 15.

☑ **Yes.** If line 8 is equal to or more than line 5, skip Part II and enter the amount from line 5 on line 15. Otherwise, go to line 9.

| Part II | Certain Filers Who Have Three or More Qualifying Children |
|---|---|

| | | | |
|---|---|---|---|
| 9 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 1713 |
| 10 | Enter the total of the amounts from Schedule 1 (Form 1040), line 14, and Schedule 2 (Form 1040), line 5, plus any taxes that you identified using code "UT" and entered on Schedule 2 (Form 1040), line 8 . . . . . . . . . . . . . . . . . | 10 | 0 |
| 11 | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . | 11 | 1713 |
| 12 | **1040 and** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, **1040-SR filers:** and Schedule 3 (Form 1040), line 10. 
**1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 10. | 12 | 6660 |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . . . . . | 13 | 0 |
| 14 | Enter the **larger** of line 8 or line 13 . . . . . . . . . . . . . . . . . | 14 | 2983 |

**Next,** enter the **smaller** of line 5 or line 14 on line 15.

| Part III | Additional Child Tax Credit |
|---|---|

| | | | |
|---|---|---|---|
| 15 | **This is your additional child tax credit** . . . . . . . . . . . . . . . | 15 | 2983 |

1040
1040-SR
1040-NR ◀

*Enter this amount on
Form 1040, line 28;
Form 1040-SR, line 28; or
Form 1040-NR, line 28.*

**For Paperwork Reduction Act Notice, see your tax return instructions.**   Cat. No. 59761M   **Schedule 8812 (Form 1040) 2020**

## Social Security Benefits Worksheet—Lines 6a and 6b

*Keep for Your Records* 

| | |
|---|---|
| **Before you begin:** | ✓ Figure any write-in adjustments to be entered on the dotted line next to Schedule 1, line 22 (see the instructions for Schedule 1, line 22). |
| | ✓ If you are married filing separately and you lived apart from your spouse for all of 2020, enter "D" to the right of the word "benefits" on line 6a. If you don't, you may get a math error notice from the IRS. |
| | ✓ Be sure you have read the *Exception* in the line 6a and 6b instructions to see if you can use this worksheet instead of a publication to find out if any of your benefits are taxable. |

1. Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099.** Also enter this amount on Form 1040 or 1040-SR, line 6a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1.** `13416`

2. Multiply line 1 by 50% (0.50) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2.** `6708`

3. **Combine** the amounts from Form 1040 or Form 1040-SR, lines 1, 2b, 3b, 4b, 5b, 7, and 8 . . . . . . **3.** `22388`

4. Enter the amount, if any, from Form 1040 or 1040-SR, line 2a . . . . . . . . . . . . . . . . . . . . . . . **4.** `0`

5. Combine lines 2, 3, and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5.** `29096`

6. Enter the total of the amounts from Form 1040 or 1040-SR, line 10b, Schedule 1, lines 10 through 19, plus any write-in adjustments you entered on the dotted line next to Schedule 1, line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6.** `0`

7. Is the amount on line 6 less than the amount on line 5?

   ☐ **No.** STOP None of your social security benefits are taxable. Enter -0- on Form 1040 or 1040-SR, line 6b.

   ☑ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** `29096`

8. If you are:
   - Married filing jointly, enter $32,000
   - Single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2020, enter $25,000
   - Married filing separately and you lived with your spouse at any time in 2020, skip lines 8 through 15; multiply line 7 by 85% (0.85) and enter the result on line 16. Then, go to line 17 . . . . . . . . . . . . . . . **8.** `32000`

9. Is the amount on line 8 less than the amount on line 7?

   ☑ **No.** STOP None of your social security benefits are taxable. Enter -0- on Form 1040 or 1040-SR, line 6b. If you are married filing separately and you **lived apart** from your spouse for all of 2020, be sure you entered "D" to the right of the word "benefits" on line 6a.

   ☐ **Yes.** Subtract line 8 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9.** `0`

10. Enter: $12,000 if married filing jointly; $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **10.** `12000`

11. Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . **11.** `0`

12. Enter the **smaller** of line 9 or line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **12.** `0`

13. Enter one-half of line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13.** `0`

14. Enter the **smaller** of line 2 or line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **14.** `0`

15. Multiply line 11 by 85% (0.85). If line 11 is zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . . **15.** `0`

16. Add lines 14 and 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **16.** `0`

17. Multiply line 1 by 85% (0.85) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17.** `0`

18. **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17. Also enter this amount on Form 1040 or 1040-SR, line 6b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **18.** `0`

**TIP** *If any of your benefits are taxable for 2020 and they include a lump-sum benefit payment that was for an earlier year, you may be able to reduce the taxable amount. See Lump-Sum Election in Pub. 915 for details.*

**Don't Staple**

1 6 8 2

**IDAHO** State Tax Commission

**Form 40**
**Individual Income Tax Return**

**2020**

**Amended Return?** Check the box.

See page 7 of instructions for the reasons to amend and enter the number that applies.

State Use Only

PEA

For calendar year 2020 or fiscal year beginning _____ , ending _____

**Please Print or Type**

| | |
|---|---|
| Your first name and initial | Your last name |
| KRISTEN | PEARSON |
| Spouse's first name and initial | Spouse's last name |
| STEVEN R | COLLINS |
| Current mailing address | |
| 2023 W SAINT ESTEPHE CT | |

Your Social Security number (SSN)
Deceased in 2020

Spouse's Social Security number (SSN)
Deceased in 2020

City   HAYDEN          State  ID   ZIP Code  83835

Forms and instructions available at
**tax.idaho.gov**

**Filing Status.** Check only one box. **If married filing jointly or separately, enter spouse's name and Social Security number above.**

1. Single   2. ✔ Married filing jointly   3. Married filing separately   4. Head of Household   5. Qualifying widow(er) with qualifying dependents

**Household. See instructions, page 7.** If someone can claim you as a dependent, leave line 6a blank. Enter "1" on lines 6a and 6b, if they apply.

6a. Yourself  1   6b. Spouse  1   6c. Dependents  4   6d. Total Household  6

List your dependents below. If you have more than four dependents, continue on Form 39R. Enter total number on line 6c.

| Dependent's first name | Dependent's last name | Dependent's SSN | Dependent's birthdate (mm/dd/yyyy) |
|---|---|---|---|
| STERLING | COLLINS | | 07/08/2014 |
| TOBIAS | COLLINS | | 02/17/2018 |
| VAUGHN | COLLINS | | 04/28/2016 |
| HOLLEY | COLLINS | | 08/10/2012 |

**Income. See instructions, page 7.**

| | | | |
|---|---|---|---|
| 7. | Enter your federal adjusted gross income from federal Form 1040 or 1040-SR, line 8b. Include a complete copy of your federal return .......... | 7 | 22388 00 |
| 8. | Additions from Form 39R, Part A, line 7. Include Form 39R ........ | 8 | 00 |
| 9. | Total. Add lines 7 and 8 ........ | 9 | 22388 00 |
| 10. | Subtractions from Form 39R, Part B, line 24. Include Form 39R ...... | 10 | 4466 00 |
| 11. | Qualified business income deduction ........ | 11 | 00 |
| 12. | **Total Adjusted Income.** Subtract lines 10 and 11 from line 9 ........ | 12 | 17922 00 |

**Tax Computation. See instructions, page 8.**

**Standard Deduction for Most People**

13. Check   a. If age 65 or older .................. ■ Yourself ■ Spouse
   b. If blind .................. ■ Yourself ■ Spouse
   c. If your parent or someone else can claim you as a dependent, check here and enter zero on line 43 ....... ■

Single or Married Filing Separately: $12,400

Head of Household: $18,650

Married Filing Jointly or Qualifying Widow(er): $24,800

| | | | |
|---|---|---|---|
| 14. | Itemized deductions. Include federal Schedule A. Federal limits apply .......... | 14 | 00 |
| 15. | State and local income or general sales taxes included on federal Schedule A .......... | 15 | 00 |
| 16. | Subtract line 15 from line 14. If you don't use federal Schedule A, enter zero | 16 | 00 |
| 17. | Standard deduction. See instructions, page 8, to determine amount if not standard ...... | 17 | 24800 00 |
| 18. | Subtract the **larger** of line 16 or 17 from line 12. If less than zero, enter zero ....... | 18 | 00 |
| 19. | Idaho taxable income. Enter amount from line 18 .......... | 19 | 00 |
| 20. | Tax from tables or rate schedule. See instructions, page 52 .......... | 20 | NRF 00 |

**Continue to page 2.**

**MAIL TO:** Idaho State Tax Commission, PO Box 56, Boise, ID 83756-0056
**Include a complete copy of your federal return.**

EFO00089   09-08-2020



0 2 0 1 5 0 4 7

**IDAHO** State Tax Commission        **Form 40**   **2020**   *(continued)*

| | | | |
|---|---|---|---|
| 21. Tax amount from line 20 ................................................................................ | 21 | | 00 |

**Credits. Limits apply. See instructions, page 9.**

| | | | |
|---|---|---|---|
| 22. Income tax paid to other states. Include Form 39R and a copy of other states' returns ▪ 22 | 00 | | |
| 23. Total credits from Form 39R, Part D, line 4. Include Form 39R ................................ 23 | 00 | | |
| 24. Total business income tax credits from Form 44, Part I, line 10. Include Form 44 ...... 24 | 00 | | |
| 25. Idaho Child Tax Credit. Computed amount from worksheet on page 10 .................. ▪ 25 | 00 | | |
| 26. **Total Credits.** Add lines 22 through 25 | 26 | | 00 |
| 27. Subtract line 26 from line 21. If line 26 is more than line 21, enter zero ............................... | 27 | | 00 |

**Other Taxes. See instructions, page 10.**

| | | | |
|---|---|---|---|
| 28. Fuels use tax due. Include Form 75 ................................................................................ | 28 | | 00 |
| 29. **Sales/use tax due on untaxed purchases (online, mail order and other)** ...................... ▪ | 29 | | 00 |
| 30. Total tax from recapture of income tax credits from Form 44, Part II, line 6. Include Form 44 ............ | 30 | | 00 |
| 31. Tax from recapture of qualified investment exemption (QIE). Include Form 49ER ............................... ▪ | 31 | | 00 |
| 32. Permanent building fund tax. | | | |
|     Check the box if you received Idaho public assistance payments for 2020 ............................ ▪ ✔ | 32 | **10** | 00 |
| 33. **Total Tax.** Add lines 27 through 32 ........................................................................ ▪ | 33 | | 00 |

**Donations. See instructions, page 10.**      I want to donate to:

| | | | |
|---|---|---|---|
| 34. Idaho Nongame Wildlife Fund ......... ▪ | 35. Idaho Children's Trust Fund ......... ▪ | | |
| 36. Special Olympics Idaho .................. ▪ | 37. Idaho Guard & Reserve Family .... ▪ | | |
| 38. American Red Cross of Idaho Fund ▪ | 39. Veterans Support Fund ................. ▪ | | |
| 40. Idaho Foodbank Fund ..................... ▪ | 41. Opportunity Scholarship Program ▪ | | |
| 42. **Total Tax Plus Donations.** Add lines 33 through 41............................................... | 42 | | 00 |

**Payments and Other Credits.**

| | | | |
|---|---|---|---|
| 43. Grocery Credit. Computed amount from worksheet on page 12 .................................. ▪ 100 | | | |
|     To donate your grocery credit to the Cooperative Welfare Fund, check the box and enter zero on line 43 ▪ | | | |
|     **To receive your grocery credit,** enter the computed amount on line 43 ................ ▪ | 43 | 100 | 00 |
| 44. Maintaining a home for family member age 65 or older or developmentally disabled. Include Form 39R ... ▪ | 44 | | 00 |
| 45. Special fuels tax refund      Gasoline tax refund      Include Form 75 ..... | 45 | | 00 |
| 46. Idaho income tax withheld. Include Form W-2s and any 1099s that show Idaho withholding ............ ▪ | 46 | 2 | 00 |
| 47. 2020 Form 51 payments and amount applied from 2019 return ........................................ ▪ | 47 | | 00 |
| 48. Pass-through income tax.   Paid by entity ▪      Withheld ▪      Include Form ID K-1s .... | 48 | | 00 |
| 49. Tax Reimbursement Incentive credit ▪      Claim of Right credit ▪      See instructions .. | 49 | | 00 |
| 50. **Total Payments and Other Credits.** Add lines 43 through 49 ........................................ | 50 | 102 | 00 |

**Tax Due or Refund. See instructions, page 13.**

| | | | |
|---|---|---|---|
| 51. **Tax Due.** If line 42 is more than line 50, subtract line 50 from line 42 .......................... ▪ 51 | | | 00 |
| 52. Penalty _____ Interest from the due date ▪ _____ Enter total ........................... | 52 | | 00 |
|     Check box if penalty is caused by an unqualified Idaho medical savings account withdrawal ...... ▪ | | | |
| 53. **Total Due.** Add lines 51 and 52. Pay online or make check payable to the Idaho State Tax Commission ... ▪ | 53 | | 00 |
| 54. **Overpaid.** If line 42 is less than line 50, subtract lines 42 and 52 from line 50 .................... | 54 | 102 | 00 |
| 55. **Refund.** Amount of line 54 to be refunded to you ................................................ ▪ 55 | | 102 | 00 |
| 56. **Estimated Tax.** Amount of line 54 to be applied to your 2021 estimated tax ........................ ▪ | 56 | | 00 |

57. **Direct Deposit. See instructions, page 13.** ▪      **Check if final deposit destination is outside the U.S.**

     Type of   ✔ Checking
     Account: ▪   Savings

▪ Routing No.   1 2 1 0 0 0 3 5 8    ▪ Account N⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**Amended Return Only. Complete this section to determine your tax due or refund. See instructions.**

| | | | |
|---|---|---|---|
| 58. Total due (line 53) or overpaid (line 54) on this return ........................................ ▪ | 58 | | 00 |
| 59. Refund from original return plus additional refunds ............................................ ▪ | 59 | | 00 |
| 60. Tax paid with original return plus additional tax paid ............................................ ▪ | 60 | | 00 |
| 61. Amended tax due or refund. Add lines 58 and 59 then subtract line 60 .......................... ▪ | 61 | | 00 |

▪    Within 180 days of receiving this return, the Idaho State Tax Commission may discuss this return with the paid preparer identified below.
▪    Under penalties of perjury, I declare that to the best of my knowledge and belief this return is true, correct, and complete. See instructions.

