JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN PEARSON, et al.,<br>      Plaintiffs,<br><br>      v.<br><br>LOANCARE LLC, et al.,<br>      Defendants. | 2:23-cv-03882-DSF-MRWx<br><br>JUDGMENT |

    The Court having granted motions to dismiss filed by several defendants and having issued an order to show cause re dismissal for lack of prosecution as to the remaining defendant, and Plaintiffs having failed to respond to that order to show cause within the time allotted by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice as to Defendants PHC Mortgage Corporation, LoanCare LLC, and Catamount Properties 2018 LLC, that the action be dismissed without prejudice as to unserved Defendant Trustee Corps, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 16, 2024

                                              Dale S. Fischer<br>
                                              United States District Judge