**Sign Here**

| Your signature | Spouse's signature (if a joint return, both must sign) | Date |
|---|---|---|
| | | |

| Paid preparer's signature | Preparer's EIN, SSN, PTIN | Taxpayer's phone number |
|---|---|---|
| | | |

| Preparer's address | State | ZIP Code | Preparer's phone number |
|---|---|---|---|
| | | | |

EFO00089      09-08-2020

0 2 0 1 5 2 4 7



**IDAHO**
State Tax Commission

**Form 39R**
**Resident Supplemental Schedule**

**2020**

Names as shown on return
KRISTEN PEARSON & STEVEN R COLLINS

Social Security number
XXXX

**A. Additions. See instructions, page 27.**

1. Federal net operating loss deduction included on Form 40, line 7 ........................................... ▪ 1 | 00
2. Capital loss carryover incurred outside the state before becoming an Idaho resident ............ ▪ 2 | 00
3. Non-Idaho state and local bond interest and dividends .............................................................. ▪ 3 | 00
4. Idaho college savings account withdrawal ................................................................................... ▪ 4 | 00
5. Bonus depreciation. Include Form 4562s .................................................................................... ▪ 5 | 00
6. Other additions. Include explanation .......................................................................................... ▪ 6 | 00
7. Total additions. Add lines 1 through 6. Enter here and on Form 40, line 8 ............................... ▪ 7 | 00

**B. Subtractions. See instructions, page 28.**

1. Idaho net operating loss carryover ▪

    Idaho net operating loss carryback ▪          Enter total here ............................... 1 | 00
2. State income tax refund, if included in federal income ............................................................. ▪ 2 | 00
3. Interest from U.S. government obligations ................................................................................. ▪ 3 | 00
4. Energy efficiency upgrades ........................................................................................................ ▪ 4 | 00
5. Alternative energy device deduction

| | Year Acquired | Type of Device | Total Cost | | Percentage | | | | |
|---|---|---|---|---|---|---|---|---|---|
| a. | 2020 | | $ | X | 40% | = | 5a ▪ | | 00 |
| b. | 2019 | | $ | X | 20% | = | 5b ▪ | | 00 |
| c. | 2018 | | $ | X | 20% | = | 5c ▪ | | 00 |
| d. | 2017 | | $ | X | 20% | = | 5d ▪ | | 00 |

    e. Add lines 5a through 5d. Can't exceed $5,000 .................................................... ▪ 5e | 00
6. Child/dependent care. Complete worksheet on page 29 and include federal Form 2441 ...... ▪ 6 | 4466 00
7. Social Security and railroad benefits, if included in federal income ........................................ ▪ 7 | 00
8. Retirement benefits deduction

    a. If single, enter $36,132 or if married filing jointly, enter $54,198 ... ▪ 8a | 00
    b. Federal Railroad Retirement benefits received .......................... ▪ 8b | 00
    c. Social Security benefits received ............................................... ▪ 8c | 00
    d. Line 8a minus lines 8b and 8c. If less than zero, enter zero ....... 8d | 00
    e. Qualified retirement benefits included in federal income .......... ▪ 8e | 00
    f. Enter the smaller of line 8d or 8e here ....................................... ▪ 8f | 00
9. Technological equipment donation ............................................................................................ ▪ 9 | 00
10. Idaho capital gains deduction. Include Form CG .................................................................... ▪ 10 | 00
11. Active duty military pay earned outside of Idaho ..................................................................... ▪ 11 | 00
12. Adoption expenses ................................................................................................................... ▪ 12 | 00
13. Idaho medical savings account. Contributions                    Interest

    Financial Institution                    Account number ......................................... ▪ 13 | 00
14. Idaho college savings program ............................................................................................... ▪ 14 | 00
15. Maintaining a home for the aged or developmentally disabled ............................................... ▪ 15 | 00
16. Idaho lottery winnings, less than $600 per prize .................................................................... ▪ 16 | 00
17. Income earned on a reservation by an American Indian .......................................................... ▪ 17 | 00

EFO00088     07-13-2020                                                                                                          Page 1 of 2

**IDAHO** State Tax Commission

**Form 39R** **2020** ☒☒☒☒

Names as shown on return
KRISTEN PEARSON & STEVEN R COLLINS

Social Security number
☒☒☒☒

| | | | |
|---|---|---:|---:|
| 18. Health insurance premiums ............................................................. | ▪ | 18 | 00 |
| 19. Long-term care insurance ............................................................... | ▪ | 19 | 00 |
| 20. Workers' compensation insurance ................................................... | ▪ | 20 | 00 |
| 21. Bonus depreciation. Include Form 4562s ......................................... | ▪ | 21 | 00 |

22. First-time home buyer savings account.     Contributions          Interest

Financial Institution                    Account number
▪ ☐ By checking the box, I attest that I am a first-time home buyer. See instructions.   ▪ 22   00

| | | | |
|---|---|---:|---:|
| 23. Other subtractions. Include explanation ......................................... | ▪ | 23 | 00 |
| 24. Total subtractions. Add lines 1 through 4, 5e through 7, and 8f through 23. Enter here and on Form 40, line 10 ..................................... | ▪ | 24 | 4466 00 |

**C. Credit for income tax paid to other states. See instructions, page 35.**

This credit is being claimed for taxes paid to:  ▪                                    (State name)

| | | | |
|---|---|---|---|
| 1. Idaho tax, Form 40, line 20 ..................................... | 1 | 00 | Include a copy of the income tax return and **a separate Form 39R** for each state for which a credit is claimed. |
| 2. Federal adjusted gross income earned in other state adjusted for Idaho modifications. See instructions ..................... ▪ | 2 | 00 | |
| 3. Idaho adjusted income. See instructions ........................... | 3 | 00 | |
| 4. Divide line 2 by line 3. Enter percentage here ..................... | 4 | % | |

| | | | |
|---|---|---:|---:|
| 5. Multiply line 1 by line 4. Enter amount here ............................. | | 5 | 00 |
| 6. Other state's tax due minus its income tax credits ..................... | ▪ | 6 | 00 |
| 7. Enter the smaller of lines 5 or 6 here and on Form 40, line 22 ...... | ▪ | 7 | 00 |

**D. Credits for Idaho educational entity and Idaho youth and rehabilitation facility contributions, and live organ donation expenses. See instructions, page 36.**

| | | | |
|---|---|---:|---:|
| 1. Credit for Idaho educational entity contributions ............................ | ▪ | 1 | 00 |
| 2. Credit for Idaho youth and rehabilitation facility contributions ......... | ▪ | 2 | 00 |
| 3. Credit for live organ donation expenses ...................................... | ▪ | 3 | 00 |
| 4. Total credits. Add lines 1 through 3. Enter total here and on Form 40, line 23 ....................... | | 4 | 00 |

**E. Maintaining a home for a family member age 65 or older or a family member with a developmental disability. See instructions, page 37.**

1. Did you maintain a home for an immediate family member age 65 or older (not including you and your spouse) and provide more than one-half of that person's support? ...................   ☐ Yes  ☑ No

2. Did you maintain a home for an immediate family member with a developmental disability (including you and your spouse) and provide more than one-half of that person's support? ....   ☐ Yes  ☑ No

3. List each family member you're claiming:

| First Name | Last Name | Family Member's Social Security Number | Relationship to Person Filing Return | Family Member's Birthdate (mm/dd/yyyy) | Check here if Developmentally Disabled |
|---|---|---|---|---|:---:|
| | | | | | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |

| | | | |
|---|---|---:|---:|
| 4. Total amount claimed ($100 for each qualifying member but not more than $300). Enter here and on Form 40, line 44. (Credit can't be claimed if you took $1,000 deduction on Part B, line 15.) .................. | | 4 | 00 |

**F. Dependents: (Continued from Form 40, page 1, line 6)**

| First Name | Last Name | Social Security Number | Birthdate (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

 **Cash App Taxes**

# Kristen's 2021 Tax Packet

Audit Defense Policy

Federal Tax Return

State Tax Return

Kristen Pearson

 **Cash App Taxes**

# Audit Defense Policy

Defense Code: COXD-EXII-2021

Thanks for filing with Cash App Taxes! We hope you won't need these instructions. But if you do get audited on your  2021  return, we've partnered with the pros at Tax Protection Plus to help you through it — all for free! Here's what you'll need:

## Instructions

1.  Call Tax Protection Plus toll-free at **877-579-5602**.

    - Make the call within 30 days of hearing from the IRS or the state.
    - If you'd prefer to have them call you, send an email to: **cases@taxprotectionplus.com**.
    - Make the subject line: Audit Defense Redemption.
    - Include your name, phone number, and the best time to reach you (within their business hours).

2.  You'll have to provide some personal info to get started, as well as:

    - Your Defense code: COXD-EXII-2021
    - The tax return year: 2021
    - Whether it's a federal (IRS) or state audit

3.  You'll get an email with a secure link to upload your tax return and the audit notice you received.

## Policy Details

Your Audit Defense expires one year after  04/18/2022  or your e-file date (whichever is later). If you're not sure when you e-filed, you can find the date on your Cash App Taxes dashboard.

Your Tax Year 2020 audit defense (Code = C4B4-RHCI-2020) has been extended until 05/08/2023.

Your Tax Year 2019 audit defense (Code = CLGS-U2RQ-2019) has been extended until 04/15/2023.

For more details about Audit Defense, visit **https://taxeshelp.cash.app/s/article/Audit-Defense-when-you-file-with-Cash-App-Taxes**

Kristen Pearson

Form **1040**

Department of the Treasury—Internal Revenue Service (99)

**U.S. Individual Income Tax Return** 2021 OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

☐ Single   ☑ Married filing jointly   ☐ Married filing separately (MFS)   ☐ Head of household (HOH)   ☐ Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| KRISTEN A | PEARSON | XXXXXXXXX |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| STEVEN R | COLLINS | XXXXXXXXX |

Home address (number and street). If you have a P.O. box, see instructions. **2023 W SAINT ESTEPHE CT** | Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. **HAYDEN** | State **ID** | ZIP code **83835**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency? ☐ Yes ☑ No

**Standard Deduction**

Someone can claim: ☐ You as a dependent   ☐ Your spouse as a dependent

☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1957 ☐ Are blind   Spouse: ☐ Was born before January 2, 1957 ☐ Is blind

**Dependents** (see instructions):

If more than four dependents, see instructions and check here ▶ ☐

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| TOBIAS S COLLINS | XXXXXXXXX | SON | ☑ | ☐ |
| VAUGHN COLLINS | 0 9X XXXXX | SON | ☑ | ☐ |
| STERLING COLLINS | XXXXXXXXX | SON | ☑ | ☐ |
| HOLLEY COLLINS | XXXXXXXXX | DAUGHTER | ☑ | ☐ |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 10429 |
| 2a | Tax-exempt interest . . . 2a | **b** Taxable interest . . . . . | 2b | 10 |
| 3a | Qualified dividends . . . 3a | 1 | **b** Ordinary dividends . . . . | 3b | 1 |
| 4a | IRA distributions . . . 4a | **b** Taxable amount . . . . . | 4b | |
| 5a | Pensions and annuities . . 5a | **b** Taxable amount . . . . . | 5b | 1067 |
| 6a | Social security benefits . 6a | 13596 | **b** Taxable amount . . . . . | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ ☐ | | 7 | |
| 8 | Other income from Schedule 1, line 10 | | 8 | 5829 |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . ▶ | | 9 | 17336 |
| 10 | Adjustments to income from Schedule 1, line 26 | | 10 | 412 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . ▶ | | 11 | 16924 |
| 12a | **Standard deduction or itemized deductions** (from Schedule A) | 12a | 25100 | |
| **b** | Charitable contributions if you take the standard deduction (see instructions) | 12b | 100 | |
| **c** | Add lines 12a and 12b | | 12c | 25200 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | |
| 14 | Add lines 12c and 13 | | 14 | 25200 |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . | | 15 | |

**Standard Deduction for—**
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2021)

Form 1040 (2021)                                                                                                    Page **2**

| | | | | |
|---|---|---|---|---|
| 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ _____ | | 16 | |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 823 |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | 823 |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | 26 | |
| 27a | Earned income credit (EIC) | 27a | 6728 | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | |
| b | Nontaxable combat pay election | 27b | | |
| c | Prior year (2019) earned income | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | 9900 | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | | |
| 31 | Amount from Schedule 3, line 15 | 31 | 1271 | |
| 32 | Add lines 27a and 28 through 31. These are your **total other payments and refundable credits** ▶ | | 32 | 17899 |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | 33 | 17899 |

**If you have a qualifying child, attach Sch. EIC.**

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | 34 | 17076 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 35a | 17076 |
| Direct deposit? See instructions. | ▶ b | Routing number **1 2 1 0 0 0 3 5 8**   ▶ c Type: ☑ Checking ☐ Savings | | |
| | ▶ d | Account number **0 0 1 7 1 5 6 0 2 0 0 8** | | |
| | 36 | Amount of line 34 you want **applied to your 2022 estimated tax** ▶ | 36 | |
| **Amount You Owe** | 37 | **Amount you owe.** Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ **Yes.** Complete below. ☐ **No**

Designee's name ▶ _____   Phone no. ▶ _____   Personal identification number (PIN) ▶ _____

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____   Date _____   Your occupation **LAWYER**   If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ _____

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign.   Date _____   Spouse's occupation **DISABLED**   If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ _____

Phone no. _____   Email address _____

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | | Phone no. ▶ | |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                     Form **1040** (2021)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

KRISTEN A PEARSON

**Your social security number**

XXXXX

| **Part I** | **Additional Income** | | |
|---|---|---|---|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . | **1** | |
| **2a** | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions) ▶ | | |
| **3** | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . | **3** | 5829 |
| **4** | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | **6** | |
| **7** | Unemployment compensation . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Other income: | | |
| **a** | Net operating loss . . . . . . . . . . **8a** ( ) | | |
| **b** | Gambling income . . . . . . . . . . **8b** | | |
| **c** | Cancellation of debt . . . . . . . . . **8c** | | |
| **d** | Foreign earned income exclusion from Form 2555 . . . . . **8d** ( ) | | |
| **e** | Taxable Health Savings Account distribution . . . . . . . **8e** | | |
| **f** | Alaska Permanent Fund dividends . . . . . . **8f** | | |
| **g** | Jury duty pay . . . . . . . . . . . **8g** | | |
| **h** | Prizes and awards . . . . . . . . . . **8h** | | |
| **i** | Activity not engaged in for profit income . . . . . . . . **8i** | | |
| **j** | Stock options . . . . . . . . . . . **8j** | | |
| **k** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . . . . . . **8k** | | |
| **l** | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . . **8l** | | |
| **m** | Section 951(a) inclusion (see instructions) . . . . . . . **8m** | | |
| **n** | Section 951A(a) inclusion (see instructions) . . . . . . . **8n** | | |
| **o** | Section 461(l) excess business loss adjustment . . . . . . **8o** | | |
| **p** | Taxable distributions from an ABLE account (see instructions) . **8p** | | |
| **z** | Other income. List type and amount ▶ | | |
| | **8z** | | |
| **9** | Total other income. Add lines 8a through 8z . . . . . . . . . . . | **9** | |
| **10** | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | 5829 |

For Paperwork Reduction Act Notice, see your tax return instructions.        Cat. No. 71479F        Schedule 1 (Form 1040) 2021

Schedule 1 (Form 1040) 2021          Page **2**

| **Part II** | **Adjustments to Income** | | |
|---|---|---|---|
| **11** | Educator expenses . . . . . . . . . . . . . . . . . . . . . . | **11** | |
| **12** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** | |
| **13** | Health savings account deduction. Attach Form 8889 . . . . . . . . | **13** | |
| **14** | Moving expenses for members of the Armed Forces. Attach Form 3903 . . . . | **14** | |
| **15** | Deductible part of self-employment tax. Attach Schedule SE . . . . . | **15** | 412 |
| **16** | Self-employed SEP, SIMPLE, and qualified plans . . . . . . . . . | **16** | |
| **17** | Self-employed health insurance deduction . . . . . . . . . . . | **17** | |
| **18** | Penalty on early withdrawal of savings . . . . . . . . . . . . | **18** | |
| **19a** | Alimony paid . . . . . . . . . . . . . . . . . . . . . | **19a** | |
| **b** | Recipient's SSN . . . . . . . . . . . . . . ▶ | | |
| **c** | Date of original divorce or separation agreement (see instructions) ▶ | | |
| **20** | IRA deduction . . . . . . . . . . . . . . . . . . . . | **20** | |
| **21** | Student loan interest deduction . . . . . . . . . . . . . . | **21** | |
| **22** | Reserved for future use . . . . . . . . . . . . . . . . . | **22** | |
| **23** | Archer MSA deduction . . . . . . . . . . . . . . . . . | **23** | |
| **24** | Other adjustments: | | |
| **a** | Jury duty pay (see instructions) . . . . . . . . | **24a** | |
| **b** | Deductible expenses related to income reported on line 8k from the rental of personal property engaged in for profit . . . . . | **24b** | |
| **c** | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8l . . . . . | **24c** | |
| **d** | Reforestation amortization and expenses . . . . . . . . | **24d** | |
| **e** | Repayment of supplemental unemployment benefits under the Trade Act of 1974 . . . . . . . . . . . . . . . | **24e** | |
| **f** | Contributions to section 501(c)(18)(D) pension plans . . . . . | **24f** | |
| **g** | Contributions by certain chaplains to section 403(b) plans . . | **24g** | |
| **h** | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) . . . . . . | **24h** | |
| **i** | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations . . . . . . . . . . . | **24i** | |
| **j** | Housing deduction from Form 2555 . . . . . . . . | **24j** | |
| **k** | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) . . . . . . . . . . . . . . . . | **24k** | |
| **z** | Other adjustments. List type and amount ▶ | **24z** | |
| **25** | Total other adjustments. Add lines 24a through 24z . . . . . . . . . . | **25** | |
| **26** | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040 or 1040-SR, line 10, or Form 1040-NR, line 10a . . . . . | **26** | 412 |

**SCHEDULE 2**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Taxes

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **02**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

KRISTEN A PEARSON

**Your social security number**

XXXXX

| | **Part I** | **Tax** | |
|---|---|---|---|
| **1** | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . | **1** | |
| **2** | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . | **2** | |
| **3** | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . | **3** | |

| | **Part II** | **Other Taxes** | | |
|---|---|---|---|---|
| **4** | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . | **4** | **823** |
| **5** | Social security and Medicare tax on unreported tip income. Attach Form 4137 . . . . . . . . . . . . . . . . . **5** | | |
| **6** | Uncollected social security and Medicare tax on wages. Attach Form 8919 . . . . . . . . . . . . . . . . . **6** | | |
| **7** | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . | **7** | |
| **8** | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required | **8** | |
| **9** | Household employment taxes. Attach Schedule H . . . . . . . . . . . | **9** | |
| **10** | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . | **10** | |
| **11** | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . | **11** | |
| **12** | Net investment income tax. Attach Form 8960 . . . . . . . . . . . . | **12** | |
| **13** | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 . . . . . . . . . . . . . . . . | **13** | |
| **14** | Interest on tax due on installment income from the sale of certain residential lots and timeshares . . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 . . . . . . . . . . . . . . . . . . . . . | **15** | |
| **16** | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . | **16** | |

*(continued on page 2)*

**For Paperwork Reduction Act Notice, see your tax return instructions.**     Cat. No. 71478U     **Schedule 2 (Form 1040) 2021**

| **Part II** | **Other Taxes** *(continued)* | |
|---|---|---|

| | | |
|---|---|---|
| **17** | Other additional taxes: | |
| **a** | Recapture of other credits. List type, form number, and amount ▶ _____ | **17a** |
| **b** | Recapture of federal mortgage subsidy. If you sold your home in 2021, see instructions . . . . . . . . . . . . | **17b** |
| **c** | Additional tax on HSA distributions. Attach Form 8889 . . . . | **17c** |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 . . . . . . . . . . . . | **17d** |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 . | **17e** |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 . . . . . . . . . . . . . . . . . | **17f** |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property . . . . . . . | **17g** |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A . . . | **17h** |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A . . . . . . | **17i** |
| **j** | Section 72(m)(5) excess benefits tax . . . . . . . . . . | **17j** |
| **k** | Golden parachute payments . . . . . . . . . . . . | **17k** |
| **l** | Tax on accumulation distribution of trusts . . . . . . . . | **17l** |
| **m** | Excise tax on insider stock compensation from an expatriated corporation . . . . . . . . . . . . . . . . . | **17m** |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 . . . . . . . . . . . . . . . . . | **17n** |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR . . . | **17o** |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund . . . . | **17p** |
| **q** | Any interest from Form 8621, line 24 . . . . . . . . . | **17q** |
| **z** | Any other taxes. List type and amount ▶ _____ | **17z** |
| **18** | Total additional taxes. Add lines 17a through 17z . . . . . . . . . . . . | **18** |
| **19** | Additional tax from Schedule 8812 . . . . . . . . . . . . . . . . | **19** |
| **20** | Section 965 net tax liability installment from Form 965-A . . . | **20** |
| **21** | Add lines 4, 7 through 16, 18, and 19. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b . . . . . . . | **21** |

823

**SCHEDULE 3**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **03**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

KRISTEN A PEARSON

**Your social security number**

XXXXX

| **Part I** | **Nonrefundable Credits** |
|---|---|

| | | |
|---|---|---|
| 1 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . . | **1** |
| 2 | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 . . . . . . . . . . . . . . . . . . . . . . . . | **2** |
| 3 | Education credits from Form 8863, line 19 . . . . . . . . . . . . . . | **3** |
| 4 | Retirement savings contributions credit. Attach Form 8880 . . . . . . . . | **4** |
| 5 | Residential energy credits. Attach Form 5695 . . . . . . . . . . . . | **5** |
| 6 | Other nonrefundable credits: | |
| a | General business credit. Attach Form 3800 . . . . . . . . | **6a** |
| b | Credit for prior year minimum tax. Attach Form 8801 . . . . | **6b** |
| c | Adoption credit. Attach Form 8839 . . . . . . . . . . | **6c** |
| d | Credit for the elderly or disabled. Attach Schedule R . . . . . | **6d** |
| e | Alternative motor vehicle credit. Attach Form 8910 . . . . . | **6e** |
| f | Qualified plug-in motor vehicle credit. Attach Form 8936 . . . | **6f** |
| g | Mortgage interest credit. Attach Form 8396 . . . . . . . . | **6g** |
| h | District of Columbia first-time homebuyer credit. Attach Form 8859 | **6h** |
| i | Qualified electric vehicle credit. Attach Form 8834 . . . . . | **6i** |
| j | Alternative fuel vehicle refueling property credit. Attach Form 8911 | **6j** |
| k | Credit to holders of tax credit bonds. Attach Form 8912 . . . | **6k** |
| l | Amount on Form 8978, line 14. See instructions . . . . . . | **6l** |
| z | Other nonrefundable credits. List type and amount ▶ | |
| | | **6z** |
| 7 | Total other nonrefundable credits. Add lines 6a through 6z . . . . . . . . | **7** |
| 8 | Add lines 1 through 5 and 7. Enter here and on Form 1040, **1040-SR** or **1040-NR** line 20 . . . . . . . . . . . . . . . . . . . . . . . | **8** |

*(continued on page 2)*

**For Paperwork Reduction Act Notice, see your tax return instructions.**          Cat. No. 71480G          **Schedule 3 (Form 1040) 2021**

Schedule 3 (Form 1040) 2021 — Page **2**

| Part II | Other Payments and Refundable Credits | | | |
|---|---|---|---|---|
| **9** | Net premium tax credit. Attach Form 8962 . . . . . . . . . . . | **9** | | |
| **10** | Amount paid with request for extension to file (see instructions) . . . . . . . . | **10** | | |
| **11** | Excess social security and tier 1 RRTA tax withheld . . . . . . . . . | **11** | | |
| **12** | Credit for federal tax on fuels. Attach Form 4136 . . . . . . . . . . | **12** | | |
| **13** | Other payments or refundable credits: | | | |
| **a** | Form 2439 . . . . . . . . . . . . . . . | **13a** | | |
| **b** | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken before April 1, 2021 . . . . . . | **13b** | | |
| **c** | Health coverage tax credit from Form 8885 . . . . . . . | **13c** | | |
| **d** | Credit for repayment of amounts included in income from earlier years . . . . . . . . . . . . . . . . | **13d** | | |
| **e** | Reserved for future use . . . . . . . . . . . . | **13e** | | |
| **f** | Deferred amount of net 965 tax liability (see instructions) . . . | **13f** | | |
| **g** | Credit for child and dependent care expenses from Form 2441, line 10. Attach Form 2441 . . . . . . . . . . . | **13g** | 1271 | |
| **h** | Qualified sick and family leave credits from Schedule(s) H and Form(s) 7202 for leave taken after March 31, 2021 . . . . . | **13h** | | |
| **z** | Other payments or refundable credits. List type and amount ▶ _____ _____ | **13z** | | |
| **14** | Total other payments or refundable credits. Add lines 13a through 13z . . . . . | **14** | | 1271 |
| **15** | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 . . . . . . . . . . . . . . . . . . . . . | **15** | | 1271 |

Schedule 3 (Form 1040) 2021

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Interest and Ordinary Dividends

▶ Go to *www.irs.gov/ScheduleB* for instructions and the latest information.
▶ Attach to Form 1040 or 1040-SR.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **08**

Name(s) shown on return

KRISTEN A PEARSON

Your social security number

XXXX

## Part I

## Interest

(See instructions
and the
Instructions for
Form 1040, line
2b.)

**Note:** If you
received a Form
1099-INT, Form
1099-OID, or
substitute
statement from
a brokerage firm,
list the firm's
name as the
payer and enter
the total interest
shown on that
form.

| | | | Amount |
|---|---|---|---|
| **1** | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | **capital one n.a.** | | 10 |
| | | **1** | |
| **2** | Add the amounts on line 1 . . . . . . . . . . . . . . | **2** | 10 |
| **3** | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . | **3** | 0 |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b . . . . . . . . . . . . . . . . ▶ | **4** | 10 |

**Note:** If line 4 is over $1,500, you must complete Part III.

## Part II

## Ordinary Dividends

(See instructions
and the
Instructions for
Form 1040, line
3b.)

**Note:** If you
received a Form
1099-DIV or
substitute
statement from
a brokerage firm,
list the firm's
name as the
payer and enter
the ordinary
dividends shown
on that form.

| | | | Amount |
|---|---|---|---|
| **5** | List name of payer ▶   **harley-davidson, inc** | | 1.00 |
| | | **5** | |
| **6** | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b . . . . . . . . . . . . . . . . ▶ | **6** | 1 |

**Note:** If line 6 is over $1,500, you must complete Part III.

## Part III

## Foreign Accounts and Trusts

**Caution:** If
required, failure
to file FinCEN
Form 114 may
result in
substantial
penalties. See
instructions.

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2021, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . | ☐ | ☐ |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . | | |
| **b** | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| **8** | During 2021, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions . . . . . . . | ☐ | ☐ |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Cat. No. 17146N

**Schedule B (Form 1040) 2021**

| SCHEDULE C<br>(Form 1040) | **Profit or Loss From Business**<br>(Sole Proprietorship) | OMB No. 1545-0074<br>**2021** |
|---|---|---|

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

Department of the Treasury
Internal Revenue Service (99)  ▶ **Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.**

Attachment
Sequence No. **09**

Name of proprietor **KRISTEN A PEARSON** | Social security number (SSN)

**A** Principal business or profession, including product or service (see instructions)
**PROFESSIONAL, SCIENTIFIC, & TECHNICAL SERVICES**

**B** Enter code from instructions  ▶  **5 4 1 1 0 0**

**C** Business name. If no separate business name, leave blank.
**LAW OFFICE OF KRISTEN PEARSON**

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶  **2023 W SAINT ESTEPHE CT**
City, town or post office, state, and ZIP code   **HAYDEN ID 83835**

**F** Accounting method: (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses   ☑ Yes  ☐ No

**H** If you started or acquired this business during 2021, check here   ▶ ☐

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions   ☐ Yes  ☑ No

**J** If "Yes," did you or will you file required Form(s) 1099?   ☐ Yes  ☑ No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ▶ ☐ | 1 | 9946 |
| 2 | Returns and allowances | 2 | 0.00 |
| 3 | Subtract line 2 from line 1 | 3 | 9946 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 9946 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0.00 |
| 7 | **Gross income.** Add lines 5 and 6  ▶ | 7 | 9946 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 0.00 | 18 | Office expense (see instructions) | 18 | 158.00 |
| 9 | Car and truck expenses (see instructions) | 9 | 255 | 19 | Pension and profit-sharing plans | 19 | 0.00 |
| 10 | Commissions and fees | 10 | 0.00 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 0.00 | a | Vehicles, machinery, and equipment | 20a | 0.00 |
| 12 | Depletion | 12 | 0.00 | b | Other business property | 20b | 0.00 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 0 | 21 | Repairs and maintenance | 21 | 0.00 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 32.00 |
| | | | | 23 | Taxes and licenses | 23 | 903.00 |
| 14 | Employee benefit programs (other than on line 19) | 14 | 0.00 | 24 | Travel and meals: | | |
| 15 | Insurance (other than health) | 15 | 0.00 | a | Travel | 24a | 258.00 |
| 16 | Interest (see instructions): | | | b | Deductible meals (see instructions) | 24b | 36 |
| a | Mortgage (paid to banks, etc.) | 16a | 0.00 | 25 | Utilities | 25 | 432.00 |
| b | Other | 16b | 408.00 | 26 | Wages (less employment credits) | 26 | 0.00 |
| 17 | Legal and professional services | 17 | 11.00 | 27a | Other expenses (from line 48) | 27a | 549.00 |
| | | | | b | **Reserved for future use** | 27b | 0 |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a | | | | | 28 | 3042 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | | 29 | 6904 |

| | | | |
|---|---|---|---|
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: **1842**<br>and (b) the part of your home used for business: **215**  . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | 1075 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | 31 | 5829 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☑ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 11334P   Schedule C (Form 1040) 2021

Schedule C (Form 1040) 2021                                                                                  Page **2**

| Part III | Cost of Goods Sold (see instructions) |
|---|---|

**33** Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | 0.00 |
| **36** | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . | **36** | 0.00 |
| **37** | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . | **37** | 0.00 |
| **38** | Materials and supplies . . . . . . . . . . . . . . . | **38** | 0.00 |
| **39** | Other costs . . . . . . . . . . . . . . . . . | **39** | 0.00 |
| **40** | Add lines 35 through 39 . . . . . . . . . . . . . | **40** | 0 |
| **41** | Inventory at end of year . . . . . . . . . . . . . | **41** | 0.00 |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . | **42** | 0 |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year)   ▶   04 / 30 / 2019

**44** Of the total number of miles you drove your vehicle during 2021, enter the number of miles you used your vehicle for:

**a** Business  456       **b** Commuting (see instructions)  0       **c** Other  4556

**45** Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . ☑ Yes   ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use?. . . . . . . . . . ☑ Yes   ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . ☐ Yes   ☑ No

**b** If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☑ No

| Part V | Other Expenses. List below business expenses not included on lines 8–26 or line 30. |
|---|---|

| | |
|---|---|
| continuing cle | 549.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| **48** | **Total other expenses.** Enter here and on line 27a . . . . . . . . . | **48** | 549.00 |

Schedule C (Form 1040) 2021

**SCHEDULE SE**
**(Form 1040)**

# Self-Employment Tax

OMB No. 1545-0074



Department of the Treasury
Internal Revenue Service (99)

► Go to *www.irs.gov/ScheduleSE* for instructions and the latest information.
► Attach to Form 1040, 1040-SR, or 1040-NR.

Attachment
Sequence No. **17**

Name of person with self-employment income (as shown on Form 1040, 1040-SR, or 1040-NR)
**KRISTEN A PEARSON**

Social security number of person
with **self-employment** income ► XXXXX

## Part I   Self-Employment Tax

**Note:** If your only income subject to self-employment tax is **church employee income,** see instructions for how to report your income and the definition of church employee income.

**A**   If you are a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361, but you had $400 or more of **other** net earnings from self-employment, check here and continue with Part I   .   .   .   .   .   .   .   .   ► ☐

Skip lines 1a and 1b if you use the farm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A  .   .   .   .   .   .   .   . | **1a** | 0 |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code AH | **1b** | ( 0 ) |

Skip line 2 if you use the nonfarm optional method in Part II. See instructions.

| | | | |
|---|---|---|---|
| **2** | Net profit or (loss) from Schedule C, line 31; and Schedule K-1 (Form 1065), box 14, code A (other than farming). See instructions for other income to report or if you are a minister or member of a religious order | **2** | 5829.00 |
| **3** | Combine lines 1a, 1b, and 2  .   .   .   .   .   .   .   .   .   .   .   . | **3** | 5829 |
| **4a** | If line 3 is more than zero, multiply line 3 by 92.35% (0.9235). Otherwise, enter amount from line 3 | **4a** | 5383 |
| | **Note:** If line 4a is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **b** | If you elect one or both of the optional methods, enter the total of lines 15 and 17 here  .   .   . | **4b** | 0 |
| **c** | Combine lines 4a and 4b. If less than $400, **stop;** you don't owe self-employment tax. **Exception:** If less than $400 and you had **church employee income,** enter -0- and continue  .   .   .   ► | **4c** | 5383 |
| **5a** | Enter your **church employee income** from Form W-2. See instructions for definition of church employee income  .   .   .   .   .   . | **5a** | 0 | |
| **b** | Multiply line 5a by 92.35% (0.9235). If less than $100, enter -0-  .   .   .   . | **5b** | 0 |
| **6** | Add lines 4c and 5b  .   .   .   .   .   .   .   .   .   .   .   . | **6** | 5383 |
| **7** | Maximum amount of combined wages and self-employment earnings subject to social security tax or the 6.2% portion of the 7.65% railroad retirement (tier 1) tax for 2021  .   .   .   .   .   . | **7** | 142,800 |
| **8a** | Total social security wages and tips (total of boxes 3 and 7 on Form(s) W-2) and railroad retirement (tier 1) compensation. If $142,800 or more, skip lines 8b through 10, and go to line 11  .   .   .   .   . | **8a** | 10429 | |
| **b** | Unreported tips subject to social security tax from Form 4137, line 10  . | **8b** | 0 | |
| **c** | Wages subject to social security tax from Form 8919, line 10  .   .   . | **8c** | 0 | |
| **d** | Add lines 8a, 8b, and 8c  .   .   .   .   .   .   .   .   .   .   . | **8d** | 10429 |
| **9** | Subtract line 8d from line 7. If zero or less, enter -0- here and on line 10 and go to line 11  .   . | **9** | 132371 |
| **10** | Multiply the **smaller** of line 6 or line 9 by 12.4% (0.124)  .   .   .   .   . | **10** | 667 |
| **11** | Multiply line 6 by 2.9% (0.029)  .   .   .   .   .   .   .   .   .   . | **11** | 156 |
| **12** | **Self-employment tax.** Add lines 10 and 11. Enter here and on **Schedule 2 (Form 1040), line 4** | **12** | 823 |
| **13** | **Deduction for one-half of self-employment tax.** | | |
| | Multiply line 12 by 50% (0.50). Enter here and on **Schedule 1 (Form 1040), line 15**  .   .   . | **13** | 412 | |

## Part II   Optional Methods To Figure Net Earnings (see instructions)

**Farm Optional Method.** You may use this method **only** if **(a)** your gross farm income[1] wasn't more than $8,820, **or (b)** your net farm profits[2] were less than $6,367.

| | | | |
|---|---|---|---|
| **14** | Maximum income for optional methods  .   .   .   .   .   .   .   .   . | **14** | 5,880 |
| **15** | Enter the **smaller** of: two-thirds (²/₃) of gross farm income[1] (not less than zero) **or** $5,880. Also, include this amount on line 4b above  .   .   .   .   .   .   .   .   .   . | **15** | 0 |

**Nonfarm Optional Method.** You may use this method **only** if **(a)** your net nonfarm profits[3] were less than $6,367 and also less than 72.189% of your gross nonfarm income,[4] **and (b)** you had net earnings from self-employment of at least $400 in 2 of the prior 3 years. **Caution:** You may use this method no more than five times.

| | | | |
|---|---|---|---|
| **16** | Subtract line 15 from line 14  .   .   .   .   .   .   .   .   .   . | **16** | 0 |
| **17** | Enter the **smaller** of: two-thirds (²/₃) of gross nonfarm income[4] (not less than zero) **or** the amount on line 16. Also, include this amount on line 4b above  .   .   .   .   .   .   .   . | **17** | 0 |

[1] From Sch. F, line 9; and Sch. K-1 (Form 1065), box 14, code B.
[2] From Sch. F, line 34; and Sch. K-1 (Form 1065), box 14, code A—minus the amount you would have entered on line 1b had you not used the optional method.
[3] From Sch. C, line 31; and Sch. K-1 (Form 1065), box 14, code A.
[4] From Sch. C, line 7; and Sch. K-1 (Form 1065), box 14, code C.

For Paperwork Reduction Act Notice, see your tax return instructions.        Cat. No. 11358Z        Schedule SE (Form 1040) 2021

Form **2441**

## Child and Dependent Care Expenses

▶ Attach to Form 1040, 1040-SR, or 1040-NR.

▶ Go to *www.irs.gov/Form2441* for instructions and the latest information.

1040
1040-SR
1040-NR

2441 D

OMB No. 1545-0074

20**21**

Attachment Sequence No. **21**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

KRISTEN A PEARSON

Your social security number

XXXXX

**A** You can't claim a credit for child and dependent care expenses if your filing status is married filing separately unless you meet the requirements listed in the instructions under "Married Persons Filing Separately." If you meet these requirements, check this box . ☐

**B** For 2021, your credit for child and dependent care expenses is refundable if you, or your spouse if married filing jointly, had a principal place of abode in the United States for more than half of 2021. If you meet these requirements, check this box . . . ☑

### Part I — Persons or Organizations Who Provided the Care—You **must** complete this part.

If you have more than three care providers, see the instructions and check this box . . . . . . . ☐

| 1 | (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Check here if the care provider is your household employee. (see instructions) | (e) Amount paid (see instructions) |
|---|---|---|---|---|---|
| | Little Folks INC | 1165 W Ironwood Drive coeur d alene, ID 83814 | 820348920 | ☐ | 2541.00 |
| | | | | ☐ | |
| | | | | ☐ | |

| Did you receive **dependent care benefits?** | **No** | ▶ Complete only Part II below. |
|---|---|---|
| | **Yes** | ▶ Complete Part III on page 2 next. |

**Caution:** If the care was provided in your home, you may owe employment taxes. For details, see the instructions for Schedule H (Form 1040). If you incurred care expenses in 2021 but didn't pay them until 2022, or if you prepaid in 2021 for care to be provided in 2022, don't include these expenses in column (c) of line 2 for 2021. See the instructions.

### Part II — Credit for Child and Dependent Care Expenses

**2** Information about your **qualifying person(s)**. If you have more than three qualifying persons, see the instructions and check this box . . . . . . . . ☐

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) **Qualified expenses** you incurred and paid in 2021 for the person listed in column (a) |
|---|---|---|---|
| First | Last | | |
| Holley | Collins | XXXXX | 60 |
| Tobias | Collins | XXXXX | 1257 |
| Vaughn | Collins | XXXXX | |

**3** Add the amounts in column (c) of line 2. **Don't** enter more than $8,000 if you had one qualifying person or $16,000 if you had two or more persons. If you completed Part III, enter the amount from line 31 . . . . . . . . . . **3** 2541

**4** Enter your **earned income.** See instructions . . . . . . . . . . . . **4** 15846

**5** If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 . . . . . . **5** 6000

**6** Enter the **smallest** of line 3, 4, or 5 . . . . . . . . . . . . . . **6** 2541

**7** Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11 . . **7** 16924

**8** Enter on line 8 the decimal amount shown below that applies to the amount on line 7.
  • If line 7 is $125,000 or less, enter .50 on line 8
  • If line 7 is over $125,000 and no more than $438,000, see the instructions for line 8 for th amount to enter.
  • If line 7 is over $438,000, don't complete line 8. Enter zero on line 9a. You may be able t claim a credit on line 9b.

**8** X . 0.5

**9a** Multiply line 6 by the decimal amount on line 8 . . . . . . . . . . **9a** 1271

**b** If you paid 2020 expenses in 2021, complete Worksheet A in the instructions. Enter the amount from line 13 of the worksheet here. Otherwise, go to line 10 . . . . . . . . **9b** 0

**10** Add lines 9a and 9b and enter the result. If you checked the box on line B above, this is your **refundable credit for child and dependent care expenses;** enter the amount from this line on Schedule 3 (Form 1040), line 13g, and don't complete line 11. If you didn't check the box on line B above, go to line 11 . . . . . . . . . . . . . . . . . . . . . . **10** 1271

**11** **Nonrefundable credit for child and dependent care expenses.** If you didn't check the box on line B above, your credit is nonrefundable and limited by the amount of your tax; see the instructions to figure the portion of line 10 that you can claim and enter that amount here and on Schedule 3 (Form 1040), line 2 . . . . . . . . . . . . . . . . . . . **11** 0

**For Paperwork Reduction Act Notice, see your tax return instructions.**     Cat. No. 11862M     Form **2441** (2021)

Form 2441 (2021)                                                                                                                    Page **2**

| **Part III** | **Dependent Care Benefits** | | |
|---|---|---|---|

| 12 | Enter the total amount of **dependent care benefits** you received in 2021. Amounts you received as an employee should be shown in box 10 of your Form(s) W-2. **Don't** include amounts reported as wages in box 1 of Form(s) W-2. If you were self-employed or a partner, include amounts you received under a dependent care assistance program from your sole proprietorship or partnership | **12** | 0 |
|---|---|---|---|
| 13 | Enter the amount, if any, you carried over from 2020 and used in 2021. See instructions . . . | **13** | 0 |
| 14 | If you forfeited or carried over to 2022 any of the amounts reported on line 12 or 13, enter the amount. See instructions . . . . . . . . . . . . . . . . . . . . . . . | **14** | ( 0.00 ) |
| 15 | Combine lines 12 through 14. See instructions . . . . . . . . . . . . . . . . . | **15** | 0 |
| 16 | Enter the total amount of **qualified expenses** incurred in 2021 for the care of the **qualifying person(s)** . . . . . . . . . | **16** | 2541 |
| 17 | Enter the **smaller** of line 15 or 16 . . . . . . . . . . | **17** | 0 |
| 18 | Enter your **earned income.** See instructions . . . . . . | **18** | 15846 |
| 19 | Enter the amount shown below that applies to you.<br><br>• If married filing jointly, enter your spouse' earned income (if you or your spouse was a student or was disabled, see the instructions for line 5).<br><br>• If married filing separately, see instructions<br><br>• All others, enter the amount from line 18 | **19** | 6000 |
| 20 | Enter the **smallest** of line 17, 18, or 19 . . . . . . . | **20** | 0 |
| 21 | Enter $10,500 ($5,250 if married filing separately **and** you were required to enter your spouse's earned income on line 19). If you entered an amount on line 13, add it to the $10,500 or $5,250 amount you enter on line 21. However, don't enter more than the maximum amount allowed under your dependent care plan. See instructions | **21** | 10500 |
| 22 | Is any amount on line 12 or 13 from your sole proprietorship or partnership?<br>☑ **No.** Enter -0-.<br>☐ **Yes.** Enter the amount here . . . . . . . . . . . | **22** | 0 |
| 23 | Subtract line 22 from line 15 . . . . . . . . . . **23** 0 | | |
| 24 | **Deductible benefits.** Enter the **smallest** of line 20, 21, or 22. Also, include this amount on the appropriate line(s) of your return. See instructions . . . . . . . . . . . . . . . | **24** | 0 |
| 25 | **Excluded benefits.** If you checked "No" on line 22, enter the smaller of line 20 or 21. Otherwise, subtract line 24 from the smaller of line 20 or line 21. If zero or less, enter -0- . . . . . . . | **25** | 0 |
| 26 | **Taxable benefits.** Subtract line 25 from line 23. If zero or less, enter -0-. Also, include this amount on Form 1040 or 1040-SR, line 1; or Form 1040-NR, line 1a. On the dotted line next to Form 1040 or 1040-SR, line 1; or Form 1040-NR, line 1a, enter "DCB" . . . . . . . . | **26** | 0 |

<div align="center">To claim the child and dependent care credit,<br>complete lines 27 through 31 below.</div>

| 27 | Enter $8,000 ($16,000 if two or more qualifying persons) . . . . . . . . . . . . . | **27** | 16000 |
|---|---|---|---|
| 28 | Add lines 24 and 25 . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | 0 |
| 29 | Subtract line 28 from line 27. If zero or less, **stop.** You can't take the credit. **Exception.** If you paid 2020 expenses in 2021, see the instructions for line 9b . . . . . . . . . . . | **29** | 16000 |
| 30 | Complete line 2 on page 1 of this form. **Don't** include in column (c) any benefits shown on line 28 above. Then, add the amounts in column (c) and enter the total here . . . . . . . | **30** | 2541 |
| 31 | Enter the **smaller** of line 29 or 30. Also, enter this amount on line 3 on page 1 of this form and complete lines 4 through 11 . . . . . . . . . . . . . . . . . . . . . | **31** | 2541 |

Form **2441** (2021)

# Additional Information for
# Child and Dependent Care Expenses
# Form 2441

Name(s) shown on Form 1040
KRISTEN & STEVEN PEARSON

Social security number
5⬛⬛⬛⬛⬛

---

**2  Additional qualifying person(s) information**

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) Qualified expenses |
|---|---|---|---|
| **First** | **Last** | | |
| sterling | Collins | 651658492 | 400 |

Form **3800**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

## General Business Credit

▶ Go to *www.irs.gov/Form3800* for instructions and the latest information.
▶ You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

OMB No. 1545-0895

**2021**

Attachment
Sequence No. **22**

Identifying number

KRISTEN A PEARSON ☒☒☒☒

| **Part I** | **Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)** |
| | (See instructions and complete Part(s) III before Parts I and II.) |

| 1 | General business credit from line 2 of all Parts III with box A checked . . . . . . . . . | 1 | |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked . . . | **2** | | |
| 3 | Enter the applicable passive activity credits allowed for 2021. See instructions | 3 | |
| 4 | Carryforward of general business credit to 2021. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | 4 | |
| | Check this box if the carryforward was changed or revised from the original reported amount . . . ▶ ☐ | | |
| 5 | Carryback of general business credit from 2022. Enter the amount from line 2 of Part III with box D checked. See instructions . . . . . . . . . . . . . . . . | 5 | |
| 6 | Add lines 1, 3, 4, and 5 . . . . . . . . . . . . . . . . . . . . . | 6 | |

| **Part II** | **Allowable Credit** |

| 7 | Regular tax before credits: | | |
| | • Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 2 | | |
| | • Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return | **7** | |
| | • Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return | | |
| 8 | Alternative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 11 | | |
| | • Corporations. Enter -0- | **8** | |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 | | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10a | Foreign tax credit . . . . . . . . . . . . | **10a** | | |
| b | Certain allowable credits (see instructions) . . . . . | **10b** | | |
| c | Add lines 10a and 10b . . . . . . . . . . . . . . . . . . | **10c** | |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- . . . | **12** | | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions . . . . . . . . . . . . . . . . | **13** | | |
| 14 | Tentative minimum tax: | | |
| | • Individuals. Enter the amount from Form 6251, line 9 . . . . . . | | |
| | • Corporations. Enter -0- . . . . . . . . . . . . . | **14** | |
| | • Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52 . . . . . . . . . . . | | |
| 15 | Enter the greater of line 13 or line 14 . . . . . . . . . . . . . . | **15** | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- . . . . . . . . . | **16** | |
| 17 | Enter the **smaller** of line 6 or line 16 . . . . . . . . . . . . . . | **17** | |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

For Paperwork Reduction Act Notice, see separate instructions.

Cat. No. 12392F

Form **3800** (2021)

Form 3800 (2021) <span style="float:right">Page **2**</span>

| Part II | Allowable Credit *(continued)* |
|---|---|

**Note:** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75). See instructions . . . . . . . . | 18 | |
| 19 | Enter the greater of line 13 or line 18 . . . . . . . . . . | 19 | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- . . . . . . | 20 | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- . . . . . . | 21 | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked . . | 22 | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked . . | **23** | |
| 24 | Enter the applicable passive activity credit allowed for 2021. See instructions . . | 24 | |
| 25 | Add lines 22 and 24 . . . . . . . . . . . . . . | 25 | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 . . . . . . . . . . . . . . | 26 | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- . . . . . . | 27 | |
| 28 | Add lines 17 and 26 . . . . . . . . . . . . . . | 28 | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- . . . . . . | 29 | |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked . . | 30 | |
| 31 | Reserved . . . . . . . . . . . . . . . . | 31 | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked . . | **32** | |
| 33 | Enter the applicable passive activity credits allowed for 2021. See instructions . . | 33 | |
| 34 | Carryforward of business credit to 2021. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach . . . . . | 34 | |
| | Check this box if the carryforward was changed or revised from the original reported amount . . . . . . . ▶ ☐ | | |
| 35 | Carryback of business credit from 2022. Enter the amount from line 5 of Part III with box D checked. See instructions . . . . . . . . . . . . . | 35 | |
| 36 | Add lines 30, 33, 34, and 35 . . . . . . . . . . . . | 36 | |
| 37 | Enter the **smaller** of line 29 or line 36 . . . . . . . . . | 37 | |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37.<br>Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return.<br>• Individuals. Schedule 3 (Form 1040), line<br>• Corporations. Form 1120, Schedule J, Part I, line 5c . . . . . . . .<br>• Estates and trusts. Form 1041, Schedule G, line 2b . . . . . . . . | 38 | |

Form **3800** (2021)

Form 3800 (2021)                                                                                           Page **3**

Name(s) shown on return                                                              Identifying number

KRISTEN A PEARSON                                                                    ☒☒☒☒

**Part III**   **General Business Credits or Eligible Small Business Credits** (see instructions)

Complete a separate Part III for each box checked below. See instructions.

**A** ☑ General Business Credit From a Non-Passive Activity     **E** ☐ Reserved
**B** ☐ General Business Credit From a Passive Activity          **F** ☐ Reserved
**C** ☐ General Business Credit Carryforwards                    **G** ☐ Eligible Small Business Credit Carryforwards
**D** ☐ General Business Credit Carrybacks                       **H** ☐ Reserved

**I**  If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from
all Parts III with box A or B checked. Check here if this is the consolidated Part III . . . . . . . . . . . . . . . . . ▶ ☐

| | (a) Description of credit | | (b) Enter EIN if claiming the credit from a pass-through entity. | (c) Enter the appropriate amount. |
|---|---|---|---|---|
| **Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | | | |
| **1a** | Investment (Form 3468, Part II only) (attach Form 3468) . . . . . . . | **1a** | | |
| **b** | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | | |
| **c** | Increasing research activities (Form 6765) . . . . . . . . . . . | **1c** | | |
| **d** | Low-income housing (carryforward only) (see instructions) . . . . | **1d** | | |
| **e** | Disabled access (Form 8826)* . . . . . . . . . . . . . . . . | **1e** | | |
| **f** | Renewable electricity, refined coal, and Indian coal production (Form 8835) . | **1f** | | |
| **g** | Indian employment (Form 8845) . . . . . . . . . . . . . . . | **1g** | | |
| **h** | Orphan drug (Form 8820) . . . . . . . . . . . . . . . . . . | **1h** | | |
| **i** | New markets (Form 8874) . . . . . . . . . . . . . . . . . . | **1i** | | |
| **j** | Small employer pension plan startup costs and auto-enrollment (Form 8881) . | **1j** | | |
| **k** | Employer-provided child care facilities and services (Form 8882)* . . . | **1k** | | |
| **l** | Biodiesel and renewable diesel fuels (attach Form 8864) . . . . . | **1l** | | |
| **m** | Low sulfur diesel fuel production (Form 8896) . . . . . . . . . | **1m** | | |
| **n** | Distilled spirits (Form 8906) . . . . . . . . . . . . . . . . | **1n** | | |
| **o** | Nonconventional source fuel (carryforward only) . . . . . . . . | **1o** | | |
| **p** | Energy efficient home (Form 8908) . . . . . . . . . . . . . . | **1p** | | |
| **q** | Energy efficient appliance (carryforward only) . . . . . . . . . | **1q** | | |
| **r** | Alternative motor vehicle (Form 8910) . . . . . . . . . . . . | **1r** | | |
| **s** | Alternative fuel vehicle refueling property (Form 8911) . . . . . . | **1s** | | |
| **t** | Enhanced oil recovery credit . . . . . . . . . . . . . . . . | **1t** | | |
| **u** | Mine rescue team training (Form 8923) . . . . . . . . . . . . | **1u** | | |
| **v** | Agricultural chemicals security (carryforward only) . . . . . . . | **1v** | | |
| **w** | Employer differential wage payments (Form 8932) . . . . . . . . | **1w** | | |
| **x** | Carbon oxide sequestration (Form 8933) . . . . . . . . . . . . | **1x** | | |
| **y** | Qualified plug-in electric drive motor vehicle (Form 8936) . . . . . | **1y** | | |
| **z** | Qualified plug-in electric vehicle (carryforward only) . . . . . . . | **1z** | | |
| **aa** | Employee retention (Form 5884-A) . . . . . . . . . . . . . . | **1aa** | | |
| **bb** | General credits from an electing large partnership (carryforward only) . . . | **1bb** | | |
| **zz** | Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) . . . . | **1zz** | | |
| **2** | Add lines 1a through 1zz and enter here and on the applicable line of Part I | **2** | | |
| **3** | Enter the amount from Form 8844 here and on the applicable line of Part II | **3** | | |
| **4a** | Investment (Form 3468, Part III) (attach Form 3468) . . . . . . . | **4a** | | |
| **b** | Work opportunity (Form 5884) . . . . . . . . . . . . . . . | **4b** | | |
| **c** | Biofuel producer (Form 6478) . . . . . . . . . . . . . . . . | **4c** | | |
| **d** | Low-income housing (Form 8586) . . . . . . . . . . . . . . | **4d** | | |
| **e** | Renewable electricity, refined coal, and Indian coal production (Form 8835) . | **4e** | | |
| **f** | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) . | **4f** | | |
| **g** | Qualified railroad track maintenance (Form 8900) . . . . . . . . | **4g** | | |
| **h** | Small employer health insurance premiums (Form 8941) . . . . . . | **4h** | | |
| **i** | Increasing research activities (Form 6765) . . . . . . . . . . . | **4i** | | |
| **j** | Employer credit for paid family and medical leave (Form 8994) . . . . | **4j** | | |
| **z** | Other . . . . . . . . . . . . . . . . . . . . . . . . . | **4z** | | |
| **5** | Add lines 4a through 4z and enter here and on the applicable line of Part II . | **5** | | |
| **6** | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II . . | **6** | | |

\* See instructions for limitation on this credit.                                    Form **3800** (2021)

**SCHEDULE EIC**
(Form 1040)

**Earned Income Credit**

Qualifying Child Information

OMB No. 1545-0074

► **Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.**

► **Go to** *www.irs.gov/ScheduleEIC* **for the latest information.**

1040
1040-SR

EIC



20**21**

Attachment
Sequence No. **43**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

KRISTEN A PEARSON

Your social security number

XXXXXXXXX

If you are separated from your spouse, filing a separate return and meet the requirements to claim the EIC (see instructions), check here ☐

*Before you begin:*

• See the instructions for Form 1040, lines 27a, 27b, and 27c, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.

• Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 800-772-1213.

• If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, lines 27a, 27b, and 27c, see the instructions.


**CAUTION**

• *You can't claim the EIC for a child who didn't live with you for more than half of the year.*

• *If your child doesn't have an SSN as defined in the instructions for Form 1040, lines 27a, 27b, and 27c, see the instructions.*

• *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*

• *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

## Qualifying Child Information

| | **Child 1** | **Child 2** | **Child 3** |
|---|---|---|---|
| **1 Child's name**<br>If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name<br><br>sterling Collins | First name<br><br>Holley Collins | First name<br><br>Vaughn Collins |
| **2 Child's SSN**<br>The child must have an SSN as defined in the instructions for Form 1040, lines 27a, 27b, and 27c, unless the child was born and died in 2021 or you are claiming the self-only EIC (see instructions). If your child was born and died in 2021 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | ▨▨▨▨▨▨▨▨ | | ▨▨▨▨▨▨▨▨ |
| **3 Child's year of birth** | Year **2 0 1 4**<br>*If born after 2002 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year **2 0 1 2**<br>*If born after 2002 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year **2 0 1 6**<br>*If born after 2002 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4 a** Was the child under age 24 at the end of 2021, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes.<br>*Go to line 5.*   ☐ No.<br>*Go to line 4b.* | ☐ Yes.<br>*Go to line 5.*   ☐ No.<br>*Go to line 4b.* | ☐ Yes.<br>*Go to line 5.*   ☐ No.<br>*Go to line 4b.* |
| **b** Was the child permanently and totally disabled during any part of 2021? | ☐ Yes.<br>*Go to line 5.*   ☐ No.<br>The child is not a qualifying child. | ☐ Yes.<br>*Go to line 5.*   ☐ No.<br>The child is not a qualifying child. | ☐ Yes.<br>*Go to line 5.*   ☐ No.<br>The child is not a qualifying child. |
| **5 Child's relationship to you**<br>(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | SON | DAUGHTER | SON |
| **6 Number of months child lived with you in the United States during 2021**<br>• If the child lived with you for more than half of 2021 but less than 7 months, enter "7."<br>• If the child was born or died in 2021 and your home was the child's home for more than half the time he or she was alive during 2021, enter "12." | **12** months<br>*Do not enter more than 12 months.* | **12** months<br>*Do not enter more than 12 months.* | **12** months<br>*Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 13339M

Schedule EIC (Form 1040) 2021

# Purpose of Schedule

After you have figured your earned income credit (EIC), use Schedule EIC to give the IRS information about your qualifying child(ren).

To figure the amount of your credit or to have the IRS figure it for you, see the instructions for Form 1040, lines 27a, 27b, and 27c.

**Special rule for separated spouses.** You can claim the EIC if you are married, not filing a joint return, had a qualifying child who lived with you for more than half of 2021, and either of the following apply.

• You lived apart from your spouse for the last 6 months of 2021, or

• You are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you didn't live in the same household as your spouse at the end of 2021.

If you meet these requirements, check the box at the top of Schedule EIC.

**Qualifying child doesn't have an SSN.** If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, lines 27a, 27b, and 27c, and you are otherwise eligible, you can claim the self-only EIC. To claim the self-only EIC with a qualifying child, complete and attach Schedule EIC to your Form 1040 or 1040-SR. Complete line 1 and lines 2 through 6 for Child 1. If Child 1 has an ITIN, an ATIN, or an SSN that is not considered a valid SSN as defined in the instructions for Form 1040, lines 27a, 27b, and 27c, enter it on line 2. Otherwise, leave line 2 blank.

**Taking the EIC when not eligible.** If you take the EIC even though you are not eligible and it is determined that your error is due to reckless or intentional disregard of the EIC rules, you will not be allowed to take the credit for 2 years even if you are otherwise eligible to do so. If you fraudulently take the EIC, you will not be allowed to take the credit for 10 years. You may also have to pay penalties.

**Future developments.** For the latest information about developments related to Schedule EIC (Form 1040) and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/ScheduleEIC*.

# Qualifying Child

### A qualifying child for the EIC is a child who is your . . .

Son, daughter, stepchild, eligible foster child, brother, sister, stepbrother, stepsister, half brother, half sister, or a descendant of any of them (for example, your grandchild, niece, or nephew)



### was. . .

Under age 19 at the end of 2021 and younger than you (or your spouse, if filing jointly)
or
Under age 24 at the end of 2021, a student, and younger than you (or your spouse, if filing jointly)
or
Any age and permanently and totally disabled



Who is not filing a joint return for 2021
or is filing a joint return for 2021 only to claim
a refund of withheld income tax or estimated tax paid



Who lived with you in the United States for more than half of 2021.



*You can't claim the EIC for a child who didn't live with you for more than half of the year, even if you paid most of the child's living expenses. The IRS may ask you for documents to show you lived with each qualifying child. Documents you might want to keep for this purpose include school and child care records and other records that show your child's address.*



*If the child didn't live with you for more than half of the year because of a temporary absence, birth, death, or kidnapping, see* Exception to time lived with you *in the instructions for Form 1040, lines 27a, 27b, and 27c.*



*If the child was married or meets the conditions to be a qualifying child of another person (other than your spouse, if filing a joint return), special rules apply. For details, see* Married child *or* Qualifying child of more than one person *in the instructions for Form 1040, lines 27a, 27b, and 27c.*

**SCHEDULE 8812**
**(Form 1040)**

# Credits for Qualifying Children and Other Dependents

▶ Attach to Form 1040, 1040-SR, or 1040-NR.
▶ Go to *www.irs.gov/Schedule8812* for instructions and the latest information.

1040
1040-SR
1040-NR
8812

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **47**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return
**KRISTEN A PEARSON**

Your social security number
XXXXX

## Part I-A    Child Tax Credit and Credit for Other Dependents

| | | | |
|---|---|---|---:|
| **1** | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | **1** | 16924 |
| **2a** | Enter income from Puerto Rico that you excluded **2a** | | |
| **b** | Enter the amounts from lines 45 and 50 of your Form 2555 **2b** | | |
| **c** | Enter the amount from line 15 of your Form 4563 **2c** | | |
| **d** | Add lines 2a through 2c | **2d** | |
| **3** | Add lines 1 and 2d | **3** | 16924 |
| **4a** | Number of qualifying children under age 18 with the required social security number **4a**  4 | | |
| **b** | Number of children included on line 4a who were under age 6 at the end of 2021 **4b**  2 | | |
| **c** | Subtract line 4b from line 4a **4c**  2 | | |
| **5** | If line 4a is more than zero, enter the amount from the **Line 5 Worksheet**; otherwise, enter -0- | **5** | 13200 |
| **6** | Number of other dependents, including any qualifying children who are not under age 18 or who do not have the required social security number **6** | | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4a. | | |
| **7** | Multiply line 6 by $500 | **7** | |
| **8** | Add lines 5 and 7 | **8** | 13200 |
| **9** | Enter the amount shown below for your filing status. | | |
| | • Married filing jointly—$400,000 | | |
| | • All other filing statuses—$200,000 | **9** | 400000 |
| **10** | Subtract line 9 from line 3. | | |
| | • If zero or less, enter -0-. | | |
| | • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | **10** | |
| **11** | Multiply line 10 by 5% (0.05) | **11** | |
| **12** | Subtract line 11 from line 8. If zero or less, enter -0- | **12** | 13200 |
| **13** | Check all the boxes that apply to you (or your spouse if married filing jointly). | | |
| | **A**  Check here if you (or your spouse if married filing jointly) had a principal place of abode in the United States for more than half of 2021 | | ☑ |
| | **B**  Check here if you (or your spouse if married filing jointly) were a bona fide resident of Puerto Rico for 2021 | ☐ | |

## Part I-B    Filers Who Check a Box on Line 13

**Caution:** If you did not check a box on line 13, do not complete Part I-B; instead, skip to Part I-C.

| | | | |
|---|---|---|---:|
| **14a** | Enter the smaller of line 7 or line 12 | **14a** | |
| **b** | Subtract line 14a from line 12 | **14b** | 13200 |
| **c** | If line 14a is zero, enter -0-; otherwise, enter the amount from the **Credit Limit Worksheet A** | **14c** | |
| **d** | Enter the smaller of line 14a or line 14c | **14d** | |
| **e** | Add lines 14b and 14d | **14e** | 13200 |
| **f** | Enter the aggregate amount of advance child tax credit payments you (and your spouse if filing jointly) received for 2021. See your Letter(s) 6419 for the amounts to include on this line. If you are missing Letter 6419, see the instructions before entering an amount on this line. If you didn't receive any advance child tax credit payments for 2021, enter -0- | **14f** | 3300 |
| | **Caution:** If the amount on this line doesn't match the aggregate amounts reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | | |
| **g** | Subtract line 14f from line 14e. If zero or less, enter -0- on lines 14g through 14i and go to Part III | **14g** | 9900 |
| **h** | Enter the smaller of line 14d or line 14g. **This is your credit for other dependents. Enter this amount on line 19 of your Form 1040, 1040-SR, or 1040-NR** | **14h** | |
| **i** | Subtract line 14h from line 14g. **This is your refundable child tax credit. Enter this amount on line 28 of your Form 1040, 1040-SR, or 1040-NR** | **14i** | 9900 |

For Paperwork Reduction Act Notice, see your tax return instructions.          Cat. No. 59761M          **Schedule 8812 (Form 1040) 2021**

Schedule 8812 (Form 1040) 2021     Page **2**

| Part I-C | Filers Who Do Not Check a Box on Line 13 | | |
|---|---|---|---|

**Caution:** If you checked a box on line 13, do not complete Part I-C.

| 15a | Enter the amount from the **Credit Limit Worksheet A** . . . . . . . . . | 15a | |
| b | Enter the smaller of line 12 or line 15a . . . . . . . . . . . . . | 15b | |
| | Additional child tax credit. Complete Parts II-A through II-C if you meet each of the following items. | | |
| | **1.** You are not filing Form 2555. | | |
| | **2.** Line 4a is more than zero. | | |
| | **3.** Line 12 is more than line 15a. | | |
| c | If you completed Parts II-A through II-C, enter the amount from line 27; otherwise, enter -0- . . . . . . . | 15c | |
| d | Add lines 15b and 15c . . . . . . . . . . . . . . . . . . | 15d | |
| e | Enter the aggregate amount of advance child tax credit payments you (and your spouse if filing jointly) received for 2021. See your Letter(s) 6419 for the amounts to include on this line. If you are missing Letter 6419, see the instructions before entering an amount on this line. If you didn't receive any advance child tax credit payments for 2021, enter -0- | 15e | |
| | **Caution:** If the amount on this line doesn't match the aggregate amounts reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | | |
| f | Subtract line 15e from line 15d. If zero or less, enter -0- on lines 15f through 15h and go to Part III | 15f | |
| g | Enter the smaller of line 15b or line 15f. **This is your nonrefundable child tax credit and credit for other dependents. Enter this amount on line 19 of your Form 1040, 1040-SR, or 1040-NR** . . . . . . | 15g | |
| h | Subtract line 15g from line 15f. **This is your additional child tax credit. Enter this amount on line 28 of your Form 1040, 1040-SR, or 1040-NR** | 15h | |

| Part II-A | Additional Child Tax Credit (use only if completing Part I-C) | | |
|---|---|---|---|

**Caution:** If you file Form 2555, do not complete Parts II-A through II-C; you cannot claim the additional child tax credit.

**Caution:** If you checked a box on line 13, do not complete Parts II-A through II-C; you cannot claim the additional child tax credit.

| 16a | Subtract line 15b from line 12. If zero, skip Parts II-A and II-B and enter -0- on line 27 . . . . . . | | 16a | |
| b | Number of qualifying children under 18 with the required social security number: _____ x $1,400. | | | |
| | Enter the result. If zero, skip Parts II-A and II-B and enter -0- on line 27 . . . . . . . . . | | 16b | |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4a. | | | |
| 17 | Enter the **smaller** of line 16a or line 16b . . . . . . . . . . . . . . . | | 17 | |
| 18a | Earned income (see instructions) . . . . . . . . . . . . . | 18a | | |
| b | Nontaxable combat pay (see instructions) . . . . . | 18b | | | |
| 19 | Is the amount on line 18a more than $2,500? | | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | | |
| | ☐ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result . . . . | 19 | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result . . . . . . . . . | | 20 | |
| | **Next.** On line 16b, is the amount $4,200 or more? | | | |
| | ☐ **No.** If line 20 is zero, enter -0- on line 15c. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | | | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | | |

| Part II-B | Certain Filers Who Have Three or More Qualifying Children | | |
|---|---|---|---|

| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, see instructions | 21 | |
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 . . | 22 | |
| 23 | Add lines 21 and 22 . . . . . . . . . . . . . . | 23 | |
| 24 | **1040 and** | | |
| | **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27a, and Schedule 3 (Form 1040), line 11. | | |
| | **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | 24 | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- . . . . . . . . . . | | 25 | |
| 26 | Enter the **larger** of line 20 or line 25 . . . . . . . . . . . . . | | 26 | |
| | **Next,** enter the **smaller** of line 17 or line 26 on line 27. | | | |

| Part II-C | Additional Child Tax Credit | | |
|---|---|---|---|

| 27 | Enter this amount on line 15c . . . . . . . . . . . . . . . | | 27 | |

Schedule 8812 (Form 1040) 2021       Page **3**

| **Part III** | **Additional Tax** (use only if line 14g or line 15f, whichever applies, is zero) | | |
|---|---|---|---|
| **28a** | Enter the amount from line 14f or line 15e, whichever applies . . . . . . . . | **28a** | |
| **b** | Enter the amount from line 14e or line 15d, whichever applies . . . . . . . . | **28b** | |
| **29** | Excess advance child tax credit payments. Subtract line 28b from line 28a. If zero, stop; you do not owe the additional tax . . . . . . . . . . . . . . . . . . | **29** | |
| **30** | Enter the number of qualifying children taken into account in determining the annual advance amount you received for 2021. See your Letter 6419 for this number. If you are missing your Letter 6419, you are filing a joint return, or you received more than one Letter 6419, see the instructions before entering a number on this line . . | **30** | |
| | **Caution:** If the amount on this line doesn't match the number of qualifying children reported to you (and your spouse if filing jointly) on your Letter(s) 6419, the processing of your return will be delayed. | | |
| **31** | Enter the smaller of line 4a or line 30 . . . . . . . . . . . . . . | **31** | |
| **32** | Subtract line 31 from line 30. If zero, skip to line 40 and enter the amount from line 29; otherwise, continue to line 33 . . . . . . . . . . . . . . . . . . . | **32** | |
| **33** | Enter the amount shown below for your filing status. | | |
| | • Married filing jointly or Qualifying widow(er)—$60,000 | | |
| | • Head of household—$50,000 | | |
| | • All other filing statuses—$40,000 . . . . . . . . . . | **33** | |
| **34** | Subtract line 33 from line 3. If zero or less, enter -0- . . . . . . . . . | **34** | |
| **35** | Enter the amount from line 33 . . . . . . . . . . . . . . . . | **35** | |
| **36** | Divide line 34 by line 35. Enter the result as a decimal (rounded to at least three places). If the result is 1.000 or more, enter 1.000 . . . . . . . . . . . . . . . . . . . | **36** | |
| **37** | Multiply line 32 by $2,000 . . . . . . . . . . . . . . . . . | **37** | |
| **38** | Multiply line 37 by line 36 . . . . . . . . . . . . . . . . . | **38** | |
| **39** | Subtract line 38 from line 37 . . . . . . . . . . . . . . . . | **39** | |
| **40** | Subtract line 39 from line 29. If zero or less, enter -0-. **This is your additional tax. If more than zero, enter this amount on Schedule 2 (Form 1040), line 19** . . . . . . . . . . . . . . | **40** | |

| | **Before you begin:** | √ See the instructions for line 30 to find out if you can take this credit and for definitions and other information needed to fill out this worksheet. |
|---|---|---|
| | | √ If you received Notice 1444-C, have it available. |
| | | Don't include on line 13 any amount you received but later returned to the IRS. If you can't take the recovery rebate credit, you don't have to repay any amount of EIP 3 on Form 1040 or 1040-SR. |

| | | |
|---|---|---|
| **1.** | Can you be claimed as a dependent on another person's 2021 return? If filing a joint return, go to line 2. | |
| | ☑ **No.**    Go to line 2. | |
| | ☐ **Yes.** 🛑    You can't take the credit. Don't complete the rest of this worksheet and don't enter any amount on line 30. | |
| **2.** | Does your 2021 return include a social security number that was issued on or before the due date of your 2021 return (including extensions) for you and, if filing a joint return, your spouse? | |
| | ☑ **Yes.**  Go to line 6. | |
| | ☐ **No.**    If you are a joint return, go to line 3. If you aren't filing a joint return, go to line 5. | |
| **3.** | Was at least one of you a member of the U.S. Armed Forces at any time during 2021, and does at least one of you have a social security number that was issued on or before the due date of your 2021 return (including extensions)? | |
| | ☐ **Yes.**  Your credit is not limited. Go to line 6. | |
| | ☐ **No.**    Go to line 4. | |
| **4.** | Does one of you have a social security number that was issued on or before the due date of your 2021 return (including extensions)? | |
| | ☐ **Yes.**  Your credit is limited. Go to line 6. | |
| | ☐ **No.**    Go to line 5. | |
| **5.** | Do you have any dependents listed in the *Dependents* section on page 1 of Form 1040 or 1040-SR for whom you entered a social security number that was issued on or before the due date of your 2021 return (including extensions) or an adoption taxpayer identification number? | |
| | ☐ **Yes.**  Enter zero on line 6 and go to line 7. | |
| | ☐ **No.** 🛑    You can't take the credit. Don't complete the rest of this worksheet and don't enter any amount on line 30. | |
| **6.** | Enter: <br> • $1,400 if single, head of household, married filing separately, or qualifying widow(er), <br> • $1,400 if married filing jointly and you answered "Yes" to question 4, or <br> • $2,800 if married filing jointly and you answered "Yes" to question 2 or 3 | **6.** _2800_ |
| **7.** | Multiply $1,400 by the number of dependents listed in the *Dependents* section on page 1 of Form 1040 or 1040-SR for whom you entered a social security number that was issued on or before the due date of your 2021 return (including extensions) or an adoption taxpayer identification number | **7.** _5600_ |
| **8.** | Add lines 6 and 7 | **8.** _8400_ |
| **9.** | Is the amount on line 11 of Form 1040 or 1040-SR more than the amount shown below for your filing status? <br> • Single or Married filing separately—$75,000 <br> • Married filing jointly or qualifying widow(er)—$150,000 <br> • Head of household—$112,500 | |
| | ☐ **Yes.**  Enter the amount from line 11 of Form 1040 or 1040-SR and go to line 10 | **9.** _____ |
| | ☑ **No.**   Enter the amount from line 8 on line 12 and skip lines 10 and 11. | |
| **10.** | Is line 9 more than the amount shown below for your filing status? <br> • Single or married filing separately—$80,000 <br> • Married filing jointly or qualifying widow(er)—$160,000 <br> • Head of household—$120,000 | |
| | ☐ **Yes.** 🛑    You can't take the credit. Don't complete the rest of this worksheet and don't enter any amount on line 30. | |
| | ☐ **No.**    Subtract line 9 from the amount shown above for your filing status. | **10.** _____ |
| **11.** | Divide line 10 by the amount shown below for your filing status. Enter the result as a decimal (rounded to at least 2 places). <br> • Single or married filing separately—$5,000 <br> • Married filing jointly or qualifying widow(er)—$10,000 <br> • Head of household—$7,500 | **11.** __.__ |
| **12.** | Multiply line 8 by line 11 | **12.** _8400_ |
| **13.** | Enter the amount, if any, of EIP 3 that was issued to you. If filing a joint return, include the amount, if any, of your spouse's EIP 3. You may refer to Notice 1444-C or your tax account information at *IRS.gov/Account* for the amount to enter here | **13.** _8400_ |
| **14.** | **Recovery rebate credit.** Subtract line 13 from line 12. If zero or less, enter -0-. If line 13 is more than line 12, you don't have to pay back the difference. Enter the result here and, if more than zero, on line 30 of Form 1040 or 1040-SR | **14.** _____ |

*Need more information or forms? Visit IRS.gov.*

**Qualified Dividends and Capital Gain Tax Worksheet—Line 16**   *Keep for Your Records* 

| | |
|---|---|
| **Before you begin:** | ✓ See the earlier instructions for line 16 to see if you can use this worksheet to figure your tax. |
| | ✓ Before completing this worksheet, complete Form 1040 or 1040-SR through line 15. |
| | ✓ If you don't have to file Schedule D and you received capital gain distributions, be sure you checked the box on Form 1040 or 1040-SR, line 7. |

1. Enter the amount from Form 1040 or 1040-SR, line 15. However, if you are filing Form 2555 (relating to foreign earned income), enter the amount from line 3 of the Foreign Earned Income Tax Worksheet ............ **1.** _____

2. Enter the amount from Form 1040 or 1040-SR, line 3a* ................................................. **2.** 1 _____

3. Are you filing Schedule D?*

   ☐ **Yes.** Enter the **smaller** of line 15 or 16 of Schedule D. If either line 15 or 16 is blank or a loss, enter -0-. **3.** _____

   ☐ **No.** Enter the amount from Form 1040 or 1040-SR, line 7.

4. Add lines 2 and 3 ................................................. **4.** 1 _____

5. Subtract line 4 from line 1. If zero or less, enter -0- .................... **5.** _____

6. Enter:
   $40,400 if single or married filing separately,
   $80,800 if married filing jointly or qualifying widow(er),
   $54,100 if head of household. ................... **6.** 80800 _____

7. Enter the smaller of line 1 or line 6 ................................. **7.** _____

8. Enter the smaller of line 5 or line 7 ................................. **8.** _____

9. Subtract line 8 from line 7. This amount is taxed at 0% ................. **9.** _____

10. Enter the smaller of line 1 or line 4 ................................ **10.** _____

11. Enter the amount from line 9 ..................................... **11.** _____

12. Subtract line 11 from line 10 .................................... **12.** _____

13. Enter:
    $445,850 if single,
    $250,800 if married filing separately,
    $501,600 if married filing jointly or qualifying widow(er),
    $473,750 if head of household. ............... **13.** 501600 _____

14. Enter the smaller of line 1 or line 13 ............................. **14.** _____

15. Add lines 5 and 9 ............................................ **15.** _____

16. Subtract line 15 from line 14. If zero or less, enter -0- .............. **16.** _____

17. Enter the smaller of line 12 or line 16 ............................ **17.** _____

18. Multiply line 17 by 15% (0.15) .................................................... **18.** _____

19. Add lines 9 and 17 .......................................... **19.** _____

20. Subtract line 19 from line 10 .................................. **20.** _____

21. Multiply line 20 by 20% (0.20) .................................................. **21.** _____

22. Figure the tax on the amount on line 5. If the amount on line 5 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 5 is $100,000 or more, use the Tax Computation Worksheet .................................................................... **22.** _____

23. Add lines 18, 21, and 22 .......................................................... **23.** _____

24. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet .................................................................... **24.** _____

25. **Tax on all taxable income.** Enter the **smaller** of line 23 or 24. Also include this amount on the entry space on Form 1040 or 1040-SR, line 16. If you are filing Form 2555, don't enter this amount on the entry space on Form 1040 or 1040-SR, line 16. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet .................................................................... **25.** _____

*\* If you are filing Form 2555, see the footnote in the Foreign Earned Income Tax Worksheet before completing this line.*

*Need more information or forms? Visit IRS.gov.*

## Social Security Benefits Worksheet—Lines 6a and 6b

*Keep for Your Records* 

**Before you begin:**
✓ Figure any write-in adjustments to be entered on Schedule 1, line 24z (see the instructions for Schedule 1, line 24z).
✓ If you are married filing separately and you lived apart from your spouse for all of 2021, enter "D" to the right of the word "benefits" on line 6a. If you don't, you may get a math error notice from the IRS.
✓ Be sure you have read the **Exception** in the line 6a and 6b instructions to see if you can use this worksheet instead of a publication to find out if any of your benefits are taxable.

| | | | |
|---|---|---|---|
| 1. | Enter the total amount from **box 5** of **all** your **Forms SSA-1099** and **RRB-1099.** Also enter this amount on Form 1040 or 1040-SR, line 6a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1. | 13596 |
| 2. | Multiply line 1 by 50% (0.50) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2. | 6798 |
| 3. | **Combine** the amounts from Form 1040 or 1040-**SR,** lines 1, 2b, 3b, 4b, 5b, 7, and 8. . . . . . . . . . | 3. | 17336 |
| 4. | Enter the amount, if any, from Form 1040 or 1040-SR, line 2a . . . . . . . . . . . . . . . . . . . . . | 4. | 0 |
| 5. | Combine lines 2, 3, and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5. | 24134 |
| 6. | **Enter the** total of the amounts from Schedule 1, lines 11 through 20, and 23 and 25 . . . . . . . . . . | 6. | 412 |

7. Is the amount on line 6 less than the amount on line 5?

☐ **No.** STOP None of your social security benefits are taxable. Enter -0- on Form 1040 or 1040-SR, line 6b.

☑ **Yes.** Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7.** 23722

8. If you are:
• Married filing jointly, enter $32,000
• Single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2021, enter $25,000
• Married filing separately and you lived with your spouse at any time in 2021, skip lines 8 through 15; multiply line 7 by 85% (0.85) and enter the result on line 16. Then, go to line 17
. . . . . . . . . . . . . . . **8.** 32000

9. Is the amount on line 8 less than the amount on line 7?

☑ **No.** STOP None of your social security benefits are taxable. Enter -0- on Form 1040 or 1040-SR, line 6b. If you are married filing separately and you **lived apart** from your spouse for all of 2021, be sure you entered "D" to the right of the word "benefits" on line 6a.

☐ **Yes.** Subtract line 8 from line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9.** 0

| | | | |
|---|---|---|---|
| 10. | Enter $12,000 if married filing jointly; $9,000 if single, head of household, qualifying widow(er), or married filing separately and you **lived apart** from your spouse for all of 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10. | 12000 |
| 11. | Subtract line 10 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . . . . | 11. | 0 |
| 12. | Enter the **smaller** of line 9 or line 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12. | 0 |
| 13. | Enter one-half of line 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13. | 0 |
| 14. | Enter the **smaller** of line 2 or line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14. | 0 |
| 15. | Multiply line 11 by 85% (0.85). If line 11 is zero, enter -0- . . . . . . . . . . . . . . . . . . . . . . | 15. | 0 |
| 16. | Add lines 14 and 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16. | 0 |
| 17. | Multiply line 1 by 85% (0.85) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 17. | 0 |
| 18. | **Taxable social security benefits.** Enter the **smaller** of line 16 or line 17. Also enter this amount on Form 1040 or 1040-SR, line 6b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18. | 0 |

**TIP** *If any of your benefits are taxable for 2021 **and** they include a lump-sum benefit payment that was for an earlier year, you may be able to reduce the taxable amount. See* Lump-Sum Election *in Pub. 915 for details.*

*Need more information or forms? Visit IRS.gov.*

**Don't Staple**

1 6 8 2

**IDAHO** State Tax Commission

## Form 40    2021
## Individual Income Tax Return

**Amended Return?** Check the box.

See page 7 of the instructions for the reasons
to amend, and enter the number that applies. ■

State Use Only

PEAR

For calendar year 2021 or fiscal year beginning                    , ending

| | | | |
|---|---|---|---|
| **Please Print or Type** | Your first name and initial<br>KRISTEN A | Your last name<br>PEARSON | Your Social Security number (SSN)<br>✗✗✗✗ | Deceased in 2021 |
| | Spouse's first name and initial<br>STEVEN R | Spouse's last name<br>COLLINS | Spouse's Social Security number (SSN)<br>✗✗✗✗ | Deceased in 2021 |

Current mailing address
2023 W SAINT ESTEPHE CT

City                                        State    ZIP code
HAYDEN                                   ID      83835

Forms and instructions available at
**tax.idaho.gov**

**Filing Status.** Check only one box. **If married filing jointly or separately, enter spouse's name and Social Security number above.**

1. ☐ Single   2. ✔ Married filing jointly   3. ☐ Married filing separately   4. ☐ Head of household   5. ☐ Qualifying widow(er) with qualifying dependents

**Household. See instructions, page 7.** If someone can claim you as a dependent, leave line 6a blank. Enter "1" on lines 6a and 6b, if they apply.

6a. Yourself  1      6b. Spouse  1      6c. Dependents  4      6d. Total household  6

List your dependents below. If you have more than four dependents, continue on Form 39R. Enter total number on line 6c.

| Dependent's first name | Dependent's last name | Dependent's SSN | Dependent's birthdate (mm/dd/yyyy) |
|---|---|---|---|
| STERLING | COLLINS | ✗✗✗✗ | 07/08/2014 |
| HOLLEY | COLLINS | ✗✗✗✗ | 08/10/2012 |
| VAUGHN | COLLINS | ✗✗✗✗ | 04/28/2016 |
| TOBIAS | COLLINS | ✗✗✗✗ | 02/17/2018 |

## Income. See instructions, page 7.

| | | |
|---|---|---|
| 7. Enter your federal adjusted gross income from federal Form 1040 or 1040-SR, line 11.<br>Include a complete copy of your federal return .............................................. ■ | 7 | 16924 00 |
| 8. Additions from Form 39R, Part A, line 7. Include Form 39R ................................ | 8 | 00 |
| 9. Total. Add lines 7 and 8 ............................................................................... | 9 | 16924 00 |
| 10. Subtractions from Form 39R, Part B, line 24. Include Form 39R ......................... | 10 | 2541 00 |
| 11. **Total Adjusted Income.** Subtract line 10 from line 9 ...................................... | 11 | 14383 00 |

## Tax Computation. See instructions, page 8.

**Standard Deduction for Most People**

Single or Married Filing Separately: $12,550

Head of Household: $18,800

Married Filing Jointly or Qualifying Widow(er): $25,100

12. Check   a. If age 65 or older ................................ ■ Yourself ■ Spouse

b. If blind ................................................ ■ Yourself ■ Spouse

c. If your parent or someone else can claim you as a dependent, check here and enter zero on line 43 ....... ■

| | | |
|---|---|---|
| 13. Itemized deductions. Include federal Schedule A. Federal limits apply ........................... ■ | 13 | 00 |
| 14. State and local income or general sales taxes included on federal Schedule A .............. ■ | 14 | 00 |
| 15. Subtract line 14 from line 13. If you don't use federal Schedule A, enter zero ................ | 15 | 00 |
| 16. Standard deduction. See instructions, page 8, to determine amount if not standard ...... ■ | 16 | 25200 00 |
| 17. Subtract the **larger** of line 15 or 16 from line 11. If less than zero, enter zero ............... | 17 | 00 |
| 18. Qualified business income deduction ............................................................ ■ | 18 | 00 |
| 19. Idaho taxable income. Subtract line 18 from line 17 ......................................... ■ | 19 | 00 |
| 20. Tax from tables or rate schedule. See instructions, page 53 ........................... ■ | 20 | NRF 00 |

### Continue to page 2.

**MAIL TO:** Idaho State Tax Commission, PO Box 56, Boise, ID 83756-0056
**Include a complete copy of your federal return.**



0 2 1 1 5 0 4 7

**IDAHO** State Tax Commission

**Form 40**   **2021**   *(continued)*

21. Tax amount from line 20 ..................................................................................... 21 | 00

**Credits. Limits apply. See instructions, page 9.**

22. Income tax paid to other states. Include Form 39R and a copy of other states' returns .... ▪ 22 | 00
23. Total credits from Form 39R, Part D, line 4. Include Form 39R ................................ 23 | 00
24. Total business income tax credits from Form 44, Part I, line 10. Include Form 44 ...... 24 | 00
25. Idaho Child Tax Credit. Computed amount from worksheet on page 10 ................... ▪ 25 | 00
26. **Total Credits.** Add lines 22 through 25 .......................................................... 26 | 00
27. Subtract line 26 from line 21. If line 26 is more than line 21, enter zero ......................... 27 | 00

**Other Taxes. See instructions, page 10.**

28. Fuels use tax due. Include Form 75 ..................................................................... 28 | 00
29. **Sales/use tax due on untaxed purchases (online, mail order, and other)** .................... ▪ 29 | 12 00
30. Total tax from recapture of income tax credits from Form 44, Part II, line 6. Include Form 44 ............ 30 | 00
31. Tax from recapture of qualified investment exemption (QIE). Include Form 49ER ..................... ▪ 31 | 00
32. Permanent building fund tax.
    Check the box if you received Idaho public assistance payments for 2021 ........................ ▪ ✔ 32 | **10** 00
33. **Total Tax.** Add lines 27 through 32 ...................................................................... ▪ 33 | 12 00

**Donations. See instructions, page 10.**   I want to donate to:

34. Idaho Nongame Wildlife Fund ......... ▪ | 35. Idaho Children's Trust Fund ......... ▪
36. Special Olympics Idaho .................. ▪ | 37. Idaho Guard & Reserve Family .... ▪
38. American Red Cross of Idaho Fund ▪ | 39. Veterans Support Fund ............... ▪
40. Idaho Food Bank Fund .................. ▪ | 41. Opportunity Scholarship Program ▪
42. **Total Tax Plus Donations.** Add lines 33 through 41............................................. 42 | 12 00

**Payments and Other Credits.**

43. Grocery Credit. Computed amount from worksheet on page 11 ................................... ▪ 600
    To donate your grocery credit to the Cooperative Welfare Fund, check the box and enter zero on line 43 ▪
    **To receive your grocery credit**, enter the computed amount on line 43 ......................... 43 | 600 00
44. Maintaining a home for family member age 65 or older or developmentally disabled. Include Form 39R ... ▪ 44 | 00
45. Special fuels tax refund          Gasoline tax refund          Include Form 75 ...... 45 | 00
46. Idaho income tax withheld. Include Form W-2s and any 1099s that show Idaho withholding ............... ▪ 46 | 00
47. 2021 Form 51 estimated payments and amount applied from 2020 return ......................... 47 | 00
48. Paid by entity ▪          Withheld ▪          ABE ▪          See instructions ....... 48 | 00
49. Tax Reimbursement Incentive credit ▪      Claim of Right credit ▪      See instructions ... 49 | 00
50. **Total Payments and Other Credits.** Add lines 43 through 49 ................................ 50 | 600 00

**Tax Due or Refund. See instructions, page 12.**

51. **Tax Due.** If line 42 is more than line 50, subtract line 50 from line 42 .......................... ▪ 51 | 00
52. Penalty ▪          Interest from the due date ▪          Enter total ................... 52 | 00
    Check box if penalty is caused by an unqualified Idaho medical savings account withdrawal ...... ▪
53. **Total Due.** Add lines 51 and 52. Pay online or make check payable to the Idaho State Tax Commission ... 53 | 00
54. **Overpaid.** If line 42 is less than line 50, subtract lines 42 and 52 from line 50 ....................... 54 | 588 00
55. **Refund.** Amount of line 54 to be refunded to you .......................................... ▪ 55 | 588 00
56. **Estimated Tax.** Amount of line 54 to be applied to your 2022 estimated tax ..................... ▪ 56 | 00

57. **Direct Deposit. See instructions, page 13.** ▪      **Check if final deposit destination is outside the U.S.**   ▨▨▨▨

▪ Routing No.   1 2 1 0 0 0 3 5 8   ▪ Account No.   ▨▨▨▨▨▨▨▨▨▨▨▨   Account: ▪   Savings

**Amended Return Only.** Complete this section to determine your tax due or refund. See instructions.

58. Total due (line 53) or overpaid (line 54) on this return ....................................... ▪ 58 | 00
59. Refund from original return plus additional refunds ......................................... ▪ 59 | 00
60. Tax paid with original return plus additional tax paid ....................................... ▪ 60 | 00
61. Amended tax due or refund. Add lines 58 and 59 then subtract line 60 ..................... ▪ 61 | 00

▪   Within 180 days of receiving this return, the Idaho State Tax Commission may discuss this return with the paid preparer identified below.
    Under penalties of perjury, I declare that to the best of my knowledge and belief this return is true, correct, and complete. See instructions.

Your signature                          Spouse's signature (if a joint return, both must sign)          Date

**Sign Here**   Paid preparer's signature                          Preparer's EIN, SSN, PTIN                  Taxpayer's phone number

Preparer's address                          State          ZIP code          Preparer's phone number

0 2 1 1 5 2 4 7

# IDAHO
## State Tax Commission

**Form 39R**
**Resident Supplemental Schedule**

**2021**

Names as shown on return
KRISTEN A PEARSON & STEVEN R COLLINS

Social ☒☒☒☒ ber

**A. Additions. See instructions, page 27.**

| | | | |
|---|---|---|---|
| 1. Federal net operating loss deduction included on Form 40, line 7 ........................... | • | 1 | 00 |
| 2. Capital loss carryover incurred outside the state before becoming an Idaho resident ........... | • | 2 | 00 |
| 3. Non-Idaho state and local bond interest and dividends ............................................. | • | 3 | 00 |
| 4. Idaho college savings account withdrawal ............................................................. | • | 4 | 00 |
| 5. Bonus depreciation. Include federal Form 4562s | | | |
| Check the box if you have a current year federal passive loss limitation • .................. | • | 5 | 00 |
| 6. Other additions. Include explanation ..................................................................... | • | 6 | 00 |
| 7. Total additions. Add lines 1 through 6. Enter here and on Form 40, line 8 ...................... | • | 7 | 00 |

**B. Subtractions. See instructions, page 29.**

| | | | |
|---|---|---|---|
| 1. Idaho net operating loss carryover • | | | |
| Idaho net operating loss carryback • Enter total here ............................... | | 1 | 00 |
| 2. State income tax refund, if included in federal income ............................................. | • | 2 | 00 |
| 3. Interest from U.S. government obligations ............................................................. | • | 3 | 00 |
| 4. Energy efficiency upgrades ................................................................................ | • | 4 | 00 |

5. Alternative energy device deduction

| | Year Acquired | Type of Device | Total Cost | Percentage | | | |
|---|---|---|---|---|---|---|---|
| a. | 2021 | | $ | X 40% = 5a • | | 00 | |
| b. | 2020 | | $ | X 20% = 5b • | | 00 | |
| c. | 2019 | | $ | X 20% = 5c • | | 00 | |
| d. | 2018 | | $ | X 20% = 5d • | | 00 | |

| | | | |
|---|---|---|---|
| e. Add lines 5a through 5d. Can't exceed $5,000 ................................................... | • | 5e | 00 |
| 6. Child/dependent care. Complete worksheet on page 30, and include federal Form 2441 ..... | • | 6 | 2541 00 |
| 7. Social Security and railroad benefits, if included in federal income ........................... | • | 7 | 00 |

8. Retirement benefits deduction

| | | | |
|---|---|---|---|
| a. If single, enter $37,776 or if married filing jointly, enter $56,664 • | 8a | 00 | |
| b. Federal Railroad Retirement benefits received ........................... | • | 8b | 00 |
| c. Social Security benefits received ............................................. | • | 8c | 00 |
| d. Line 8a minus lines 8b and 8c. If less than zero, enter zero ....... | 8d | 00 | |
| e. Qualified retirement benefits included in federal income ........... | • | 8e | 00 |
| f. Enter the smaller of line 8d or 8e here ......................................................... | • | 8f | 00 |

| | | | |
|---|---|---|---|
| 9. Technological equipment donation ....................................................................... | • | 9 | 00 |
| 10. Idaho capital gains deduction. Include Form CG ..................................................... | • | 10 | 00 |
| 11. Active duty military pay earned outside of Idaho ..................................................... | • | 11 | 00 |
| 12. Adoption expenses ......................................................................................... | • | 12 | 00 |
| 13. Idaho medical savings account.  Contributions                     Interest | | | |
| Financial institution                     Account number | • | 13 | 00 |
| 14. Idaho college savings program ......................................................................... | • | 14 | 00 |
| 15. Home for the aged or developmentally disabled. Complete Part E, line 3 ..................... | • | 15 | 00 |
| 16. Idaho lottery winnings, less than $600 per prize ................................................... | • | 16 | 00 |
| 17. Income earned on a reservation by an American Indian ........................................... | • | 17 | 00 |

**IDAHO** State Tax Commission

**Form 39R** **2021** *(continued)*

Names as shown on return
KRISTEN A PEARSON & STEVEN R COLLINS

Social Security number

| | | |
|---|---|---|
| 18. Health insurance premiums ........................................................ | ▪ 18 | 00 |
| 19. Long-term care insurance ........................................................ | ▪ 19 | 00 |
| 20. Workers' compensation insurance ........................................... | ▪ 20 | 00 |
| 21. Bonus depreciation. Include Form 4562s ................................. | ▪ 21 | 00 |

22. First-time home buyer savings account.   Contributions   Interest

Financial institution        Account number

▪ ☐ By checking the box, I attest that I am a first-time home buyer. See instructions.   ▪ 22   00

| | | |
|---|---|---|
| 23. Other subtractions. Include explanation ................................... | ▪ 23 | 00 |
| 24. Total subtractions. Add lines 1 through 4, 5e through 7, and 8f through 23. Enter here and on Form 40, line 10 ........................................ | ▪ 24 | 2541 00 |

**C. Credit for income tax paid to other states. See instructions, page 36.**

This credit is being claimed for taxes paid to:   ▪                         (State name)

| | | | |
|---|---|---|---|
| 1. Idaho tax, Form 40, line 20 ........................... | 1 | 00 | Include a copy of the income tax return and a **separate Form 39R** for each state for which a credit is claimed. |
| 2. Federal adjusted gross income earned in other state adjusted for Idaho modifications. See instructions ............... | ▪ 2 | 00 | |
| 3. Idaho adjusted income. See instructions ........................... | 3 | 00 | |
| 4. Divide line 2 by line 3. Enter percentage here ................... | 4 | % | |
| 5. Multiply line 1 by line 4. Enter amount here .................................. | 5 | 00 | |
| 6. Other state's tax due minus its income tax credits ..................... | ▪ 6 | 00 | |
| 7. Enter the smaller of lines 5 or 6 here and on Form 40, line 22 ........ | ▪ 7 | 00 | |

**D. Credits for Idaho educational entity and Idaho youth and rehabilitation facility contributions, and live organ donation expenses. See instructions, page 37.**

| | | |
|---|---|---|
| 1. Credit for Idaho educational entity contributions .......................... | ▪ 1 | 00 |
| 2. Credit for Idaho youth and rehabilitation facility contributions ........ | ▪ 2 | 00 |
| 3. Credit for live organ donation expenses .................................... | ▪ 3 | 00 |
| 4. Total credits. Add lines 1 through 3. Enter total here and on Form 40, line 23 ...... | 4 | 00 |

**E. Maintaining a home for a family member age 65 or older or a family member with a developmental disability. See instructions, page 39.**

1. Did you maintain a home for an immediate family member age 65 or older (not including you and your spouse) and provide more than one-half of that person's support? ...........   ☐ Yes   ☑ No

2. Did you maintain a home for an immediate family member with a developmental disability (including you and your spouse) and provide more than one-half of that person's support? ....   ☐ Yes   ☑ No

3. List each family member you're claiming:

| First Name | Family Member's Name   Last Name | Family Member's Social Security Number | Relationship to Person Filing Return | Family Member's Birthdate (mm/dd/yyyy) | Check Here if Developmentally Disabled |
|---|---|---|---|---|---|
| | | | | | ☐ |
| | | | | | ☐ |
| | | | | | ☐ |

4. Total amount claimed ($100 for each qualifying member but not more than $300). Enter here and on Form 40, line 44 ........................................   4   00

**F. Dependents: (Continued from Form 40, page 1, line 6)**

| First Name | Last Name | Social Security Number | Birthdate (mm/dd/yyyy) |
|---|---|---|---|
| | | | |